Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

FILED
Clerk
District Court

SEP 01 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Case No. CV 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **PLAINTIFF'S PETITION TO** |
| MARIANA ISLANDS (hereafter referred to ) | **COURT TO FILE APPLICATION** |
| as the CNMI); NICOLE C. FORELLI, former ) | **TO PROCEED IN FORMA** |
| Acting Attorney General of the CNMI, in her ) | **PAUPERIS IF NECESSARY** |
| personal/individual capacity; WILLIAM C. ) | **AT PRESENT IN THE CASE--** |
| BUSH, former Assistant Attorney General of ) | **EX PARTE** |
| the CNMI, in his personal/individual capacity; ) | |
| L DAVID SOSEBEE, former Assistant Attorney ) | |
| General of the CNMI, in his personal/individual ) | |
| capacity; ANDREW CLAYTON, former ) | |
| Assistant Attorney General of the CNMI, in his ) | |
| personal/individual capacity; Other ) | |
| UNKNOWN and UNNAMED person or ) | |
| persons in the CNMI OFFICE OF THE ) | |
| ATTORNEY GENERAL, in their ) | |
| personal/individual capacity, in 1996-2002; ) | |
| ALEXANDRO C. CASTRO, former Judge Pro ) | |
| Tem of the CNMI SUPERIOR COURT, in his ) | |
| personal/individual capacity; JOHN A. ) | |
| MANGLONA, Associate Justice of the ) | |
| CNMI Supreme Court, in his ) | |
| personal/individual capacity; TIMOTHY H. ) | |
| BELLAS, former Justice Pro Tem of the CNMI ) | |
| Supreme Court, in his personal/individual ) | |
| capacity; PAMELA S. BROWN, present ) | |

1

Attorney General of the CNMI; in her            )
personal/individual capacity;                   )
ROBERT A. BISON; and JAY H. SORENSEN.  )
     Defendants                              )
_____

    1. Plaintiff desires to pursue this case by personally paying any applicable costs and charges as they occur. Already, the filing charge has been paid and plaintiff expects to personally pay for costs of service of process as they materialize.

    2. But under local rule 62.1a, a nonresident may be required to file a bond for costs at $500 or some other amount to be determined by the court when an adverse party makes a demand. With a sufficient lead time, plaintiff would meet any reasonable amount at or under that figure. But the rule states that it must be done within ten (10) days. With the problems of notification and turn around time for mail to reach the US from Saipan, plaintiff cannot possible meet a ten day demand for a bond.

    3. Accordingly, plaintiff makes this petition to the court to allow him to file the enclosed "Application to Proceed in Forma Pauperis, Supporting Documentation and Order" if an adverse party makes a demand on the plaintiff for a bond under local rule 62.1. These uncompleted forms came from the court to plaintiff with an attached "Application to Proceed Without Prepayment of Fees and Affidavit" which is also completed and submitted herewith though it should not apply since plaintiff has already prepaid the fees on this case.

    4. These documents are included herewith contemporaneously in an original and two copies. Also included herewith contemporaneously is a consent as required under LR 62.1d also in an original and two copies.

5. Herewith, plaintiff requests that this application for forma pauperis be held in abeyance and only be used by the court if an adverse party makes the ten day demand which will not allow plaintiff time to comply with it.  This request is also made in view of the need for the plaintiff to accommodate the position on this issue by a local attorney if one can be found to handle this case.

6. Alternatively, if the court cannot accommodate this petition or if this petition will not meet court procedures or wishes, plaintiff withdraws it; and instead simply submits the accompanying documents "Application to Proceed in Forma Pauperis Supporting Documentation and Order" and "Plaintiff's Consent to Court in an Application in Forma Pauperis on any Recoveries in the Case" be filed as is at once.

DATED at Calder, Idaho, this ___19th___ day of August 2005.

_____
Plaintiff, Pro Se