FILED
Clerk
District Court

SEP 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone  208-245-1691

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>　　　Plaintiff<br><br>　　　v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; L DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI OFFICE OF THE ATTORNEY GENERAL, in their personal/individual capacity, in 1996-2002; ALEXANDRO C. CASTRO, former Judge Pro Tem of the CNMI SUPERIOR COURT, in his personal/individual capacity; JOHN A. MANGLONA, Associate Justice of the CNMI Supreme Court, in his personal/individual capacity; TIMOTHY H. BELLAS, former Justice Pro Tem of the CNMI Supreme Court, in his personal/individual capacity; PAMELA S. BROWN, present | Case No. CV 05-0027<br><br>**PLAINTIFF'S CONSENT TO COURT IN AN APPLICATION TO PROCEED IN FORMA PAUPERIS ON ANY RECOVERIES IN THE CASE-- EX PARTE** |

1

```
Attorney General of the CNMI; in her        )
personal/individual capacity;                )
ROBERT A. BISON; and JAY H. SORENSEN.        )
            Defendants                       )
_____
```

    1. This consent is filed by plaintiff if the court invokes the need for a bond from a request from an adverse party and if the plaintiff's "Application to Proceed in Forma Pauperis" is approved.

    2. Per Local Rule 62.1d, plaintiff is indigent and makes this consent.

    3. Any recovery in the proceeding shall be paid to the clerk who may first pay unpaid fees and costs taxed against the plaintiff and, to plaintiff's attorney, the amount which the court allows or approves as compensation for the attorney's services.

DATED at Calder, Idaho, this ___19th___ day of August 2005.

                                                    _____
                                                    Plaintiff, Pro Se