Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

F I L E D
Clerk
District Court

SEP 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW ) Case No. CV 05-0027

    Plaintiff )

v.

COMMONWEALTH OF THE NORTHERN ) **PLAINTIFF'S PETITION TO**
MARIANA ISLANDS (hereafter referred to ) **USE TELEPHONE IN ANY**
as the CNMI); NICOLE C. FORELLI, former ) **NEEDED ORAL**
Acting Attorney General of the CNMI, in her ) **PRESENTATIONS--EX PARTE**
personal/individual capacity; WILLIAM C. )
BUSH, former Assistant Attorney General of )
the CNMI, in his personal/individual capacity; )
L DAVID SOSEBEE, former Assistant Attorney )
General of the CNMI, in his personal/individual )
capacity; ANDREW CLAYTON, former )
Assistant Attorney General of the CNMI, in his )
personal/individual capacity; Other )
UNKNOWN and UNNAMED person or )
persons in the CNMI OFFICE OF THE )
ATTORNEY GENERAL, in their )
personal/individual capacity, in 1996-2002; )
ALEXANDRO C. CASTRO, former Judge Pro )
Tem of the CNMI SUPERIOR COURT, in his )
personal/individual capacity; JOHN A. )
MANGLONA, Associate Justice of the )
CNMI Supreme Court, in his )
personal/individual capacity; TIMOTHY H. )
BELLAS, former Justice Pro Tem of the CNMI )
Supreme Court, in his personal/individual )
capacity; PAMELA S. BROWN, present )

1

Attorney General of the CNMI; in her            )
personal/individual capacity;                   )
ROBERT A. BISON; and JAY H. SORENSEN.           )
       Defendants                        )
_____

    1. Comes plaintiff to request the court to allow the plaintiff permission to use telephone conferencing in any scheduled oral hearing or conference under local rule 16.2Cje1(a) until plaintiff can locate a nearby attorney to handle this case or for plaintiff to relocate physically to or near Saipan for at least the ultimate trial of this case.

    2. Plaintiff resides in Calder, Idaho and it is impossible to be in Saipan for any scheduled oral hearing because plaintiff is indigent and simply does not have the money for travel. Plaintiff is making every effort to obtain an attorney who will handle this case. Failing that option, plaintiff expects to physically relocate to a place at or near Saipan by the time of the trial date.

    3. In the main, it is expected by plaintiff that most motions and pleadings can be handled by the court without an oral argument. Even in those cases where an oral presentation is called for, the local rule allows telephone conferencing.

    4. Mail turn-around time from Idaho to Saipan is at least 20 days, minimum, and potentially something up to 35 days to allow a response time.

    5. Accordingly, plaintiff requests that the court automatically allow that plaintiff may participate in any oral proceedings by telephone until such time as an attorney can be located.

DATED at Calder, Idaho, this ___19TH___ day of August 2005.

                                                                  _____
                                                                  Plaintiff, Pro Se