FILED
Clerk
District Court

SEP 01 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | Civil Action No. 05-0027 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING EX |
| ) | PARTE MOTION TO BE |
| COMMONWEALTH OF THE ) | ALLOWED TO APPEAR BY |
| NORTHERN MARIANA ISLANDS, ) | TELEPHONE; DECLINING TO |
| et al., ) | RULE ON IN FORMA PAUPERIS |
| ) | MOTION; and, DECLINING TO |
| Defendants ) | RULE ON NECESSITY OF BOND |
| ) | |

THIS MATTER came before the court on *pro se* plaintiff's *ex parte* motions. In the interests of conserving the resources of the court and the parties, the court will address the motions without the necessity of a hearing or the filing of an opposition by any defendant.

Defendant moves prospectively for *in forma pauperis* status, even though he has paid the filing fee and does not request a refund. The court declines to rule on the

AO 72
(Rev. 8/82)

motion as plaintiff seeks only a preliminary indication of what the court might do should certain events transpire in the future. The court cannot rule on hypothetical events. Plaintiff may renew his motion should the need arise.

Likewise, the court declines to rule on plaintiff's motion regarding posting of a bond. No defendant has made such a request and there is no motion before the court requiring its decision.

Finally, plaintiff's motion to appear by telephone is granted, pursuant to Local Rule 16.2CJ.e.1(a). The court will initiate the telephone call for any such appearances, using the telephone number appearing on the first page of plaintiff's pleadings. Plaintiff will be required to be physically present at the mandatory settlement, even if he has by that date retained counsel. He will also be required to be physically present at trial, unless he has retained counsel by that date.

IT IS SO ORDERED.

DATED this 1st day of September, 2005.

_____
ALEX R. MUNSON
Judge