Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone  208-245-1691

F I L E D
Clerk
District Court

SEP 2 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Case No. CV 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **MOTION TO FILE AN** |
| MARIANA ISLANDS (hereafter referred to ) | **AMENDED COMPLAINT--** |
| as the CNMI); NICOLE C. FORELLI, former ) | **EX PARTE** |
| Acting Attorney General of the CNMI, in her ) | |
| personal/individual capacity; WILLIAM C. ) | |
| BUSH, former Assistant Attorney General of ) | |
| the CNMI, in his personal/individual capacity; ) | |
| **D. DOUGLAS COTTON, former** ) | |
| **Assistant Attorney General of the CNMI** ) | |
| **in his personal/individual capacity;** L. ) | |
| DAVID SOSEBEE, former Assistant Attorney ) | |
| General of the CNMI, in his personal/individual ) | |
| capacity; ANDREW CLAYTON, former ) | |
| Assistant Attorney General of the CNMI, in his ) | |
| personal/individual capacity; Other ) | |
| UNKNOWN and UNNAMED person or ) | |
| persons in the CNMI OFFICE OF THE ) | |
| ATTORNEY GENERAL, in their ) | |
| personal/individual capacity, in 1996-2002; ) | |
| ALEXANDRO C. CASTRO, former Judge Pro ) | |
| Tem of the CNMI SUPERIOR COURT, in his ) | |
| personal/individual capacity; JOHN A. ) | |
| MANGLONA, Associate Justice of the ) | |
| CNMI Supreme Court, in his ) | |
| personal/individual capacity; TIMOTHY H. ) | |

1

BELLAS, former Justice Pro Tem of the CNMI )
Supreme Court, in his personal/individual )
capacity; PAMELA S. BROWN, present )
Attorney General of the CNMI; in her )
personal/individual capacity; )
ROBERT A. BISOM; and JAY H. SORENSEN. )
      Defendants )

---

1. Comes plaintiff ROBERT D. BRADSHAW in Civil Case 05-0027 to petition the court for approval to file the accompanying amended complaint in subject case to add one more defendant, some vital points and a correction in spelling in the case.

2. The additions/corrections made have been highlighted in bold type in the amended complaint to facilitate the court's review of the amended complaint.

3. No service has been made on this complaint to date.

4. A proposed order is also enclosed.

*/s/ Robert D. Bradshaw*
Robert D. Bradshaw
Plaintiff, Pro Se
PO Box 473
1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691

2