FILED
Clerk
District Court

OCT 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**JAY H. SORENSEN**
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone:   (86) 21 5083-8542
Facsimile:   (86) 21 5083-8542

Defendant in pro se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>    Plaintiff,<br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; D. DOUGLAS COTTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/ individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI OFFICE OF THE ATTORNEY GENERAL, in their personal/individual capacity, in 1996-2002; ALEXANDRO C. CASTRO, former Judge Pro Tem of the CNMI SUPERIOR COURT, in his personal/individual capacity; JOHN A. MANGLONA, Associate Justice of the CNMI SUPREME COURT, in his personal/individual capacity; TIMOTHY H. BELLAS, former Justice Pro Tem of the CNMI SUPREME COURT, in his personal /individual capacity; PAMALA S. BROWN, present Attorney General of the CNMI, in her personal/individual capacity; ROBERT A. BISOM; and JAY H. SORENSEN,<br>    Defendants. | Case No. CV 05-0027<br><br>[PROPOSED] ~~ ~~<br>**ORDER GRANTING EXTENSION** |

Good cause appearing, IT IS ORDERED that the application for extension of time is granted, so that the time for defendant, JAY H. SORENSEN, to answer or otherwise respond to the amended complaint is extended to and including ___DECEMBER 8___, 2005.

Dated: October 28, 2005

_____
Alex R. Munson
District Court Judge