F I L E D
Clerk
District Court

NOV 1 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW

    Plaintiff

    v.

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (hereafter referred to
as the CNMI);
et. al.

    Defendants

) Civil Action No. 05-0027

)
)
) **AFFIDAVIT IN SUPPORT OF**
) **MOTION TO COURT TO ENTER**
) **A DEFAULT JUDGMENT**
) **AGAINST DEFENDANT**
) **ROBERT A. BISOM**
)

    1. Defendant ROBERT A. BISOM was served with the complaint, amended complaint and summons on October 11, 2005, per Return of Service forms filed in the Court on this case. Service was made on his attorney Jay H. Sorensen.

    2. Jay H. Sorensen has represented Mr BISOM on legal matters in several cases previously before this Court and before the CNMI Superior and Supreme

1

Courts. Mr Sorensen filed documents and made representations on CNMI Superior Court Civil Case 96-1320 from 1996 to March 2003. In 2005, Mr Sorensen continued to represent Mr BISOM on CNMI case 96-1320 in further litigation. On October 11, 2005, Mr Sorensen reportedly appeared by phone on behalf of Mr BISOM in the CNMI Superior Court for an oral presentation on civil case 96-1320.

3. On September 17, 2005, Mr Sorensen sent Robert D. Bradshaw, a defendant in case 96-1320, the attached request for interrogatories (Exhibit "A"). Mr Sorensen was identified as the "Attorney for Plaintiff and Judgment Creditor." In other documents filed in the CNMI courts in 2005, he also referred to himself as the Attorney and Judgment Creditor for Mr BISOM.

4. In September 2005, BRADSHAW served summons, complaint and amended complaint by certified mail, return receipt, on ROBERT A. BISOM, c/o Jay H. Sorensen, Attorney for Robert A. Bisom, at Mr Sorensen's attorney business address of c/o Shanghai, PO Box 9022, Warren, MI 48090-9022 (see the enclosed copy of the mailing envelope--Exhibit "B"). Mr Sorensen or his agent accepted this service and returned the signed postal receipt, as now filed in this court's case file for 05-0027 (see Exhibit "C").

5. In a previous case against both Mr BISOM and Mr Sorensen in the US District Court of Idaho (case 05-0084), Mr BISOM was also served via his attorney Jay H. Sorensen at Mr Sorensen's mailing address in Somis, California in April 2005. This service was made for both Messers BISOM and SORENSEN on Mr Sorensen's supposed agent Cynthia Sorensen, a co-occupant with Mr Sorensen at the Sorensen house in Somis. Reportedly, she forwarded both the summons and complaints for

2

Messers BISOM and SORENSEN to Mr Sorensen, who in turn contacted Mr BISOM.

6. A local Idaho law firm, Ramsden and Lyons of Coeur d'Alene, Idaho, represented both Messers SORENSEN and BISOM in the US District Court of Idaho.

7. There is no documentation on file in the CNMI Superior Court indicating or allowing that Mr Sorensen no longer represents Mr BISOM (according to oral information supplied BRADSHAW by CNMI Clerk of Court Bernie Sablan).

8. Mr SORENSEN was also served for case 05-0027 on Oct 11, 2005 at his business address in Warren, Michigan. He filed an application, as the defendant pro se, in the CNMI US District Court on Oct 26, 2005, asking for an extension of time to file his answer on the complaint against himself until Dec 8, 2005.

9. Plaintiff's Affidavit on default and a bill of costs are enclosed for case 05-0027 as well as the preceding costs on CNMI case 96-1320 and USDC ID case 05-0084 which were claimed in the pleadings on USDC CNMI case 05-0027 (Exhibits D, E, F and G). Actual damages are $147,230.00 (including costs from 96-1320 and 05-0084), punitive damages are $750,000.00, and costs for 05-0027 are $2220.00--all of which total to $899,450.00.

10. On the BISOM complaint and summons, default commenced on Nov 1, 2005 when Defendant BISOM failed to appear and answer the summons served on him.

Robert D. Bradshaw, Plaintiff, Pro Se

3

STATE OF IDAHO
COUNTY OF BENEWAH

I, _____Jerry Lee Nelson_____, Notary in and for the State of

Idaho, residing at___St. Maries, Idaho_____ do hereby certify that on

this ___10_____ day of ____November_____ 2005, personally

appeared before me Robert D. Bradshaw, to me known to be the individual described

in and who executed the within instrument for the uses and purposes herein

mentioned.

Given Under My hand and Official Seal; this ____10_____ day of **November**___2005.

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

____11/15/07_____

JERRY LEE NELSON
Notary Public
State of Idaho

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _10th_ day of ___Nov___ 2005, I caused to be served a
true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
 Caller Box 10007, Capitol Hill, Saipan, MP 96950.

Robert D. Bradshaw, Plaintiff, Pro Se

4

**JAY H. SORENSEN**
**Attorney at Law**
**c/o Shanghai**
**P.O. Box 9022**
**Warren, MI 48090-9022**
**Phone (Shanghai,China): 86-21-5083-8542**

Attorney for Plaintiff and Judgment Creditor

## IN THE SUPERIOR COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT A. BISOM | ) | CIVIL ACTION NO. 96-1320 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INTERROGATORIES** |
| v. | ) | **TO DEFENDANT .** |
| | ) | **ROBERT D. BRADSHAW** |
| COMMONWEALTH OF THE NORTHERN | ) | |
| MARIANA ISLANDS, ROBERT D. | ) | |
| BRADSHAW, former Temporary Public | ) | |
| Auditor, in his individual capacity, et al. | ) | |
| | ) | |
| Defendants. | ) | |

To: ROBERT D. BRADSHAW, P.O. Box 473, 1530 W. Trout Creek Road, Calder, Idaho 83808

Plaintiff, ROBERT A. BISOM, serves these interrogatories on ROBERT D. BRADSHAW, as authorized by Rule 33, Commonwealth Rules of Civil Procedure. ROBERT D. BRADSHAW must serve his answer to each interrogatory separately and fully, in writing and under oath, within 30 days after service.

### DEFINITIONS

The following terms have the following meanings, unless the context requires otherwise:

A. Parties. The term "plaintiff" or "defendant," as well as a party's full or abbreviated name or a pronoun referring to a party, means the party and, where applicable, {his/her/its} agents, representatives, officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

B. Person. The term "person" is defined as any natural person, any business, a legal or governmental entity, or an association.

*EXh*
*"A*

C.  Document.  The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a) and includes computer records in any format.  A draft or nonidentical copy is a separate document within the meaning of this term.  The term "document" also includes "any tangible things" as that term is used in Rule 34(a).

D.  Communication.  The term "communication" means the transmittal of information in the form of facts, ideas, inquiries, or otherwise.

E.  Identify (person).  When referring to a person, "identify" means to give, to the extent known, the person's full name, present or last known address, telephone number, and, when referring to a natural person, the present or last known place of employment.  Once a person has been identified in compliance with this paragraph, only the name of that person need be listed in response to later discovery requesting the identification of that person.

F.  Identify (document).  When referring to documents, "identify" means to give, to the extent known, the following information: (a) the type of document; (b) the general subject matter of the document; (c) the date of the document; (d) the authors, addressees, and recipients of the document; (e) the location of the document; (f) the identity of the person who has custody of the document; and (g) whether the document has been destroyed, and if so, (i) the date of its destruction, (ii) the reason for its destruction, and (iii) the identity of the person who destroyed it.

G.  Relating.  The term "relating" means concerning, referring, describing, evidencing, or constituting, directly or indirectly.

H.  All/Each.  The terms "all" and "each" should be construed as "and," "each," and "and/or."

I.  Any.  The term "any" should be understood in either its most or its least inclusive sense as necessary to bring within scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

J.  And/Or.  The connectives "and" and "or" should be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

K.  Number.  The use of the singular form of any word includes the plural and vice versa.

## INTERROGATORIES

1.  As to any real property in which you have any ownership interest, please:

   1.1  State its description, in terms of location, size and improvements;

   1.2  Identify any liens against it, including the type of lien, the name and address of the lien holder and the balance of any debt secured by the lien.

   1.3  Describe the nature of your interest.

2.  As to any accounts you have at any financial institution, please state:

   2.1  The name and address of the financial institution and your account number;

   2.2  The balance in the account at this time;

   2.3  The balance in the account on March 1, 2004.

3.  As to any item of personal property that you own with a market value in excess of US$500.00, please:

   3.1  Describe the item;

   3.2  Identify the place where you keep the item;

   3.3  State the value of the item, as best you can estimate;

4.  As to all money you have in cash at this time, please state:

   4.1  How much, and if in currency other than United States, identify what currency;

   4.2  Where it is held.

5.  As to any transfers of any assets or property with a value of over US$500.00 from you since May, 2000, please:

   5.1  Identify the asset or property;

   5.2  Identify the person to whom the asset or property was transferred;

   5.3  The date of the transfer;

   5.4  Explain why you made the transfer.

6. As to any debts or liabilities you have now, please:

    6.1 Identify the nature of the debt or liability as to why it is owed and the amount'

    6.2 Identify the person or other entity to whom it is owed.

7. Please state your net worth at this time, including an explanation of how you calculated or estimated it.

8. As to any employment or business you have, or have had during the past three years, please:

    8.1 Discribe the nature of that employment or business;

    8.2. Identify the employer or business as to name, address and telephone number;

    8.3 State the amount of income you have derived from that employment or business for the last three years.

9. As to any other source of income not previously described in answer to interrogatories above, which you have at the present time, please:

    9.1 Identify the source of that income;

    9.2 Describe what income you receive from that source, including the amount and frequency you receive it;

    9.3 State the reason that you receive that income.

10. Please describe any travel you have done outside the United States during the last five years, including the destination(s), inclusive dates of the visit(s), and reason for the travel.

Jay M. Sorensen
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _SEPTEMBER 12, 2005_

a copy of the within INTERROGATORIES TO DEFENDANT ROBERT D. BRADSHAW

was deposited for delivery to the U.S. Post Office, first class mail, postage prepaid,

addressed as set forth below:

Robert D. Bradshaw
P.O. Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808

Jay H. Sorensen



Jay H. Sorensen
c/o Sharghiai
P.O. Box 9022
Warren, MI 48090-9022



www.usps.com

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

HOW TO USE:

From:

1. COMPLETE ADDRESS LABEL AREA
Type or print required return address and addressee information in customer block (white area) or on label (if provided).

2. PAYMENT METHOD
Affix postage or meter strip to area indicated in upper right hand corner.

3. ATTACH LABEL (if provided)
Remove label backing and adhere over customer address block area (white area).






Robert Bradshaw
PO Box 473
Caller, ID 83808-0473

To: ROBERTA, BISOM CARE OF
JAY H. SORENSEN ATTORNEY
FOR ROBERT A. BISOM

c/o SHANGHAI
PO BOX 9022
WARREN, MI 48090



▲ PLACE LABEL HERE ▲

The efficient FLAT RATE ENVELOPE.
You don't have to weigh the envelope...just pack all your correspondence and documents inside and pay only the FLAT RATE Priority Mail postage.
We Deliver.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT A. BISOM, C/O
JAY N. SORENSEN ATTORNEY
FOR ROBERT A. BISOM
C/O 549 56 MAI
PO BOX 7022
WARREN, MI 48090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dennis Bennett_      ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
DENNIS BENNETT     11 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

MAIN PO
WARREN, MI 4809?

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7099 3220 0031 3172 1738

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1035

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
ROBERT A. BISOM, C/O JAY SORENSEN
BOX 9022, WARREN, MI 48090

| | |
|---|---|
| Postage | $ 385 |
| Certified Fee | 230 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.90 |

Postmark: CALDER, ID OCT 6 2005 USPS

Name (Please Print Clearly) (To be completed by mailer)
ROBERT BRADSHAW
Street, Apt. No.; or PO Box No.
BOX 473
City, State, ZIP+4
CALDER, ID 83808

7099 3220 0001 3172 1738

PS Form 3800, July 1999        See Reverse for Instructions

EXH C

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of
CNMI

ROBERT D. BRADSHAW
PLAINTIFF
v.
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS, ET AL
DEFENDANTS

**BILL OF COSTS**

Case Number: 05-0027

Judgment having been entered in the above entitled action on **Nov 10, 2005** against **Robert A. Bisom**
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ 250.00 |
| Fees for service of summons and subpoena ................................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses (itemize on reverse side) ................................................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 448.64 |
| Docket fees under 28 U.S.C. 1923 ................................................ | |
| Costs as shown on Mandate of Court of Appeals ................................................ | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ................................................ | 1524.36 |
| | **TOTAL** $ 222 0.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **Jay H. Sorensen, Attorney for Robert A. Bisom**

Signature of Attorney: PLAINTIFF **Robert D. Bradshaw**

Name of Attorney: PLAINTIFF **Robert D. Bradshaw**

For: **ROBERT D. BRADSHAW**              Date: **Nov 10, 2005**
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____              By: _____
Clerk of Court                          Deputy Clerk                          Date

EXH

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAMES AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Civil Action No. 05-0027 |
|     Plaintiff | ) |
|     v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) **AFFIDAVIT IN SUPPORT OF** ) **COSTS ON CNMI USDC CASE** ) **05-0027 FOR DEFAULT** ) **MOTION AGAINST ROBERT** ) **A. BISOM** |
|     Defendants | ) |

### Costs on USDC of CNMI Case 05-0027
### Robert D. Bradshaw v. CNMI, et. al.

#### July 25, 2005 to Nov 1, 2005

| | |
|---|---|
| Long Distant Phone Calls | $    50.80 |
| Fax | 6.22 |
| Postage | 227.35 |
| Automobile and Travel | 462.50 |
| Legal and Research | 600.00 |
| Bank Charges and interest | 100.00 |
| Miscellaneous | 77.49 |
| Total Other Costs | $1524.36 |

1

EXHI II
"E

Add:
Court Fees                                          $ 250.00
Costs of copies and reproductions                     445.64

Total All Costs                                    $2220.00

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the
above costs; that each item is correct; that the noted costs were necessarily
incurred in the case; and that the services for which fees have been
charged were actually and essentially performed.

Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, _____ **Jerry Lee Nelson** _____ , Notary in and for the State of

Idaho, residing at _____ **St. Maries, Idaho** _____ , _ do hereby certify that on

this _____ **10** _____ day of _____ **November** _____ 2005, personally

appeared before me Robert D. Bradshaw, to me known to be the individual described

in and who executed the within instrument for the uses and purposes herein

mentioned.

Given Under My hand and Official Seal; this _____ **10** _____ day of **November** 2005.

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

**JERRY LEE NELSON**
**Notary Public**
**State of Idaho**

MY APPOINTMENT EXPIRES

_____ **11/15/07** _____

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _18th_ day of _Nov_ 2005, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
  Caller Box 10007, Capitol Hill, Saipan, MP 96950.

Robert D. Bradshaw, Plaintiff, Pro Se

3

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone  208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW                     )    Civil Action No. 05-0027

     Plaintiff

     v.

COMMONWEALTH OF THE NORTHERN           )    **AFFIDAVIT IN SUPPORT OF**
MARIANA ISLANDS (hereafter referred to )    **COSTS ON ID USDC CASE**
as the CNMI);                          )    **05-0084 FOR DEFAULT**
et. al.                                )    **MOTION AGAINST ROBERT**
                                       )    **A. BISOM**
     Defendants             )

---

### Costs on USDC of Idaho Case 05-0084
### Robert D. Bradshaw v, CNMI, et. al.
### Mar 7, 2005 to July 25, 2005

| | |
|---|---:|
| Long Distance Phone calls | $  91.95 |
| Fax | 34.22 |
| Copies | 459.35 |
| Postage | 299.57 |
| Bank charges and Interest | 97.22 |
| Legal and Research | 2575.00 |
| Process Service | 794.55 |
| Locator Service | 347.00 |
| Typing | 30.00 |
| Notary Fees | 18.14 |
| Court Fees | 272.40 |
| Supplies | 258.47 |

1

| | |
|---|---|
| Automobile and Travel | 2360.60 |
| Miscellaneous | 366.68 |
| Total All Costs | $8005.15 |
| Less Amount rounded for pleading in Case 05-0027 | 5.15 |
| Net Total Costs on Case | $8000.00 |

### AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and essentially performed.

Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, __Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at____St. Maries, Idaho_____ do hereby certify that on this __10_____ day of __November_____ 2005, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___10_____ day of __November___ 2005.

JERRY LEE NELSON
Notary Public
State of Idaho

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES  **11/15/07**

2

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _10th_ day of _Nov_ 2005, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen. c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General. 2d Floor of the Juan A. Sablan Memorial Bldg,
 Caller Box 10007, Capitol Hill, Saipan, MP 96950.

Robert D. Bradshaw, Plaintiff, Pro Se

3

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW            )   Civil Action No. 05-0027

      Plaintiff

      v.

COMMONWEALTH OF THE NORTHERN    )   **AFFIDAVIT IN SUPPORT OF**
MARIANA ISLANDS (hereafter referred to   )   **COSTS ON CNMI CASE**
as the CNMI);                           )   **96-1320 FOR DEFAULT**
et. al.                                   )   **MOTION AGAINST ROBERT**
                                          )   **A. BISOM**
      Defendants                  )

---

### Costs on CNMI Civil Case 96-1320
### Robert A. Bisom v. Robert D. Bradshaw
### Before March 7, 2005

Telephone calls, fax, and postage                     $230.00

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and essentially performed.

                          Robert D. Bradshaw, Plaintiff, Pro Se

1

EXH

STATE OF IDAHO
COUNTY OF BENEWAH

I, _____Jerry Lee Nelson_____, Notary in and for the State of

Idaho, residing at__St. Maries, Idaho_____ do hereby certify that on

this _____10_____ day of ____November_____ 2005, personally

appeared before me Robert D. Bradshaw, to me known to be the individual described

in and who executed the within instrument for the uses and purposes herein

mentioned.

Given Under My hand and Official Seal; this ___10_____ day of __November____2005.

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

JERRY LEE NELSON
Notary Public
State of Idaho

MY APPOINTMENT EXPIRES

____11/15/07_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _10th_ day of ___Nov__ 2005, I caused to be served a
true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
  Caller Box 10007, Capitol Hill, Saipan, MP 96950.

Robert D. Bradshaw, Plaintiff, Pro Se

2