Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

FILED
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se


IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>  Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN<br>MARIANA ISLANDS (hereafter referred to<br>as the CNMI); L. DAVID SOSEBEE, former<br>Assistant Attorney General of the CNMI,<br>in his personal/individual capacity; et. al.<br>  Defendants | ) Case No. CV 05-0027<br>)<br>)<br>)<br>)<br>) **MOTION TO SERVE L. DAVID**<br>) **SOSEBEE BY PUBLICATION**<br>) **AND FOR A CHANGE TO THE**<br>) **PERIOD ALLOWED FOR**<br>) **SERVICE FROM 120 DAYS TO**<br>) **240 DAYS--EX PARTE** |

1. Comes plaintiff ROBERT D. BRADSHAW in Civil Case 05-0027 to petition the court for approval to serve Defendant L. DAVID SOSEBEE by publication. Federal Rules of Civil Procedure rule 4(e)(1) allow service to be made in accordance with the rules and laws in the district where the US court is located.

2. The Commonwealth Code on Jurisdiction and Process (PL 2-15, Section 4) allows service by certified mail with the proviso that if the defendant cannot be served by mail, then the Court may order that service be made by publication of the summons in at least one newspaper published and having a general circulation in the Commonwealth each week for a period of four consecutive weeks.

1

3. Request that the Court authorize plaintiff to serve summons on Mr SOSEBEE with publication in the local Marianas Variety once each week for four consecutive weeks, per the attached publication notice Exhibit A. An affidavit is filed contemporaneously with this motion showing the efforts to serve Mr SOSEBEE.

3. Mr SOSEBEE has been represented by the CNMI Attorney General up until July 2005 in Idaho USDC Civil Case 05-0084. The CNMI AG has been in contact with him. With this notice, either in this document filed with the Court or in the newspaper, it is anticipated that the AG will promptly contact Mr SOSEBEE and arrange for an answer and/or for his representation.

4. As a precautionary measure, the State of Idaho civil procedures on use of publication adds that a copy of the summons and complaint be sent to the defendant by first class mail at the end of the publication notice. Attached is a copy of a proposed affidavit, proforma, which plaintiff will complete at the end of the four weeks of publication (Exhibit B). This affidavit will be filed by plaintiff with the CNMI USDC.

4. Because of the needed time to make this publication and follow up on it, plaintiff further requests that the court extend the time deadline for delivery of service on the summons on defendant L. DAVID SOSEBEE from 120 days until 240 days. This seems to be now the authorization in the CNMI rules of civil procedure (rule 4m).

5. A proposed order is also contemporaneously enclosed.

_/s/ Robert D. Bradshaw_
Robert D. Bradshaw
Plaintiff, Pro Se
PO Box 473
1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _9th_ day of _November_ 2005, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
  Caller Box 10007, Capitol Hill, Saipan, MP 96950.

_/s/ Robert D. Bradshaw_
Robert D. Bradshaw, Plaintiff, Pro Se

LEGAL NOTICE
SUMMONS FOR PUBLICATION

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D, BRADSHAW
    Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI); L DAVID SOSEBEE,
former Assistant Attorney General of the CNMI,
in his personal/individual capacity; et. al.

    Defendants

TO: L. DAVID SOSEBEE:

    **You have been sued** by Robert D, Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027

    The nature of the claim against you is possible gross incompetence, malpractice, fraud and conspiracy to misrepresent Plaintiff and to misappropriate funds from the CNMI and the Plaintiff.

1

*EXHIBIT*
*"A"*

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, **unless** prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this _____ day of _____ 2005.

Galo L. Perez
Clerk of the United States
District Court for the
Commonwealth of the Northern
Mariana Islands

By_____, Deputy Clerk

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Civil Action No. 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); L DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al. | ) **AFFIDAVIT OF SERVICE** ) **OF PROCESS BY MAIL** ) ) ) ) ) |
| Defendants | ) |

STATE OF IDAHO            )
                          ) ss:
County of Benewah         )

I, ROBERT D. BRADSHAW, hereby affirm as follows:

I am the plaintiff in this case. I mailed a true copy of the Complaint, Amended Complaint and Summons in this case to defendant L. DAVID SOSEBEE on the _____ day of _____, 2006. I mailed copies in the U.S. Mail with the correct first class postage. See attached EXHIBIT "A" for a copy of the envelope of the mailing.

_____
ROBERT D. BRADSHAW

1

I, _____, Notary in and for the State of Idaho, residing at _____ do hereby certify that on this _____ day of _____ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this _____ day of _____,2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____ day of _____ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
 Caller Box 10007, Capitol Hill, Saipan, MP 96950.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

2