Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

F I L E D
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>　　　Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN<br>MARIANA ISLANDS (hereafter referred to<br>as the CNMI); L. DAVID SOSEBEE, former<br>Assistant Attorney General of the CNMI,<br>in his personal/individual capacity; et. al.<br>　　　Defendants | ) Case No. CV 05-0027<br>)<br>)<br>)<br>)<br>) **AFFIDAVIT IN SUPPORT OF**<br>) **MOTION TO SERVE L. DAVID**<br>) **SOSEBEE BY PUBLICATION**<br>) **AND FOR A CHANGE TO THE**<br>) **PERIOD ALLOWED FOR**<br>) **SERVICE FROM 120 DAYS TO**<br>) **240 DAYS** |

　　　1. In the US District Court civil case 05-0027, Plaintiff attempted service of

summons and process on defendant L. DAVID SOSEBEE by certified mail, return

1

receipt, per the CNMI CMC. Attached at Exhibit One is the front of the envelope mailed to Mr SOSEBEE. Exhibit Two is the certified mail receipt of the mailing.

2. The certified mailing was returned to the sender with the notation that two attempts were made to deliver the letter to Mr SOSEBEE and that Mr SOSEBEE refused to accept the certified mailing ·. The Bryan Post Office then returned the letter to the sender at Exhibit Three.

3. Previously, Mr SOSEBEE was served summons in case 05-0084 of the US District Court of Idaho and a second mailing a few days later. On May 19, 2005, he accepted service for two mailings by certified mail (See Exhibit Four). The address of Box 3185, Bryan, TX has been shown by the Texas Bar Association in 2005 to be the correct mailing address for Mr SOSEBEE.

4. The CNMI Attorney General was in contact with and provided legal assistance to Mr SOSEBEE for the action in the Idaho court which ended in July 2005 with a dismissal for lack of personal jurisdiction. Plaintiff filed notice with the court of his intention to refile the complaint with your court in Saipan. Likely, Mr SOSEBEE was notified of this event by the CNMI Attorney General.

Dated at St. Maries, Idaho, this 7th day of November 2005

_Robert D. Bradshaw_
Robert D. Bradshaw
PO Box 473
Calder, ID 83808
Phone 208-245-1691

STATE OF IDAHO
COUNTY OF BENEWAH

I, _Joanna Dahlkey_, Notary in and for the State of Idaho, residing at _St. Maries, ID_ do hereby certify that on this _7th_ day of _November_ 2005, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this _7th_ day of _November_ 2005.

_Joanna Dahlkey_
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES
_4-10-07_

[SEAL: JOANNA DAHLKEY, Notary Public, State of Idaho]

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _7th_ day of _November_ 2005, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
  Caller Box 10007, Capitol Hill, Saipan, MP 96950.

_Robert Bradshaw_
Robert D. Bradshaw, Plaintiff, Pro Se

3



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

**HOW TO USE:**

1. **COMPLETE ADDRESS LABEL AREA**
Type or print required return address and addressee information in customer block (white area) or on label (if provided).

2. **PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.

3. **ATTACH LABEL (If provided)**
Remove label backing and adhere over customer address block area (white area).

From:

Robert Bradshaw
PO Box 473
Calder, ID 83808-0473

To: L. David Sosebee
PO Box 3185
Bryan, TX 77805-3185

www.usps.com

Recycled Paper

"EXHIBIT ONE"

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3220 0001 3672 1769

Article Sent To:
BRYAN TX 77805-3185

| | |
|---|---|
| Postage $ | 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 7.90 |

Postmark: CALDER OCT 12 2005 USPS

Name (Please Print Clearly) (To be completed by mailer)
K. DAVID SOSEBEE
Street, Apt. No.; or PO Box No.
PO Box 3185
City, State, ZIP+ 4
BRYAN, TX 77802-3185

PS Form 3800, July 1999        See Reverse for Instructions

EXHIBIT
TWO



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L. DAVID SOSEBEE
Box 3185
BRYAN, TX 77805-3185

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name): DAVID SOSEBEE
C. Date of Delivery: 5/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0001 3672 1646

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L. DAVID
    SOSEBEE
Box 3185
BRYAN TX 77805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name): DAVID SOSEBEE
C. Date of Delivery: 5/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from se...): 7003 3110 0000 3399 0753

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT FOUR