F I L E D
Clerk
District Court

NOV 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | Civil Action No. 05-0027 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER: |
| ) | 1. GRANTING MOTION TO |
| COMMONWEALTH OF THE ) | EXTEND TIME TO SERVE |
| NORTHERN MARIANA ISLANDS, ) | DEFENDANT SOSEBEE; and, |
| et al., ) | 2. GRANTING MOTION |
| ) | TO SERVE BY PUBLICATION |
| Defendants ) | |
| _____ ) | |

THIS MATTER came before the court on motion of plaintiff to serve defendant L. David Sosebee by publication and to extend the time for service. In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of a hearing.

THE COURT, having considered plaintiff's motion and the affidavit filed in support thereof, and it appearing that plaintiff has taken the necessary steps

AO 72
(Rev. 8/82)

precedent to obtain an order to serve by publication and has been unable to effect service on defendant, hereby

ORDERS that plaintiff may serve defendant L. David Sosebee by publication in accordance with Commonwealth law; and,

FURTHER ORDERS that the deadline for service upon defendant L. David Sosebee be and hereby is extended from 120 to 240 days; and,

FURTHER ORDERS that plaintiff may use the language in the proposed notice, except that the following language shall be stricken from the notice: "The nature of the claim against you is possible gross incompetence, malpractice, fraud and conspiracy to misrepresent Plaintiff and to misappropriate funds from the CNMI and the Plaintiff." The following language shall be inserted instead: "The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you."

FURTHER ORDERS that a copy of this order shall be sent by first class mail to defendant L. David Sosebee at P.O. Box 3185, Bryant, TX 77805-3185.

DATED this 17th day of November, 2005.

_____
ALEX R. MUNSON
Judge