F I L E D
Clerk
District Court

NOV 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MATTHEW T. GREGORY
   **Attorney at Law**
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan MP 96950
4  Telephone: (670) 234 3972
   Facsimile: (670) 234 3973

6  *Attorney for Defendant Robert A. Bisom*

7  IN THE UNITED STATES DISTRICT COURT
   FOR THE
8  NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, | Civil Action No. **05-0027** |
| Plaintiff, | |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; NICOLE C. FORELLI, *former Acting Attorney General of the CNMI, in her personal/individual capacity;* WILLIAM C. BUSH, *former Assistant Attorney General of the CNMI, in his personal/individual capacity;* DAVID L. SOSCBEE, *former Assistant Attorney General of the CNMI, in his personal/individual capacity;* ANDREW CLAYTON, *former Assistant Attorney General of the CNMI, in his personal/individual capacity;* ALEXANDRO C. CASTRO, *former Judge Pro Term of the CNMI Superior Court, in his personal/individual capacity;* JOHN A. MANGLONA, *Associate Judge of the CNMI Supreme Court, in his personal/individual capacity;* TIMOTHY H. BELLAS, *former Justice Pro Term of the CNMI Supreme Court, in his personal/individual capacity;* PAMELA S. BROWN, *present Attorney General of the CNMI, in her personal/individual Capacity;* ROBERT A. BISOM; JAY H. SORENSEN; OTHER UNKNOWN AND UNNAMED PERSON OR PERSONS, and DOUGLAS D. COTTON, | DECLARATION OF JAY H. SORENSEN IN SUPPORT OF DEFENDANT ROBERT A. BISOM'S OPPOSITION TO PLAINTIFF ROBERT BRADSHAW'S MOTION TO CLERK OF COURT TO ENTER A DEAULT JUDGMENT |
| Defendants. | |

- 1 -

1
2        I, JAY H. SORENSEN, ESQ., declare as follows:
3        1.    I have personal knowledge of the matters stated below. I am competent to testify on
4   the matter stated below and could testify to the same if called upon to do so.
5        2.    I do not represent Robert A. Bisom in the above-entitled action.
6        3.    Mr. Bisom never authorized me to accept service of process on his behalf.
7        4.    I currently reside in Shanghai, China.
8
9        I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct to the best of my knowledge and belief.
11
12       Executed this 18th day of November, 2005.
13
14                                            _____
                                              JAY H. SORENSEN
15
16
17
18
19
20
21
22
23
24
25
                                              - 2 -