FILED
Clerk
District Court

NOV 18 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW, | ) | Civil Action No. 05-0027 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER DENYING MOTION |
| | ) | TO ENTER DEFAULT |
| COMMONWEALTH OF THE | ) | AGAINST DEFENDANT BISOM |
| NORTHERN MARIANA ISLANDS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

THIS MATTER came before the court on motion of plaintiff to enter default against defendant Robert A. Bisom. In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of a hearing.

THE COURT, having considered plaintiff's motion and the affidavits filed in support and opposition thereto, denies plaintiff's motion to enter default against

defendant Robert A. Bisom. Plaintiff's motion is predicated upon service on Bisom by service on his attorney, Jay H. Soresen. Attorney Sorensen has declared under penalty of perjury and as an officer of the court that he is not Mr. Bisom's attorney in the instant matter and has never been authorized by Mr. Bisom to accept service in this matter. Further, the court notes that there exists the potential for a conflict of interest in any such representation as both Bisom and Sorensen are named defendants. Accordingly, the motion to enter default against Bisom is denied. The court having denied the motion, it need not consider plaintiff's motion for an award of allowable costs under 28 U.S.C. § 1920.

    IT IS SO ORDERED.

    DATED this 18th day of November, 2005.

                                                   ALEX R. MUNSON
                                                       Judge