FILED
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

JAMES D. LIVINGSTONE
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

Attorney for: Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>EX PARTE MOTION EXTENDING TIME UNDER LOCAL RULE 7.1.h.3(b) AND FED. R. CIV. P. 6 (b); APPLICATION FOR INCREASE OF TIME UNDER LOCAL RULE 7.1.h.2 |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)**

As undersigned counsel, James D. Livingstone, certifies as follow:

a.      The address and phone number of Plaintiff Bradshaw, who is without counsel, as listed on his

1  Amended Complaint is:

2
P.O. Box 473
1530 Trout Creek Road
3   Calder, Idaho  83808
Telephone: 208-245-1691

4

Defendants Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown are

5
represented by the Commonwealth of the Northern Mariana Islands Attorney General's Office whose

6
address and relevant numbers are:

7
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
8   Caller Box 10007
Saipan, MP  96950
9   Telephone: 670-664-2341
Facsimile: 670-664-2349

10

11
Defendant Jay Sorensen's address and relevant numbers are:

12

c/o Shanghai
13   Post Office Box 9022
Warren, MI  48090-9022
14   Telephone:    (86) 21 5083-8542
Facsimile:    (86) 21 5083-8542

15

16  The addresses of any other Defendants are unknown at this time.

17

**FACTS SHOWING EXISTENCE AND NATURE OF THE CLAIMED EMERGENCY**
18  **OR REASON FOR EX PARTE APPLICATION**

19

20  Defendants Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown (hereafter

21  collectively "Defendants") request that this Court extend and enlarge time to respond to Plaintiff's

22  Amended Complaint.  Specifically, Defendants seek an enlargement up to and including December 23,

2005 to file a dispositive motion or responsive pleading to the Plaintiff's Complaint.

Some, if not most, of the Defendants have been served improperly. As a result, Motions to Quash for Defective Service will be filed with this honorable Court on their behalf in the near term. While these service matters are being sorted out, Defendants wish to proceed in an abundance of caution and move to enlarge time for filing a responsive dispositive motion under Fed. R. Civ. P. 12 (b) (6).

Plaintiff Bradshaw's complaint is eighty-one pages long and contains numerous causes of action under an exhaustive list of federal civil and criminal statutes, including, among others, the Racketeer Influence Corrupt Organizations Act, the Immigration Reform and Control Act and several Federal Civil Rights causes of action. Crafting an adequate response to all of Plaintiff Bradshaw's numerous allegations on behalf of the four Defendants is quite an undertaking. Accordingly, Defendants need additional time to properly address Plaintiff's allegations and file a responsive pleading or dispositive motion.

Currently, the deadlines for Defendants to respond individually vary from November 22, 2005 to December 7, 2005. A single deadline for these Defendants will preserve judicial resources as their motions will raise many of the same issues.

### PLAINTIFF BRADSHAW WAS NOTIFIED, BUT HAS YET TO BE SERVED WITH THIS MOTION

Plaintiff Bradshaw, appearing *pro se*, does not oppose this motion and agrees to enlarge time up to and including December 23, 2005. Because Mr. Bradshaw resides in Idaho, Defendants were unable to obtain a stipulation memorializing this agreement in a timely manner.

3

**APPLICATIONS TO INCREASE TIME PURSUANT TO LOCAL RULE 7.1.h.2**

Based upon the facts set forth herein, Defendants make this application to increase time and state: a) no other extensions of time have been sought in this matter, b) the reasons for this extension are set forth herein, and c) granting this extension would not effect any scheduled dates.

WHEREFORE, based upon the foregoing, Defendants respectfully request that this Court grant Defendants Ex Parte Motion Extending Time and enter an Order extending Defendants' deadline for filing a dispositive motion or responsive pleading to the Plaintiff's Complaint until December 23, 2005.

Respectfully submitted,

CNMI ATTORNEY GENERAL'S OFFICE
ON BEHALF OF DEFENDANTS FORELLI,
BUSH, COTTON AND BROWN

By _____
James D. Livingstone
Assistant Attorney General
Office of the Attorney General
2nd Floor, Juan A Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
670-664-2341

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail, on the 21st day of November, 2005, upon the following:

> Robert D. Bradshaw
> Plaintiff, Pro Se
> P.O. Box 473
> 1530 W. Trout Creek Road
> Calder, ID 83808
>
> Jay Sorensen
> c/o Shanghai
> Post Office Box 9022
> Warren, MI 48090-9022
> Telephone:  (86) 21 5083-8542
> Facsimile:  (86) 21 5083-8542

James D. Livingstone
Assistant Attorney General