Case 1:05-cv-00027    Document 23    Filed 11/21/2005    Page 1 of 3

FILED
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>　　　　　　　Defendants. | Case No. 05-0027<br><br>**AFFIDAVIT OF JAMES D. LIVINGSTONE IN SUPPORT OF EX PARTE MOTION EXTENDING TIME** |

　　I, James D. Livingstone, under penalty of perjury, declare as follow:

1.　　I am an individual currently residing on the Island of Saipan and employed as an Assistant Attorney General by the Commonwealth of the Northern Mariana Islands ("CNMI") Attorney General's Office.

2.　　I represent Defendants Nicole Forelli, William Bush, Douglas Cotton and Pamela Brown in the above-entitled action.

3.　　Because of the voluminous nature of Plaintiff Bradshaw's complaint and the sporadic means of service undertaken, Defendants Forelli, Bush, Cotton and Brown

6

1  require additional time to file a dispositive motion or responsive pleading to

2  Plaintiff's Complaint.

3  4. At present, no other extensions of time have been requested and no other deadlines

4  were previously set.

5  5. Granting this extension request will not have any discernable effect on this

6  proceeding.

7  6. Based upon information and belief, on November 18, 2005 Assistant Attorney

8  General Kristin St. Peter contacted Plaintiff Bradshaw telephonically and requested

9  his assent to extend Defendants' deadline to respond to Plaintiff's complaint until

10 December 23, 2005. Plaintiff Bradshaw agreed to this request.

11 I declare under penalty of perjury that the foregoing is true and correct to the best of my

12 knowledge. Signed on Saipan, CNMI this 21st day of November, 2005.

_____
James D. Livingstone

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ss

I, James Livingstone, being first duly sworn, on oath depose and say: That I am the applicant named in the foregoing Application for Notary Public Commission, that I signed, read the said Application and know the contents thereof and that all matters and

7

things therein stated and all the answers given to the questions therein set forth are true of my knowledge.

Dated this 21st day of November, 2005.

_____
Applicant

SUBSCRIBED AND SWORN to before me this
21st day of November, 2005

_____
Notary Public



**BERNADITA B. DELA CRUZ**
Notary Public- Reg. No. 383A
Commonwealth of the Northern Mariana Islands
My Commission expires: May 31, 2007
P.O. Box 5539 CHRB, Saipan MP 96950

**BERNADITA   LA CRUZ**
Notary Public
No. 383A
Commonwealth of the   n Mariana Islands
My Co
P.O.                           96950

8