FILED
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW, | ) | Civil Action No. 05-0027 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO EXTEND TIME TO |
| COMMONWEALTH OF THE | ) | ANSWER OR FILE DISPOSITIVE |
| NORTHERN MARIANA ISLANDS, | ) | MOTION TO PLAINTIFF'S |
| *et al.*, | ) | FIRST AMENDED COMPLAINT |
| | ) | |
| Defendants | ) | |
| | ) | |

THIS MATTER came before the court on the *ex parte* motion of defendants Forelli, Bush, Cotton, and Brown to extend until December 23, 2005, the time for them to answer or file a dispositive motion to plaintiff's first amended complaint. In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of a hearing.

AO 72
(Rev. 8/82)

THE COURT, having considered the motion and the representations of Mr. Livinstone as an officer of the court, and particularly that he has been in contact with defendant Bradshaw, who does not object to the requested extension of time, and good cause appearing therefrom, hereby

ORDERS that defendants' *ex parte* motion to extend until December 23, 2005, the time in which to answer or file a dispositive motion to plaintiff's first amended complaint be and hereby is granted.

DATED this 21st day of November, 2005.

_____
ALEX R. MUNSON
Judge