FILED
Clerk
District Court

DEC - 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

JAMES D. LIVINGSTONE
KRISTIN D. ST. PETER
Assistant Attorneys General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

Attorneys for: **Defendant Commonwealth of the Northern Mariana Islands**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>**DEFENDANT COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS' NOTICE OF MOTION AND MOTION TO DISMISS OR QUASH SERVICE OF SUMMONS; DECLARATION OF CASTRO** [Fed. R. Civ. P. 4 AND 12(b)(5)]<br><br>HEARING: December 22, 2005<br>TIME: 9:00 a.m./p.m. |

### NOTICE

PLEASE TAKE NOTICE THAT on December 22, 2005, at 9:00 a.m./p.m., or as soon thereafter as the matter may be heard, in the above-entitled Court, the Office of the Attorney General of the Commonwealth of the Northern Mariana Islands, on behalf of Defendant

Commonwealth of the Northern Mariana Islands (hereafter "CNMI"), will and hereby does move this Court, pursuant to Rules 4 and 12(b)(5) of the Federal Rules of Civil Procedure to dismiss this action or quash service of the Summons and Amended Complaint upon CNMI for insufficiency of service of process. CNMI submits this motion for the limited purpose of dismissing this action or quashing service of the Summons and Amended Complaint and reserves the right to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12 (b) (6).

This Motion is based upon this Notice of Motion, Motion and the accompanying Memorandum of Points and Authorities, all pleadings and papers on file herein, all matters of which judicial notice may be taken, and upon such further argument and evidence as may be considered by the Court at or before the hearing on this matter.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: December 5, 2005.

By _____
James D. Livingstone

By _____
Kristin D. St. Peter