FILED
Clerk
District Court

DEC - 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JAY H. SORENSEN
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Facsimile: 86-21-5083-8542

*Attorney Appearing in Pro Se*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | Civil Action No. 05-0027 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **APPLICATION TO INCREASE** |
| ) | **TIME FOR BRIEFING AND** |
| ) | **HEARING OF MOTIONS** |
| COMMONWEALTH OF THE NORTHERN ) | |
| MARIANA ISLANDS, et al., ) | |
| ) | |
| Defendants. ) | |

Good cause appearing, the application of defendant, JAY H. SORENSEN, to increase the time for briefing and extend the time for hearing of defendant's motions for a more definite statement, or to strike or dismiss the amended complaint is granted. Hearing is set for ~~January 19,~~ FEB - 9 2006 2006 at **9:00 a**. m. Opposition to the motion shall be filed and served on or before December 29, 2005 and defendant's reply, if any, shall be filed and served on or before January 12, 2005.

Dated: December **7**, 2005

*Alex R. Munson*
ALEX R. MUNSON
District Court Judge

RECEIVED
DEC - 7 2005
Clerk
District Court
For The Northern Mariana Islands