AO 440  (Rev. 08/01) Summons in a Civil Action

# United States District Court
## District of the Northern Mariana Islands

Robert D. Bradshaw

      Plaintiff

V.

D. Douglas Cotton
et. al.
(See Attached Listing)

      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-0027

COMPLAINT and
AMENDED COMPLAINT

FILED
Clerk
District Court

DEC – 9 2005

For The Northern Mariana Islands
By_____
  (Deputy Clerk)

TO: (Name and address of Defendant)
D. Douglas Cotton
c/o American Airlines
4333 Amon Carter Blvd
MD 5675
Fort Worth, TX 76155

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Robert D. Bradshaw
Plaintiff, Pro Se
PO Box 473
1530 W. Trout Creek Road
Calder, ID 83808,  Phone 208-245-1691

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez

CLERK

(By) DEPUTY CLERK

SEP 2 2 2005

DATE

⚐AO 440 (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 7, 2005 |
| NAME OF SERVER (PRINT) Robert D. Bradshaw | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Nov. 7, 2005         Robert D Bradshaw
              Date                  Signature of Server

Box 473
Calder, ID 83808
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## LISTING OF DEFENDANTS FOR SUMMONS

COMMONWEALTH OF THE NORTHERN )
MARIANA ISLANDS (hereafter referred to )
as the CNMI); NICOLE C. FORELLI, former )
Acting Attorney General of the CNMI, in her )
personal/individual capacity; WILLIAM C. )
BUSH, former Assistant Attorney General of )
the CNMI, in his personal/individual capacity; )
**D. DOUGLAS COTTON, former** )
**Assistant Attorney General of the CNMI** )
**in his personal/individual capacity;** L. )
DAVID SOSEBEE, former Assistant Attorney )
General of the CNMI, in his personal/individual )
capacity; ANDREW CLAYTON, former )
Assistant Attorney General of the CNMI, in his )
personal/individual capacity; Other )
UNKNOWN and UNNAMED person or )
persons in the CNMI OFFICE OF THE )
ATTORNEY GENERAL, in their )
personal/individual capacity, in 1996-2002; )
ALEXANDRO C. CASTRO, former Judge Pro )
Tem of the CNMI SUPERIOR COURT, in his )
personal/individual capacity; JOHN A. )
MANGLONA, Associate Justice of the )
CNMI Supreme Court, in his )
personal/individual capacity; TIMOTHY H. )
BELLAS, former Justice Pro Tem of the CNMI )
Supreme Court, in his personal/individual )
capacity; PAMELA S. BROWN, present )
Attorney General of the CNMI; in her )
personal/individual capacity; )
ROBERT A. **BISOM;** and JAY H. SORENSEN.)
        Defendants )

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3220 0001 3672 1158

Article Sent To:
FORT WORTH TX 76155

Postage $ 3.85
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 7.90

Postmark Here — CALDER NOV 7 2005 USPS

Name (Please Print Clearly) (To be completed by mailer)
D DOUGLAS COTTON
Street, Apt. No.; or PO Box No.
4333 Amon Carter Blvd MD 5675
City, State, ZIP+4
FT WORTH TX 76155

PS Form 3800, July 1999    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D Douglas Cotton
4333 Amon Carter Blvd
MD 5675
Fort Worth TX
76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035