F I L E D
    Clerk
District Court

DEC - 9 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Case No. CV 05-0027 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| COMMONWEALTH OF THE NORTHERN ) | **AFFIDAVIT IN SUPPORT OF** |
| MARIANA ISLANDS (hereafter referred to ) | **MOTION TO SERVE ANDREW** |
| as the CNMI); et. al. ) | **CLAYTON BY PUBLICATION** |
| ) | **AND FOR A CHANGE TO THE** |
| ) | **PERIOD ALLOWED FOR** |
| Defendants ) | **SERVICE FROM 120 DAYS TO** |
| _____ ) | **240 DAYS** |

   1. In the US District Court civil case 05-0027, Plaintiff attempted service of summons and process on defendant ANDREW CLAYTON by certified mail, return receipt, per the CNMI CMC. Attached at Exhibit One is the front of the envelope mailed to Mr CLAYTON, c/o the CNMI Attorney General (AG). Exhibit Two is the certified mail receipt of the mailing.

   2. The return postal receipt shows that the certified letter to Mr CLAYTON was accepted and receipted by the CNMI AG. The CNMI opened the letter and obviously

1

inspected it and then chose to return the enclosed summons and complaint to BRADSHAW with the explanatory letter at Exhibit Three which shows that the CNMI AG is not authorized to accept service for Mr CLAYTON.

3. In the previous case in the USDC in Idaho (#05-0084), the CNMI AG was in contact with Mr CLAYTON and represented him in the proceedings in Idaho through the CNMI attorneys in Boise, ID--Hall, Farley, etc. With the dismissal in Idaho, BRADSHAW filed notice with the court of his intention to refile the complaint with your court in Saipan. Likely, Mr CLAYTON was notified of this event by his attorney, the CNMI Attorney General. However, BRADSHAW was not notified that the AG could not accept service for Mr CLAYTON.

4. In the process of serving the defendants in USDC ID 05-0084, BRADSHAW hired Consultants Investigative Agency of Hayden, ID (phone 208-762-8729) to locate the various defendants, including Mr CLAYTON. This agency notified BRADSHAW that they could not find Mr CLAYTON in the US. Subsequently, in case 05-0084 in May 2005, it was revealed that Mr CLAYTON was in Shanghai, China at that time. While Mr CLAYTON may still be in China, BRADSHAW still does not know his mailing address.

5. Since the CNMI Attorney General was in contact with and provided legal assistance to Mr CLAYTON for the action in the Idaho court through July 2005, it has to be assumed that the CNMI AG has been in contact with Mr CLAYTON and can and surely has notified him of legal proceedings against him in the USDC in the CNMI.

Dated at ____ST. MARIES____, Idaho, this 21st day of NOVEMBER 2005

                                                   _____
                                                   Robert D. Bradshaw, Plaintiff Pro Se

STATE OF IDAHO

COUNTY OF __BENEWAH__        ss

I, ____Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at____St. Maries, Idaho_____ do hereby certify that on this ____21_____ day of __November_____ 2005, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___21_____ day of __November__ 2005.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

[Seal: JERRY LEE NELSON, Notary Public, State of Idaho]

MY APPOINTMENT EXPIRES

__11/15/07_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the /0f day of ___Dec__2005, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
 Caller Box 10007, Capitol Hill, Saipan, MP 96950.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

3

▶▶ Pull To Open

# FLAT RATE ENVELOPE
**FLAT RATE POSTAGE REGARDLESS OF WEIGHT**
**DOMESTIC USE ONLY**

## FOR PICKUP CALL 1-800-222-1811



PRIORITY MAIL

UNITED STATES POSTAL SERVICE

www.usps

**HOW TO USE:**



**1. COMPLETE ADDRESS LABEL AREA**
Type or print required return address and addressee information in customer block (white area) or on label (If provided).



**2. PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.



**3. ATTACH LABEL (If provided)**
Remove label backing and adhere over customer address block area (white area).



Robert Bradshaw
PO Box 473
Calder, ID 83808-0473

FROM:

To: ANDREW CLAYTON
c/o CNMI ATTORNEY GENERAL
CALLER BOX 10007
CAPITOL HILL
SAIPAN, MP 96950

▲ PLACE LABEL HERE ▲

**The efficient FLAT RATE ENVELOPE.**
You don't have to weigh the envelope....Just pack all your correspondence and documents inside and pay only the FLAT RATE Priority Mail postage.


EXHIBIT ONE

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
SAipan MP 96950

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.90 |

Postmark: CALDER, ID OCT 31 2005 USPS

Name (Please Print Clearly) (To be completed by mailer)
ANDREW CLAYTON c/o CNMI AG

Street, Apt. No.; or PO Box No.
CALLER BOX 10007 CAP HILL

City, State, ZIP+4
SAIPAN, MP 96950

PS Form 3800, July 1999    See Reverse for Instructions

7003 2220 0001 3672 1806

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREW CLAYTON
c/o CNMI A.G.
CALLER BOX 10007
CAPITOL HILL
SAIPAN, MP 96950

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Danny Ada    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DA
C. Date of Delivery: 11-9-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return

EXHIBIT TWO



# Commonwealth of the Northern Mariana Islands
# Office of the Attorney General

2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950

**Civil Division**
Tel: (670) 664-2341/42
Fax: (670) 664-2349

**Criminal Division**
Tel: (670) 664-2366/67/68
Fax: (670) 234-7016

**Investigative Unit**
Tel: (670) 664-2310/12
Fax: (670) 664-2319

**Division of Immigration**

**Saipan**
Tel: (670) 236-0922/23
Fax: (670) 664-3190

**Rota**
Tel: (670) 532-9436
Fax: (670) 532-3190

**Tinian**
Tel: (670) 433-3712
Fax: (670) 433-3730

**Domestic Violence Intervention Center**
Tel: (670) 664-4583/4
Fax: (670) 234-4589

November 14, 2005

Robert Bradshaw
P.O. Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808

Dear Mr. Bradshaw:

We received the summons and complaint from the action entitled *Bradshaw v. CNMI*, Case No. 05-0027 (D.N.M.I.) that you sent to Andrew Clayton care of our office. Mr. Clayton no longer works in the Attorney General's Office and he has not worked here for several years. Moreover, our office is not authorized to receive service on his behalf. As a result, we are returning the summons and complaint to you. This was not proper service.

Best regards,

*James Livingstone*
James Livingstone

EXHIBIT
THREE