FILED
Clerk
District Court

DEC -9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Case No. CV 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) **AFFIDAVIT OF PLAINTIFF'S EFFORTS TO LOCATE ROBERT A. BISOM** |
| Defendants | ) |

1. In the US District Court civil case 05-0084, as filed in the USDC in Idaho, plaintiff made diligent effort to locate ROBERT A. BISOM as cited in the attached "Affidavit of Plaintiff on His Efforts to Serve Defendant ROBERT A. BISOM--In Reference to Defendant ROBERT A. BISOM's Motion to Dismiss with Prejudice" as filed in the Idaho US DC (Exhibit A).

2. As Mr BISOM suggested in subsequent court filings, he is alleged to now be in Japan. But Plaintiff is unable to ascertain exactly where he is. In the meantime, Mr BISOM's lawyer is in contact with the CNMI USDC and the plaintiff from an address in Warren, MI.

Dated at ST. MARIES , Idaho, this 21ST day of NOVEMBER 2005.

_Robert D Bradshaw_
Robert D. Bradshaw, Plaintiff Pro Se

1

STATE OF IDAHO
COUNTY OF __Benewah__

I, ___Jerry Lee Nelson_____, Notary in and for the State of Idaho,

residing at_____St. Maries, Idaho_____ do hereby certify that on this

____21_____ day of _____November_____ 2005, personally appeared

before me Robert D. Bradshaw, to me known to be the individual described in and who

executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___21_____ day of __November__ 2005.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

**JERRY LEE NELSON**
**Notary Public**
**State of Idaho**

MY APPOINTMENT EXPIRES

___11/15/07_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __/0/__ day of __Dec__ 2005, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
The Attorney General, 2d Floor of the Juan A. Sablan Memorial Bldg,
  Caller Box 10007, Capitol Hill, Saipan, MP 96950.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

COPY

U.S. COURTS

05 JUN 27 AM 10:39

CAMERON S. BURKE
CLERK, IDAHO

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-84-N-EJL |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **AFFIDAVIT OF PLAINTIFF** |
| MARIANA ISLANDS (hereafter referred to ) | **ON HIS EFFORTS TO SERVE** |
| as the CNMI); NICOLE C. FORELLI, former ) | **DEFENDANT ROBERT A.** |
| Acting Attorney General of the CNMI, in her ) | **BISOM--IN REFERENCE** |
| personal/individual capacity; WILLIAM C. ) | **TO DEFENDANT** |
| BUSH, former Assistant Attorney General of ) | **ROBERT A. BISOM'S** |
| the CNMI, in his personal/individual capacity; ) | **MOTION TO DISMISS** |
| L DAVID SOSEBEE, former Assistant Attorney ) | **WITH PREJUDICE** |
| General of the CNMI, in his personal/individual ) | |
| capacity; ANDREW CLAYTON, former ) | |
| Assistant Attorney General of the CNMI, in his ) | |
| personal/individual capacity; Other ) | |
| UNKNOWN and UNNAMED person or ) | |
| persons in the CNMI OFFICE OF THE ) | |
| ATTORNEY GENERAL, in their ) | |
| personal/individual capacity, in 1996-2002; ) | |

1

EXHIBIT
"A"

| | |
|---|---|
| ALEXANDRO C. CASTRO, former Judge Pro Tem of the CNMI SUPERIOR COURT, in his personal/individual capacity; JOHN A. MANGLONA, Associate Justice of the CNMI SUPREME COURT, in his personal/individual capacity; TIMOTHY H. BELLAS, former Justice Pro Tem of the CNMI SUPREME COURT, in his personal/individual capacity; ROBERT A. BISOM; JAY H. SORENSON; and the UNITED STATES DEPARTMENT OF THE INTERIOR. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |

1. In March 2005, plaintiff Bradshaw contacted the Consultants Investigative Agency of Hayden ID (Phone 208-762-8729). They furnished the "Locate Plus" certificate (at Exhibit "A") which showed defendant Robert A. Bisom residing in the US at several different addresses from 1989 to 2000 (as redacted by plaintiff to comply with local rules of this court). The last time Mr. Bisom might have been here in residence in the US was possibly in 2000 in Boston, MA, per this locator service. This agency included a note that he might be out of the country--which he is, per his attorney's recent filings in this case.

2. In terms of Mr. Bisom's attorney, Jay H. Sorensen, plaintiff found him in Somis, California, as is detailed in plaintiff's separate filings in case 05-84 on locating defendant Jay H. Sorensen.

3. Jay H. Sorensen is an attorney who first represented Robert A. Bisom before November 14, 1995 on Saipan in the CNMI. Mr. Sorensen handled two or more civil cases for Mr. Bisom from 1995 and thereafter. The last case he for sure worked on was CNMI case 96-1320, which is the basis of this present lawsuit in Federal court.

2

4. The CNMI Supreme Court rendered its decision on the CNMI case in September 2002 (Appeal Nos. 2000-016, 2000-023 Consolidated, at the CNMILaw website). In a conversation which plaintiff had with Bernadita A. Sablan, Clerk of the CNMI Superior Court on May 26, 2005, Ms Sablan told plaintiff Bradshaw that Mr. Sorensen had filed some more papers on the 96-1320 case after the Supreme Court decision in September 2002--possibly in 2003 or 2004. These filings might have addressed the Bisom settlement with the CNMI or something else.

5. Plaintiff first talked to Ms Sablan on March 2, 2005 when she was asked if Mr. Sorensen still represented Mr. Bisom and whether Mr. Sorensen had ever filed any documents in her court showing a Sorensen termination of or withdrawal from representing Mr. Bisom. She told plaintiff that she did not remember seeing any such documentation from Mr. Bisom or Mr. Sorensen showing a termination of their relationship. She said that she would check her files and call plaintiff back if she found anything. She never called back.

6. Plaintiff again spoke to Ms Sablan several times in May 2005 on case 96-1320. Each time she affirmed that a diligent search of the 96-1320 case file and her other files failed to disclose any termination or withdrawal by Mr. Sorensen from representing Mr. Bisom. In the May 26, 2005 conversation, she agreed to supply plaintiff with an affidavit and/or certification that her files contained no record of any document which would show a termination of the Bisom-Sorensen attorney client relationship.

7. On April 13, 2005, Mr. Anthony Fuller of the California Attorney Service of Ventura, CA served Mr. Sorensen and Mr. Sorensen as attorney for Mr. Bisom with the

3

summons and amended complaint in this case at hand--05-84. In addition, Mr. Fuller served Mr. Sorensen as attorney for Robert A. Bisom with a motion which Robert D. Bradshaw has before the CNMI Superior Court in Saipan on the CNMI case 96-1320.

8. While both Mr. Sorensen and Mr. Bisom have filed objections in this US court objecting to the service on Mr. Sorensen, neither have made any filings in the CNMI Superior Court on case 96-1320 to date, as for as plaintiff Bradshaw now knows, based on his last conversation with the CNMI Clerk of the Superior Court on May 31, 2005. Thus, Mr. Sorensen is presumably still the attorney for Mr. Bisom, although that may have possibly changed in May 2005 when the Idaho law firm of Ramsden and Lyons became the attorney for Mr. Bisom.

9. It appears that in March and April 2005, Jay H. Sorensen was still the legal attorney for Robert A. Bisom and that Mr. Bisom was duly served process in case 05-84 on April 13, 2005 when the California Attorney Service served Mr. Sorensen with the complaint and summons for Mr. Bisom, care of his attorney Jay H. Sorensen.

10. As for as whether Cynthia Sorensen could accept the papers served on her in April 2005 in Somis, CA, this question is addressed in separate filings by Mr. Sorensen and plaintiff Bradshaw in this case 05-84.

DATED this _____21st_____ day of _____June_____ 2005 at St. Maries, Idaho.

_____
Robert D. Bradshaw, Plaintiff

4

STATE OF IDAHO
COUNTY OF BENEWAH

I, __Jerry Lee Nelson_____, Notary of the state of Idaho and county of Benewah, residing at __St. Maries, Idaho_____ do hereby certify that on this _____21_____ day of ____June____ 2005, personally appeared before me Robert D, Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___21___ day of ____June____ 2005.

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

JERRY LEE NELSON
Notary Public
State of Idaho

MY APPOINTMENT EXPIRES

__11/15/07__

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __27th__ day of __June__ 2005, I caused to be served a true copy of the foregoing Affidavit of Plaintiff on his Efforts to Serve Defendant Robert A. Bisom by US Mail Postage Paid to each of the following:

Rudy J. Verschoor
Ramsden & Lyons, PO Box 1336, Coeur d'Alene, ID 83816-1336

Matt Ryden
Hall Farley, PO Box 1271, Boise, ID 83701

Robert D. Bradshaw, Plaintiff, Pro Se

5

# LOCATE.com
Enhancing Your Intelligence Services

Home  My Account  Pricing  Comments  Help  Log Out

> **Person Search** > Results

**Person Search Results**    ROBERT A BISOM

⊙ **BULL'S EYE Search included with every report!**

Records 1 - 2                                                                 Page 1

● **ROBERT A BISOM**                                         ▓▓▓▓-4451
   ▓▓▓▓, BOSTON, MA 02109                                 06/01/1991-11/01/2000
   ▓▓▓▓, BERKELEY, CA 94702                               07/01/1981-01/01/1996
   ▓▓▓▓, HONOLULU, HI 96822                               07/01/1981-09/01/1994
   ▓▓▓▓, BERKELEY, CA 94709                               04/01/1989-06/01/1992
   ▓▓▓▓, CAMBRIDGE, MA 02140                              02/01/1992-06/01/1992
   ▓▓▓▓, BOSTON, MA 02109                                 03/01/1991-06/01/1991
   ▓▓▓▓, HONOLULU, HI 96822                               11/01/1983-04/01/1989

● **ROBERT A BISOM**                                                     ▓▓▓▓ 1943
   ▓▓▓▓, BERKELEY, CA 94708                               07/01/1992-07/01/1993

Records 1 - 2                                                                 Page 1

Your Search Criteria: ROBERT A BISOM                                Change Criteria

Contact help desk for assistance: customerservice@locateplus.com  Phone:(978) 921-2727 x 200
Fax:(978) 524-8767

Home | Privacy Policy | Terms and Conditions | eMail Us   Copyright © 2001-20  LocatePLUS.com, Inc. All rights reserved.

*May be out of country*