F I L E D
Clerk
District Court

DEC 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JAMES D. LIVINGSTON
KRISTIN D. ST. PETER
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

Attorney for: Defendants CNMI, Forelli, Bush, Cotton and Brown

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>                    Defendants. | Case No. 05-0027<br><br>**UNOPPOSED MOTION TO EXCEED PAGE LIMIT LOCAL RULE 7.1(d)** |

## MOTION

Defendants Commonwealth of the Northern Mariana Islands, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown (hereafter collectively "Defendants") request that this Court

allow Defendants to exceed the twenty-five (25) page limit prescribed by L.R. 7.1(d).

Defendants intend to file a motion to dismiss Plaintiff Bradshaw's Amended Complaint under Fed. R. Civ. P. 12 (b) (6). Plaintiff's Amended Complaint is eighty-one (81) pages long and contains numerous causes of action under an exhaustive list of federal civil and criminal statutes, including, among others, the Racketeer Influence Corrupt Organizations Act, the Immigration Reform and Control Act and several Federal Civil Rights causes of action. In the interest of judicial economy, Defendants intend to file one consolidated motion to dismiss.

Crafting a motion to dismiss, which addresses Plaintiff Bradshaw's numerous allegations is quite an undertaking requiring Defendants to discuss numerous legal theories, causes of action and factual matters. Defendants believe their motion will be fifty (50) pages or less and intend to file it on or before December 23, 2005.

Plaintiff Bradshaw was contacted telephonically by Assistant Attorney General Kristin St. Peter and has no objection to this Motion.

WHEREFORE, based upon the foregoing, Defendants respectfully request that this Court grant Defendants' Motion to Exceed Page Limit.

Respectfully submitted,

CNMI ATTORNEY GENERAL'S OFFICE
ON BEHALF OF DEFENDANTS CNMI, FORELLI, BUSH, COTTON AND BROWN

By _____
James D. Livingstone

By _____
Kristin D. St. Peter

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail, on the _13_ day of December, 2005, upon the following:

>Robert D. Bradshaw
>Plaintiff, Pro Se
>P.O. Box 473
>1530 W. Trout Creek Road
>Calder, ID 83808

>Jay Sorensen
>c/o Shanghai
>Post Office Box 9022
>Warren, MI  48090-9022
>Telephone:    (86) 21 5083-8542
>Facsimile:    (86) 21 5083-8542

_____
Kristin D. St. Peter
Assistant Attorney General