FILED
Clerk
District Court

DEC 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>ORDER |

Defendants Commonwealth of the Northern Mariana Islands, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown's Motion to Exceed Page Limit is hereby GRANTED. Defendants' Motion to Dismiss shall not exceed fifty (50) pages.

Dated: 12-13-05

_____
Alex R. Munson
District Court Judge

RECEIVED
DEC 13 2005
Clerk
District Court
For The Northern Mariana Islands