FILED
Clerk
District Court

DEC 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>AFFIDAVIT OF DEBORAH E. FISHER IN SUPPORT OF EX PARTE MOTION EXTENDING TIME |

I, Deborah E. Fisher, under penalty of perjury, declare as follows:

1. I am an individual, of the age of majority, currently residing on the Island of Saipan and employed as a Law Clerk of the Supreme Court of the Commonwealth of the Northern Mariana Islands.

2. On December 6, 2005 at 10:45am, I attempted to contact Plaintiff Robert D. Bradshaw telephonically to obtain his fax number, if one exists, or request his assent to extend Justice John A. Manglona's deadline to respond to Plaintiff's complaint until January 31, 2006. I spoke to Plaintiff Bradshaw who represented that he does not have access to a fax machine, but he did consent to the extension of time to January 31, 2006 orally.

8

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of December, 2005.

*[signature]*
**Deborah E. Fisher**

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS   )
                                                )
SAIPAN                                          )

On this 14th day of December, 2005 before me personally appeared Deborah E. Fisher, known to me to be the person whose name is subscribed to the foregoing Affidavit and acknowledged that she executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public

Jun 16, 2007