FILED
Clerk
District Court

DEC 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JUSTICE JOHN A. MANGLONA, *PRO SE*
Supreme Court
Commonwealth of the Northern Mariana Islands
P.O. Box 502165
SAIPAN, MP 96950
670-236-9800

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>                Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>                Defendants. | Case No. 05-0027<br><br>CERTIFICATE OF SERVICE |

    **I HEREBY CERTIFY** that a copy of the Ex Parte Application and accompanying supporting documents were served via U.S. Mail, on the 15th day of December, 2005 upon the following:

                Robert D. Bradshaw
                Plaintiff, *Pro Se*
                P.O. Box 473
                1530 W. Trout Creek Road
                Calder, ID 83808

*and*

James D. Livingstone
Assistant Attorney General
Office of the Attorney General
2nd Floor, Juan A Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
670-664-2341

Mr. Livingstone was also served by personal delivery on December 15th, 2005.

Dated this 15th of December, 2005.

_____
TONIA V. CEPEDA