DEC 1 6 2005

For The Northern Mariana Islands
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, ALEXANDRO C. CASTRO, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN, <br><br> Defendants. | Case No. 05-0027 <br><br> **ORDER** |

Alexandro C. Castro's *Ex Parte* Motion Extending Time up to and including January 31, 2006 to file a responsive pleading or dispositive motion in the above-entitled action without waiving any of his affirmative defenses is hereby GRANTED.

Dated:

_____
U.S. District Court Judge