AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court

## District of the Northern Mariana Islands

Robert D. Bradshaw
Plaintiff
V.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.
See attached listing.
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-0027

**COMPLAINT and AMENDED COMPLAINT**

FILED
Clerk
District Court

DEC 19 2005

For The Northern Mariana Islands
By________________
(Deputy Clerk)

TO: (Name and address of Defendant)

Commonwealth of the Northern Mariana Islands
Attention Governor Juan N. Babauta, Chief Executive Officer
Juan S. Atalig Memorial Bldg
Isa Drive, Capitol Hill
Saipan, MP 96950 Phone: 670-664-2200

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'~~S ATTORNEY~~ (name and address)

Robert D. Bradshaw
Plaintiff, Pro Se
PO Box 473
1530 W. Trout Creek Road
Calder, ID 83808, Phone 208-245-1691

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

SEP 22 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE Nov 30, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Robert D. Bradshaw | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other *(specify)*: Certified Mail Return Receipt Attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov 30, 2005
Date

[signature]
*Signature of Server*

Box 473
Calder, ID 83808
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## LISTING OF DEFENDANTS FOR SUMMONS

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; **D. DOUGLAS COTTON, former Assistant Attorney General of the CNMI in his personal/individual capacity;** L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI OFFICE OF THE ATTORNEY GENERAL, in their personal/individual capacity, in 1996-2002; ALEXANDRO C. CASTRO, former Judge Pro Tem of the CNMI SUPERIOR COURT, in his personal/individual capacity; JOHN A. MANGLONA, Associate Justice of the CNMI Supreme Court, in his personal/individual capacity; TIMOTHY H. BELLAS, former Justice Pro Tem of the CNMI Supreme Court, in his personal/individual capacity; PAMELA S. BROWN, present Attorney General of the CNMI; in her personal/individual capacity; ROBERT A. **BISOM;** and JAY H. SORENSEN.

Defendants

Case 1:05-cv-00027   Document 53   Filed 12/19/2005   Page 4 of 6

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3220 0001 3672 1202

**Article Sent To:**
SAIPAN MP 96950

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ 7.90 |

CALDER, ID NOV 18 2005 USPS — Postmark Here

*Name (Please Print Clearly) (To be completed by mailer)* Commonwealth of the N. Mariana Islands, c/o Gov. Juan Babauta

*Street, Apt. No.; or PO Box No.* Juan S. Atalig Memo Bldg

*City, State, ZIP+ 4* Saipan, MP 96950

PS Form 3800, July 1999 — See Reverse for Instructions

---

**SENDER. COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Commonwealth of the N. Mariana Islands Attn Gov Juan N. Babauta Chief Executive Officer Juan S. Atalig Mem Bldg HQ Drive Capitol Hill Saipan, MP 96950

2. Article Number (Transfer from service label) 7099 3220 0001 3672 1202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Danny Ada ☑ Agent ☐ Addressee

B. Received by (Printed Name) DA

C. Date of Delivery 11-30-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035