F I L E D
Clerk
District Court

DEC 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JAMES D. LIVINGSTONE
KRISTIN D. ST. PETER
Assistant Attorneys General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

Attorneys for: **Defendants CNMI, Nicole Forelli and D. Douglas Cotton**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>DEFENDANTS COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE FORELLI AND D. DOUGLAS COTTON'S UNOPPOSED MOTION TO WITHDRAW MOTIONS TO QUASH AND/OR DISMISS AND CANCEL SCHEDULED HEARING |

## MOTION

Now Comes, the Commonwealth of the Northern Mariana Islands Attorney General's Office on behalf of Defendants Commonwealth of the Northern Mariana Islands ("CNMI"), Nicole Forelli and D. Douglas Cotton (hereafter collectively "Defendants") and move to withdraw their individual

1  Motions to Quash or Dismiss Plaintiff Robert D. Bradshaw's Summons and Complaint in the above

2  entitled action on the grounds of defective service. On or around December 16, 2005, Plaintiff

3  substantially cured the service defect, which served as the basis for Defendants' individual motions to

4  quash and/or dismiss.

5      In the interest of judicial economy and not wanting to waste this honorable Court's valuable

6  time, Defendants hereby move to withdraw their individual Motions to Quash and/or Dismiss and

7  request that this Court cancel hearings currently set for December 22, 2005.

8      Because Plaintiff does not own a facsimile machine and the weather in Idaho is inclement,

9  Defendants are unable to offer a stipulation in support of this motion at this time. As an officer of the

10  Court, the undersigned Assistant Attorney General advises that she spoke with Plaintiff Robert

11  Bradshaw on December 20, 2005 at approximately 8:00 a.m. local time, and this motion is unopposed.

12      In order to satisfy filing deadlines prescribed by this Court, Defendants intend to submit a

13  motion to dismiss on Federal Rule of Civil Procedure 12 (b)(6) grounds on or before December 22,

14  2005.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: December 20, 2005.     By _____
                                                Kristin D. St. Peter

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail, on the 20 day of December, 2005, upon the following:

ROBERT D. BRADSHAW
Plaintiff, Pro Se
P.O. Box 473
1530 W. Trout Creek Road
Calder, ID 83808

JAY SORENSEN
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone: (86) 21 5083-8542
Facsimile: (86) 21 5083-8542

Kristin D. St. Peter
Assistant Attorney General

3