ORIGINAL

F I L E D
Clerk
District Court

DEC 2 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    JAMES D. LIVINGSTONE
     KRISTIN D. ST. PETER
2    Assistant Attorneys General
     Commonwealth of the Northern Mariana Islands
     Office of the Attorney General-Civil Division
3    2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
     Caller Box 10007
4    Saipan, MP 96950

5    Attorneys for:  Defendants CNMI, Forelli, Bush, Cotton and Brown

6              IN THE UNITED STATES DISTRICT COURT
            DISTRICT OF THE NORTHERN MARIANA ISLANDS
7

8    ROBERT D. BRADSHAW,                    Case No.  05-0027

9                        Plaintiff,

10                   vs.

11   COMMONWEALTH OF THE NORTHERN          **DEFENDANTS**
     MARIANA ISLANDS, NICOLE C. FORELLI,   **NOTICE OF MOTION AND MOTION**
12   WILLIAM C. BUSH, D. DOUGLAS COTTON,   **TO DISMISS, DECLARATIONS OF**
     L. DAVID SOSEBEE, ANDREW CLAYTON,     **BROWN, FORELLI AND COTTON**
13   UNKNOWN AND UNNAMED PERSONS IN        **[Fed. R. Civ. P. 12 (b) (6)]**
     THE CNMI OFFICE OF THE ATTORNEY
14   GENERAL, ALEXANDRO C. CASTRO, JOHN    **HEARING**: FEB 0 9 2006
     A. MANGLONA, TIMOTHY H. BELLAS,       **TIME**:  **9**  :00 (a.m)./p.m.
15   PAMELA BROWN, ROBERT BISOM, AND
     JAY H. SORENSEN,
16
                         Defendants.
17

18

19                        **NOTICE**

20        PLEASE TAKE NOTICE THAT on . FEB 0 9 2006   at ___ **9** :00 (a.m)/p.m., or as

21   soon thereafter as the matter may be heard, in the above-entitled Court, the Office of the Attorney

     General of the Commonwealth of the Northern Mariana Islands, on behalf of Defendants

1    Commonwealth of the Northern Mariana Islands, Nicole Forelli, William Bush, D. Douglas Cotton,

2    and Pamela Brown, will and hereby do move this Court, pursuant to Rules 12(b)(6) of the Federal

3    Rules of Civil Procedure to dismiss this action for failure to state a claim upon which relief can be

4    granted.

5        This Motion is based upon this Notice of Motion, Motion and incorporated Memorandum of

6    Points and Authorities, all pleadings and papers on file herein, all matters of which judicial notice may

7    be taken, and upon such further argument and evidence as may be considered by the Court at or before

8    the hearing on this matter.

9                                    Respectfully submitted,

10                                   OFFICE OF THE ATTORNEY GENERAL

11

12

13   Dated:  December 22 , 2005.            By _____
                                               Kristin D. St. Peter
14

15

16

17

18

19

20

21

22