FILED
Clerk
District Court

JAN 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | Civil Action No. 05-0027 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION |
| ) | TO SERVE DEFENDANT |
| COMMONWEALTH OF THE ) | BISOM BY PUBLICATION and |
| NORTHERN MARIANA ISLANDS, ) | TO EXTEND TIME FOR SERVICE |
| *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

BASED UPON the declaration accompanying plaintiff's motion to serve defendant Robert A. Bisom by publication and to extend the time for service, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that plaintiff's motion to serve defendant Robert A. Bisom

by publication is granted and the time to serve defendant is increased from 120 to 240 days.

DATED this 13th day of January, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge