ORIGINAL

```
                                          F I L E D
                                             Clerk
                                         District Court

                                         JAN 1 9 2006
```

KRISTIN D. ST. PETER
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

Attorney for: **Defendants CNMI, Forelli, Bush, Cotton and Brown**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>**DEFENDANTS' NOTICE OF REPLY TO PLAINTIFF'S MEMORANDUM OPPOSING DEFENDANT CNMI'S MOTION TO DISMISS**<br><br>[ L.R. 7.1 (c) (3)]<br><br>Date: February 9, 2006<br>Time: 9:00 AM<br><br>Judge: Alex R. Munson |

## NOTICE

PLEASE TAKE NOTICE THAT on February 9, 2006, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the above-entitled Court, the Office of the Attorney General of the Commonwealth of the Northern Mariana Islands, on behalf of Defendants Commonwealth of the

Northern Mariana Islands, Nicole Forelli, William Bush, D. Douglas Cotton, and Pamela Brown, will and hereby do move this Court, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure to dismiss this action for failure to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion, Motion and incorporated Memorandum of Points and Authorities, and Defendants' Reply to Plaintiff's Memorandum Opposing Defendant CNMI's Motion to Dismiss, all pleadings and papers on file herein, all matters of which judicial notice may be taken, and upon such further argument and evidence as may be considered by the Court at or before the hearing on this matter.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: January 19, 2006.    By_____
Kristin D. St. Peter