Clerk
District Court

JAN 3 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JAY H. SORENSEN
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Facsimile: 86-21-5083-8542

*Attorney Appearing in Pro Se*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | Civil Action No. 05-0027 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO APPEAR** |
| v. ) | **VIA TELEPHONE** |
| ) | |
| ) | Hearing date: February 9, 2006 |
| ) | Time:           9:00 a.m. |
| COMMONWEALTH OF THE NORTHERN ) | |
| MARIANA ISLANDS, et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant and moving party in the Motion for a More Definite Statement, to Strike or to Dismiss Amended Complaint set for hearing on February 9, 2006 at 9:00 a.m., requests that defendant be give leave to appear by telephone, pursuant to Local Rule 16.2CJ(e)(1)(a). Good cause exists, as set forth in the declaration below:

DECLARATION

I, Jay H. Sorensen, do hereby declare as follows:

1. I am a defendant in this action and am appearing in pro se.

2. I presently reside in Shanghai, China. It is not convenient nor practical for me to attend the hearing on February 9, 2006 in person. Appearing by telephone would save me a great deal of time and money.

3. I can be reached at the time of hearing at home. My home telephone number is: County code 86, City code 21, 5083-8542. In the alternative, I can call into the court at the appointed time if instructed to do so.

I declare under penalty of perjury under to the laws of the United States of America that the forgoing is true and correct. Executed this 17TH day of January, 2006 at Shanghai, China.

Jay H. Sorensen

1
2                              CERTIFICATE OF SERVICE
3
4
5
6          The undersigned hereby certifies that on  JANUARY 17, 2006
7   a copy of the following:
8   REQUEST TO APPEAR VIA TELEPHONE
9
10  was deposited for delivery to the U.S. Post Office, first class mail, postage prepaid,
11  addressed as set forth below:
12
13
                            Robert D. Bradshaw
14                          P.O. Box 473
                            1530 W. Trout Creek Road
15                          Calder, Idaho  83808

16
                                    _____
17                                         Jay H. Sorensen
18
19
20
21
22
23
24
25