F I L E D
Clerk
District Court

JAN 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JAY H. SORENSEN
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Facsimile: 86-21-5083-8542

*Attorney Appearing in Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> COMMONWEALTH OF THE NORTHERN ) <br> MARIANA ISLANDS, et al., ) <br> ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-0027 <br><br> **ORDER GRANTING REQUEST TO APPEAR VIA TELEPHONE** <br><br> Hearing date: February 9, 2006 <br> Time:         9:00 a.m. |

Good cause appearing, the request of defendant, Jay H. Sorensen, to appear via telephone for the hearing of the Motion for a More Definite Statement, to Strike or to Dismiss Amended Complaint set for hearing on February 9, 2006 at 9:00 a.m. is granted.

Dated: January 30th, 2006

Alex R. Munson
District Court Judge