F I L E D
Clerk
District Court

JAN 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW, | ) | Civil Action No. 05-0027 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION |
| | ) | TO SERVE DEFENDANT |
| COMMONWEALTH OF THE | ) | CLAYTON BY PUBLICATION and |
| NORTHERN MARIANA ISLANDS, | ) | TO EXTEND TIME FOR SERVICE |
| et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

BASED UPON the declaration accompanying plaintiff's motion to serve defendant Andrew Clayton by publication and to extend the time for service, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that plaintiff's motion to serve defendant Andrew Clayton

AO 72
(Rev. 8/82)

by publication is granted and the time to serve defendant is increased from 120 to 240 days.

DATED this 31st day of January, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge

2

AO 72
(Rev. 8/82)