**CIVILLE & TANG, PLLC**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: (670) 235-1725
Facsimile: (670) 235-1726

Attorneys for Defendants Justice Alexandro C. Castro,
Justice John A. Manglona, and Timothy H. Bellas

F I L E D
Clerk
District Court

Jan 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>                     Plaintiff,<br><br>         vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>         Defendants. | CIVIL ACTION NO. 05-0027<br><br>**DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br><br><br>Date:      March 2, 2006<br>Time:     9:00 a.m.<br>Judge:   Hon. Alex R. Munson |

ORIGINAL

1    I, G. PATRICK CIVILLE, hereby declare:

2    1.    I am an attorney admitted to practice before this Court, and am a member of the

3    firm of Civille & Tang, the attorneys representing Defendants Justice Alexandro C. Castro,

4    Justice John A. Manglona and Timothy H. Bellas in this action. I submit this declaration in

5    support of Defendants' Motion to Dismiss ( the "Motion"). I have personal knowledge of the

6    facts set forth herein, and if called upon to testify, I would and could competently testify thereto.

7    2.    Attached hereto are true and accurate copies of the following exhibits in support

8    of the Motion:

9

10   Exhibit A:    Decision and Order, 2/25/00, *Bisom v.*
              *Commonwealth*, Civil No. 96-1320 (N.M.I. Super.
11            Ct. 2000)

12   Exhibit B:    Opinion and Order, 9/13/02, *Bisom v.*
              *Commonwealth*, 2002 MP 19

13   Exhibit C:    Order Granting Robert Bradshaw's Motion to
              Vacate Judgment, 12/29/05, B*isom v.*
14            *Commonwealth*, Civil No. 96-1320 (N.M.I. Super.
              Ct. 2000)
15
     Exhibit D:    Memorandum Order, 7/25/05, *Bradshaw v.*
16            *Commonwealth of the Northern Mariana Islands,*
              *et al.*, Case No. CV 05-84-N-EJL (D. Idaho. 2005)
17

18   I declare under penalty of perjury under the laws of the United States that the foregoing is

19   true and correct.

20   Executed this 30th day of January, 2006.

21

22

23                                   **G. PATRICK CIVILLE**

24

25

26

27

28