| | |
|---|---|
| 1 | **CIVILLE & TANG, PLLC** |
| | 2nd Floor, Cabrera Center |
| 2 | PMB 86, P.O. Box 10003 |
| | Saipan, MP  96950-8908 |
| 3 | Telephone: (670) 235-1725 |
| | Facsimile: (670) 235-1726 |
| 4 | |
| | Attorneys for Defendants Justice Alexandro C. Castro, |
| 5 | Justice John A. Manglona, and Timothy H. Bellas |

F I L E D
Clerk
District Court

JAN 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, | CIVIL ACTION NO. 05-0027 |
| Plaintiff, | |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN, | **NOTICE OF HEARING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   March 2, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Alex R. Munson |
| Defendants. | |

**ORIGINAL**

TO: All Parties of Record

PLEASE TAKE NOTICE that on March 2, 2006, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the Court will hear the Motion to Dismiss filed herein by Defendants Justice Alexandro C. Castro, Justice John A. Manglona and Timothy H. Bellas.

          Respectfully submitted,

          **CIVILLE & TANG**

DATED: January 30, 2006    By: /s/ G. Patrick Civille
          **G. PATRICK CIVILLE**