FILED
Clerk
District Court

FEB -9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CV-05-0027                                    February 9, 2006
                                              10:05 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             James Livingstone, Attorney for Defendant
             Kristin St. Peter, Attorney for Defendant
             Jay Sorensen, Pro Se (via telephone)
             Robert Bradshaw, Pro Se (via telephone)

PROCEEDINGS: MOTION TO DISMISS/MOTION FOR A MORE DEFINITE STATEMENT/MOTION TO STRIKE AND/OR DISMISS

   Plaintiff appeared by phone, pro se. Defendants were represented by Attorneys James Livingstone and Kristin St. Peter. Appearing by phone was Attorney Jay Sorensen, Pro Se.

   Attorney Kristin St. Peter argued the Motion to Dismiss. Robert Bradshaw argued. Jay Sorensen argued for dismissal on his own behalf.

   Court, after hearing all testimony and argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                    Adjourned 10:30 a.m.

                                    _____
                                    K. Lynn Lemieux, Courtroom Deputy