```
                                                    F I L E D
                                                       Clerk
                                                   District Court

CIVILLE & TANG                                    FEB 1 4 2006
2nd Floor, Cabrera Center
PMB. 86, P.O.Box 10003                         For The Northern Mariana Islands
Saipan, MP 96950-8903                          By_____
Telephone: 670/235-1725                              (Deputy Clerk)
Facsimile : 670/235-1726
```

*Attorney for Defendants Justice Alexandro C. Castro,
Justice John A. Manglona, and Timothy H. Bellas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | CIVIL ACTION NO. 05-0027 |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS ) | |
| NICOLE C. FORELLI, WILLIAM C. ) | |
| BUSH D.DOUGLAS COTTON, ) | |
| L. DAVID SOSEBEE, ANDREW ) | |
| CLAYTON, UNKNOWN AND ) | |
| UNNAMED PERSONS IN THE CNMI ) | |
| OFFICE OF THE ATTORNEY ) | |
| GENERAL, ALEXANDRO C. CASTRO, ) | |
| JOHN A. MANGLONA, TIMOTHY H. ) | |
| BELLAS, PAMELA BROWN, ROBERT ) | |
| BISOM, AND JAY H. SORENSEN ) | |
| ) | |
| Defendants. ) | |

I, Kerishnan Samy Naidu, hereby certify the I am an adult person and that I, serve and mail a copy of the Defendants':

1. **NOTICE OF HEARING DEFENDANTS' MOTION TO DISMISS**

2. **DEFENDANTS' MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES [ FED.R.CIV.P 9(b): 12(B)(6)**

3. **DECLARATION OF PATRICK CIVILLE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

| | | | |
|---|---|---|---|
| To | : | ROBERT D. BRADSHAW | |
| | | P.O.BOX 473, 1530 WEST TROUT CREEK ROAD | |
| | | CALDER, ID 83808, USA | |
| By | : | UNITED STATES POSTAL SERVICE | |
| | | CERTIFIED MAIL- 7002-0860-0008-5515-6014 WITH RETURN RECEIPT | |
| Date Mail | : | January 31, 2006 | |
| By | : | DHL..................AIRWAY BILL-839-0006-435 | |
| Date Send | : | 3.00 pm January 31, 2006 | |

| | | |
|---|---|---|
| To | : | CNMI OFFICE OF ATTORNEY GENERAL |
| | | CIVIL DIVISION, CAPITAL |
| Date Serve | : | 4. 27 pm, January 31, 2006 |

| | | |
|---|---|---|
| To | : | JAY H. SORENSEN |
| | | C/o SHANGHAI |
| | | P.O.BOX 9.022 WARREN, MI 48090-9022, USA |
| Dare Mail | : | February 04, 2006 |

I swear under penalty of perjury that the forgoing is true and correct and that this **Certificate of Service** was executed on the __14th__ day of Fenuary , 2006.

_____
Kerishnan Samy Naidu