```
                                          FILED
                                            Clerk
                                        District Court

                                         FEB 21 2006

                                   For The Northern Mariana Islands
                                   By_____
                                            (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, and JAY H. SORENSEN,<br><br>Defendant. | Case No. CV-05-0027<br><br>**ORDER DENYING MOTION TO DISMISS MADE BY THE COMMONWEALTH, FORELLI, BUSH, COTTON, and BROWN** |

Having granted defendant Sorensen's motion to dismiss with leave for plaintiff to file a second amended complaint, the motion to dismiss made by defendants Commonwealth of the Northern Mariana Islands, Forelli, Bush, Cotton, and Brown is **DENIED AS MOOT**.

**DATED** this 21st day of February, 2006.

_____
ALEX R. MUNSON
Judge