F I L E D
Clerk
District Court

FEB 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, and JAY H. SORENSEN,<br><br>Defendant. | Case No. CV-05-0027<br><br>**ORDER:**<br><br>(1) TAKING MOTION TO DISMISS MADE BY CASTRO, MANGLONA, and BELLAS OFF CALENDAR; and<br><br>(2) DENYING MOTION TO DISMISS |

    Having granted defendant Sorensen's motion to dismiss with leave for plaintiff to file a second amended complaint, the pending motion to dismiss made by defendants Castro, Manglona, and Bellas is **DENIED AS MOOT**.

    **THE COURT HEREBY ORDERS** that the hearing for the motion to dismiss scheduled for March 2, 2006 be taken off calendar.

    **DATED** this 21st day of February, 2006.

_____
ALEX R. MUNSON
Judge