F I L E D
Clerk
District Court

MAR 07 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW ) Civil Action No. 05-0027

      Plaintiff

      v.

COMMONWEALTH OF THE NORTHERN ) (PROPOSED) ORDER
MARIANA ISLANDS (hereafter referred to )
as the CNMI); )
      Defendants )

Plaintiff's Ex Parte Motion Extending Time up to and including April 1, 2006 to file a

Second Amended Complaint in the above-entitled action is hereby GRANTED.

Dated: 3-7-06

_____
U. S. District Court Judge

**RECEIVED**

MAR - 7 2006

Clerk
District Court
For The Northern Mariana Islands

1