Case 1:05-cv-00027   Document 82   Filed 03/14/2006   Page 1 of 3

F I L E D
Clerk
District Court

MAR 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **AFFIDAVIT OF SERVICE** |
| MARIANA ISLANDS (hereafter referred to ) | **OF PROCESS BY MAIL** |
| as the CNMI); L DAVID SOSEBEE, ) | |
| former Assistant Attorney General of the ) | |
| CNMI, in his personal/individual capacity; ) | |
| et. al. ) | |
| Defendants ) | |

STATE OF IDAHO            )
                          ) ss:
County of Benewah         )

I, ROBERT D. BRADSHAW, hereby affirm as follows:

I am the plaintiff in this case. I mailed a true copy of the Complaint, Amended Complaint and Summons in this case to defendant L. DAVID SOSEBEE on the 6th day of March, 2006. I mailed copies in the U.S. Mail with the correct first class postage. See attached EXHIBIT "A" for a copy of the envelope of the mailing.

*[signature]*
ROBERT D. BRADSHAW

1

I, __Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at _____St. Maries, Idaho_____ do hereby certify that on this _____6_____ day of ___March_____ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___6____ day of ____March_____,2006.

_____[signature]_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

**JERRY LEE NELSON**
**Notary Public**
**State of Idaho**

MY APPOINTMENT EXPIRES

____11/15/07_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

Flat Rate postage required
Pull To Open

# Print Postage Online - Go to www.usps.com/postage



Recycled Paper

**PLEASE PRESS FIRMLY**

PLEASE PRESS FIRMLY



# PRIORITY MAIL
UNITED STATES POSTAL SERVICE

## HOW TO USE:



**1. COMPLETE ADDRESS AREA**
Type or print return address and addressee information in designated area or on label.



**2. PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.



**3. ATTACH LABEL (Optional)**
Remove label backing and affix in designated location.



**4.** Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box **ONLY** if it weighs less than 16 ounces.

From: R. Bradshaw
PO Box 473
CALDER, ID 83808

To: L. DAVID JOSEPHEE
PO Box 3185
BRYAN, TX 77805-3185

▲ Complete address information or place label here ▲

## The convenient Flat Rate Envelope.
One low price for fast delivery anywhere in the U.S., regardless of weight, destination or type of mailable material enclosed. Domestic use only.

*We Deliver.*