Received Mar-30-2006 11:41        From-        To-US DISTRICT COURT, N    Page 007

CNMI Attorney General, ATTN.: William C. Bush
Saipan, CM 96950

Dear Mr Bush,

Doug Cotton was able top piece together the events of 1993 which precipitated the Bisom lawsuit. Possibly you too have time to go through the thousands of pages of documents, depositions, etc and have attained some perspective of what happened. Anyway, I have prepared a synopsis of what happened to assist you.

In 1993, Larry Guerrero was the Republican Governor running for re election. he was opposed by Democrat Froylan Tenorio. The campaign was bitter and hard. Scott Tan was Public Auditor but his tenure was up around Nov 21st, 1993. Bisom was hired by Tan as the legal counsel for the Public Auditor. Ray Guerrero was one of Larry's principle political allies and Director of CUC. I was a minor employee of the Dept of Finance.

Scott had not gotten along with Larry's administration and rumors abounded that the republicans would not reappoint him Public Auditor. However, at some point of time, Scott was led to believe (as he later orally confirmed with me) that Froylan would reappoint him if he won.

Froylan made Ray Guerrero his principle target - claiming that Ray was a crook and violating numerous CNMI laws. Just before the election, Scott and Bisom came on Saipan TV to confirm that Ray indeed was guilty of the allegations made by Froylan. For whatever reason, Bisom did most of the talking on TV.

In any case, this act violated the PA's law and made all of the Republicans furious. No way would they allow Scott to be reappointed. According to Scott (in later remarks to me), Froylan said that he would appoint Scott using temporary appointments. In the meantime, Scott laid on and arranged for the annual commonwealth audit in late Nov 1993, using the CPA firm of Deloitte and Touche.

In early Nov, Larry lost and Froylan was the Governor elect. He promptly established a transition committee to plan on who would get what jobs in his new administration in Jan 1994. Around the middle of Nov, Froylan and Scott left together for a trip to Hong Kong, ostensibly on Commonwealth business. However, for this trip, Scott must have forgotten that his term would be up around Nov 21.

So, Scott's term was up and Governor Guerrero appointed me temporary Public Auditor. I was never a candidate for the permanent job and understood from Scott that Froylan would appoint him in Jan. Scott and I were then friends.



Received Mar-30-2006 11:41      From-      To-US DISTRICT COURT, N      Page 008

My appointment letter was on a Friday and I first came to the office the next Monday. Larry made a press release on it at once so Bisom (who Scott had left in charge of the office) learned that Friday that Scott's term was up and I was the temporary auditor. Bisom immediately called Scott in Hong Kong to brief him on what had happened. Scott consulted with Froylan and they decided that they did not want the CNMI audit scheduled in late Nov to take place. Actually, they wanted to delay it until Jan so that Scott could supervise it after he was reappointed.

In that telephone conversation or another one that weekend, Bisom was instructed to stop the audit at all costs and to go to Froylan's transition committee and coordinate his actions with them. In Bisom's complaint, he confirms the telephone calls and his meetings with the transition committee. He claims that they said that if he was fired for interfering in my work, he would be rehired in Jan when Froylan and Scott came on board.

Unbeknown to me, I came to work that Monday morning not understanding that Bisom (who I thought was my legal counsel) was involved in a conspiracy with Scott, Froylan and the transition committee to sabotage, undercut and hurt my work as public auditor. That Monday, I decided on proceeding with the audit as scheduled by Scott. I detected that Bisom was angry and tried in some ways to interfere in my decision. At that time, I never connected Bisom's opposition to me back to Scott and Froylan - although I became aware of it in a few days.

In the meantime, I, assuming that Bisom was now my "loyal" and trustworthy employee, talked to him privately and outlined a legal problem which I believed needed some attention from the AG. I ordered him to contact the AG and discuss my problem. Well, he never contacted the AG, instead, he contacted Stanley Torres, an opponent of Larry, at the Legislature and briefed him on my privileged conversation in the auditor's office (as he confirmed at his deposition with Cotton). Either he or Torres went to the paper with my legal problem. I knew at once that it came from Bisom because no one else knew of it.

I was only in Bisom's presence a few hours the first day I was in the office. the next day, he was gone most of the time (revealing public auditor information and my privileged conversation) at the legislature, possibly with the media and involved in strategy meetings with Froylan's transition committee on how he was going to stop and disrupt my work at the auditor's office.

All of these Bisom meetings were secret and clandestine and without my knowledge or authorization. After these secret meetings to conspire against me, I never saw Bisom again. He never returned to the office. He did bring a car by



and turned it in one day at noon but I was at lunch. I considered his action an abandonment of his job.

Within two days, I realized that I had a problem with Bisom - that he was disloyal, that he was violating PA rules and laws, that he was secretly working against me. I immediately gave him a 30 day notice of termination (which would be effective in early Jan 1994) without cause as allowed in his contract.

In the meantime, I discovered that Scott had a secret slush fund in his office which I thought was illegal. I closed it and turned the money into the CNMI treasurer and notified the Federal Comptroller if they wanted to audit it. Later, Scott and Froylan returned to Saipan. Whereas Scott and I had been friends, he became my enemy when he learned of my actions on the illegal slush fund.

During the month of Dec, Froylan, Scott and Bisom all three went to the media and constantly attacked me for doing the annual audit which I had proceeded with. I built a paperwork case for the termination of Bisom for cause which I did in late Dec giving him a 7 day notice. If the court should find that this termination was wrong, then surely it must be acknowledged that my earlier 30 day termination without cause would have taken effect. In either case, Bisom was gone!

Naturally, I filed a series of ethics complaints with the local Bar Association on Bisom's many actions. This group is a total joke on Saipan. And I suppose I knew that they would do nothing (they never have except in one rare case where a local lawyer was caught outright in a felony).

In Jan, my temporary appointment was up around the 20th. Froylan was sworn in I think on the 10th. I had to have an emergency operation (which I had in Eugene, OR) so I left in early Jan on sick leave (leaving the senior auditor in charge of the office). Once Froylan was Governor, Scott came to the office and took over (frankly, I believe illegally since I was still technically the temporary Public Auditor). Scott quickly brought Bisom back on board - apparently as he had promised Bisom (per Bisom's allegation).

Whether Froylan ever intended on hiring Bisom back or not, I cannot say. Possibly he planned on double crossing Bisom from day one. Or maybe he did plan on hiring Bisom back or giving him another job (like maybe being the CNMI AG or deputy AG). After his work for Froylan, Bisom perhaps expected a payback in some fashion in the context of a future, well paying, do-nothing job.

But Bisom had made many, many enemies among local people (actually of all political factions). Most people thought he was a bum or had problems of some sort. For certain, Froylan and his administration decided in early Jan that they



didn't want Bisom under any condition. So Bisom was not hired. And since he, as a lawyer, knew and understood that job promises mean little or nothing until the contract is finalized and signed by all parties, there was no reason for him to believe he had anything firm.

Scott soon got into trouble with Froylan's administration when he allegedly allowed a Chinese friend to have one of the public auditor's cars. The police found out and he was charged with a criminal act. Froylan then removed him and hired another auditor. The legal counsel position was filled with someone else.

Apparently in 1994, Bisom realized that he had been fired from a $45,000 a year job (where he apparently had little to do but show up daily) and instead of being appropriately rewarded, he got nothing. SO he proceeded with his lawsuit. And I applaud him for laying out his secret conspiracy with Scott, Froylan and the transition committee to undercut, sabotage and hurt me. I knew this stuff was going on but it's hard to prove secret clandestine meetings and agreements. Bisom has laid it out in his complaint.

Sometime in 94-95, Bisom went to Gabaldon. In a clandestine and deceptive act (without revealing who he was and what he was after), he told Gabaldon some things to make Guy take him into some confidence. Apparently, in their conversations, Gabaldon mentioned that I had mailed some of Victor Marchetti's newsletters (on the US money give away to Israel) to Gabaldon in 94, long after Bisom was fired. Bisom revealed this in his deposition. In any case, he used it as some alleged proof that I had discriminated against him for being a Jew.

The truth is that I didn't know he was a Jew in 93 and if I would have known, it would have made no difference whatsoever in my actions in firing him. The evidence seems to be that he is a liar, cheat, dishonest, disloyal bum and should be fired. I was only in his presence a few hours on the first day that I met him. Beyond what happened that day and the next one, I knew he was a problem.

A final note - I think my action and the action of the government in firing Bisom for cause was absolutely proper. I have real questions about the role of Scott, Bisom and Froylan in the conspiracy which he admits and outlines in his complaint. If the AG defends me and the government, is there any sense or conflict in also defending Scott and Froylan? Obviously, when Froylan was Governor, there was no need in asking that question. Best wishes,

Bob Bradshaw, Box 3590, Oldtown, ID 83822


29

uly 20, 1999

:NMI Attorney General, ATTN.: William C. Bush
Saipan, CM 96950

Dear Mr Bush,

I sent you the essence of this letter a few days ago. Because mail does get lost to Saipan, I wished to send another copy. Also, may I suggest that by means you should read all the letters sent Bisom in connection with his dismissal and all the letters I filed with the local Bar Association on the ethics complaint. Not only did Bisom go out of his way to hurt my work and attack me, but he even telephoned Michael Johnson of Deloitte & Touche to threaten him over the audit he was doing.

The whole bit about discrimination is something for politically correct liberals to jump on in our modern warped society. Bisom was fired for the reasons outlined in the various communications to him. He was fired because I believed he was a dud and was absolutely no good as an employee. Obviously, in Jan 1994, the people in authority in the CNMI believed the same thing because they refused to hire him back.

The modern politically correct thing to do if one can claim discrimination is to never deal with the facts and truth of why the firing took place. Instead, one can shift the argument and focus away from the true facts and focus an attack upon the party citing the facts. Slick Clinton is a master of deception and has followed this practice for years in his dealings with his opponents (as you may or may not agree). In other words, attack the attacker and never address the complaints and charges. Bisom did this. Rather than deal with what a dud he was and how sorry he was as an employee, he cooked up this anti-Jew stuff to charge me with discrimination.

And naturally, many gullible people will totally ignore the huge assortment of reasons on why he was fired and instead focus upon the alleged discrimination. (I am still not convinced that he is a Jew because most Jews have got some brains and I wonder about Bisom and as I noted earlier, he clearly is not religious). Otherwise, the following letter is a duplicate of what I sent you two days ago. The following dates were recorded off the top of my head and are approximate only.

To repeat:

Doug Cotton was able top piece together the events of 1993 which precipitated the Bisom lawsuit. Possibly you too have time to go through the thousands of pages of documents, depositions, etc and have attained some perspective of what happened. Anyway, I have prepared a synopsis of what happened to assist you.

In 1993, Larry Guerrero was the Republican Governor running for re-election. he was opposed by Democrat Froylan Tenorio. The campaign was bitter and hard. Scott Tan was Public Auditor but his tenure was up around Nov 21st, 1993. Bisom was hired by Tan as the legal counsel for the Public Auditor. Ray Guerrero was one of Larry's principle political allies and Director of CUC. I was a minor employee of the Dept of Finance.

Scott had not gotten along with Larry's administration and rumors abounded that the republicans would not reappoint him Public Auditor. However, at some point of time, Scott was led to believe (as he later orally confirmed with me) that Froylan would reappoint him if he won.

Froylan made Ray Guerrero his principle target - claiming that Ray was a crook and violating numerous CNMI laws. Just before the election, Scott and Bisom came on Saipan TV to confirm that Ray indeed was guilty of the allegations made by Froylan. For whatever reason, Bisom did most of the talking on TV.

In any case, this act violated the PA's law and made all of the Republicans furious. No way would they allow Scott to be reappointed. According to Scott (in later remarks to me), Froylan said that he would appoint Scott using temporary appointments. In the meantime, Scott laid on and arranged for the annual commonwealth audit in late Nov 1993, using the CPA firm of Delotte and Touche.

n early Nov, Larry lost and Froylan was the Governor elect. He promptly established a transition committee to plan on who would get what jobs in his new administration in Jan 1994. Around the middle of Nov, Froylan and Scott left together for a trip to Hong Kong, ostensibly on Commonwealth business. However, for this trip, Scott must have forgotten that his term would be up around Nov 21.

So, Scott's term was up and Governor Guerrero appointed me temporary Public Auditor. I was never a candidate for the permanent job and understood from Scott that Froylan would appoint him in Jan. Scott and I were then friends.

My appointment letter was on a Friday and I first came to the office the next Monday. Larry made a press release on it at once so Bisom (who Scott had left in charge of the office) learned that Friday that Scott's term was up and I was the temporary auditor. Bisom immediately called Scott in Hong Kong to brief him on what had happened. Scott consulted with Froylan and they decided that they did not want the CNMI audit scheduled in late Nov to take place. Actually, they wanted to delay it until Jan so that Scott could supervise it after he was reappointed.

In that telephone conversation or another one that weekend, Bisom was instructed to stop the audit at all costs and to go to Froylan's transition committee and coordinate his actions with them. In Bisom's complaint, he confirms the telephone calls and his meetings with the transition committee. He claims that they said that if he was fired for interfering in my work, he would be rehired in Jan when Froylan and Scott came on board.

Unbeknown to me, I came to work that Monday morning not understanding that Bisom (who I thought was my legal counsel) was involved in a conspiracy with Scott, Froylan and the transition committee to sabotage, undercut and hurt my work as public auditor. That Monday, I decided on proceeding with the audit as scheduled by Scott. I detected that Bisom was angry and tried in some ways to interfere in my decision. At that time, I never connected Bisom's opposition to me back to Scott and Froylan - although I became aware of it in a few days.

In the meantime, I, assuming that Bisom was now my "loyal" and trustworthy employee, talked to him privately and outlined a legal problem which I believed needed some attention from the AG. I ordered him to contact the AG and discuss my problem. Well, he never contacted the AG, instead, he contacted Stanley Torres, an opponent of Larry, at the Legislature and briefed him on my privileged conversation in the auditor's office (as he confirmed at his deposition with Cotton). Either he or Torres went to the paper with my legal problem. I knew at once that it came from Bisom because no one else knew of it.

I was only in Bisom's presence a few hours the first day I was in the office. the next day, he was gone most of the time (revealing public auditor information and my privileged conversation) at the legislature, possibly with the media and involved in strategy meetings with Froylan's transition committee on how he was going to stop and disrupt my work at the auditor's office.

All of these Bisom meetings were secret and clandestine and without my knowledge or authorization. After these secret meetings to conspire against me, I never saw Bisom again. He never returned to the office. He did bring a car by and turned it in one day at noon but I was at lunch. I considered his action an abandonment of his job.

Within two days, I realized that I had a problem with Bisom - that he was disloyal, that he was violating PA rules and laws, that he was secretly working against me. I immediately gave him a 30 day notice of termination (which would be effective in early Jan 1994) without cause as allowed in his contract.

In the meantime, I discovered that Scott had a secret slush fund in his office which I thought was illegal. I closed it and turned the money into the CNMI treasurer and notified the Federal Comptroller if they wanted to audit it. Later, Scott and Froylan returned to Saipan. Whereas Scott and I had been friends, he became my enemy when he learned of my actions on the illegal slush fund.

During the month of Dec, Froylan, Scott and Bisom all three went to the media and constantly attacked me for doing the annual audit which I had proceeded with. I built a paperwork case for the termination of

Bisom for cause which I did in late Dec giving him a 7 day notice. If the court should find that this ermination was wrong, then surely it must be acknowledged that my earlier 30 day termination without ause would have taken effect. In either case, Bisom was gone!

Naturally, I filed a series of ethics complaints with the local Bar Association on Bisom's many actions. This group is a total joke on Saipan. And I suppose I knew that they would do nothing (they never have except in one rare case where a local lawyer was caught outright in a felony).

In Jan, my temporary appointment was up around the 20th. Froylan was sworn in I think on the 10th. I had to have an emergency operation (which I had in Eugene, OR) so I left in early Jan on sick leave (leaving the senior auditor in charge of the office). Once Froylan was Governor, Scott came to the office and took over (frankly, I believe illegally since I was still technically the temporary Public Auditor). Scott quickly brought Bisom back on board - apparently as he had promised Bisom (per Bisom's allegation).

Whether Froylan ever intended on hiring Bisom back or not, I cannot say. Possibly he planned on double crossing Bisom from day one. Or maybe he did plan on hiring Bisom back or giving him another job (like maybe being the CNMI AG or deputy AG). After his work for Froylan, Bisom perhaps expected a payback in some fashion in the context of a future, well paying, do-nothing job.

But Bisom had made many, many enemies among local people (actually of all political factions). Most people thought he was a bum or had problems of some sort. For certain, Froylan and his administration decided in early Jan that they didn't want Bisom under any condition. So Bisom was not hired. And since he, as a lawyer, knew and understood that job promises mean little or nothing until the contract is finalized and signed by all parties, there was no reason for him to believe he had anything firm.

Scott soon got into trouble with Froylan's administration when he allegedly allowed a Chinese friend to have one of the public auditor's cars. The police found out and he was charged with a criminal act. Froylan then removed him and hired another auditor. The legal counsel position was filled with someone else.

Apparently in 1994, Bisom realized that he had been fired from a $45,000 a year job (where he apparently had little to do but show up daily) and instead of being appropriately rewarded, he got nothing. SO he proceeded with his lawsuit. And I applaud him for laying out his secret conspiracy with Scott, Froylan and the transition committee to undercut, sabotage and hurt me. I know this stuff was going on but it's hard to prove secret clandestine meetings and agreements. Bisom has laid it out in his complaint.

Sometime in 94-95, Bisom went to Gabaldon. In a clandestine and deceptive act (without revealing who he was and what he was after), he told Gabaldon some things to make Guy take him into some confidence. Apparently, in their conversations, Gabaldon mentioned that I had mailed some of Victor Marchetti's newsletters (on the US money give away to Israel) to Gabaldon in 94, long after Bisom was fired. Bisom revealed this in his deposition. In any case, he used it as some alleged proof that I had discriminated against him for being a Jew.

The truth is that I didn't know he was a Jew in 93 and if I would have known, it would have made no difference whatsoever in my actions in firing him. The evidence seems to be that he is a liar, cheat, dishonest, disloyal bum and should be fired. I was only in his presence a few hours on the first day that I met him. Beyond what happened that day and the next one, I knew he was a problem.

A final note - I think my action and the action of the government in firing Bisom for cause was absolutely proper. I have real questions about the role of Scott, Bisom and Froylan in the conspiracy which he admits and outlines in his complaint. If the AG defends me and the government, is there any sense or conflict in also defending Scott and Froylan? Obviously, when Froylan was Governor, there was no need in asking that question. Best wishes.

Bob Bradshaw, Box 3590, Oldtown, ID 83822

July 15, 2000

CNMI Attorney General
Saipan, CM 96950

Gentlemen:

Over a year ago, William C. Bush of your office and I exchanged letters on the CNMI Superior Court Case 96-1320. Mr Bush suggested that he might go into Superior Court and have my name removed from 96-1320 because I was never served with the lawsuit.

I indicated that I was not served and that I knew of no reason at all which would allow any alleged constructive service (I have no employees or family members who could have accepted service). Furthermore, I have authorized no one on Saipan to accept service for me. This includes the AG's office as I had told Doug Cotton that neither he or anyone else there could accept service for me. Bisom must serve me personally if he wants to pursue this case with me!

Since I was not served, I agreed with Mr Bush that it would be well to go into court and have my name stricken. Frankly, I thought he would do that. But now over a year has passed and I have had no further communication from Mr Bush. Perhaps he is no longer with your office.

In any case, I am wondering what the status of 96-1320 is and did Mr Bush go into court and follow his suggestion to me on removing my name from the suit? Your help will be appreciated.

Yours very truly,

Robert D. Bradshaw
PO Box 3590
Oldtown, ID 83822

