FILED
Clerk
District Court

APR 10 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

KRISTIN D. ST. PETER
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP  96950

Attorney for:  Defendants CNMI, Forelli, Bush, Cotton and Brown

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>                    Plaintiff,<br><br>            vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>                    Defendants. | Case No. 05-0027<br><br>EX PARTE MOTION EXTENDING TIME UNDER LOCAL RULE 7.1.h.3(b) AND FED. R. CIV. P. 6 (b); APPLICATION FOR INCREASE OF TIME UNDER LOCAL RULE 7.1.h.2 |

CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)

As undersigned counsel, Kristin D. St. Peter, certifies as follow:

a.    The address and phone number of Plaintiff Bradshaw, who is without counsel, as listed on his Amended Complaint is:

P.O. Box 473
1530 Trout Creek Road
Calder, Idaho 83808
Telephone: 208-245-1691

Defendants Commonwealth of the Northern Mariana Islands ("CNMI"), Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown are represented by the Commonwealth of the Northern Mariana Islands Attorney General's Office whose address and relevant numbers are:

Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 670-664-2341
Facsimile: 670-664-2349

Defendant Jay Sorensen's address and relevant numbers are:

c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone:    (86) 21 5083-8542
Facsimile:    (86) 21 5083-8542

Mr. Sorensen is acting both in his individual capacity and as counsel for Defendant Robert Bisom.

Defendant Alexandro C. Castro is represented by the law firm of Civille and Tang, PLLC whose address and relevant numbers are:

330 Herman Cortez Ave, Suite 200
Hagatna, Guam 96910
Telephone:    671-472-8868
Facsimile:    671-477-2511

The Commonwealth of the Northern Mariana Islands Attorney General's Office will most likely defend defendants David Sosebee and Andrew Clayton once they are properly served. At this time, however, there is a question as to whether proper service occurred. Defendants Sosebee and

Clayton intend to file individual Motions to Quash Service in the near term. Until such time as a determination regarding proper service is made, Defendants Sosebee and Clayton respectfully refuse to submit to the jurisdiction of this Court. If this Court concludes Defendants Sosebee and Clayton were properly served, then these Defendants will also file a responsive pleading or dispositive motion on or before June 19, 2006.

## FACTS SHOWING EXISTENCE AND NATURE OF THE CLAIMED EMERGENCY OR REASON FOR EX PARTE APPLICATION

Defendants CNMI, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown (hereafter collectively "Defendants") request that this Court extend and enlarge time to respond to Plaintiff's Second Amended Complaint. Specifically, Defendants seek an enlargement up to and including June 19, 2006 to file a dispositive motion or responsive pleading to the Plaintiff's Second Amended Complaint.

Defendants wish to proceed in an abundance of caution and move to enlarge time for filing a responsive dispositive motion under Fed. R. Civ. P. 12 (b) (6).

Plaintiff Bradshaw's Second Amended Complaint is seventy-five pages long and contains numerous causes of action under an exhaustive list of federal civil and criminal statutes, including, among others, the Racketeer Influence Corrupt Organizations Act, the Immigration Reform and Control Act and several Federal Civil Rights causes of action. Crafting an adequate response to all of Plaintiff Bradshaw's allegations on behalf of the four Defendants is quite an undertaking. Accordingly, Defendants need additional time to properly address Plaintiff's allegations and file a responsive pleading or dispositive motion.

## PLAINTIFF BRADSHAW WAS NOTIFIED, BUT HAS YET TO BE SERVED WITH THIS MOTION

The undersigned Attorney General spoke with Plaintiff Bradshaw on April 10, 2006. Mr. Bradshaw, appearing *pro se*, does not oppose this motion and agrees to enlarge time up to and including June 19, 2006. Because Mr. Bradshaw resides in Idaho, Defendants were unable to obtain a stipulation memorializing this agreement in a timely manner.

## APPLICATIONS TO INCREASE TIME PURSUANT TO LOCAL RULE 7.1.h.2

Based upon the facts set forth herein, Defendants make this application to increase time and state: a) no other extensions of time have been sought with respect to the Second Amended Complaint, b) the reasons for this extension are set forth herein, and c) granting this extension would not effect any scheduled dates.

WHEREFORE, based upon the foregoing, Defendants respectfully request that this Court grant Defendants *Ex Parte* Motion Extending Time and enter an Order extending Defendants' deadline for filing a dispositive motion or responsive pleading to the Plaintiff's Complaint until June 19, 2006

Respectfully submitted,

CNMI ATTORNEY GENERAL'S OFFICE
ON BEHALF OF DEFENDANTS CNMI, FORELLI, BUSH, COTTON AND BROWN

By _____
Kristin D. St. Peter
Assistant Attorney General
Office of the Attorney General
2nd Floor, Juan A Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
670-664-2341

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail, on the _10_ day of April 2006, upon the following:

        Robert D. Bradshaw
        Plaintiff, Pro Se
        P.O. Box 473
        1530 W. Trout Creek Road
        Calder, ID 83808

        Jay Sorensen
        c/o Shanghai
        Post Office Box 9022
        Warren, MI 48090-9022
        Telephone:   (86) 21 5083-8542
        Facsimile:   (86) 21 5083-8542

        Civille and Tang, PLLC
        330 Herman Cortez Ave, Suite 200
        Hagatna, Guam 96910
        Telephone:   671-472-8868
        Facsimile:   671-477-2511

_/s/ K. W. St. Peter_
Kristin D. St. Peter
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>**DECLARATION OF KRISTIN D. ST. PETER IN SUPPORT OF EX PARTE MOTION EXTENDING TIME** |

I, Kristin D. St. Peter, under penalty of perjury, declare as follow:

1. I am an individual currently residing on the Island of Saipan and employed as an Assistant Attorney General by the Commonwealth of the Northern Mariana Islands ("CNMI") Attorney General's Office.

2. I represent Defendants CNMI, Nicole Forelli, William Bush, Douglas Cotton and Pamela Brown in the above-entitled action.

3. Because of the voluminous nature of Plaintiff Bradshaw's complaint, Defendants CNMI, Forelli, Bush, Cotton and Brown require additional time to file a dispositive motion or responsive pleading to Plaintiff's Complaint.

4. Granting this extension request will not have any discernable effect on this proceeding.

5. On April 10, 2006, I contacted Plaintiff Bradshaw telephonically and requested his assent to extend Defendants' deadline to respond to Plaintiff's Second Amended Complaint until June 19, 2006. Plaintiff Bradshaw agreed to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on Saipan, CNMI this 10 day of April, 2006.

_____
Kristin D. St. Peter