FILED
Clerk
District Court

APR 10 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>**ORDER** |

Defendants Commonwealth of the Northern Mariana Islands, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown's Ex Parte Motion Extending Time up to and including June 19, 2006 to file a responsive pleading or dispositive motion in the above-entitled action is hereby GRANTED.

Dated: 4-10-06

_____
ALEX R. MUNSON
U.S. District Court Judge

RECEIVED
APR 10 2006
Clerk
District Court
The Northern Mariana Islands