1  **CIVILLE & TANG, PLLC**
   2nd Floor, Cabrera Center
2  PMB 86, P.O. Box 10003
   Saipan, MP 96950-8908
3  Telephone: (670) 235-1725
   Facsimile: (670) 235-1726
4
   Attorneys for Defendants Justice Alexandro C. Castro,
5  Justice John A. Manglona, and Timothy H. Bellas

FILED
Clerk
District Court

APR 14 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | CIVIL ACTION NO. 05-0027<br><br>**EX PARTE MOTION EXTENDING TIME UNDER LOCAL RULE 7.1.h.3(b) AND FEDERAL RULES OF CIVIL PROCEDURE 6(b); APPLICATION FOR INCREASE OF TIME UNDER LOCAL RULE 7.1.h.2** |

# CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)

I, G. PATRICK CIVILLE, declare as follows:

1. I am counsel representing Defendants Alexandro C. Castro, John A. Manglona, and Timothy H. Bellas (collectively "Judicial Defendants"), in this action. I submit this certificate pursuant to Local Rules 7.1.h.3(b) and 7.1.h.2 in support of Defendants' *ex parte* motion for an order extending time to file a responsive pleading to Plaintiff Robert D. Bradshaw's Second Amended Complaint.

2. The Defendants Alexandro C. Castro, John A. Manglona, and Timothy H. Bellas are represented by the undersigned, having the following address and phone number:

> CIVILLE & TANG
> PMB 86, P.O. Box 10003
> Saipan, MP 96950-8903
> Telephone: 670/235-1725

3. Plaintiff Bradshaw, appearing *pro se*, is without counsel, and his address and phone number as listed on his Second Amended Complaint is:

> P.O. Box 473
> 1530 W. Trout Creek Road
> Calder, Idaho 83808
> Telephone: 208-245-1691

4. Defendants CNMI, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown are represented by the Commonwealth of the Northern Mariana Islands Attorney General's Office whose address and relevant numbers are:

> James D. Livingstone
> CNMI Office of Attorney General
> Civil Division-Capitol Hill
> 2nd Fl., Hon. Juan A. Sablan Memorial Bldg.
> Caller Box 10007
> Saipan, MP 96950
> Telephone: 670-664-2341
> Facsimile: 670-664-2349

///
///

1  5.	Defendant Jay Sorenson's address and relevant numbers are:

2  
3  
4  
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone: (86) 21 5083-8524
Facsimile: (86) 21 5083-8542

5

6  6.	The address of the other defendants is unknown at this time.

7  7.	The Judicial Defendants are requesting that the Court extend the time to file a
8  dispositive motion, including a motion to dismiss pursuant to Federal Rules of Civil Procedure
9  12(b)(6), or responsive pleading to the Plaintiff's Second Amended Complaint for the reasons set
10 forth in the Motion and Memorandum of Points and Authorities submitted herewith.

11 8.	The reason for this *ex parte* application is that the Second Amended Complaint
12 was sent by Plaintiff Bradshaw to counsel for the Judicial Defendants by mail. Counsel only
13 received the Second Amended Complaint, sent in the mail to the Saipan Office, on April 13,
14 2005. The pleading was thereafter sent by counsel's Saipan Office via overnight mail to Guam,
15 where counsel is presently working, and was not actually received by counsel until April 14,
16 2006. Upon review of the Second Amended Complaint, it appears that the filing deadline for a
17 responsive pleading is April 15, 2006, which falls on a Saturday thus extending the deadline to
18 April 17, 2006. The Second Amended Complaint is seventy five (75) pages in length and
19 contains numerous attachments. Additional time is needed to properly review and compose an
20 appropriate response to the pleading.

21 9.	I contacted Plaintiff Bradshaw telephonically on April 14, 2006, and requested
22 Plaintiff's assent to an extension of time to respond to the Second Amended Complaint until
23 June 19, 2006. Plaintiff consented to this extension of time.

24 10.	Because Plaintiff Bradshaw resides in Idaho, we were unable to obtain a
25 stipulation memorializing this agreement in a timely manner.

26 11.	As required under Local Rule 7.1.h.2, counsel submits that the Court has not
27 previously granted an extension of time to Judicial Defendants to file a responsive pleading to
28 the Second Amended Complaint. The Court has extended such time for the Defendants

1 represented by the Commonwealth Attorney General's Office until June 19, 2006; thus, an
2 extension for the Judicial Defendants will not affect other scheduled dates.

3     12. The Judicial Defendants request that the court extend the time to file a dispositive
4 motion or responsive pleading to the Second Amended Complaint until June 19, 2005.

5     13. Service of the motion papers will be made on all counsel when the motion is filed
6 with the Court.

7     I declare under penalty of perjury under the laws of the United States that the foregoing is
8 true and correct.

11 Dated: April 14, 2006.

*(signature)*
G. PATRICK CIVILLE
*Attorneys for Defendants*
*Justice Alexandro C. Castro,*
*Justice John A. Manglona, and*
*Timothy H. Bellas*

-3-