FILED
Clerk
District Court

APR 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **CIVILLE & TANG, PLLC**
   2nd Floor, Cabrera Center
2  PMB 86, P.O. Box 10003
   Saipan, MP 96950-8908
3  Telephone: (670) 235-1725
   Facsimile: (670) 235-1726
4
   Attorneys for Defendants Justice Alexandro C. Castro,
5  Justice John A. Manglona, and Timothy H. Bellas

6

7                  IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN MARIANA ISLANDS
9

10 ROBERT D. BRADSHAW,                     CIVIL ACTION NO. 05-0027
11                    Plaintiff,
12
13       vs.
                                            **MEMORANDUM OF POINTS AND**
14 COMMONWEALTH OF THE                      **AUTHORITIES IN SUPPORT OF *EX***
   NORTHERN MARIANA ISLANDS,                ***PARTE* MOTION EXTENDING TIME**
15 NICOLE C. FORELLI, WILLIAM C.            **UNDER LOCAL RULE 7.1.h.3(b) AND**
   BUSH, D. DOUGLAS COTTON, L.              **FEDERAL RULES OF CIVIL**
16 DAVID SOSEBEE, ANDREW                    **PROCEDURE 6(b); APPLICATION FOR**
17 CLAYTON, UNKNOWN AND                     **INCREASE OF TIME UNDER LOCAL**
   UNNAMED PERSONS IN THE CNMI             **RULE 7.1.h.2**
18 OFFICE OF THE ATTORNEY
   GENERAL, ALEXANDRO C. CASTRO,
19 JOHN A. MANGLONA, TIMOTHY H.
   BELLAS, PAMELA BROWN, ROBERT
20 BISOM, AND JAY H. SORENSEN,
21
22                    Defendants.
23

24       Defendants Alexandro C. Castro, John A. Manglona, and Timothy H. Bellas ("Judicial
25 Defendants") request that the court allow them additional time, until June 19, 2006, to file a
   dispositive motion or responsive pleading to the Second Amended Complaint filed by the
26
   Plaintiff in this matter. The Defendants' *ex parte* motion is supported by the Memorandum of
27 Points and Authorities which follows, all matters of record herein, and such arguments as may be
28 adduced at a hearing hereon.

     Plaintiff Bradshaw mailed a copy of the Second Amended Complaint to counsel for the Judicial Defendants at counsel's Saipan Office address. Counsel received the Second Amended Complaint, sent in the mail to the Saipan Office, on April 13, 2005. The pleading was thereafter sent by counsel's Saipan Office via overnight mail to Guam, where counsel is presently working, and was not actually received by counsel until April 14, 2006. Upon review of the Second Amended Complaint, it appears that the filing deadline for a responsive pleading is April 15, 2006, which falls on a Saturday thus extending the deadline to April 17, 2006. The Second Amended Complaint is seventy five (75) pages in length and contains numerous attachments. The Second Amended Complaint alleges a total of seventeen (17) claims.

     Due to the voluminous nature of the pleadings, and the delayed receipt of the Second Amended Complaint in the mail, the Judicial Defendants require additional time to properly review and compose an appropriate response to the pleading.

     For the reasons stated herein, the Judicial Defendants respectfully request that the Court grant Defendants' *Ex Parte Motion Extending Time Under Local Rule 7.1.h.3(b) and Federal Rules of Civil Procedure 6(b); Application for Increase of Time Under Local Rule 7.1.h.2.*

     Respectfully submitted,

CIVILLE & TANG

DATED: April 14, 2006

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants*
*Justice Alexandro C. Castro,*
*Justice John A. Manglona, and*
*Timothy H. Bellas*

-1-