| | |
|---|---|
| 1  **CIVILLE & TANG, PLLC**<br>2nd Floor, Cabrera Center<br>2  PMB 86, P.O. Box 10003<br>Saipan, MP 96950-8908<br>3  Telephone: (670) 235-1725<br>Facsimile: (670) 235-1726<br>4<br>Attorneys for Defendants Justice Alexandro C. Castro,<br>5  Justice John A. Manglona, and Timothy H. Bellas | FILED<br>Clerk<br>District Court<br>APR 17 2006<br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | CIVIL ACTION NO. 05-0027<br><br>[PROPOSED] ORDER GRANTING EX PARTE MOTION EXTENDING TIME UNDER LOCAL RULE 7.1.h.3(b) AND FEDERAL RULES OF CIVIL PROCEDURE 6(b); APPLICATION FOR INCREASE OF TIME UNDER LOCAL RULE 7.1.h.2<br><br>DATE: _____, 2006<br>TIME: _____ _.m.<br>JUDGE: Honorable Alex R. Munson |

Defendants Alexandro C. Castro, John A. Manglona, and Timothy H. Bellas' Ex Parte Motion Extending Time up to and including June 19, 2006 to file a responsive pleading or dispositive motion in the above-entitled action is hereby GRANTED.

Dated: APR 1 7 2006

*/s/ Alex R. Munson*
**HONORABLE ALEX R. MUNSON**
**U.S. DISTRICT COURT JUDGE**

RECEIVED

APR 1 4 2006

Clerk
District Court
The Northern Mariana Islands

-1-