```
                                                              F I L E D
                                                                 Clerk
                                                              District Court
1  CIVILLE & TANG, PLLC
   2nd Floor, Cabrera Center
2  PMB 86, P.O. Box 10003                                     APR 17 2006
   Saipan, MP 96950-8908
3  Telephone: (670) 235-1725                              For The Northern Mariana Islands
   Facsimile: (670) 235-1726                              By_____
4                                                              (Deputy Clerk)
   Attorneys for Defendant Justice Alexandro C. Castro
5
                    IN THE UNITED STATES DISTRICT COURT
6
                     FOR THE NORTHERN MARIANA ISLANDS
7

8  ROBERT D. BRADSHAW,                    CIVIL ACTION NO. 05-0027

9                   Plaintiff,

10        vs.

11                                        [PROPOSED] ORDER GRANTING
   COMMONWEALTH OF THE                    EX PARTE MOTION EXTENDING TIME
12 NORTHERN MARIANA ISLANDS               UNDER LOCAL RULE 7.1.h.3(b) AND
   (hereafter referred to as the CNMI),   FEDERAL RULES OF CIVIL
13 NICOLE C. FORELLI, former Acting       PROCEDURE 6(b); APPLICATION FOR
   Attorney General of the CNMI, in her   INCREASE OF TIME UNDER LOCAL
14 personal/individual capacity; WILLIAM  RULE 7.1.h.2
15 C. BUSH, former Assistant Attorney
   General of the CNMI, in his
16 personal/individual capacity; D.
   DOUGLAS COTTON; former Assistant
17 Attorney General of the CNMI, in his
18 personal/individual capacity; L. DAVID
   SOSEBEE, former Assistant Attorney
19 General of the CNMI, in his
   personal/individual capacity; ANDREW
20 CLAYTON, former Assistant Attorney
21 General of the CNMI, in his
   personal/individual capacity; Other
22 UNKNOWN and UNNAMED person or
   persons in the CNMI, in their personal/
23 individual capacity; ALEXANDRO C.
24 CASTRO, former Justice ProTem of the
   CNMI SUPERIOR COURT, in his
25 personal/individual capacity; PAMELA S.
   BROWN, former Attorney General of the
26 CNMI; in her personal/individual capacity;
   ROBERT A. BISOM; and JAY H.
27 SORENSEN.
28
                    Defendants.
```

Defendant Alexandro C. Castro's Ex Parte Motion Extending Time up to and including June 19, 2006 to file a responsive pleading or dispositive motion in the above-entitled action is hereby **GRANTED**.

Dated: APR 17 2006

**HONORABLE ALEX R. MUNSON**
**U.S. DISTRICT COURT JUDGE**

-1-