**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone  208-245-1691**

Plaintiff, Pro Se

F I L E D
Clerk
District Court

APR 2 4 2006

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW                        ) Civil Action No. 05-0027

     Plaintiff

     v.

COMMONWEALTH OF THE NORTHERN          ) **MOTION TO CLERK OF COURT**
MARIANA ISLANDS (hereafter referred to    ) **TO ENTER A DEFAULT**
as the CNMI);                              ) **JUDGMENT  AGAINST**
et. al.                                    ) **DEFENDANT  L.  DAVID**
                                          ) **SOSEBEE**
     Defendants                          )

---

TO THE CLERK OF THE US DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

    1. Comes plaintiff ROBERT D. BRADSHAW in Civil Case 05-0027 to petition the court to enter a default judgment against Defendant L. DAVID SOSEBEE for the amount as claimed in the complaint, as amended, plus costs because Defendant SOSEBEE has failed to appear and to respond to the summons served on him.

    2. The rules of the court are plain and unambiguous regarding service and the duty of those served to respond to a summons. Defendant SOSEBEE is a lawyer and should understand this matter.

3. On the L. DAVID SOSEBEE complaint, as amended, and summons, default commenced on Mar 29, 2006 when Defendant SOSEBEE failed to appear and answer the summons served on him.

4. Actual damages claimed are $8,000.00 (including costs from 96-1320 and 05-0084); punitive, exemplary, compensatory, special, general and other damages are $607,000.00; and costs for 05-0027 are $12,898.00--all of which total to $717,898.00.

5. As this case involves a failure to appear with a sum which can be calculated as certain, as defined in rule 55 of the Federal Rules of Civil Process, request that the Clerk of the US District Court for the Northern Mariana Islands enter a default judgment against Defendant L. DAVID SOSEBEE.

Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of ____ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se