FILED
Clerk
District Court

APR 24 2006

For The Northern Mariana Islands
By________________
(Deputy Clerk)

**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**

Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

ROBERT D. BRADSHAW ) Civil Action No. 05-0027

Plaintiff

v.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.

Defendants

**AFFIDAVIT IN SUPPORT OF MOTION TO COURT TO ENTER A DEFAULT JUDGMENT AGAINST DEFENDANT L. DAVID SOSEBEE**

1. In the US District Court civil case 05-0027, Plaintiff attempted service of summons and process on Defendant L. DAVID SOSEBEE by certified mail on Oct 13, 2005, return receipt, per the CNMI CMC. The certified mailing was returned to the sender with the notation that two attempts were made to deliver the letter to Mr SOSEBEE and that Mr SOSEBEE refused to accept the certified mailing.

2. On Nov 17, 2005, the Court approved the service of the summons and



Received Apr-25-2006 08:08 From-2082454991 To-US DISTRICT COURT, N Page 012

complaint on Mr SOSEBEE by publication. On Feb 9, 16, 23 and Mar 2, 2006, the Marianas Variety newspaper published the summons. On Mar 6, 2006, plaintiff mailed a copy of the summons, complaint and amended compliant to Mr SOSEBEE by first class mail to his Bryan, TX address. Proof of service was mailed by certified mail to the Court on Apr 17, 2006 and should be at the court for docketing by this date.

3. On Mar 30, 2006, plaintiff mailed the second amended complaint to Mr SOSEBEE by first class mail. The delivery confirmation is attached at Exhibit A. Mr SOSEBEE received the summons and all complaints mailed to him per the delivery confirmations.

4. In USDC Idaho case 05-0084, Mr SOSEBEE was served and was represented by the CNMI AG through their attorney Hall, Farley. The AG is aware of this action to serve Mr SOSEBEE by publication.

4. Plaintiff's Affidavit on default and a bill of costs are enclosed for case 05-0027 as well as the preceding costs on CNMI case 96-1320 and USDC ID case 05-0084 which were claimed in the pleadings on USDC CNMI case 05-0027 (Exhibits B and C).

5. Actual damages claimed are $8,000.00 (including costs from 96-1320 and 05-0084); punitive, exemplary, compensatory, special, general and other damages are $697,000.00; and costs for 05-0027 are $12,898.00--all of which total to $717,898.00.

7. On the L. DAVID SOSEBEE complaint, as amended, and summons, default commenced on Mar 29, 2006 when Defendant SOSEBEE failed to appear and answer the summons served on him.

Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, Jerry Lee Nelson, Notary in and for the State of Idaho, residing at St. Maries, Idaho do hereby certify that on this 21 day of April 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this 21 day of April 2006.

JERRY LEE NELSON
Notary Public
State of Idaho

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

11/15/07

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se

**U.S. Postal Service Delivery Confirmation Receipt**

DELIVERY CONFIRMATION NUMBER: 0303 7660 0000 3040 3763

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly) L. DAVID SOSEBEE
P.O. BOX 3185
BRYAN TX 77805

POSTAL CUSTOMER:
Keep this receipt. For Inquiries: Access internet web site at www.usps.com or call 1-800-222-1811

Postmark Here: GARDEN... MAR 30 2006 USPS

CHECK ONE (POSTAL USE ONLY)
- [x] Priority Mail
- [ ] Standard Mail (B)

PS Form 152, March 1999 (See Reverse)





**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**

Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

ROBERT D. BRADSHAW ) Civil Action No. 05-0027

Plaintiff

v.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.

Defendants

) **AFFIDAVIT IN SUPPORT OF COSTS ON CNMI USDC CASE 05-0027 FOR DEFAULT MOTION AGAINST DEFENDANT L. DAVID SOSEBEE**

**Costs on USDC of CNMI Case 05-0027**
**Robert D. Bradshaw v, CNMI, et. al.**

**July 25, 2005 to Apr 20, 2006**

| | |
|---|---|
| Long Distant Phone Calls and Fax | $ 296.62 |
| Postage | 576.91 |
| Automobile and Travel | 4627.25 |
| Legal, Research and Consultations | 5230.00 |
| Miscellaneous | 357.49 |
| Less: Rounding | (.27) |
| Total Other Costs | $11088.00 |







| Add: | |
|---|---|
| Court Fees | $ 250.00 |
| Costs of copies and reproductions | 810.00 |
| Costs of Printing | 278.00 |
| Service of Process by Publication | 472.00 |
| | |
| Total All Costs | $12898.27 |

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

[signature]
Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I. Jerry Lee Nelson, Notary in and for the State of Idaho, residing at St. Maries, Idaho do hereby certify that on this 21 day of April 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this 21 day of April 2006.

JERRY LEE NELSON
Notary Public
State of Idaho

[signature]
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

11/15/07





## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se





Received Apr-25-2006 08:08 From-2082454991 To-US DISTRICT COURT, N Page 008

**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**

Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v. | ) Civil Action No. 05-0027 |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI);<br>et. al.<br><br>Defendants | ) **AFFIDAVIT IN SUPPORT OF**<br>) **COSTS ON ID USDC CASE**<br>) **05-0084 AND CNMI SC 96-**<br>) **1320 FOR DEFAULT MOTION**<br>) **AGAINST DEFENDANT**<br>) **L. DAVID SOSEBEE** |

**Costs on CNMI SC Case 96-1320, Robert A. Bisom v. CNMI et al, and USDC of Idaho Case 05-0084**
**Robert D. Bradshaw v, CNMI, et. al.**
**Mar 7, 2005 to July 25, 2005**

| | |
|---|---|
| Long Distance Phone calls | $ 91.95 |
| Fax | 34.22 |
| Copies | 459.35 |
| Postage | 299.57 |
| Bank charges | 97.22 |
| Legal and Research | 2575.00 |
| Process Service | 794.55 |
| Locator Service | 347.00 |
| Typing | 30.00 |
| Notary Fees | 18.14 |
| Court Fees | 272.40 |







| | |
|---|---|
| Supplies | 258.47 |
| Automobile and Travel | 2360.60 |
| Miscellancous | 366.68 |
| Total All Costs | $8005.15 |
| Less Amount rounded for pleading in Case 05-0027 | 5.15 |
| Net Total Costs on Case | $8000.00 |

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, Jerry Lee Nelson, Notary in and for the State of Idaho, residing at St. Maries, Idaho do hereby certify that on this 21 day of April 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this 21 day of April 2006.

JERRY LEE NELSON
Notary Public
State of Idaho

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

11/15/07





Received Apr-25-2006 08:08 From-2082454991 To-US DISTRICT COURT, N Page 010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warron, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se





Received Apr-25-2006 08:08 From-2082454991 To-US DISTRICT COURT, N Page 011

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

ROBERT D. BRADSHAW PLAINTIFF District of NORTHERN MARIANA ISLANDS

**BILL OF COSTS**

V.

CNMI, ET AL DEFENDANTS

Case Number: 05-0027

Judgment having been entered in the above entitled action on May 22, 2006 (Date) against L. David Sosebee, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena | 472.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | 278.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 810.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ATTACHED AFFIDAVIT | 11088.00 |
| TOTAL | $ 12898.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: L. David Sosebee

Signature of Attorney: Robert D Bradshaw

Name of Attorney: Robert D Bradshaw Pro Se

For: Robert D Bradshaw (Name of Claiming Party) Date: 4-24-06

Costs are taxed in the amount of $ 12898.00 and included in the judgment.

Clerk of Court ______ By: ______ Deputy Clerk ______ Date



