Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

FILED
Clerk
District Court

APR 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW <br><br> Plaintiff <br><br> v. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. <br><br> Defendants | ) Civil Action No. 05-0027 <br> ) <br> ) <br> ) <br> ) <br> ) AFFIDAVIT IN SUPPORT OF <br> ) MOTION TO COURT TO ENTER <br> ) A DEFAULT JUDGMENT <br> ) AGAINST DEFENDANT <br> ) JAY H. SORENSEN <br> ) |

1. Defendant JAY H. SORENSEN was served with the complaint, amended complaint and summons on October 11, 2005, per Return of Service forms filed in the Court on this case.

2. On Mar 30, 2006, the Second Amended Complaint was mailed to Mr Sorensen by first class priority mail, delivery confirmation (see Exhibit A). Per Federal Rules Civil Procedure (FRCP) rule 15, Mr Sorensen had ten days to respond. Per rule 6e, the time was increased by three days to 13 days. The allotted time was up by April 17, 2006. Even by omitting the weekends, the time was still up on April 17, 2006.

1

3. Per the US postal confirmation records, the Second Amended Complaint to Mr Sorensen was delivered on Apr 3, 2006. US packages/documents reach Shanghai, China from the Detroit, USA area in three days (per a DHL representative named Dan at 800-225-5345). Mr SORENSEN has advised the court that he has a mail delivery service from the US. It is unclear whether the service is with DHL or some other shipper. But the three days allowance is likely competitive.

4. In any case, Mr SORENSEN should have had the 2d Amended Complaint on or about April 6, 2006. Ten days from this date takes one to Apr 16, 2006 which still allows the time up on Apr 17, 2006. This issue needs citation because in plaintiff's previous contacts with Mr SORENSEN he seems to have a problem in meeting filing deadlines. Often, he comes wanting an extension after the time has already expired.

5. Plaintiff's Affidavit on default and a bill of costs are enclosed for case 05-0027 as well as the preceding costs on CNMI case 96-1320 and USDC ID case 05-0084 which were claimed in the pleadings on USDC CNMI case 05-0027 (Exhibits B, C and D).

6. Actual damages claimed are $8,130.00 (including costs from 96-1320 and 05-0084); punitive, exemplary, compensatory, special, general and other damages are $837,000.00; and costs for 05-0027 are $12,898.00--all of which total to $858,028.00.

6. Actual damages of $140,000.00 are also claimed as due the CNMI.

7. On the JAY H. SORENSEN complaint, as amended, and summons, default commenced on Apr 18, 2006 when Defendant SORENSEN failed to appear and answer the summons served on him.

*Robert D. Bradshaw* (signature)
Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, __Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at ____St. Maries, Idaho_____ do hereby certify that on this __24_____ day of __April_____ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this __24____ day of __April____ 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

__11/15/07_____

JERRY LEE NELSON
Notary Public
State of Idaho

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __24th__ day of __Apr____ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

Jnt H. Schreiner / B. Sugsiekien
P.O. Box 9023
Warren MI 48090-9023

[Postmark: CALDER, ID  MAR 30 2006  USPS]

POSTAL CUSTOMER:
Keep this receipt. For inquiries: Access internet web site at www.usps.com or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (H)

PS Form 152, March 1999                    (See Reverse)



Name of Attorney  ROBERT L. KRAUSKOPF                                    A
For: ROBERT D. JIRANSKOPF                          Date: Apr. 24, 2006
         Name of Claiming Party
Costs are taxed in the amount of  $ 12,898.00                            and included in the judgment.

Clerk of Court _____  By: _____
                                    Deputy Clerk                         Date

                                                                         B

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI);<br>et. al.<br><br>Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) AFFIDAVIT IN SUPPORT OF<br>) COSTS ON CNMI USDC CASE<br>) 05-0027 FOR DEFAULT<br>) MOTION AGAINST DEFENDANT<br>) JAY H. SORENSEN<br>) |

Costs on USDC of CNMI Case 05-0027
Robert D. Bradshaw v, CNMI, et. al.

July 25, 2005 to Apr 20, 2006

| | |
|---|---|
| Long Distant Phone Calls and Fax | $ 296.62 |
| Postage | 576.91 |
| Automobile and Travel | 4627.25 |
| Legal, Research and Consultations | 5230.00 |
| Miscellaneous | 357.49 |
| Less: Rounding | (.27) |
| Total Other Costs | $11088.00 |

1



Add:

| | |
|---|---|
| Court Fees | $ 250.00 |
| Costs of copies and reproductions | 810.00 |
| Costs of Printing | 278.00 |
| Service of Process by Publication | 472.00 |
| Total All Costs | $12898.27 |

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, __Jerry Lee Nelson__, Notary in and for the State of Idaho, residing at __St. Maries, Idaho__ do hereby certify that on this __24__ day of __April__ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this __24__ day of __April__ 2006.

JERRY LEE NELSON
Notary Public
State of Idaho

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

__11/15/07__

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___24th___ day of ___Apr___ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

3



Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI);<br>et. al.<br><br>Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) AFFIDAVIT IN SUPPORT OF<br>) COSTS ON CNMI CASE<br>) 96-1320 FOR DEFAULT<br>) MOTION AGAINST DEFENDANT<br>) JAY H. SORENSEN<br>) |

Costs on CNMI Civil Case 96-1320
Robert A. Bisom v. Robert D. Bradshaw
Before March 7, 2005

Telephone calls, fax, and postage                         $130.00

### AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Robert Bradshaw_
　　　　　　　　　　　　　　　　　　　　　　　Robert D. Bradshaw, Plaintiff, Pro Se

1

STATE OF IDAHO
COUNTY OF BENEWAH

I, ___Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at ___St. Maries, Idaho_____ do hereby certify that on this _____24_____ day of ___April_____ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ____24__ day of __April____ 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

____11/15/07_____

JERRY LEE NELSON
Notary Public
State of Idaho

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of April 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

2



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____ day of _____ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se



3

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>  Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI);<br>et. al.<br><br>  Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) AFFIDAVIT IN SUPPORT OF<br>) COSTS ON ID USDC CASE<br>) 05-0084 AND CNMI SC 96-<br>) 1320 FOR DEFAULT MOTION<br>) AGAINST DEFENDANT<br>) JAY H. SORENSEN |

Costs on CNMI SC Case 96-1320, Robert A. Bisom v. CNMI et al,
and USDC of Idaho Case 05-0084
Robert D. Bradshaw v, CNMI, et. al.
Mar 7, 2005 to July 25, 2005

| | |
|---|---|
| Long Distance Phone calls | $ 91.95 |
| Fax | 34.22 |
| Copies | 459.35 |
| Postage | 299.57 |
| Bank charges | 97.22 |
| Legal and Research | 2575.00 |
| Process Service | 794.55 |
| Locator Service | 347.00 |
| Typing | 30.00 |
| Notary Fees | 18.14 |
| Court Fees | 272.40 |

1




| | |
|---|---:|
| Supplies | 258.47 |
| Automobile and Travel | 2360.60 |
| Miscellaneous | 366.68 |
| Total All Costs | $8005.15 |
| Less Amount rounded for pleading in Case 05-0027 | 5.15 |
| Net Total Costs on Case | $8000.00 |

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, _____Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at __St. Maries, Idaho__ do hereby certify that on this __24__ day of __April__ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this __24__ day of __April__ 2006.

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

__11/15/07__

JERRY LEE NELSON
Notary Public
State of Idaho

2



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _24th_ day of _Apr_ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se



3

❦AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

ROBERT D. BRADSHAW District of NORTHERN MARIANA ISLANDS
PLAINTIFF

## BILL OF COSTS

v.

CNMI, ET AL DEFENDANTS Case Number: 05-0027

Judgment having been entered in the above entitled action on APR 18, 2006 against JAY H. SORENSEN,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena | 472.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | 278.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 810.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ATTACHED AFFIDAVIT | 11088.00 |
| TOTAL | $ 12898.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: JAY H SORENSEN .

Signature of Attorney: Robert D Bradshaw

Name of Attorney: ROBERT D. BRADSHAW

For: ROBERT D. BRADSHAW Date: Apr 24, 2006
Name of Claiming Party

Costs are taxed in the amount of $ 12898.00 and included in the judgment.

Clerk of Court  By: _____
Deputy Clerk  Date



B