FILED
Clerk
District Court

APR 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **AFFIDAVIT IN SUPPORT OF** |
| MARIANA ISLANDS (hereafter referred to ) | **MOTION TO COURT TO ENTER** |
| as the CNMI); ) | **A DEFAULT JUDGMENT** |
| et. al. ) | **AGAINST DEFENDANT** |
| ) | **ROBERT A. BISOM** |
| Defendants ) | |

1. Defendant ROBERT A. BISOM was served with the complaint, amended complaint and summons on October 11, 2005, per Return of Service forms filed in the Court on this case. Service was made on his attorney Jay H. Sorensen. Mr Sorensen then advised the court that he did not represent Mr BISOM in case 05-0027.

1

2. On Jan 13, 2006, the Court approved service by publication. Publication was made on March 6, 13, 20 and 27, 2006 in the Saipan Tribune paper. Proof of service was mailed by certified mail to the Court on Apr 17, 2006 and should be at the court for docketing by this date.

3. Besides Mr Sorensen's involvement and personal knowledge about this case and the service on Mr BISOM, Saipan Attorney Mark B. Hanson notified the CNMI Superior Court on Mar 1, 2006 that he would act as local counsel for Mr BISOM on case 96-1320. Mr Hanson must know about this case and service as well from the Saipan newspaper.

4. Plaintiff's Affidavit on default and a bill of costs are enclosed for case 05-0027 as well as the preceding costs on CNMI case 96-1320 and USDC ID case 05-0084 which were claimed in the pleadings on USDC CNMI case 05-0027 (Exhibits A, B and C).

5. Actual damages claimed are $8,130.00 (including costs from 96-1320 and 05-0084); punitive, exemplary, compensatory, special, general and other damages are $837,000.00; and costs for 05-0027 are $12,898.00--all of which total to $858,028.00.

6. Actual damages of $140,000.00 are also claimed as due the CNMI.

7. On the ROBERT A. BISOM complaint, as amended, and summons, default commenced on Apr 18, 2006 when Defendant BISOM failed to appear and answer the summons served on him.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

2

STATE OF IDAHO
COUNTY OF BENEWAH

I, _____Jerry Lee Nelson_____, Notary in and for the State of

Idaho, residing at_____St. Maries, Idaho_____ do hereby certify that on

this _____21_____ day of _____April_____ 2006, personally

appeared before me Robert D. Bradshaw, to me known to be the individual described

in and who executed the within instrument for the uses and purposes herein

mentioned.

Given Under My hand and Official Seal; this ___21_____ day of ___April____ 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

___11/15/07_____

[Seal: JERRY LEE NELSON, Notary Public, State of Idaho]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

3

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW | ) | Civil Action No. 05-0027 |
| Plaintiff | ) | |
| v. | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) ) ) ) ) | AFFIDAVIT IN SUPPORT OF COSTS ON CNMI USDC CASE 05-0027 FOR DEFAULT MOTION AGAINST DEFENDANT ROBERT A. BISOM |
| Defendants | ) | |

Costs on USDC of CNMI Case 05-0027
Robert D. Bradshaw v. CNMI, et. al.

July 25, 2005 to Apr 20, 2006

| | |
|---|---|
| Long Distant Phone Calls and Fax | $ 296.62 |
| Postage | 576.91 |
| Automobile and Travel | 4627.25 |
| Legal, Research and Consultations | 5230.00 |
| Miscellaneous | 357.49 |
| Less: Rounding | (.27) |
| Total Other Costs | $11088.00 |

1

Add:
| | |
|---|---:|
| Court Fees | $ 250.00 |
| Costs of copies and reproductions | 810.00 |
| Costs of Printing | 278.00 |
| Service of Process by Publication | 472.00 |
| Total All Costs | $12898.27 |

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, _____Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at ____St. Maries, Idaho_____ do hereby certify that on this ____21____ day of ____April____ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___21___ day of ___April___ 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

____11/15/07____

JERRY LEE NELSON
Notary Public
State of Idaho

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

*Robert D. Bradshaw*
Robert D. Bradshaw, Plaintiff, Pro Se

3

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Civil Action No. 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) AFFIDAVIT IN SUPPORT OF ) COSTS ON CNMI CASE ) 96-1320 FOR DEFAULT ) MOTION AGAINST DEFENDANT ) ROBERT A. BISOM |
| Defendants | ) |

Costs on CNMI Civil Case 96-1320
Robert A. Bisom v. Robert D. Bradshaw
Before March 7, 2005

Telephone calls, fax, and postage $130.00

AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

1

STATE OF IDAHO
COUNTY OF BENEWAH

I, __Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at __St. Maries, Idaho_____ do hereby certify that on this ___21___ day of ___April___ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___21___ day of __April__ 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

JERRY LEE NELSON
Notary Public
State of Idaho

MY APPOINTMENT EXPIRES

___11/15/07___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of April 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

2

AO 113 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

ROBERT D BRADSHAW
PLAINTIFF

District of NORTHERN MARIANA ISLANDS

**BILL OF COSTS**

V.

CNMI, ET AL. DEFENDANTS

Case Number:

Judgment having been entered in the above entitled action on **Apr 18 2006** against **ROBERT A. BISOM**,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena | 472.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | 278.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 810.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) A.T. TACHER AFFIDAVIT | 11088.00 |
| **TOTAL** | **$ 12898.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: JAY SORENSEN, CLERK OF COURT

Signature of Attorney: Robert D Bradshaw

Name of Attorney: ROBERT D BRADSHAW PRO SE

For: ROBERT D BRADSHAW   Date: 4-24-06
Name of Claiming Party

Costs are taxed in the amount of $ 12898.00   and included in the judgment.

By:

Clerk of Court        Deputy Clerk        Date