Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

```
                          F I L E D
                             Clerk
                        District Court

                         APR 2 4 2006

                  For The Northern Mariana Islands
                  By_____
                           (Deputy Clerk)
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW <br><br> Plaintiff <br><br> v. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. <br><br> Defendants | ) Civil Action No. 05-0027 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) MOTION TO CLERK OF COURT <br> ) TO ENTER A DEFAULT <br> ) JUDGMENT AGAINST <br> ) DEFENDANT ANDREW <br> ) CLAYTON <br> ) |

TO THE CLERK OF THE US DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

1. Comes plaintiff ROBERT D. BRADSHAW in Civil Case 05-0027 to petition the court to enter a default judgment against Defendant ANDREW CLAYTON for the amount as claimed in the complaint, as amended, plus costs because defendant CLAYTON has failed to appear and to respond to the summons served on him.

2. The rules of the court are plain and unambiguous regarding service and the duty of those served to respond to a summons. Defendant CLAYTON is a lawyer and should understand this matter.

3. On the CLAYTON complaint, as amended, and summons, default commenced on Apr 20, 2006 when Defendant CLAYTON failed to appear and answer the summons served on him.

4. Actual damages claimed are $8,000.00 (including costs from 96-1320 and 05-0084); punitive, exemplary, compensatory, special, general and other damages are $418,000.00; and costs for 05-0027 are $12,898.00--all of which total to $438,898.00.

5. As this case involves a failure to appear with a sum which can be calculated as certain, as defined in rule 55 of the Federal Rules of Civil Process, request that the Clerk of the US District Court for the Northern Mariana Islands enter a default judgment against Defendant ANDREW CLAYTON.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

2