FILED
Clerk
District Court

APR 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| ) | **AFFIDAVIT IN SUPPORT OF** |
| COMMONWEALTH OF THE NORTHERN ) | **MOTION TO COURT TO ENTER** |
| MARIANA ISLANDS (hereafter referred to ) | **A DEFAULT JUDGMENT** |
| as the CNMI); ) | **AGAINST DEFENDANT** |
| et. al. ) | **ANDREW CLAYTON** |
| Defendants ) | |

1. In the US District Court civil case 05-0027, Plaintiff attempted service of summons and process on defendant ANDREW CLAYTON on his believed attorney the CNMI AG, by certified mail on Oct 31 2005, return receipt, per the CNMI CMC. The AG

1

receipted the document but then later advised plaintiff that they did not represent defendant CLAYTON in this matter.

2. On Jan 31, 2006, the Court approved the service of the summons and complaint on Mr CLAYTON by publication. On Mar 8, 15, 22 and 29, 2006, the Saipan Tribune newspaper published the summons. Proof of service was mailed by certified mail to the Court on Apr 17, 2006 and should be at the court for docketing by this date.

3. In USDC Idaho case 05-0084, Mr CLAYTON was served and was represented by the CNMI AG through their attorney Hall, Farley. The AG is aware of this action to serve Mr CLAYTON by publication.

4. Plaintiff's Affidavit on default and a bill of costs are enclosed for case 05-0027 as well as the preceding costs on CNMI case 96-1320 and USDC ID case 05-0084 which were claimed in the pleadings on USDC CNMI case 05-0027 (Exhibits A and B).

5. Actual damages claimed are $8,000.00 (including costs from 96-1320 and 05-0084); punitive, exemplary, compensatory, special, general and other damages are $418,000.00; and costs for 05-0027 are $12,898.00--all of which total to $438,898.00.

7. On the ANDREW CLAYTON complaint, as amended, and summons, default commenced on Apr 20, 2006 when Defendant CLAYTON failed to appear and answer the summons served on him.

_Robert D. Bradshaw_
Robert D. Bradshaw, Plaintiff, Pro Se

2

STATE OF IDAHO
COUNTY OF BENEWAH

I, _____Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at _____St. Maries, Idaho_____ do hereby certify that on this __21__ day of __April__ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this __21__ day of __April__ 2006.

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

__11/15/07__

JERRY LEE NELSON
Notary Public
State of Idaho

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW | ) | Civil Action No. 05-0027 |
| Plaintiff | ) | |
| v. | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) ) ) ) ) ) | AFFIDAVIT IN SUPPORT OF COSTS ON CNMI USDC CASE 05-0027 FOR DEFAULT MOTION AGAINST DEFENDANT ANDREW CLAYTON |
| Defendants | ) | |

Costs on USDC of CNMI Case 05-0027
Robert D. Bradshaw v, CNMI, et. al.

July 25, 2005 to Apr 20, 2006

| | |
|---|---|
| Long Distant Phone Calls and Fax | $ 296.62 |
| Postage | 576.91 |
| Automobile and Travel | 4627.25 |
| Legal, Research and Consultations | 5230.00 |
| Miscellaneous | 357.49 |
| Less: Rounding | (.27) |
| Total Other Costs | $11088.00 |

1

Add:
| | |
|---|---|
| Court Fees | $ 250.00 |
| Costs of copies and reproductions | 810.00 |
| Costs of Printing | 278.00 |
| Service of Process by Publication | 472.00 |
| Total All Costs | $12898.27 |

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

STATE OF IDAHO
COUNTY OF BENEWAH

I, __Jerry Lee Nelson__, Notary in and for the State of Idaho, residing at __St. Maries, Idaho__ do hereby certify that on this __21__ day of __April__ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this __21__ day of __April__ 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

[Seal: JERRY LEE NELSON, Notary Public, State of Idaho]

MY APPOINTMENT EXPIRES

__11/15/07__

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

*Robert D. Bradshaw*, Plaintiff, Pro Se

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI);<br>et. al.<br><br>Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) AFFIDAVIT IN SUPPORT OF<br>) COSTS ON ID USDC CASE<br>) 05-0084 AND CNMI SC 96-<br>) 1320 FOR DEFAULT MOTION<br>) AGAINST DEFENDANT<br>) ANDREW CLAYTON |

Costs on CNMI SC Case 96-1320, Robert A. Bisom v. CNMI et al,
and USDC of Idaho Case 05-0084
Robert D. Bradshaw v, CNMI, et. al.
Mar 7, 2005 to July 25, 2005

| | |
|---|---|
| Long Distance Phone calls | $ 91.95 |
| Fax | 34.22 |
| Copies | 459.35 |
| Postage | 299.57 |
| Bank charges | 97.22 |
| Legal and Research | 2575.00 |
| Process Service | 794.55 |
| Locator Service | 347.00 |
| Typing | 30.00 |
| Notary Fees | 18.14 |
| Court Fees | 272.40 |

1

| | |
|---|---:|
| Supplies | 258.47 |
| Automobile and Travel | 2360.60 |
| Miscellaneous | 366.68 |
| Total All Costs | $8005.15 |
| Less Amount rounded for pleading in Case 05-0027 | 5.15 |
| Net Total Costs on Case | $8000.00 |

## AFFIDAVIT

I certify and affirm that I have personal knowledge of the facts on the above costs; that each item is correct; that the noted costs were necessarily incurred in the case; and that the services for which fees have been charged were actually and necessarily performed.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

**STATE OF IDAHO**
**COUNTY OF BENEWAH**

I, ___Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at ___St. Maries, Idaho_____ do hereby certify that on this ___21_____ day of ___April_____ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___21_____ day of ___April___ 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

JERRY LEE NELSON
Notary Public
State of Idaho

MY APPOINTMENT EXPIRES

___11/15/07___

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____ day of ____ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

3

AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Robert D Bradshaw
Plaintiff

District of Northern Mariana Islands

v.

CNMI, et al. Plaintiff

## BILL OF COSTS

Case Number: CJ-0027

Judgment having been entered in the above entitled action on **Apr 20 2006** against **Andrew Clayton**, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena | 472.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | 278.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 810.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ATTACHED AFFIDAVIT | 11088.00 |
| TOTAL | $ 12898.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **AG & Clerk of Court**

Signature of Attorney: _Robert Bradshaw_

Name of Attorney: **Robert D Bradshaw Pro Se**

For: **Robert D Bradshaw**     Date: **4-24-06**

Name of Claiming Party

Costs are taxed in the amount of  $ 12,898.00  _____ and included in the judgment.

By: _____

Clerk of Court        Deputy Clerk        Date

