F I L E D
Clerk
District Court

APR 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEF, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, and JAY H. SORENSEN,<br><br>Defendant. | Case No. CV-05-0027<br><br>ORDER SETTING HEARING |

A hearing is scheduled for May 25, 2006, at 9:00 a.m. for plaintiff Bradshaw's motions to enter a default judgment against defendants Sosebee, Clayton, Bisom, and Sorensen.

**IT IS SO ORDERED.**

**DATED** this 25th day of April, 2006.

_____
ALEX R. MUNSON
Judge