AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court

APR 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw

          Plaintiff

V.

L. DAVID SOSEBEE, et. al.,
See Attached Listing.
          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-0027

COMPLAINT and
AMENDED COMPLAINT

TO: (Name and address of Defendant)

L. David Sosebee
PO Box 3185
Bryan, Texas 77805-3185

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Robert D. Bradshaw
Plaintiff, Pro Se
PO Box 473
1530 W. Trout Creek Road
Calder, ID 83808,    Phone 208-245-1691

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

_(signature)_

(By) DEPUTY CLERK

SEP 2 2 2005
DATE

◦ ₐAO 440 (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MAR 6, 2006 |
| NAME OF SERVER (PRINT) ROBERT D. BRADSHAW | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PER ORDER OF COURT ON NOV 17, 2005, SERVICE WAS MADE BY PUBLICATION ON FEB 9, 16, 23 MAR 2, 2006 IN THE MARIANAS VARIETY, COPIES ATTACHED EXB 1 TO 4; ALSO BY FIRST CLASS MAIL ON MAR 6, 2006, COPY OF AFFIDAVIT AND MAILING ATTACHED EXB 5, 6

## STATEMENT OF SERVICE FEES

| TRAVEL NONE | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAR 6, 2006
Date

*Signature of Server*  Robert D Bradshaw

ROBERT D. BRADSHAW
BOX 473
CALDER, ID 83808
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## LISTING OF DEFENDANTS FOR SUMMONS

COMMONWEALTH OF THE NORTHERN        )
MARIANA ISLANDS (hereafter referred to   )
as the CNMI); NICOLE C. FORELLI, former   )
Acting Attorney General of the CNMI, in her   )
personal/individual capacity; WILLIAM C.   )
BUSH, former Assistant Attorney General of   )
the CNMI, in his personal/individual capacity;   )
**D. DOUGLAS COTTON, former**   )
**Assistant Attorney General of the CNMI** )
**in his personal/individual capacity;** L.   )
DAVID SOSEBEE, former Assistant Attorney   )
General of the CNMI, in his personal/individual )
capacity; ANDREW CLAYTON, former   )
Assistant Attorney General of the CNMI, in his   )
personal/individual capacity; Other   )
UNKNOWN and UNNAMED person or   )
persons in the CNMI OFFICE OF THE   )
ATTORNEY GENERAL, in their   )
personal/individual capacity, in 1996-2002;   )
ALEXANDRO C. CASTRO, former Judge Pro   )
Tem of the CNMI SUPERIOR COURT, in his   )
personal/individual capacity; JOHN A.   )
MANGLONA, Associate Justice of the   )
CNMI Supreme Court, in his   )
personal/individual capacity; TIMOTHY H.   )
BELLAS, former Justice Pro Tem of the CNMI   )
Supreme Court, in his personal/individual   )
capacity; PAMELA S. BROWN, present   )
Attorney General of the CNMI; in her   )
personal/individual capacity;   )
ROBERT A. **BISOM;** and JAY H. SORENSEN.)
    Defendants   )

## HAWAII JOBS

Continuous Recruitment!!!
Certified Nurse Assistants/Caregivers
Experienced, Reliable & Compassionate

Wages from $8.00/hr. to $12.00/hr.
Transitional housing available
for qualified applicants

Call Metrocare @ (808) 934-8334
or (808) 329-9484 look for Lydia
Requirements: driver's license, criminal or
police clearance, CPR/First Aide (optional)

---

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS

Robert D. Bradshaw
Plaintiff
v.
Commonwealth of the Northern Mariana
Islands (the CNMI); L. David Sosebee,
former Assistant Attorney General of the
CNMI, in his personal/individual capacity;
et. al.
Defendants.

CIVIL ACTION NO. 05-0027

TO: L. David Sosebee:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court of the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg., PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 17th day of November 2005.

Galo L. Perez
Clerk of the United States District Court
for the Commonwealth of the Northern
Mariana Islands

---

### CK Apt. For Rent
2 BEDROOM (850 sq.ft.)
$500/month. Semi-furnished,
Large Parking Lot
Free DSL Internet
Free Satellite TV Cable
234-3737/5606, 483-7734

### Car For Sale
1997 Toyota T-100 X-Cab. Green
130K Mls. A/C, A/T $6,500
2002 Toyota Camry, 4SDN, Gray
69K Mls. A/C, A/T $9,800
All Good Run & Shape. Buy & Sell.
Pls. Call 483-5833 (Beside Moonite
Club on Beach Rd. CK.)

### APARTMENT FOR RENT
Must see to appreciate in Beach
Road Garapan, Corner Alus Street
1 Bedroom Fully Furnished
Dryer & Washer facilities in the
building, 24 hours water, with back
up generator, maintenance included.
For inquiries, call 322-6183

### FIRST NOTICE
JOSE PINILI
ENTRY PERMIT NO.: 126483
Please report to your employer immediately. Failure to report will result in action being taken to terminate your employment contract.

MISAMIS CONSTRUCTION

### Procurement And Supply CNMI Government

**INVITATION TO BID**
ITB NO.: ITB06-MOS-040
OPENING DATE: 2/14/06 TIME: 10:00 A.M.
**"REMOVAL AND DISPOSAL OF JUNK CARS ON SAIPAN"**

COPIES OF THE SCOPE OF WORK MAY BE PICKED-UP AT THE OFFICE OF THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY, LOWERBASE DR., SAIPAN, DURING REGULAR WORKING HOURS.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI REGULATIONS.

/s/ JUAN B. TUDELA /s/ HERMAN S. SABLAN
MAYOR OF SAIPAN DIRECTOR, P & S

### Procurement And Supply CNMI Government

**INVITATION TO BID**
ITB NO.: ITB06-DLNR-043
OPENING DATE: 2/15/06 TIME: 9:30 A.M.
**"VESSEL CHARTER TO SARIGAN ISLAND FOR THE DEPARTMENT OF LANDS & NATURAL RESOURCES DIVISION OF FISH & WILDLIFE"**

COPIES OF THE SCOPE OF WORK MAY BE PICKED-UP AT THE OFFICE OF THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY, LOWERBASE DR., SAIPAN, DURING REGULAR WORKING HOURS.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS.

/s/ DR. IGNACIO T. DELA CRUZ, D.V.M. /s/ HERMAN S. SABLAN
ACTING SECRETARY, DLNR DIRECTOR, P & S

---

**HOUSE FOR SALE:** QUIET HILLSIDE NEIGHBORHOOD BY COLLEGE. 3-BR, 2-BATH, 1,300 S.F. STRUCTURE, 994-S.M. LAND. NICE VIEWS, YARD, TREES, DECK, CARPORT, WATER TANK, AIRCON, APPLIANCES & FURNISHINGS. SVES SCHOOL DISTRICT. GOOD WATER & POWER. $130,000 PRICE INCLUDES 2-ST EXTNSN DESIGN. CALL 483-7682.

### APARTMENT FOR RENT
IN CHINA TOWN
ANGEL APARTELLE
TEL. 233-4378

### GARAGE SALE
TRISHA'S FASHION
across Aqua Resort Achugao
Contact: 287-1485
used & new items
Thurs. & Fri. February 9 & 10, 2006
8:00 a.m. to 7:00 p.m.

---



Dallas Maverick
Los Angeles La
NBA game in L
Lakers, 102 -8;

## Hawk

## Mav

## for

**NEW YORK**
Johnson scored
lay-up with 7.5
ing to give the
stunning 99-98
Detroit Piston
Arena on Tues
Johnson's l
a team-high

## Classifieds

01 BUILDING MAINTENANCE REPAIRER- Salary: $3.50 per hour. Medical and worker's compensation.
Contact: JOHN B. MATSUMOTO dba Matsumoto Trust Tel. 322-7733(3/2)Th51229

01 FARMER- Salary: $400.00 per month. Housing: Free; Food: Self-provided; Medical and worker's compensation.
Contact: ELPHIDIA P. CAMACHO Tel. 256-8669(3/2)Th51230

01 MAINTENANCE REPAIRER- Salary: $3.05 per hour. Housing: Free; Food: Self-provided; Medical provided and worker's compensation.
Contact: JIHAN P. TENORIO dba Morgen Ent., Inc. Tel. 233-8730(3/2)Th51224

01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation insurance provided by employer.
Contact: THE Q CORPORATION dba Kim's Market Tel. 233-1674(3/2)Th51226

01 STOREKEEPER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation.
01 SEWING MACHINE- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation.
Contact: KEVIN INTERNATIONAL CORPORATION Tel. 234-2256(3/2)Th51227

### WANTED IMMEDIATELY
**ACCOUNTANT/SALES REP.**
Pls. fax resumé at 233-8835 or bring at 2nd Floor MISA Bldg. above ABC Store Paseo De Marianas

### HAWAII JOBS
Continuous Recruitment!!!
Certified Nurse Assistants/Caregivers
Experienced, Reliable & Compassionate

Wages from $8.00/hr. to $12.00/hr.
Transitional housing available
for qualified applicants

Call Metrocare @ (808) 934-8334
or (808) 329-9484 look for Lydia
Requirements: driver's license, criminal or police clearance, CPR/First Aide (optional)

### Toyota Camry for Sale
'96 Toyota Camry 4SDN, White
100K. Mls. A/C, A/T,
AM/FM Radio $3,900
Good Running
Please Call 483-5833
(Beside Moonite Club on Beach Rd. C.K.)

### APARTMENT FOR RENT
Must see to appreciate in Beach Road Garapan, Corner Alus Street
1 Bedroom Fully Furnished
Dryer & Washer facilities in the building, 24 hours water, with back up generator, maintenance included.
For inquiries, call 322-6183

### HOUSE SALE OR LEASE (for 55 years)
3 Bedroom, 2 Bathroom, newly constructed house in Chalan Kiya area. Lot size 647 sqm.
Price: $130,000 negotiable
Call 483-2254/ 233-1190
Serious inquiries only

### Healthcare Specialties
**In Need Of**
BIOMED EQUIPMENT TECHNICIAN
Please Call 322-2783

### APARTMENT FOR RENT
IN CHINA TOWN
ANGEL APARTELLE
TEL. 233-4378

### Land For Sale or Lease
Tinian - 25,000 sq. meters asking $10 per sq. meters or negotiable.
Rota - 20,000 sq. meters asking $5 per sq. meters
Contact: John at 233-0691/285-5646

**HOUSE FOR SALE:** QUIET HILLSIDE NEIGHBORHOOD BY COLLEGE. 3-BR, 2-BATH, 1,300 S.F. STRUCTURE, 994-S.M. LAND. NICE VIEWS, YARD, TREES, DECK, CARPORT, WATER TANK, AIRCON, APPLIANCES & FURNISHINGS. SVES SCHOOL DISTRICT. GOOD WATER & POWER. $130,000 PRICE INCLUDES 2-ST EXTNSN DESIGN. CALL 483-7682.

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS

Robert D. Bradshaw
Plaintiff
v.
Commonwealth of the Northern Mariana Islands (the CNMI); L. David Sosebee, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
Defendants.

CIVIL ACTION NO. 05-0027
SUMMONS

TO: L. David Sosebee:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court of the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg., PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 17th day of November 2005.

Galo L. Perez
Clerk of the United States District Court for the Commonwealth of the Northern Mariana Islands

# Jasikevicius lame business-oriente[d]

**WASHINGTON (Reuters)** — Sarunas Jasikevicius, who waited nearly a decade to join the NBA, says the league's emphasis on money is draining his enthusiasm.

"I was surprised the NBA is much more a business-oriented situation," the Indiana Pacers guard told Reuters.

"It's not so much pure basketball, like we play in Europe, like we played in college. Here, it's a business first of all.

"That's bad. It takes away a lot from the game, the love of the game. It's my first time like this," said the Lithuanian.

But Jasikevicius, a journeyman college performer at Maryland who became a top player in Europe, concedes the NBA is "something very special."

"The best players are here," he said. "You get to compete against the best players every night. The change of scenery all the time, traveling. It can be pretty exciting."

Few expected the 6-foot-4, 195-pound guard to make it to the NBA after a solid yet unspectacular college career in which he averaged 12 points as a senior at Maryland.

Even Jasikevicius believed he was not NBA material and went home in 1998 to play in Lithuania one year and Slovenia for another while honing his game to become more than simply a jump shooter.

Jasikevicius then joined Barcelona for three seasons, earning widespread praise while winning one Euroleague and two Spanish League titles.

Maccabi captured his services for two seasons, a move that paid off for the Tel Aviv squad with two Euroleague championships.

"Coming out of college, I always said I wasn't good enough to play in the NBA," he said.

"But later I thought I was good enough. There was just not a single opportunity.

"In the last couple of years, the opportunity presented itself again and, as a European basketball player, it was the only thing that was left for me."

Clearly helping him in the eyes of NBA scouts were his performances in three games against the United States in the 2000 and



*Indiana Pacers guard Sarunas J[asikevicius drives] around San Antonio Spurs cent[er to the] basket during the third quarter o[f the game in] Indianapolis, Sunday.*

2004 Olympics when he averaged 23 points.

Pacers president Larry Bird was unconcerned about signing a 29-year-old rookie to a three-year, $12 million contract.

"His age didn't matter," Bird told Reuters. "Not for us. It wasn't even a factor.

"He plays the game the way it's supposed to be played. He's a team player.

"In this league the guys are bigger, stronger and quicker. He's getting better every night."

After his Olympic heroics, Jasikevicius became hot property and signed with Indiana after being approached by at least five NBA clubs.

Pacers coach Rick Carlisle says Jasikevicius is "getting better every game because he's learning more about the league, learning more about his team."

"This league is tough," said Carlisle. "Every minute you're on the court, you're under duress because it's very competitive.

"Every minute you're out there, you're going to become a better player and he's done that."

### Rotary Club of Saipan

# Marianas Variety
*Micronesia's Leading Newspaper Since 1972*

## CLASSIFIED ADS SECTION

NOTE: If for some reasons your advertisement is incorrect, call us immediately to make the necessary corrections. The Marianas Variety News and Views is responsible only for one incorrect insertion. We reserve the right to edit, refuse, reject or cancel any ad at any time.



**JOB VACANCY ANNOUNCEMENT**

**PUBLIC NOTICE**

Interested resident workers are to register at the Dept. of Labor & Immigration, Division of Employment Services for the job/s advertised in which you are interested and available. For further assistance, please call Alfred A. Ilinan at Tel. 236-0936/28.

WAITER/WAITRESS- Salary: $3.50 per hour. Worker's compensation insurance and medical.
BARTENDER- Salary: $3.05-$3.50 per hour. Worker's compensation insurance and medical.
COOK- Salary: $3.05-$4.00 per hour. Worker's compensation insurance and medical.
Contact: EDWARD CALVO dba  Tel. 233-2232(2/16)Th51082

COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-arranged; Food and worker's compensation provided by employer.
Contact: KMH CORPORATION dba Shopping Tel. 235-3444(2/)1178

PURCHASING AGENT- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Worker's compensation and medical free.
SALESPERSON- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Worker's compensation and medical free.
CIVIL ENGINEER- Salary: $1,000.00 per month. Housing: Self-provided; Food: Self-arranged; Worker's compensation and medical
ELECTRICIAN- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Worker's compensation medical free.
Contact: SAPPHIRE ENT., INC. dba D Construction Tel. 235-4603(2/200709

MANAGER, INDUSTRIAL ORGANIZATION- Salary: $850.00-$1,000.00 per month. Worker's compensation insurance and medical insurance.
INSTRUCTOR SPORTS (SCUBA)- Salary: $850.00-$2,000.00 month. Worker's compensation insurance and medical insurance.
Contact: APPROACH, INC. Tel. 322-/16)Th51083

COOK- Salary: $3.05 per hour. Housing: Self-provide; Food: Self-arrange; Worker's compensation and medical.
WAITRESS/WAITER- Salary: $3.05 per hour. Housing: Self-provide; Food: Self-provide; Worker's compensation medical.
Contact: WEN PENG CORP. dba Wen Store & Fast Food Tel. 234-2/16)Th51080

COMMERCIAL CLEANER- Salary: $3.05 per hour. Worker's compensation medical.
Contact: MANAGEMENT & EMPLOYMENT CONSULTANTS, INC. dba Game Room Tel. 235-9446(2/51164

BEAUTICIAN- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Worker's compensation medical.
SALES REPRESENTATIVE- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Worker's compensation and medical.
Contact: SAPPHIRE ENT., INC. dba S Beauty Shop Tel. 235-4603(2/1200709

01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Employee provided; Food: Employee provided; Medical and worker's compensation.
Contact: DIONISIO M. TABABA, JR. dba Saipan Commercial Cleaners Tel. (2/23)Th1200710

01 SUPERVISOR- Salary: $3.50 per hour. Housing: Self-arranged; Medical and worker's compensation provided by employer.
Contact: H n K CORPORATION dba Chung Gi Wa Rest./Mariana Tour Vision Tel. 233-0033(2/23)Th51177

01 PROGRAM COORDINATOR- Salary: $5.00 per hour. Housing: Self-provided; Food: Self-provided; Worker's compensation and medical.
Contact: VICENTE S. BORJA dba Uncle Ben's Music & Dance Studio & Promotions Agency Tel. 234-0459(2/23)TH1200711

02 WAITER/WAITRESS- Salary: $3.05 per hour. Housing: Self-arranged; Worker's compensation and medical.
01 (ASST.) MANAGER- Salary: $10.50 per hour. Housing: Self-arranged; Food: Self-provided; Worker's compensation and medical.
01 KITCHEN HELPER- Salary: $3.05 per hour. Housing: Self-arranged; Worker's compensation and medical.
Contact: PACIFIC RESORT SERVICE INC. dba Esy Kitchen Tel. 233-3550(2/23)Th51170

01 FARMER- Salary: $300.00 per month. Housing: ER provided; Food: $50.00 allowance per month. Worker's compensation and medical.
Contact: MANNY AARON dba Aaron's Ent. Tel. 256-2766(2/23)Th51171

01 ACCOUNTANT- Salary: $1,800.00 per month. Housing: Self-arranged; Medical and worker's compensation provided by employer.
Contact: JIN JOO CORPORATION dba Boo Boo Office Tel. 235-3404(2/23)Th51169

01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation provided by employer.
Contact: JI SUNG TRADING CORP. dba Beibe Tel. 233-2021(2/23)Th51168

01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation provided by employer.
Contact: SIN HWA CORP. dba Charmzone Cosmetics Tel. 235-7077(2/23)Th51167

07 SECURITY GUARD- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Medical life insurance & worker's compensation provided.
Contact: CARRIE CAMACHO-SALI dba SALI Security Services Tel. 288-7254(2/23)Th51173

01 ADMIN ASSISTANT- Salary: $634.40-$700.00 per month. Housing: Self-arranged; Worker's compensation and medical.
Contact: ROYAL CROWN INSURANCE CORPORATION Tel. 234-2256/57(2/23)Th51175

05 SCREEN PRINTER- Salary: $3.05 per hour. Medical expense and worker's compensation.
Contact: EVERBRIGHT CO., LTD. Tel. 288-1833(2/23)Th51179

01 ACCOUNTANT- Salary: $3.25 per hour. Housing: Self-arranged; Food: Self-provided; Worker's compensation and medical.
Contact: HAJEME MORI Tel. 322-6061(2/23)Th51172

01 TOUR (COORDINATOR) GUIDE- Salary: $800.00-$1200.00 per month. $10.00-$200.00 monthly special allowance. Medical and worker's compensation included.
Contact: TASI TOURS & TRANSPORTATION, INC. Tel. 235-9373(3/1)W117668

01 ACCOUNTANT- Salary: $4.25 per hour. Housing: Employee provided; Food: Employee provided; Medical, transportation, worker's compensation are employer provided.
Contact: JWS AIR CONDITIONING & REF., INC. Tel. 235-5572/5574(3/2)Th51221

01 HEAVY EQUIPMENT OPERATOR- Salary: $3.05-$4.00 per hour. Housing: Self-arranged; Food: Self-provided; Medical as per non resident worker's act. Worker's compensation.
Contact: SAIPAN ICE & WATER CO., INC. Tel. 322-6130(3/2)Th117697

01 WELDER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Free medical and worker's compensation.
Contact: NELSON H. GOPEZ dba NLF Auto Repair Shop Tel. 288-4077(3/2)Th1200733

02 ACCOUNTANT- Salary: $3.05-$5.50 per hour. Housing: Self-arranged; Food: Self-provided; Free medical and worker's compensation.
Contact: SAM & MY INT'L CORPORATION dba Jay's Office Tel. 235-0405(3/2)Th1200734

01 PRINT MACHINE OPERATOR- Salary: $3.50 per hour. Housing: Self-arranged; Food: Self-arranged; Labor/Processing, Medical/Bonding/Police Clearance. Worker's compensation.
01 OFFSET OPERATOR- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Labor/Processing, Medical/Bonding/Police Clearance. Worker's compensation.
Contact: WIN GUIDE COLOR PRINTING CO., LTD. Tel. 235-2293(3/2)Th51222

02 CLERK, PRODUCTION- Salary: $3.05 per hour. Medical and worker's compensation provided by company.
01 COMMERCIAL CLEANER (FACTORY)- Salary: $3.05 per hour. Medical and worker's compensation provided by company.
23 SEWING MACHINE OPERATOR- Salary: $3.05 per hour. Medical and worker's compensation provided by company.
Contact: JIN APPAREL INC. Tel. 234-3252(3/2)Th51223

01 (INJECTION) MOLDING (MACHINE OPERATOR)- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Free medical and worker's compensation.
Contact: JIN YONG AMERICANA, INC. Tel. 235-2811/12(3/2)Th1200735

03 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Free insurance and worker's compensation and medical.
Contact: RAMON S. MANAHANE dba RJM Catering/Computer, RJM Enterprises/General Merchandise Tel. 234-2637(3/1)W51217

01 MAINTENANCE BUILDING REPAIRER- Salary: $3.05 per hour. Housing: Free; Food: Employee provides own food; Medical and worker's compensation.
Contact: FELIPE N. BABAUTA dba Phillip's Enterprises Tel. 288-2128(3/2)Th1200736

01 ELECTRICIAN SUPERVISOR- Salary: $3.05 per hour. Housing: Free; Food: Self-provided; Worker's compensation and medical.
Contact: MALAGO CORPORATION dba Diamond Auto Parts Tel. 235-8203(3/8)W51157

01 STOREKEEPER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation.
01 SEWING MACHINE- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation.
Contact: KEVIN INTERNATIONAL CORPORATION Tel. 234-2256(3/2)Th51227

01 BUILDING MAINTENANCE REPAIRER- Salary: $3.50 per hour. Medical and worker's compensation.
Contact: JOHN B. MATSUMOTO dba Matsumoto Trust Tel. 322-7733(3/2)Th51229

02 COOK- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Medical and working compensation.
02 KITCHEN HELPER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Medical and working compensation.
02 MAINTENANCE BUILDING REPAIR- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Medical and working compensation.
Contact: FE R. CABRERA dba Farenheit /Retail Local Procedure (3/9)Th51283

01 (SCUBA DIVING) SPORT INSTRUCTOR- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation provided by employer.
Contact: KEO SONG MARINE WORLD CORP. dba Tinian Fun Diving Tel. 433-6611(3/2)Th51226

05 QUALITY CONTROL CHECKER- Salary: $3.05-$6.00 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
10 CUTTER- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
145 SEWING MACHINE OPERATOR- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
03 COOK- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
01 PACKER- Salary: $3.05-$3.60 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
15 IRONER (PRESSER)- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
Contact: MICHIGAN, INC. Tel. 234-9555/6(3/2)Th51228

01 FARMER- Salary: $400.00 per month. Housing: Free; Food: Self-provided; Medical and worker's compensation.
Contact: ELPHIDIA P. CAMACHO Tel. 256-8669(3/2)Th51230

01 MAINTENANCE REPAIRER- Salary: $3.05 per hour. Housing: Free; Food: Self-provided; Medical provided and worker's compensation.
Contact: JUAN P. TENORIO dba Morgen Ent., Inc. Tel. 233-8730(3/2)Th51224

01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation insurance provided by employer.
Contact: THE Q CORPORATION dba Kim's Market Tel. 233-1674(3/2)Th51226

01 (ASSISTANT) COOK- Salary: $3.05 per hour. Worker's compensation and medical.
Contact: CHUNJI CORPORATION dba Chunji Restaurant Tel.235-4500(3/9)Th51282

01 (SCUBA DIVING) SPORT INSTRUCTOR- Salary: $800.00-$1,800.00 per month. Housing: Provided by E.R. Medical expenses and worker's compensation insurance is provided by company.
Contact: SALTY SAIPAN CORPORATION Tel. 235-7674(3/10)Th1200748

---

## ATOM'S CO., LTD.
### dba 747 Dining & Bar

Has an opening for:

# 1 COOK

Must have 2 years experience

Bring resume to ATOM'S Co., Ltd.
or For more information
please call our office at 233-8880

---

## APARTMENT FOR RENT

Must see to appreciate in Beach Road Garapan, Corner Alus Street 1 Bedroom Fully Furnished Dryer & Washer facilities in the building, 24 hours water, with back up generator, maintenance included.
For inquiries, call 322-6183

---

**HOUSE FOR SALE.** QUIET HILLSIDE NEIGHBORHOOD BY COLLEGE. 3-BR, 2-BATH, 1,300 S.F. STRUCTURE, 994-S.M. LAND. NICE VIEWS, YARD, TREES, DECK, CARPORT, WATER TANK, AIRCON, APPLIANCES & FURNISHINGS. SVES SCHOOL DISTRICT. GOOD WATER & POWER. $130,000 PRICE INCLUDES 2-ST EXTNSN DESIGN. CALL 483-7682.

---

IF you have roof leaks
your Airconbill is high
your cathment water is stagnant

Then call us for free estimates,
we are certified installers of elastomeric roof coatings
- Custom Const.
Tel.# 323-7766

---

## LOST PASSPORT

NAME: WANG LIZHEN
DATE OF BIRTH: MAY 21, 1972
PASSPORT NO.: P 2957738

IF FOUND PLS. CALL 287-6022

---

## APARTMENT FOR RENT

Location: GARAPAN AREA
(Near DFS Hard Rock Café)

***TWO (2) BEDROOM***

*Fully Furnished
*Split type A/C on all bedroom including dining, living & kitchen
*Spacious parking
*Security Guard
*Laundromat Facilities

"MUST SEE TO APPRECIATE"
Cell: 483-7171

---

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS

Robert D. Bradshaw
Plaintiff
v.
Commonwealth of the Northern Mariana Islands (the CNMI); L. David Sosebee, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
Defendants.

CIVIL ACTION NO. 05-0027
SUMMONS

TO: L. David Sosebee:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court of the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg., PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 17th day of November 2005.

Galo L. Perez
Clerk of the United States District Court for the Commonwealth of the Northern Mariana Islands

# Marianas Variety
### Micronesia's Leading Newspaper Since 1972

## CLASSIFIED ADS SECTION

NOTE: If for some reasons your advertisement is incorrect, call us immediately to make the necessary corrections. The Marianas Variety News and Views is responsible only for one incorrect insertion. We reserve the right to edit, refuse, reject or cancel any ad at any time.



## JOB VACANCY ANNOUNCEMENT
### PUBLIC NOTICE

All interested resident workers are urged to register at the Dept. of Labor & Immigration, Division of Employement Services for the job/s being advertised in which you are qualified and available. For further assistance, please call Alfred A. Pangelinan at Tel. 236-0936/28.

01 ACCOUNTANT- Salary: $4.25 per hour. Housing: Employee provided; Food: Employee provided; Medical, transportation, worker's compensation are employer provided.
Contact: JWS AIR CONDITIONING & REF., INC. Tel. 235-5572/5574(3/2)Th51221

01 HEAVY EQUIPMENT OPERATOR- Salary: $3.05-$4.00 per hour. Housing: Self-arranged; Food: Self-provided; Medical as per non resident worker's act. Worker's compensation.
Contact: SAIPAN ICE & WATER CO., INC. Tel. 322-6130(3/2)Th117697

01 WELDER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Free medical and worker's compensation.
Contact: NELSON H. GOPEZ dba NLF Auto Repair Shop Tel. 288-4077(3/2)Th1200733

02 ACCOUNTANT- Salary: $3.05-$5.50 per hour. Housing: Self-arranged; Food: Self-provided; Free medical and worker's compensation.
Contact: SAM & MY INT'L CORPORATION dba Jay's Office Tel. 235-0405(3/2)Th1200734

01 PRINT MACHINE OPERATOR- Salary: $3.50 per hour. Housing: Self-arranged; Food: Self-arranged; Labor/Processing, Medical/Bonding/Police Clearance. Worker's compensation.
01 OFFSET OPERATOR- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Labor/Processing, Medical/Bonding/Police Clearance. Worker's compensation.
Contact: WIN GUIDE COLOR PRINTING CO., LTD. Tel. 235-2293(3/2)Th51222

02 CLERK, PRODUCTION- Salary: $3.05 per hour. Medical and worker's compensation provided by company.
01 COMMERCIAL CLEANER (FACTORY)- Salary: $3.05 per hour. Medical and worker's compensation provided by company.
23 SEWING MACHINE OPERATOR- Salary: $3.05 per hour. Medical and worker's compensation provided by company.
Contact: JIN APPAREL INC. Tel. 234-3252(3/2)Th51223

01 (INJECTION) MOLDING (MACHINE OPERATOR)- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Free medical and worker's compensation.
Contact: JIN YONG AMERICANA, INC. Tel. 235-2811/12(3/2)Th1200735

01 PROJECT ENGINEER- Salary: $1,800.00-$3,000.00 per month. Housing: Employee self-arranged housing; Food: Employee to provide; Medical is provided pursuant to Labor Standards. Worker's compensation.
Contact: AIC MARIANAS, INC. Tel. 234-2440(3/16)Th117839

01 MAINTENANCE REPAIRER- Salary: $3.05 per hour. Housing: Free; Food: Self-provided; Medical provided and worker's compensation.
Contact: JUAN P. TENORIO dba Morgen Ent., Inc. Tel. 233-8730(3/2)Th51224

01 MAINTENANCE BUILDING REPAIRER- Salary: $3.05 per hour. Housing: Free; Food: Employee provides own food; Medical and worker's compensation.
Contact: FELIPE N. BABAUTA dba Phillip's Enterprises Tel. 288-2128(3/2)Th1200736

01 STOREKEEPER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation.
01 SEWING MACHINE- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation.
Contact: KEVIN INTERNATIONAL CORPORATION Tel. 234-2256(3/2)Th51227

01 BUILDING MAINTENANCE REPAIRER- Salary: $3.50 per hour. Medical and worker's compensation.
Contact: JOHN B. MATSUMOTO dba Matsumoto Trust Tel. 322-7733(3/2)Th51229

02 COOK- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Medical and working compensation.
02 KITCHEN HELPER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Medical and working compensation.
02 MAINTENANCE BUILDING REPAIR- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-arranged; Medical and working compensation.
Contact: FE R. CABRERA dba Farenheit /Retail Local Procedure (3/9)Th51283

01 (SCUBA DIVING) SPORT INSTRUCTOR- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation provided by employer.
Contact: KEO SONG MARINE WORLD CORP. dba Tinian Fun Diving Tel. 433-6611(3/2)Th51226

05 QUALITY CONTROL CHECKER- Salary: $3.05-$6.00 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
10 CUTTER- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
145 SEWING MACHINE OPERATOR- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
03 COOK- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
01 PACKER- Salary: $3.05-$3.60 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
15 IRONER (PRESSER)- Salary: $3.05-$4.50 per hour. Housing: Optional; Food: Optional; Worker's compensation, discretionary bonus, medical.
Contact: MICHIGAN, INC. Tel. 234-9555/6(3/2)Th51228

01 FARMER- Salary: $400.00 per month. Housing: Free; Food: Self-provided; Medical and worker's compensation.
Contact: ELPHIDIA P. CAMACHO Tel. 256-8669(3/2)Th51230

01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-arranged; Medical and worker's compensation insurance provided by employer.
Contact: THE Q CORPORATION dba Kim's Market Tel. 233-1674(3/2)Th51226

01 (ASSISTANT) COOK- Salary: $3.05 per hour. Worker's compensation and medical.
Contact: CHUNJI CORPORATION dba Chunji Restaurant Tel. 235-4500(3/9)Th51282

01 FARM WORKER- Salary: $300.00 per month. Housing: Free medical and worker's compensation.
Contact: LIGAYA G. PABLO Tel. 234-0736(3/16)Th1200768

01 (SCUBA DIVING) SPORT INSTRUCTOR- Salary: $800.00-$1,800.00 per month. Housing: Provided by E.R. Medical expenses and worker's compensation insurance is provided by company.
Contact: SALTY SAIPAN CORPORATION Tel. 235-7674(3/9)Th1200748

01 ACCOUNTANT- Salary: $3.05 per hour. Medical and worker's compensation.
01 SALES REPRESENTATIVE- Salary: $3.05 per hour. Medical and worker's compensation.
Contact: VERDE NAVI SAIPAN INC. Tel. 235-7762(3/16)Th1200767

01 INSTRUCTOR, SPORTS- Salary: $1,200.00-$1,500.00 per month. Housing: Employer provided; Food: Employee provided; Medical and worker's compensation.
Contact: RUBIN CORPORATION Tel. 532-5353(3/16)Th

01 MAINTENANCE MECHANIC REPAIR- Salary: $3.25 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation provided.
01 CARPENTER- Salary: $3.05-$3.30 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation provided.
01 PAINTER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation provided.
04 MASON- Salary: $3.05-$3.30 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation provided.
Contact: NORTH PACIFIC BUILDERS, INC. Tel. 235-7171(3/16)Th117838

01 AUTO BODY PAINTER- Salary: $3.05-$5.05 per hour. Company barracks provided; Medical and worker's compensation included.
Contact: TASI TOURS & TRANSPORTATION INC. Tel. 235-9373(3/16)Th117838

04 COMMERCIAL CLEANER- Salary: $3.05 per hour. Medical and worker's compensation employer provided.
01 ACCOUNTANT- Salary: $3.05 per hour. Medical and worker's compensation employer provided.
01 MASON- Salary: $3.05 per hour. Medical and worker's compensation employer provided.
01 LANDSCAPER- Salary: $3.05 per hour. Medical and worker's compensation employer provided.
Contact: DINO M. / LETTY A. JONES Tel. 322-1947(3/16)Th51334

01 AUTOMOTIVE ELECTRICIAN- Salary: $3.05 per hour. Housing: Self-provided; Food: Self-provided; Medical and worker's compensation company provided.
Contact: JIJOMAR R. ESPINOSA dba JRC Automotive & Boat Repair Shop Tel. 288-0263(3/16)Th51335

01 ACCOUNTANT- Salary: $3.05 per hour. Housing: Self-provided; Food: Self-provided; Medical and worker's compensation company provided.
01 TRANSLATOR- Salary: $3.05 per hour. Housing: Self-provided; Food: Self-provided; Medical and worker's compensation company provided.
01 STOCK CLERK- Salary: $3.05 per hour. Housing: Self-provided; Food: Self-provided; Medical and worker's compensation company provided.
Contact: LUO'S CORPORATION dba Lady Date Fashion/ Shanghai Store/ Jungle Tour Tel: 233-3898(3/16)Th51341

01 BUILDING MAINTENANCE REPAIRER- Salary: $3.05 per hour. Housing: Self-provided; Food: Self-provided; Worker's compensation and medical.
Contact: SAE WOUN CORPORATION dba Gen. Construction Tel. 233-9875(3/16)Th51340

01 BUILDING MAINTENANCE REPAIRER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation insurance provided by employer.
Contact: PLAZA CORPORATION dba Highway Market Tel. 234-3669(3/16)Th51339

01 WAITRESS- Salary: $3.30 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation insurance provided by employer.
01 WAITRESS- Salary: $3.30 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation insurance provided by employer.
Contact: LEO CORPORATION dba Sushi Land Tel. 233-0387(3/16)Th51338

02 H.E. OPERATOR- Salary: $3.05-$3.45 per hour. Housing: Employee to provided; Food: Employee to provide; Employer to provide worker's compensation and medical insurance.
Contact: IGNACIO AGBANLOG dba Agbanlog Enterprises Tel. 235-5737(3/16)Th51337

01 ELECTRONICS TECHNICIAN- Salary: $3.75 per hour. Worker's compensation and medical.
Contact: PQ CORPORATION Tel. 235-5959(2/28)Th51214

01 CASHIER- Salary: $3.05 per hour. Housing: Self-arranged; Food: Self-provided; Medical and worker's compensation provided.
Contact: NICK'S & MICHAEL'S CORPORATION dba Saipan Golden Dragon Paper Factory Tel. 234-3311(3/16)Th51342

03 SALES REPRESENTATIVE- Salary: $3.05 per hour. Housing: Employer provided; Food: Self-arranged; Medical and worker's compensation.
Contact: FE CABRERA dba Retail Local Produce/Farenheit Air Conditioning Tel. 235-6462(3/16)Th51283

01 SALESPERSON- Salary: $3.05 per hour. Housing: employee provided; Food: Employee provided; Medical and worker's compensation.
Contact: CANDIDO M. MARTIN dba Topnots Audio Video Shop Tel. 235-9490(3/16)Th1200769

01 ARCADE ATTENDANT- Salary: $3.05-$3.50 per hour. Medical and worker's compensation.
Contact: MANAGEMENT & EMPLOYMENT CONSULTANT, INC. dba D's Gameroom Tel. 235-9446(3/16)Th51343

## LOST PASSPORT
NAME: TANG, YUEXIN
DATE OF BIRTH: OCT. 11, 1970
PASSPORT NO.: P CHN G15157161

IF FOUND PLS. CALL 483-3302

## Healthcare Specialties
### In Need Of
Delivery/
Medical Equipment/
Collection

Please Call 322-2783

## HAWAII JOBS
**Continuous Recruitment!!!**
**Certified Nurses Assistant/Caregivers**
**Experienced, Reliable & Compassionate**

Wages from $8.00/hr. to $12.00/hr.
Transitional housing available
for qualified applicants.
Local Hiring US Visa Holder

Call Metrocare @ (808) 934-8334
or (808) 329-9484 look for Lydia
Requirements: driver's license, criminal or police clearance, CPR/First Aide (optional)

## USED ITEMS SALE
Furniture & Appliances
Household Goods

Located next to CDA Office
Middle Road Gualo Rai
483-1269

## We Buy Used Car
If you need CASH right away
for your Quality Vehicle we pay
good CASH. Please Call or Visit
7.12 Insurance next to Moonlite Club
on Beach Rd. in C.K. 234-1232

## Looking for a HOUSE to RENT
$550/MONTH
INCLUDING UTILITIES. MUST BE
LOCATED AT NORTH SIDE OF
SAN ROQUE, OCEANVIEW
PLS. CALL MORITA, TEL. 287-6071

**HOUSE FOR SALE: QUIET HILLSIDE NEIGHBORHOOD BY COLLEGE. 3-BR, 2-BATH, 1,300 S.F. STRUCTURE, 994-S.M. LAND. NICE VIEWS, YARD, TREES, DECK, CARPORT, WATER TANK, AIRCON, APPLIANCES & FURNISHINGS. SVES SCHOOL DISTRICT. GOOD WATER & POWER. $130,000 PRICE INCLUDES 2-ST EXTNSN DESIGN. CALL 483-7682.**

## NOTICE
Pursuant to 4 CMC, Section 7306 (i), Traders Insurance Company, a domestic insurer, hereby issues this notice that it will increase its capitalization. Any person who objects to such increase must give good cause for his objection, within one (1) week from the date of last publication of this notice, to be submitted to the Insurance Commissioner.

Issued at Saipan, CNMI, this 16th day of February, 2006.

By: PABLO B. MENDOZA, President
Traders Insurance Company
1st Floor Alexander Building
Beach Road San Jose
P.O. Box 502473
Saipan, MP 96950

Robert O. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS

Robert D. Bradshaw
Plaintiff,
v.
Commonwealth of the Northern Mariana Islands (the CNMI); L. David Sosebee, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
Defendants.

CIVIL ACTION NO. 05-0027
SUMMONS

TO: L. David Sosebee:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court of the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg., PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 17th day of November 2005.

Galo L. Perez
Clerk of the United States District Court for the Commonwealth of the Northern Mariana Islands





Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Civil Action No. 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); L DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al. | ) **AFFIDAVIT OF SERVICE** <br> ) **OF PROCESS BY MAIL** <br> ) <br> ) <br> ) <br> ) |
| Defendants | ) |

| | |
|---|---|
| STATE OF IDAHO | ) |
| | ) ss: |
| County of Benewah | ) |

I, ROBERT D. BRADSHAW, hereby affirm as follows:

I am the plaintiff in this case. I mailed a true copy of the Complaint, Amended Complaint and Summons in this case to defendant L. DAVID SOSEBEE on the 6th day of March, 2006. I mailed copies in the U.S. Mail with the correct first class postage. See attached EXHIBIT "A" for a copy of the envelope of the mailing.

_____
ROBERT D. BRADSHAW

1



I, ___Jerry Lee Nelson_____, Notary in and for the State of Idaho, residing at ___St. Maries, Idaho_____ do hereby certify that on this ___6___ day of ___March___ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this ___6___ day of ___March___, 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

JERRY LEE NELSON
Notary Public
State of Idaho

MY APPOINTMENT EXPIRES

___11/15/07___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

Pull To Open

# Print Postage Online - Go to www.usps.com



Recycled Paper

**PLEASE PRESS FIRMLY**



# PRIORITY MAIL
UNITED STATES POSTAL SERVICE

**HOW TO USE:**



**1. COMPLETE ADDRESS AREA**
Type or print return address and addressee information in designated area or on label.



**2. PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.



**3. ATTACH LABEL (Optional)**
Remove label backing and affix in designated location.



**4.** Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box **ONLY** if it weighs less than 16 ounces.

From: R. Bradshaw
PO Box 473
CALDER, ID 83808

To: L. DAVID JOSEBEG
PO Box 3185
BRYAN, TX 77805-3185

▲ Complete address information or place label here ▲

## The convenient Flat Rate Envelope.
One low price for fast delivery anywhere in the U.S., regardless of weight, destination or type of mailable material enclosed. Domestic use only.

*We Deliver.*



Exhibit 6