AO 440   (Rev. 08/01) Summons in a Civil Action

FILED
Clerk
District Court

# United States District Court
## District of the Northern Mariana Islands

APR 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
          Plaintiff

V.

ANDREW CLAYTON
et. al.
(See attached Listing)
          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 05-0027

**COMPLAINT and**
**AMENDED COMPLAINT**

TO: (Name and address of Defendant)

    Andrew Clayton
    c/o CNMI Attorney General
    Caller Box 10007, Capitol Hill
    Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert D. Bradshaw
    Plaintiff, Pro Se
    PO Box 473
    1530 W. Trout Creek Road
    Calder, ID 83808,   Phone 208-245-1691

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

SEP 2 2 2005
DATE

AO 440  (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  MAR 29, 2006 |
| NAME OF SERVER (PRINT)  ROBERT D. BRADSHAW | TITLE  PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PER ORDER OF COURT ON JAN 31, 2006, SERVICE WAS MADE BY PUBLICATION ON MAR 8, 15, 22 AND 29 IN THE SAIPAN TRIBUNE, COPIES ATTACHED AT EXHIBITS 1 TO 4.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NONE | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAR 29, 2006
            Date

Signature of Server

ROBERT D. BRADSHAW
BOX 473
CALOR, MP 83808
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IPAN TRIBUNE   C L A S S I F I E D   A D S   WEDNESDAY, MARCH 8, 2006

CCOUNTANT (W 9934)
ary:$3.05-$3.35/hour. Benes: Medical; workmen s comsation provided by employer; ployee to provide own food ansportation. Contact: LVP ific Dev. Corporation dba n. Construction Contractor 88-5330.

ACKAGER, HAND (W 9935)
ary:$3.05/hour. Benefits: dical as provided by law workmen s compensation. ntact: L&T International p. @322-9006.

ARPENTER (W 9936)
ary:$3.25/hour. Benefits: Medi & workers compensation.

CCOUNTANT (W 9937)
ary:$3.50-$5.00/hour. Bens: medical & workers comsation. Contact: Custom nstruction Inc. @323-7766.

CUSTOMER SERV. P. (W 9938)
ary:$3.50/hour. Benefits: dical & insurance workers mpensation. Contact: Cus- n Construction Inc. dba Help pply Services @323-7766.

VAITER/WAITRESS (W 9939)
ary:$3.05-$3.45/hour. Bens: Free housing; medical; rkmen s compensation & e transportation to & from site at employer designated k-up point.

MAINTENANCE REPAIRER, ILDING (W 9940)
ary:$3.25-$3.50/hour. Bents: Free housing; medical; rkmen s compensation & e transportation to & from site at employer designated k-up points.

PURCHASE-PRICE ALYST (W 9941)
lary:$3.40-$3.65/hour. Bents: Free housing; medical; rkmen s compensation & e transportation to & from site at employer designated k-up points.

1 DRESSMAKER (W 9942)
Salary:$3.15-$3.30/hour. Benefits: Free housing; medical; workmen s compensation & free transportation to & from jobsite at employer designated pick-up points. Contact: YCO Corp. dba YCO True Value Hardware/Do It Best Hardware/Jollibee Rest./ YCO Construction/Servistar Motorsports/Liberty Dept. Store/True Value Appliance Outlet/Naked Fish Bar & Grill @233-3112/3113.

2 COOK (W 9943)
Salary:$3.05/hour. Benefits: Free housing; free food; workmens compensation & medical insurance company provided. Contact: Angel Wings Corp. dba Angel Wings Bar & Rest. @233-1914.

3 COOK (W 9944)
Salary:$3.05/hour. Benefits: Workers compensation & medical expenses company provided. Contact: J.T.M. Corp. @233-5436.

1 WAITRESS/WAITER (W 9945)
Salary:$3.05-$3.35/hour. Benefits: Employer provided housing free of charge; workers compensation & medical expenses company provided.

1 WAITRESS/WAITER (W 9946)
Salary:$3.05-$3.40/hour. Benefits: Workers compensation & medical expenses company provided. Contact: Nippon General Trading Corp. @233-8223.

1 SALES PERSON (W 9947)
Salary:$3.05/hour. Benefits: Workers compensation & medical expenses company provided.

1 SALES REPRESENTATIVE (W 9948)
Salary:$3.05/hour. Benefits: Workers compensation & medical expenses company provided.

1 SALES CLERK (W 9949)
Salary:$3.05/hour. Benefits: Workers compensation & medical expenses company provided. Contact: Treasures, Inc. @233-3701.

1 MANAGER (W 9950)
Salary:$3.05/hour. Benefits: Self arranged housing; self provided food; employee provide his/her own transportation; employer provide medical expenses & workers compensation. Contact: Jamie International Corp. @287-0199.

1 ARTIST (PAINTER, HAND) (W 9951)
Salary:$3.05/hour. Benefits: Self arranged housing; self provided food; employer provide employee s transportation to & from the job site; employer provide medical expenses & workers compensation.

1 BLDG. MAINT. REP. (W 9952)
Salary:$600.00/monthly. Benefits: Self arranged housing; self provided food; employee provide his/her own transportation to and from the job site; employer provide medical expenses & workers compensation.

1 HANDSEWER (W 9953)
Salary:$3.05/hour. Benefits: Self arranged housing; self provided food; free transportation to & from the job site; employer provide medical expenses & workers compensation.

1 SALES PERSON (W 9954)
Salary:$3.05/hour. Benefits: Self arranged housing; self provided food; employee to provide his/her own transportation to & from the job site; employer provide medical expenses & workers compensation free. Contact: ACA Corp. dba ACA Wholesale @235-3838.

1 SALES REPRESENTATIVE (W 9955)
Salary:$3.05/hour. Benefits: Medical & workers compensation.

1 COMMERCIAL CLEANER (W 9956)
Salary:$3.05/hour. Benefits: Medical & workers compensation. Contact: New E.A. Corp. @233-1525.

1 SALES MANAGER (W 9957)
Salary:$700.00-$1,800.00/monthly. Benefits: Medical & workers compensation. Contact: S.W.B. Corp. @234-3351.

1 COOK (W 9958)
Salary:$3.05/hour. Benefits: Medical; bonding & worksman compensation. Contact: Asuncion P. Mendiola dba Food Catering @235-2347.

1 MASON (W 9959)
Salary:$3.05/hour. Benefits: Workmens compensation & medical expenses is provided. Contact: Hotel Riviera Saipan, Inc. @235-2111.

1 CARPENTER (W 9960)
Salary:$3.50/hour. Benefits: Medical & workers compensation. Contact: Hayden Corp., Inc. @234-7900.

1 HOUSEWORKER (W 9961)
Salary:$300.00/monthly. Benefits: Free housing; free food; medical & workmen s compensation. Contact: Madalene M. Taga @235-5850/788-2150.

1 DRESSMAKER (W 9962)
Salary:$3.35/hour. Benefits: Company provided housing; self provided food; company provided workmen s compensation & medical expenses. Contact: Marfega Trading Co., Inc. dba Asks Fashion & Salon @234-8233.

1 COMMERCIAL CLEANER (W 9963)
Salary:$3.55/hour. Benefits: Self provided housing; self provided food; company provided workmen s compensation & medical expenses. Contact: Marfega Trading Company, Inc. dba Islander Rent A Car @234-8233.

1 COMMERCIAL CLEANER (W 9964)
Salary:$3.05/hour. Benefits: Medical expenses & workers compensation employer s provided.

1 ELECTRICAL ENG G (W 9965)
Salary:$4.25/hour. Benefits: Medical expenses & workers compensation will be employer s provided. Contact: Servino & Assoc. Inc. @235-5073.

2 ARCADE ATTENDANT (W 9966)
Salary:$3.05/hour. Benefits: Workers compensation & medical reimbursable. Contact: Jimin Enterprises, Inc. dba Grand/Royal Casino Poker @288-3378.

1 (ASSISTANT) MANAGER (W 9967)
Salary:$650.00-$1,000.00/monthly. Benefits: Medical & workers compensation provided. Contact: Han Sol Travel Co., Ltd. dba Han Sol Tour @234-6677.

1 MASSEUSE/MASSEUR (W 9968)
Salary:$3.05/hour. Benefits: Medical & workers compensation provided.

1 COMMERCIAL CLEANER (W 9969)
Salary:$3.05/hour. Benefits: Medical & workers compensation provided. Contact: Dani Corp. dba Sabana II @234-5000.

3 INTERPRETER (W 9970)
Salary:$700.00/monthly. Benefits: Employer provided housing; self provided food; transportation free on designated pick-up points; medical & workers compensation employer provided. Contact: Rainbow Corp. dba E&F Tours/ Lim s Office @234-6564.

3 INTERPRETER (W 9?
Salary:$700.00/monthly. efits: Self provided hou self provided food; transp tion free at designated pic points; medical & wor compensation employer vided. Contact; Mode Corp. @234-6564.

1 AUTO MECHANIC (TH 2?
Salary:$4.50/hour. Bene Self arranged housing; arranged food; medica workman s compensa Contact: Newman W. Te dba Newmans Auto Par Service Center @234-017

2 ACCOUNTANT (TH 2?
Salary:$3.25-$3.50/hour. efits: Workers compensati medical. Contact: JM & As ates @234-6959.

1 MAINTENANCE REPAIRER (TH 2?
Salary:$3.50/hour. Bene Workers compensation & r cal. Contact: R&J House R @233-6063.

1 MECHANIC (GAS & ) DIESEL (TH 2?
Salary:$3.50-$3.75/hour. efits: Work compensati medical insurance. Cor Cargo Express (Saipan), @234-6616/7/8.

1 SPORTS INSTRUCTOR (TH 2?
Salary:1,500.00/monthl Benefits: $300.00/allow housing; liability insuran workers compensation vided. Contact: Blue Ho Ent., Inc. dba Blue Ho @233-7871/8181.

1 ADMINISTRATIVE ASSISTANT (TH 2?
Salary:$3.50/hour. Benefit provide housing; free lunch medical & workers comp tion. Contact: Aquatic M CB. Inc. dba Amigo Ac Sports @233-0325.

---

**LEGAL NOTICE
SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
   Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI): ANDREW CLAYTON,
former Assistant Attorney General of the CNMI,
in his personal/individual capacity; et. al.
   Defendants

TO: ANDREW CLAYTON:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting, either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 31st day of January 2006.

Galo L. Perez
Clerk of the United States
District Court for the Commonwealth of the Northern Mariana Islands

---

**NOTICE OF SALE
UNDER POWER OF SALE IN DEED OF TRUST**

JUANA S. CRISOSTOMO, on or about October 12, 1994, gave and delivered to the Mariana Islands Housing Authority, acting on behalf of the Farmers Home Administration, United States of America, a Deed of Trust upon certain real property hereinafter described, which Deed of Trust was recorded at the Office of the Commonwealth Recorder on November 1, 1994, as file no. 94-2826, to secure payment of a Promissory Note to the Mariana Islands Housing Authority, acting on behalf of the Farmers Home Administration, United States of America.

The Deed of Trust and this Notice of Sale affect the property hereinafter described:

Lot 002 G 97, situated in Kagman II, Saipan, Northern Mariana Islands, containing an area of 945 square meters, more or less, as more particularly described on Drawing/Cadastral Plat No. 002 G 03 dated May 3 4, 1989, Commonwealth Recorder's File no. 90-1900, the description therein being incorporated herein by reference.

The aforesaid person has defaulted on payment of the Promissory Note secured by the Deed of Trust, and by reason of said default, the Mariana Islands Housing Authority (now known as the Northern Marianas Housing Corporation) issued its Notice of Default on June 17, 2005.

NOTICE IS HEREBY GIVEN that on Friday, April 7, 2006, at the hour of 1:30 p.m. of the said day, at the law offices of Michael A. White, LLC, Joeten Center, Susupe, Saipan, Northern Mariana Islands, pursuant to the power of sale contained in the said Deed of Trust, the Northern Marianas Housing Corporation will sell the above described parcel of real property at public auction to the highest qualified bidder, to satisfy the obligations secured by said Deed of Trust. The successful bidder shall pay by cash, certified check, or cashier's check within three (3) working days from the time of sale.

The sale shall be without any warranties whatsoever, other than that the Northern Marianas Housing Corporation is the lawful holder of the said Deed of Trust.

The Northern Marianas Housing Corporation reserves the right to reject any and all bids, for any reason, and to cancel or extent the date, time, and place for the sale of the above described property.

Any prospective buyer must be person of Northern Marianas descent, as defined in the Constitution of the Commonwealth of the Northern Mariana Islands. The right is reserved, in the absence of a satisfactory bid for the purchase of the said real property in fee simple, to offer such real property for long-term lease to any person, upon such terms and condition as the Northern Marianas Housing Corporation shall deem in its interest, to the highest bidder for such lease. The minimum bid amount set forth hereinabove shall also apply. The successful bidder shall pay the amount of the bid in the manner and within the time set forth hereinabove.

In all other respects, the sale shall be governed by the Terms and Conditions of Sale, a copy of which may be obtained from the undersigned, either prior to or at the sale.

DATED, this 17th day of February, 2006.

/s/ MICHAEL A. WHITE, ESQ. F-0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
Attorney for Northern Marianas Housing Corporation

---

**PROCUREMENT AND SUPPLY
CNMI GOVERNMENT**

**INVITATION TO BID**

ITB NO.: ITB06-DCCA-053    OPENING DATE 03/22/06    TIME: 10:00

**"PURCHASE OF EIGHT (8) COMPLETE COMPUTER SYSTE
FOR THE DIVISION OF YOUTH SERVICES"**

COPIES OF THE SPECIFICATIONS MAY BE PICKED UP OFFICE OF THE DIRECTOR, DIVISI
PROCUREMENT AND SUPPLY, LOWER BASE DR., SAIPAN, DURING REGULAR WORKING HOU

SUBMISSION OF BID VIA E-MAIL TO procurement@pti.com.tom IS HEREBY AUTHORIZ
THIS ITB.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCURE
REGULATIONS AND MUST BE SUBMITTED WITH THE BID IF PREFERENCE IS CLAIMED.

/s/ DAISY C. VILLAGOMEZ-BIER          /s/ HERMAN S. SABLAN
    SECRETARY OF DCCA                     DIRECTOR, P&S

---

**PRIME NAVY HILL LAN

FOR LEASE**

■ 15,000 sm near Lighthouse
■ Spectacular ocean view
■ Private quite central location
■ Ideal for residential developmen
■ Rare opportunity

**Call 287-9009.**
Serious Inquiries Only

# 'Hopwood move should not cost govt a dim

**By MARCONI CALINDAS**
REPORTER

Hopwood Junior High School principal Jim Brewer said he would only be amenable to relocate the school to another location if the government would not spend a dime on the project.

In an interview yesterday morning with the Saipan Tribune, the principal said investors should be the one to shoulder the expense of relocating the largest junior high school in the CNMI.

"I would urge the government not spend for the project. Everything should be paid for by hotel investors. Let them foot the bill," said Brewer.

He added that news last week about an international luxury hotel company wanting to use Hopwood as the location of a new hotel on Saipan was a surprise not only to him but also to the Public School System's Central Office.

Brewer said not even the Education Commissioner Rita Inos was aware about the news about his school's planned relocation.

The principal said he is not against the plan, but said there are a few things to consider prior to the relocation. He said the project would have to be discussed with the community, especially the parents of the children who commute or walk to the school everyday.

The school, which was established in 1962, has a total of 1,160 students. Brewer said the school would have at least 1,250 students next school year. He said relocating the students would entail a huge amount of responsibilities.

In his personal opinion, Brewer said the government should make sure that would-be investors should set aside plans for the building of at least two new junior high schools that could accommodate 700 or more middle school students to replace Hopwood.

"But the school has to be complete before we move in," said Brewer, adding that the schools should be a "turn key" type of schools where everything is fully constructed, from classrooms to recreational and sports facilities for the students.

Another impact of the planned relocation, according to the principal, would be on the demographics of the students.

He said relocating the students would also mean an additional need for more buses and bus drivers and added that the government would have to resolve zoning issues for this matter.

"The PSS, the Board [of Education] and the central government should look at this from a business perspective," said Brewer. He said the interest of the foreign investor would be good for the CNMI community but there should be a "trade off."

Brewer said the government would earn from the investment but it should give the income back to the cash-strapped PSS. He added that the hotel investment could also support the payroll for vocational education teachers needed in the CNMI.

Lastly, the Hopwood principal said the government should involve the BOE and the school administration in the plan.

So far, no one has talked to the principal about the project.

"Somebody has to talk to me also about it. The sooner we get involved in the loop, the better," said Brewer, adding that he would really have to know the pulse of the parents of the children who would be affected by the transfer.

It was reported earlier that Gov. Benigno R. Fitial met with businessmen in Japan two weeks ago and that Okura Hotels and Resorts is eyeing Hopwood as the site for its new hotel.

"They [Okura] have been eyeing the Hopwood property since 12-13 years ago. But I don't have a place to relocate Hopwood," Fitial said. "We could relocate Hopwood to Koblerville, but then it would be very close to Saipan Southern High School."

Fitial added, however, that the planned relocation would not be done without proper consultation with Hopwood personnel and the parents of students at the middle school.

Okura operates 23 with a total of 7,440 throughout Japan, and i China, Hawaii, Guam, Netherlands.



LISTEN TO
Uncle
Dave & Harry
Discuss island topics, tourism, traffic, rep community events, business & economics

Every Friday, "Island Issues"
Listen to KCNM 1080 AM, 7:00 a.m. - 8:00 a.

## MSS-7 to conduct routine training

SANTA RITA, Guam—Mobile Security Squadron 7 is scheduled to conduct a routine training exercise March 15 from 8am to 4pm in Santa Rita and Agat.

Participants will use small boats to conduct navigational training in the waters between Apra Harbor and Agat Marina. Service members will also conduct a site survey at Agat Memorial Park.

The public should not be alarmed if they see military boats or service members carrying weapons and wearing protective equipment. *(PR)*

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
    Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI); ANDREW CLAYTON,
former Assistant Attorney General of the CNMI,
in his personal/individual capacity; et. al.
    Defendants

TO: ANDREW CLAYTON:

    You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.
    The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.
    Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.
    A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting, either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.
    WITNESS MY HAND and seal of said District Court on this 31st day of January 2006.

Galo L. Perez
Clerk of the United States
District Court for the Commonwealth of the Northern Mariana Islands



**NOW OPEN FOR LOCAL DAY GUEST**

**WEEKDAY (Monday - Friday) PASS**
**$30** for Adult, $25 for Child (3-11 yrs.) Free for Toddler (0-2 yrs.)
**Wave Jungle** waterpark & lunch buffet at **The Buffet World**

**WEEKEND (Saturday - Sunday) & HOLIDAY PASS**
**$40** for adult, $35 for child (3-11 yrs.) Free for Toddler (0-2 yrs.)
**Wave Jungle** waterpark & Tropical Beach BBQ at **Sunset Garden**

Open daily from 9am until 6pm. Please enter through the South Gate.
CNMI photo ID required for each adult.
Minors must be accompanied by a paying adult.

**WORLD ★ RESORT**
SAIPAN



# Poker bill now waiting for Fitial's signature

A House bill that would require poker operators to pay annual fees upfront is now sitting on the desk of Gov. Benigno R. Fitial.

This came after the Senate passed House Bill 15-18 in a Rota session Friday. The governor has 45 days to act on the bill, which had been passed unanimously by the House of Representatives.

If enacted, the bill would be known as the Poker Machine License Fees Act of 2006. It would address problems with current practices in poker fee collection, which reportedly cause the government to lose approximately more than $7 million in poker revenues annually.

"Currently," poker fees are collected quarterly. According to the Legislature, quarterly payment makes enforcement more difficult and it encourages false reporting, nonpayment of fees, and the operation of illegal machines.

The lawmakers also note that quarterly collection of poker and poker fees has hampered the implementation of funded projects, including the government's scholarship program.

"[T]he purpose of this act is to require poker machine license fees to be paid in full prior to the issuance of any poker machine license and to provide that the fees may not be refunded," the bill states.

The proposed legislation also provides that $200,000 of the fees collected should be allocated to the Department of Finance for enforcement purposes and should not be reprogrammed for any other purposes.

There are currently 1,226 licensed poker machines on Saipan, 106 on Tinian, and 82 on Rota.

All together, the 1,414 licensed poker machines throughout the Commonwealth should be providing a total of $16.38 million to government coffers.

Saipan operators are charged a yearly fee of $12,000 per poker machine. The license rate is $8,000 a year on Tinian and $10,000 on Rota.

Of the respective amounts, $6,000 goes to the general fund while the balance goes to the local governments. *(Agnes E. Donato)*



LISTEN TO
Uncle
Dave & Harry

Every Friday, "Island Issues"
Listen to KCNM 1080 AM, 7:00 a.m. - 8:00 a.m.

## DPS recognizes the men who rescued boys from drowning

**By FERDIE DE LA TORRE**
REPORTER

The Department of Public Safety yesterday handed certificates of recognition to two of the three men who rescued two children from drowning at the beach near Hyatt Regency Hotel in Garapan.

Ono Harumitsu and Ronald Chisato, both 29, received the certificates that praised their heroic efforts. DPS officials, led by Commissioner Ernest Mark Williams, visited the two's jobsite at Windsurfing Saipan Inc. located at Hyatt's beach.

Harumitsu is the manager of Windsurfing Saipan, while Chisato is the company's windsurfing instructor. Both are certified lifeguards.

DPS failed to locate the third rescuer, Lito Lumbana, to give him the same award.

The *Saipan Tribune* learned yesterday that Lumbana is a 37-year-old Filipino cook at Easy Kitchen Restaurant. He is a former seaman and a certified first aid provider.

Harumitsu and Chisato were the ones who jumped into the water and picked up the two boys, who were already unconscious. Lumbana also jumped into the water and assisted Chisato in carrying the second victim. Harumitsu and Lumbana applied CPR that caused the victims to expel the water they had breathed in.

Williams said it is an honor to give recognition to the for their heroic act.

Williams said it was the recommendation of Sgt. Juan Diaz, commander of the DPS Boating Safety, to give awards to the rescuers.

Diaz read the certificates that cited Harumitsu, Chisato, and Lumbana "for [their] heroic efforts above and beyond the call of duty when [they] saved the lives of two minor children who had nearly drowned off the shores of Micro Beach on Saturday, March 18, 2006."

Also present in the ceremony was DPS Deputy Commissioner Juan Wabol and DPS spokesman Ken Concepcion.

Chisato said he is overwhelmed with the award and that he did not expect it.

"I feel good that I saved the life of one child," Chisato said, adding that he would do it again if he encounters the same situation.

Police investigation showed that the three three boys had jumped into the water to catch a big fish but they were overwhelmed by big waves. Only the third boy managed to run to the shore and scream for help.

Rota couple sued over $86K debt



*Hardt Eye Clinic has your*
**PERFECT PAIR!**

*The best brand names in eyeglasses such as:*
- Fendi
- Flexon
- Disney
- Coach
- Calvin Klein
- Barbie
- Nike
- Richard Scott
- Dora the Explorer

*Hardt Clinic, caring for local families for over 15 years*

**Hardt Eye Clinic**
David Hardt, O.D.   Don Hardt, O.D.
**Call us at 235-2030**

LEGAL NOTICE
SUMMONS FOR PUBLICATION

Robert D. Bradshaw
PO Box 473, 1530 W Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
 Plaintiff
 vs
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI); ANDREW CLAYTON,
former Assistant Attorney General of the CNMI;
in his personal/individual capacity; et al;
 Defendants

TO: ANDREW CLAYTON:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claim against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at US Post, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 17th day of January 2006.

Galo L. Perez
Clerk of the United States
District Court for the Commonwealth of the Northern Mariana Islands



ISLAND GEAR surf shop
New Arrival
40% OFF

# Admin, House at opposite ends on fishing base issu

By AGNES E. DONATO
REPORTER

The House of Representatives on Monday expressed opposition to the Fitial administration's decision to cancel the public market project for the Garapan fishing base.

The 18-member House, led by Gov. Benigno R. Fitial's allies from the Covenant Party, unanimously adopted a resolution supporting the local farmers and fishermen's petition or the governor to reconsider the cancellation of the public market project.

But the administration, which had offered the site to an Ohio-based investor that sought to build a floating hotel on Saipan, stands by its position.

Press secretary Charles P. Reyes Jr. said yesterday that the administration wanted to maximize the use of public resources and believes that the Commonwealth would benefit more from a multi-million dollar investment than a public market.

"We believe that it's a strategic decision. What we have in mind is what's best for the entire Commonwealth, not just for one segment of the population. We're thinking of what's best not just for the short-term, but what's best over the long-term," Reyes said.

He added that the governor's decision is in line with his vow to focus on economics, rather than politics.

On Jan. 25, 2006, Lands and Natural Resources Secretary Ignacio T. Dela Cruz told the Department of Public Works to withdraw the bid for the public market. Dela Cruz said that the fishing base, the proposed site for the market, was prime property and should be reserved for "high yield development."

The governor's decision prompted local fishermen and farmers to start the petition. These residents have been lobbying for many years for the establishment of a public market for fish, produce and locally made handicraft.

The project also includes the construction of a state-of-the-art marina with slips, a fuel and ice facility at the north side of the fishing base adjacent to the finger pier and boat ramp.

In House Resolution 15-42, the lawmakers noted that funds had already been set aside for the project. Public Law 13-10 provided $500,000 for the architectural and engineering design, construction, and collateral equipment. Saipan Local Law 14-11 provided an additional $500,000. The Northern Marianas Housing Corp. approved $310,000 from the community development block grant program. Another $500,000 was set aside from the Commonwealth's Covenant funds.

Furthermore, the public design is complete.

"The driving force behind the public market is to recognize the importance of developing a sustainable industry in agriculture, fishing, and value-added locally made products and stimulating entrepreneurial interest among local farmers, fishermen, artists, and craftsmen," read a portion of the resolution.

The Garapan fishing base is a historic site, having served as Saipan's commerci[al center] before World War II. [Today] the base is used as a l[aunch] ramp and parking area f[or] 150 fishermen who go [out] every weekend.


LISTEN TO
Uncle
Dave & Harry
Discuss island topics, tourism, traffic repo[rts], community events, business & economics.
Every Friday, "Island Issues"
Listen to KCNM 1080 AM, 7:00 a.m. - 8:00 a.m

## NEXT
### From Page 2

As of press time, Leon Guerrero was still on the witness stand.

Attorney Stephanie Flores also served as co-counsel for Ilepuyo.

Assistant attorney general Christin St. Peter represented the government. The morning hearing was jampacked with mostly relatives and friends of Aniceto Ogumoro.

Police arrested Aniceto T. Ogumoro in February 2006 after they raided his house on Capitol Hill where they allegedly recovered three rifles and 5 boxes of ammunition.

The arrest of Capt. Ogumoro was made a day after police arrested his brother, Department of Public Safety range master Ambrosio T. Ogumoro, on allegations he beat up his wife and for illegal possession of a firearm and ammunitions.

Police said that during the raid at Capt. Ogumoro's residence, they recovered a Remington rifle with a weaver scope, a Ruger Mini 14 caliber .223 rifle, and a Colt AR 15 rifle.

Police said they also found 25 boxes (each box containing five rounds) of Winchester super buckshot 12 gauge rounds.

Leon Guerrero said their investigation show that Capt. Ogumoro was never issued a license to possess or carry such firearms and ammunition in the Commonwealth.

The 44-year-old police captain was charged with two counts of unlawful possession of a firearm, one count of possession of a weapon without proper registration, and one count of unlawful possession of ammunition.

**For Sale**
993 sm leasehold
w/ 3br 2ba house
234-7683

LEGAL NOTICE
SUMMONS FOR PUBLICATION

Robert D. Bradshaw
PO Box 473, 1530 W Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
    Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI); ANDREW CLAYTON,
former Assistant Attorney General of the CNMI,
in his personal/individual capacity; et. al.,
    Defendants

TO: ANDREW CLAYTON:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg. PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 31st day of January 2006.

Galo L. Perez
Clerk of the United States
District Court for the Commonwealth of the Northern Mariana Islands


HYUNDAI
ZERO DOWN*
Customers First
TRIPLE J
THE BEST DEAL OF ALL!

Your Choice > Tucson or Sonata GL
ONLY $17,900
-National Highway Safety Traffic Administration
2.0L 16-valve DOHC 4-cylinder engine
4-wheel disc brakes with anti-lock brakes
Control system & electronic stability program
Dual front & front side airbags
16-inch aluminum alloy wheels
Rear cargo tray & cargo cover
Anti-lock braking system

TUCSON

2.4-liter, DOHC, 4-cylinder engine
4-speed automatic transmission
-National Highway Safety Traffic Administration
Dual front airbags, front side-impact airbags &
roof-mounted side-curtain airbags
Remote keyless entry system w/ alarm
Front seat active head restraints
4-wheel disc brakes
Power windows and locks
AM/FM/CD/MP3 Audio System

SONATA GL

**Ask for us!**
    
Ben Lizama   Gerard Benavente   Merci Sablan   Terry Bermanis   Felix Palacios

Customers First

TRIPLE J
**TRIPLE J MOTORS**  Mon-Fri: 8am-6pm • Sat: 8am-5pm • Tel: 234-7133 • Fax: 234-3052 • Beach Road, Chalan Lau Lau
**TRIPLE J CAR MART**  Mon-Fri: 8am-6pm • Sat: 8am-5pm • Tel: 235-5065/6 • Fax: 234-2326 • Middle Road, Chalan Kiya

*On approved credit (O.A.C.). Some conditions apply. Doc fees and registration not included. Cannot be combined with any other offer. Vehicle may not be exactly as shown. See dealer for more details.

## LISTING OF DEFENDANTS FOR SUMMONS

COMMONWEALTH OF THE NORTHERN )
MARIANA ISLANDS (hereafter referred to )
as the CNMI); NICOLE C. FORELLI, former )
Acting Attorney General of the CNMI, in her )
personal/individual capacity; WILLIAM C. )
BUSH, former Assistant Attorney General of )
the CNMI, in his personal/individual capacity; )
**D. DOUGLAS COTTON, former** )
**Assistant Attorney General of the CNMI** )
**in his personal/individual capacity;** L. )
DAVID SOSEBEE, former Assistant Attorney )
General of the CNMI, in his personal/individual )
capacity; ANDREW CLAYTON, former )
Assistant Attorney General of the CNMI, in his )
personal/individual capacity; Other )
UNKNOWN and UNNAMED person or )
persons in the CNMI OFFICE OF THE )
ATTORNEY GENERAL, in their )
personal/individual capacity, in 1996-2002; )
ALEXANDRO C. CASTRO, former Judge Pro )
Tem of the CNMI SUPERIOR COURT, in his )
personal/individual capacity; JOHN A. )
MANGLONA, Associate Justice of the )
CNMI Supreme Court, in his )
personal/individual capacity; TIMOTHY H. )
BELLAS, former Justice Pro Tem of the CNMI )
Supreme Court, in his personal/individual )
capacity; PAMELA S. BROWN, present )
Attorney General of the CNMI; in her )
personal/individual capacity; )
ROBERT A. **BISOM;** and JAY H. SORENSEN.)
        Defendants )