AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court

District of the Northern Mariana Islands



FILED
Clerk
District Court

APR 2 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
             Plaintiff
    V.

Robert A. Bisom
et. al.
(See Attached Listing)
             Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-0027

**COMPLAINT and
AMENDED COMPLAINT**

TO: (Name and address of Defendant)

Robert A. Bisom
C/O Jay H. Sorenson
Attorney for Robert A. Bisom
C/O Shanghai
PO Box 9022
Warren, MI 48090

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Robert D. Bradshaw
Plaintiff, Pro Se
PO Box 473
1530 W. Trout Creek Road
Calder, ID 83808,    Phone 208-245-1691

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE

SEP 2 2 2005

AO 440 (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | October 11, 2005 |
| NAME OF SERVER (PRINT) Robert D. Bradshaw | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED BY CERTIFIED MAIL, RETURN RECEIPT, COPY ATTACHED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct 11, 2005
　　　　　　　　Date

Signature of Server: Robert D. Bradshaw

Address of Server: Box 473, Calder, ID 83808

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT A. BISOM, C/O
JAY H. SORENSEN ATTORNEY
FOR ROBERT A. BISOM
C/O SHANGHAI
PO BOX 9022
WARREN, MI 48090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dennis Bett_          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DENNIS BENNETT                    OCT 11 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

MAIN PO
WARREN, MI 48090

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7099 3220 0011 3672 1738

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1035

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
ROBERT A. BISOM, C/O JAY SORENSEN
BOX 9022, WARREN, MI 48090

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.90 |

Postmark: CALDER, ID   OCT 6 2005   USPS

Name (Please Print Clearly) (To be completed by mailer)
ROBERT BRADSHAW
Street, Apt. No.; or PO Box No.
BOX 473
City, State, ZIP+4
CALDER, ID 83808

7099 3220 0011 3672 1738

PS Form 3800, July 1999          See Reverse for Instructions

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE MAR 27, 2006 |
| NAME OF SERVER (PRINT) ROBERT P. BRADSHAW | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) PER ORDER OF THE COURT ON JAN 13, 2006 SERVICE WAS MADE BY PUBLICATION ON MAR 6, 13, 20 AND 27 IN THE SAIPAN TRIBUNE, COPIES ATTACHED AT EXHIBITS 1 TO 4

**STATEMENT OF SERVICE FEES**

| TRAVEL NONE | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAR 27, 2006
           Date

Signature of Server: Robert P. Bradshaw
ROBERT P. BRADSHAW
BOX 473
[illegible], ID 83261
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## Saipan Tribune Classified Ads

announces job vacancy announcement tie-up with KZMI/KCNM

**ADVERTISING RATES**
- BOX/DISPLAY ADS:
  1/32 page $10.00/issue • 1/16 page $20.00/issue • 1/8 page $38.00/issue. Other sizes available depending on requirements. Please contact Advertising Sales for details.
- JOB VACANCY ANNOUNCEMENT:
  PRINT (Saipan Tribune)
  • $8.00 for the first position and $5.00 for the second position and $3.00 for the succeeding positions. These rates apply to all vacancy announcements under the same company name.
  • $10.00 for the first position, $8.00 for the second position and $5.00 for the succeeding positions. These rates apply to all vacancy announcements that include corresponding benefits and which announcements are all under the same company name.
  RADIO (KCNM/KZMI)
  • $5.00 for the first position and $1.00 for succeeding positions. These rates apply to all vacancy announcements under the same company name.
  • $10.00 for the first position and $5.00 for the succeeding positions. These rates apply to all vacancy announcements that include corresponding benefits and which announcements are all under the same company name.

**DEADLINES**
• All line ads must be submitted before noon of the day before issue release.
• JOB VACANCY ANNOUNCEMENT:
  FOR MONDAY THROUGH FRIDAY ISSUES:
  All ads placed before noon will come out the next publication date.
  SATURDAY AND SUNDAY ISSUES:
  SAIPAN TRIBUNE: All ads placed Friday before noon will come out Saturday issue and anything placed after will be for Sunday or Monday issues.
  KCNM/KZMI: All ads placed on Friday (9am to 5pm) will be for Monday's radio announcement.
• DISPLAY AD:
  Advertisement to be boxed should be submitted noon two (2) days before issue release.

**CANCELLATIONS**
Cancellations should be made noon of the day before issue release.

**REFUNDS**
Refunds will only be made if cancellations are received noon of the day before issue release. No refund will be made once ad is already printed.

**CHECK YOUR ADS**
Saipan Tribune will not be responsible for errors after the first day of publication. Errors should be called in before noon of the issue date. Saipan Tribune reserves the right to place ads under proper headings and to revise copy when necessary.

**ADVERTISING POLICY**
All advertising in the Saipan Tribune are subject to applicable rate sheet, copies of which are available from the Advertising Sales Department (please call 235-8747, 235-2769 or 235-6397). All ads will be subject to approval prior to publication. We reserve the right to edit, refuse, reject or cancel any ad at any time. Also, Saipan Tribune reserves the right to place ads under proper headings and to revise copy when necessary.

---

### TAKE OVER BUSINESS
Garapan area, barracks type of 10 rooms, price negotiable.
233-1984 7am-12noon/after 5:30pm

**Needed Part-time DRAFTSMAN/CAD OPERATOR**
with knowledge of architectural and engineering works. Call 235-5434.
Rate negotiable

**COMPUTER REPAIR**
Only $35 Fixed Service
MINOR PROBLEMS Only $25
We also do Programming & Networking & Laptop Repair
We also BUY & SELL used Monitor
CALVATRON Open Monday to Sunday 9am to 9pm
Tel: 233-5841 – 233-8172

### BUSINESS FOR SALE
**BEAUTY SALON**
Hotel St., Garapan
Call: 233-6998, 287-7676 (24 Hours)

**SPORTS BAR**
Hotel St., Garapan
Call: 233-6998, 287-7676 (24 Hours)

### FOR RENT
APARTMENT ROOM FOR RENT: Fully furnished 1 bdrm, T/B, 24-hr water $210/month, near Conwood • Tel 287-1372, 235-6748

**HOUSE FOR SALE:** QUIET HILLSIDE NEIGHBORHOOD BY COLLEGE. 3-BR, 2-BATH, 1,300 S.F. STRUCTURE, 994-S.M. LAND. NICE VIEWS, YARD, TREES, DECK, CARPORT, WATER TANK, AIRCON, APPLIANCES & FURNISHINGS. SVES SCHOOL DISTRICT. GOOD WATER & POWER. $130,000 PRICE INCLUDES 2-ST EXTNSN DESIGN. CALL 483-7682.

### CONSTRUCTION EQUIPMENT SALE
"Construction equipment for sale"
150 Tons Mechanical Crane, Bulldozers, Lowboy, Dump trucks, Pay loaders Excavators, Rock Crusher
Concrete Batching Plant, Concrete Transit Mixers Construction Materials, and many more.

Please contact Harout
Tel 670-287-4508 / 670-322-4500
or Fax 670-322-4505
or email hmakdissian@aol.com

### FOR RENT
COMMERCIAL SPACE: Hotel street area, on 2nd floor, 2,000 square feet at $1.00/sqft or best offer.
233-1984 7am-12noon/after 5:30pm

### FOR SALE/LEASE
**LAND FOR SALE OR LEASE IN TINIAN**
1 acre on main paved road in Carolina Heights. Asking $85,000. First reasonable offer accepted.
Ideal for apartment const. 433-3082

20FT CONTAINER, sound proof interior, with wall to wall carpet at $4,000.00 or best offer. 233-1984 7am-12noon/after 5:30pm

### JOB OPPORTUNITIES

1 FASTFOOD RESTAURANT
(SUPERVISOR)　(M 6759)
Salary: $4.00-$6.00/hour. Benefits: Self arranged housing; free food while on duty; medical; workmens compensation; provided life insurance provided after 3 years of employment & transportation self arranged. Contact: J.C.A. Inc. dba Mc Donalds @235-8761.

1 STOREKEEPER (M 6760)
Salary: $3.05/hour. Benefits: Medical & workmens compensation. Contact: Susan S. Castro dba Solomon Enterprises @256-7656.

1 ADMIN. ASSISTANT
(M 6761)
Salary: $3.05/hour. Benefits: Medical & workers compensation.

1 KITCHEN HELPER
(M 6762)
Salary: $3.05/hour. Benefits: Medical & workers compensation. Contact: FE A. Sevillo dba F&A Store @233-2731.

1 OFFICE MANAGER
(M 6763)
Salary: $2,000.00-$2,500.00/monthly. Benefits: Medical & workers compensation.

1 COOK　(M 6764)
Salary: $3.05/hour. Benefits: Medical & workers compensation. Contact: J-One Corporation @322-9000/9001.

1 BAKER　(M 6765)
Salary: $3.05-$3.70/hour. Benefits: Company provided housing; self arranged food; workers compensation; medical provided; annual vacation after one year of employment & transportation self provided.

1 (FOOD SERVICE) MANAGER REST.　(M 6766)
Salary: $1,000.00-$3,423.48/monthly. Benefits: Self arranged housing; self arranged food; self arranged transportation; worker s compensation; medical; dental insurance provided; possible incentive bonus based on internal policies.

1 WAITER/WAITRESS
(M 6767)
Salary: $3.05-$3.70/hour. Benefits: Self arranged housing; self arranged food; self provided transportation; annual vacation after one year of employment; workers compensation & medical provided.

---

Benigno R. Fitial
Governor


MARIANAS
VISITORS AUTHORITY

Timothy P. Villagomez
Lt. Governor

## REQUEST FOR PROPOSAL
### MVA-RFP-06-2271

For: **MVA China Representive Offices**

Closing Date: **Tuesday, March 14, 2006**　Time: **3:00 p.m.**

Submit sealed proposals to:　The Division of Procurement & Supply
P.O. Box 10008
Saipan, MP 96950

Interested parties may pick up the scope of work at the MVA office between 8:00 a.m. to 5:00 p.m. (Monday-Friday) or by visiting the MVA website at www.mymarianas.com.

/s/ MARTIN F. DUENAS
Acting Managing Director, MVA

---



### COMMONWEALTH PORTS AUTHORITY
### REQUEST FOR PROPOSAL

The Commonwealth Ports Authority is soliciting competitive sealed proposals for the following:

**Purchase of One (1) 15-Passenger Van**

The above said vehicle description is for one (1) 15-Passenger Van for the Aircraft Rescue & Fire Fighting Department and should include the minimum specifications:

- 4.7 Liter Engine
- Automatic Transmission
- Factory Tinted Windows
- Power Steering
- Air-Conditioning

Proposals are to be submitted in a sealed envelope marked with the respective RFP description to the office of the Executive Director, Commonwealth Ports Authority, second floor of the arrival building, Saipan International Airport, no later than 4:30 p.m., Friday, March 17, 2006.

The Commonwealth Ports Authority reserves the right to reject any or all proposals for any reason and to waive any defects in the proposals if determined by the Ports Authority to be in its best interest. All proposals shall become the property of the Commonwealth Ports Authority. Funding for this vehicle is made possible by an OMIP Grant from the U.S. Department of Interior and will be used at the Pacific Region ARFF Training Center. For additional information, please contact the Airport Fire Chief at 664-3542.

/s/ LEE C. CABRERA
Executive Director
Date: March 1, 2006

---

### Commonwealth Utilities Corporation
### JOB VACANCY ANNOUNCEMENT

Job Vacancy No. 06-006　　　Opening Date: 02/17/06
Closing Date: 03/06/06

### ENGINEER

DUTIES: The incumbent in this position is under the supervision of the respective division manager or his/her designee. Designs, executes, coordinates, and oversees assigned pieces of projects to ensure adherence with applicable specifications and standards. Assists the public with a variety of inquiries and requests; provides technical information on projects. Maintains project files; prepares related correspondence. Prepares design calculations, engineering drawings, and sketches. Drafts a variety of engineering reports and correspondence. Assists with data collection, troubleshooting and equipment/work analysis. Performs research for Senior Engineers. Performs other duties of a similar nature or level. SUBJECT TO PRE-EMPLOYMENT DRUG SCREENING.

LOCATION: COMMONWEALTH UTILITIES CORPORATION, VARIOUS DIVISIONS, SAIPAN

MINIMUM QUALIFICATIONS. Bachelors Degree in Engineering and four years of engineering related experience. Knowledge of: Safe work practices; Applicable Federal, State, and/or Local laws, rules, and regulations; Basic project management principles, Mathematical concepts; Engineering principles and practices. Skill in: Interpreting and applying Federal, State, and/or Local laws, rules, and regulations; Preparing a variety of technical reports and/or documentation; Presenting technical information to management, public groups, and other related individuals; Reading and interpreting scaled drawings; Preparing specifications, plans, and cost estimates. Conducting studies: Using CAD programs to prepare plans for small projects and exhibits; Using computers and related software applications; Communication, interpersonal skills as applied to interaction with coworkers, supervisor, the general public, etc. sufficient to exchange or convey information and to receive work direction. Must have a valid CNMI Driver's License. APPLICANTS MAY BE TESTED.

Applications may be picked up at the Human Resource Office located at La Fiesta III-216. Failure to provide required documents listed on the application will be grounds for disqualification. CUC IS AN EQUAL OPPORTUNITY PROVIDER AND EMPLOYER

---

### LEGAL NOTICE
### SUMMONS FOR PUBLICATION

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
Plaintiff

vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI);
ROBERT A. BISOM, et. al.

Defendants

TO: ROBERT A. BISOM:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 13th day of January 2006.

Galo L. Perez
Clerk of the United States
District Court for the
Commonwealth of the Northern
Mariana Islands

# No delay seen in replacing landfill contracto

**By AGNES E. DONATO**
REPORTER

The Fitial administration expects no delay in finding a replacement for the Marpi landfill contractor that the government dismissed recently.

Lt. Gov. Timothy P. Villagomez said Friday that the Department of Public Works has drafted a new request for proposals for the landfill operation.

"I don't anticipate a long time of delay. It is also my understanding that Public Works will have adequate time and resources to continue with the program themselves until we hire a new contractor," Villagomez.

The new administration has terminated the $9.9 million contract signed by its predecessor with Pacific Drilling-Saipan Waste Management for the operation of the Marpi landfill.

Greg Apa, president of the contracting company, said he received the termination notice on March 7 and had the company's equipment removed from the site late last week.

Apa, who appeared at the governor's weekly press conference Friday, said that he had sent several letters to the administration offering help with the transition. But he never got a response.

"Based on our discussion, DPW is capable to do the transition. There won't be a long period of delay. There's no reason why the RFP should not be out in the next three weeks or so," Villagomez said.

Public Works Secretary Jose Demapan said the department has hired a new contractor to provide emergency services at the Marpi landfill. The n the company was not dis

The Babauta admi tion signed the contra Pacific Drilling on F 2003. The deal called annual payment of $1 lion to the contractor period of five years.

The contract included vision allowing the government to termin contract without having reason for doing so.

The administration s cost of the contract was pensive and ran in contr its austerity policy.



**MOCK TRIAL CHAMPS**
Associate Justice John A. Manglona, second from left, and mock trial coordinator Karen Klaver, third from left, pose with the members and coaches of the Saipan Southern High School, which was once again declared the champion in the annual mock trial competition at the CNMI Supreme Court. See story on Page 1.
FERDIE DE LA TORRE

## Landowner sues 7 over Koblerville lot

**By FERDIE DE LA TORRE**
REPORTER

A landowner has filed a lawsuit against seven persons to clear the title of his 6,450 square meters of land in Koblerville.

Jesus Laura Atalig sued Doo Young Jang, Yun Sir Park, Lee Ho Kun, Hwang Kyu Hyun, Shin Rin Bae, Shin Hoon, and Lee Eun Baik, all Koreans.

Atalig, through counsel Joaquin DLG, Torres, asked the Superior Court to require the defendants to set the nature of their claims to the property. Torres demanded that all adverse claims to such property be determined by a court decree.

The decree, Torres said, should adjudge that Atalig owns in fee simple, and is entitled to peaceful possession of the land and that defendants have no estate, right, title, lien, or interest in or to the property.

The lawyer said the decree should permanently enjoin each defendant from asserting any adverse claim to the title to the property.

Torres stated in the complaint that Atalig inherited the land from his wife, Emilia A. Atalig (deceased) as a result of a probate.

In 1992, Emilia Atalig entered into a 55-year lease agreement with defendant Jang as lessee for the lot containing 6,450 square meters.

Jang subsequently divided the land into five lots, Torres said.

Jang then transferred by assignment of lease the 2,827 square meters of lot to Park; 825 square meters to Kun; 990 square meters to Hyun, Bae and Hoon; and 990 square meters to Baik.

Torres said that in March 1996, the Superior Court, pursuant to a stipulation to terminate Jang's right to the 6,450-square meter lot, terminated and extinguished all of Yang's rights on the property in its entirety.





**Hardt Eye Clinic has your PERFECT PAIR!**

*The best brand names in eyeglasses such*

- Fendi    ■ Flexon          ■ Disney
- Coach    ■ Calvin Klein    ■ Barbie
- Nike     ■ Richard Scott   ■ Dora the Explc

*Hardt Eye Clinic, caring for local families for over 13 yea*

## Hardt Eye Clin
David Hardt, O.D.    Don Hardt, C

**Call us at 235-2030**

---

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI);
ROBERT A. BISOM, et. al.

Defendants

TO: ROBERT A. BISOM:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027

The nature of the claims against you are set forth in the complaint and seek to personal liability upon you.

Any time after 20 days following the last publication of this summons, the Cc enter a judgment against you without further notice, unless prior to that time you have written response in the proper form, including the Case Number, and paid any required filii the Clerk of the Court at 2nd Floor, Horiguchi Bldg, PO Box 500687, phone 670-2: Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obta contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, yo immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 13th day of Janua

Galo L. Perez
Clerk of the United States
District Court for the
Commonwealth of the Northern
Mariana Islands



2

# Business

## Google avoids surrendering search requests

**SAN FRANCISCO (AP)**—A federal judge on Friday ordered Google Inc. to give the Bush administration a peek inside its search engine, but rebuffed the government's demand for a list of people's search requests—potentially sensitive information that the company had fought to protect.

In his 21-page ruling, U.S. District Judge James Ware told Google to provide the U.S. Justice Department with the addresses of 50,000 randomly selected Web sites indexed by its search engine by April 3.

The government plans to use the data for a study in another case in Pennsylvania, where the Bush administration is trying to revive a law meant to shield children from online pornography.

Ware, though, decided Google won't have to disclose what people have been looking for on its widely used search engine, handing a significant victory to the company and privacy rights advocates.

"We will always be subject to government subpoenas, but the fact that the judge sent a clear message about privacy is reassuring," Google lawyer Nicole Wong wrote on the company's Web site Friday night. "What his ruling means is that neither the government nor anyone else has carte blanche when demanding data from Internet companies."

Attempts to reach a spokesman for the Justice Department late Friday weren't immediately successful.

## Former Federal Reserve chair Miller dies

**WASHINGTON (AP)**—Former Federal Reserve Chairman G. William Miller, who as President Carter's treasury secretary oversaw the government bailout that brought Chrysler back from the brink, has died. He was 81.

Miller, who died Friday night, had suffered from a lung ailment, said Michael H. Cardozo, managing director of Miller's Washington-based merchant banking firm and a former White House counsel for President Carter.

Miller was appointed by Carter to lead the central bank on March 8, 1978. A year later, the president turned to Miller to replace W. Michael Blumenthal as treasury secretary. Paul Volcker then replaced Miller at the Fed.

Miller served as the Treasury from Aug. 6, 1979, to the end of the Carter administration, in January 1981.

He is survived by his wife, Ariadna; three sisters; and two brothers.

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
Plaintiff

vs.

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI);
ROBERT A. BISOM, et. al.

Defendants

TO: ROBERT A. BISOM:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 13th day of January 2006.

Galo L. Perez
Clerk of the United States
District Court for the
Commonwealth of the Northern
Mariana Islands

## Water problems may be solved in farm

**MEXICO CITY (AP)**—Farms and their wasteful irrigation systems are a major contributor to water scarcity on the globe, nations at a world water summit said Saturday.

Farming accounts for 70 percent of the water consumed and most of its wasteful use, said representatives of 130 nations at the World Water Forum discussing water management.

One-fifth of the world's population lacks safe drinking water, the United Nations said in a report last week that laid much of the blame on mismanagement of resources.

"Farmers are central to the whole picture. They use the majority of the world's water, and farmers are where most of the world's poverty is concentrated," said Patrick McCully, director of International River Network, a non-governmental organization, said at the forum.

Agriculture cannot be ignored in the water equation, said Gerald Galloway, a civil engineer and visiting scholar with the U.S. Army Corps of Engineers.

"It is an important part of the U.S. economy, and it's even more important in the developing world," he said. "You have to be able to provide water for agriculture."

With 525 million small farms in the world—and 2.5 billion people living off the land—farmers suffer the most from the problems discussed at the forum: poverty, disease, and the lack of sanitation and clean water.

Drought-parched fields, withered corn stalks and skinny cattle make up the face of the crisis in the developing world.

Getting farmers to use water less extensively is daunting, speakers said.

"There are great problems with irrigation. We must persu[ade] farmers to go to less ex[pensive] crops," said Michel [ ] former prime minister of [ ] "It's a question of chang[ing the] whole agricultural metho[d]

Traditionally govern[ments] have responded to the pr[oblems] of small farmers—defi[ning] those with plots of 5 a[cres or] less—with big dam proje[cts]

But most small farms high up in the hills or re[mote] from rivers that they cann[ot ben]efit from them, said McC[ully].

The answer is more effi[cient] irigation systems, said Ute[ ] of the World Wildlife Fun[d]



SAIPANCELL'S New Rate Plans are now
**Available in Rota & Tinian**

Talk More, Pay Less

**Wireless Service Rate Plans**

| Plan Minutes | Monthly Rate | Additional Minute |
|---|---|---|
| 150 min. | $19.00 | 28¢ |
| 325 min. | $39.00 | 26¢ |
| 550 min. | $59.00 | 23¢ |
| 1000 min. | $99.00 | 22¢ |

* Plans include FREE Long Distance to the U.S., Alaska, Hawaii, Canada, S. Korea, Australia, Hong Kong, China, Guam, Rota and Tinian. (Only airtime charges apply).

**Off-Peak Rates**

Unlimited Weekends & Weeknights* **$17.00/m**

* Weekends Friday 7 pm thru Monday 6:59 am.
  Weeknights 7 pm thru 6:59 am.
  (Does not include FREE Long Distance)

**Visit our Participating Agents Today**

**Rota**
SD Enterprises, Inc. - Songsong Village

**Tinian**
Island Financial Services - San Jose Vill[age]
Flemings Retail - San Jose Village

**SAIPANCELL**
COMMUNICATIONS
*The Choice is Clear.*

EVERYTHING FOR YOUR now LIFESTYLE
483-CARE  WWW.SAIPANCELL.COM  TYPHOON PROVEN

 WIRELESS   PAGING   LONG DISTANCE

GUALO RAI MAIN BUILDING, MIDDLE ROAD  PRICE COSTCO

## Failure to show bond results in denial of worker application

The Department of Labor's administrative hearing office has affirmed the Labor director's decision that denied the owner of Pacific Gardenia Hotel's employment application for an alien worker.

Labor hearing officer Barry Hirshbein, however, found the worker, John Shaolin Delweste Jugos, not at fault and gave him 45 days to submit an application for transfer to a new employer.

Hirshbein said the Labor director denied the employment application for Jugos because SYS Corp., owner of Pacific Gardenia Hotel, failed to provide a bond.

Jugos appeared in the administrative hearing. No one appeared for SYS Corp.

Hirshbein said if Jugos fails to submit a timely application for transfer, the employer of record shall provide his repatriation ticket.

The employee must depart the CNMI within the 10 days after the repatriation ticket is delivered to Labor or the matter will be referred to Immigration, said the Labor hearing officer.

Early this month, six employees of SYS Corp. sought help from Labor due to the alleged decision by the court-appointed receiver to close the hotel, restaurant, and bakeshop.

Six employees of Pacific Gardenia Hotel went to Labor to file a complaint against their employer for alleged non-payment of wages.

Rex Palacios, the court-appointed receiver for SYS Corp., insisted that Pacific Gardenia Hotel, El Segundo Restaurant, and the bakeshop are open. He described as baseless the allegations that he ordered the closure.

In Jan. 2005, Superior Court Associate Judge Juan T. Lizama appointed Palacios to serve as receiver of Pacific Gardenia Hotel and its affiliated businesses.

Lizama made the appointment based on the request of the Commonwealth Development Authority.

CDA sued Sy's Corp. for its failure to pay $2.4 million in loan, accrued interest and late charges. *(Ferdie de la Torre)*

## House endorses filmmaker to top Film Office posit

The House of Representatives has endorsed a Hollywood-trained sound effect editor to the top management position of the yet-to-be created Northern Mariana Islands Film Office.

The House adopted last week a resolution calling for the formation of the NMI Film Office pursuant to a 2002 law and recommending Leonard "Butch" Wolf for the manager position.

Public Law 13-9 created the Film Office within the Marianas Visitors Authority and sought to develop a film industry in the Commonwealth. Specifically, the Film Office was tasked to promote the use of local locations for media production and to assist production outfits in the film permitting process.

House Resolution 15-32 said that the Film Office manager position should be filled and it recommended Wolf for the post.

Wolf, a long-time resident of the Commonwealth, has extensive experience as a foley or sound editor. He has worked on numerous Hollywood movies, including "The Replacements," "Midnight in the Garden of Good and Evil," "Speed 2: Cruise Control," "Absolute Power," "Eraser," "Up Close and Personal," "The Bridges of Madison County," "Unforgiven," "Frankie and Johnny," "The Naked Gun," "Die Hard 2," "The Hunt for Red October," and "Tequila Sunrise."

The resolution also noted that Wolf, through Pacific Rim Academy and Northern Marianas College, "has actively pursued and implemented for the CNMI a complete training and educational facility for our residents in the film and TV industry."

"In the past, film and TV jobs were mainly available to hiring when filming was the CNMI, and Butch W changed that scenario by ing and assisting in the of local residents in the fi TV industry," the res said. *(Agnes E. Donato)*

**For Sa**
993 sm leaseh
w/ 3br 2ba hou
234-7683

---

**WELLS FARGO FINANCIAL**

## Tax Time or AnyTime
## Wells Fargo Financial is Your Perfect
## Money Source for any Reason in Any Season!

If you have taxes to pay or if you are expecting a refund and would like additional cash for that special purchase, stop by your local Wells Fargo Financial store to apply! We offer loans in all sizes, we're here to serve you!

While at our office, be sure and pick up your complimentary Wells Fargo "Hands On Banking" CD Rom.

### Don't Delay! Apply today!

**LOCATIONS:**

**Dededo** - 600 Harmon Loop Rd suite 107
Dededo, Guam, 96912
Phone - **647-9834**

**Tamuning** - 756 S Marine Drive Suite 101
Tamuning, Guam 96911
Phone - **646-1080**

**Hagatna** - 130 E Marine Drive B-102
Hagatna, Guam 96910
Phone - **477-9831**

**Saipan** - Chalan Monsignor Rd
Saipan, MP, 96950
Phone - **670-235-6030**

Granting of loan is subject to our credit requirements. If you have an existing account with us, your new loan may be made by refinancing your existing account instead of as a separate loan.



*Hardt Eye Clinic has your*
**PERFECT PAIR!**

*The best brand names in eyeglasses such as:*
- Fendi
- Flexon
- Disney
- Coach
- Calvin Klein
- Barbie
- Nike
- Richard Scott
- Dora the Explorer

*Hardt Eye Clinic, caring for local families for over 13 years.*

**Hardt Eye Clinic**
David Hardt, O.D.    Don Hardt, O.D.

### LEGAL NOTICE
### SUMMONS FOR PUBLICATION

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
    Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI);
ROBERT A. BISOM, et. al.
    Defendants

TO: ROBERT A. BISOM:

    You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Action No. 05-0027

    The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

    Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

    A copy of the Summons, Complaint and Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

    WITNESS MY HAND and seal of said District Court on this 13th day of January 2006.

Galo L. Perez
Clerk of the United States
District Court for the
Commonwealth of the Northern
Mariana Islands



## LISTING OF DEFENDANTS FOR SUMMONS

COMMONWEALTH OF THE NORTHERN )
MARIANA ISLANDS (hereafter referred to )
as the CNMI); NICOLE C. FORELLI, former )
Acting Attorney General of the CNMI, in her )
personal/individual capacity; WILLIAM C. )
BUSH, former Assistant Attorney General of )
the CNMI, in his personal/individual capacity; )
**D. DOUGLAS COTTON, former** )
**Assistant Attorney General of the CNMI** )
**in his personal/individual capacity;** L. )
DAVID SOSEBEE, former Assistant Attorney )
General of the CNMI, in his personal/individual )
capacity; ANDREW CLAYTON, former )
Assistant Attorney General of the CNMI, in his )
personal/individual capacity; Other )
UNKNOWN and UNNAMED person or )
persons in the CNMI OFFICE OF THE )
ATTORNEY GENERAL, in their )
personal/individual capacity, in 1996-2002; )
ALEXANDRO C. CASTRO, former Judge Pro )
Tem of the CNMI SUPERIOR COURT, in his )
personal/individual capacity; JOHN A. )
MANGLONA, Associate Justice of the )
CNMI Supreme Court, in his )
personal/individual capacity; TIMOTHY H. )
BELLAS, former Justice Pro Tem of the CNMI )
Supreme Court, in his personal/individual )
capacity; PAMELA S. BROWN, present )
Attorney General of the CNMI; in her )
personal/individual capacity; )
ROBERT A. **BISOM;** and JAY H. SORENSEN.)
              Defendants )