```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    APR 28 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

1  KRISTIN D. ST. PETER
   Assistant Attorney General
   Commonwealth of the Northern Mariana Islands
2  Office of the Attorney General-Civil Division
   2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
3  Caller Box 10007
   Saipan, MP 96950

4  Attorney for: **Defendants Sosebee and Clayton**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| ROBERT D. BRADSHAW, | Case No. 05-0027 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION** |
| | **CHANGING HEARING DATE** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN, | |
| Defendants. | |

Now Come Plaintiff and Defendants and stipulate to an order on the following terms:

**STIPULATION**

Whereas Plaintiff Bradshaw has filed a Motion for Default against Defendants Sosebee and Clayton, and Defendants Sosebee and Clayton have filed Motions to Quash for defective service;

Whereas, all three motions are currently calendared for May 25, 2006 at 9:00 am;

**Whereas**, Assistant Attorney General Kristin St. Peter will be in trial the week of May 22, 2006;

**Whereas**, AAG St. Peter contacted Plaintiff Bradshaw telephonically on April 28, 2006 at 8:30 a.m. and Plaintiff agreed to re-schedule the hearing of these Motions for June 8, 2006 at 8:30 a.m;

**Whereas**, because Mr. Bradshaw resides in Idaho and is unable to sign this stipulation, AAG St. Peter, as an officer of the Court, solemnly swears that the parties reached the agreement described above in the manner described above;

**Now therefore**, the Parties stipulate and agree that all three Motions will be argued on June 8, 2006 at 8:30 a.m.

**IT IS SO STIPULATED.**

Dated: April 28, 2006.

                ROBERT BRADSHAW
                Attorney Pro Se

Dated: April 28, 2006.

                KRISTIN D. ST. PETER
                Attorney for Defendants

## ORDER

Based upon the stipulation of the parties, arguments on Plaintiff's Motion for Default and Defendants' Motions to Quash shall be re-calendared for June 8, 2006 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: April 26th, 2006

*Alex R. Munson*
ALEX R. MUNSON

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail, on the 28 day of April, 2006, upon the following:

ROBERT D. BRADSHAW
Plaintiff, Pro Se
P.O. Box 473
1530 W. Trout Creek Road
Calder, ID 83808

JAY SORENSEN
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone: (86) 21 5083-8542
Facsimile: (86) 21 5083-8542

CIVILLE & TANG, PLLC
2nd Fl, Cabrera Center
PMB 86, PO Box 10003
Saipan, MP 96950
670-235-1725

_____
Kristin D. St. Peter
Assistant Attorney General

4