FILED
Clerk
District Court

MAY 0 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, and JAY H. SORENSEN,<br><br>Defendant. | Case No. CV-05-0027<br><br>ORDER CHANGING HEARING DATE FOR DEFENDANT SORENSEN'S MOTION TO DISMISS |

For the convenience of the parties and the court, the hearing for defendant Sorensen's motion to dismiss is re-scheduled for May 25, 2006, at 9:00 a.m.

**DATED** this 1st day of May, 2006.

                              _____
                                    ALEX R. MUNSON
                                         Judge