FILED
Clerk
District Court

MAY - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262

Attorney for *Defendant Robert A. Bisom*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM and JAY H. SORENSEN,<br><br>   Defendants. | CASE NO. CV 05-00027<br><br>JOINDER IN MOTION OF ANDREW CLAYTON TO QUASH SERVICE AND OPPOSITION TO MOTION FOR ENTRY OF DEFAULT<br><br><br><br>Date: Thursday, June 8, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

Robert A. Bisom, appearing specially through the undersigned counsel of record to challenge service of process, hereby files the following joinder in Defendant Clayton's Motion to Quash For Defective Service Pursuant to Fed. R. Civ. P. 4 and 12(b)(5) and Incorporated Memorandum of Points and Authorities and, for the reasons stated in Defendant Clayton's Motion, Mr. Bisom opposes plaintiff's motion for the entry of Mr. Bisom's default in this action. Robert A. Bisom has not been properly served in this matter and his default should not enter.

FACTS RELEVANT TO THIS MOTION

1. Robert A. Bisom is an individual currently residing in Japan. *See* Declaration of Robert A. Bisom filed in Case No. 05-84-N-EJL, United States District Court for the District of Idaho, a true and correct copy of which is attached hereto. The Idaho proceedings were

ORIGINAL

1  dismissed for lack of jurisdiction and the present case was re-filed in this Court.

2.  On November 18, 2005, this Court denied plaintiff's first motion to enter Mr. Bisom's default, finding that Jay Sorensen was not Mr. Bisom's attorney in this matter and that plaintiff's attempted service on Sorensen at Attorney Sorensen's address in California intended to obtain service on Mr. Bisom was ineffective.

3.  Undaunted, plaintiff filed for and obtained an order allowing plaintiff to serve Mr. Bisom by publication notwithstanding plaintiff's prior knowledge, undisclosed by plaintiff to the Court, that Robert Bisom resides in Japan, and notwithstanding that plaintiff's only attempt to serve Robert Bisom otherwise had been by the defective service of a summons and complaint on Jay Sorensen. *See* Motion to Serve Robert A. Bisom by Publication and Affidavit in Support both filed December 9, 2005; Order dated January 13, 2006.

4.  Plaintiff published his notice in the Saipan Tribune for four consecutive weeks during which time no complaint was pending against Robert A. Bisom. *See* Declaration of Kristin D. St. Peter in Support of Motion to Quash dated April 25, 2006.

5. Japan is a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 28 U.S.C. (Appendix following Fed. R. Civ. P. 4); 20 U.S.T. 361, T.I.A.S. No. 6638 (the "Hague Convention").

ARGUMENT

The arguments made by Andrew Clayton in his Motion to Quash Service in this case are equally applicable to Mr. Bisom here:

1.  Plaintiff's case had been dismissed and no complaint was on file during the time plaintiff published his notice in the Saipan Tribune; and

2.  Plaintiff has failed to comply with the provisions of Rule 4(f) requiring that plaintiff serve Robert Bisom consistent with the provisions of the Hague Convention.

Additionally, and notwithstanding that service by publication is inconsistent with the provisions of the Hague Convention as they apply to residents of Japan, plaintiff did not properly demonstrate that he met the statutory requirements that would allow service by

publication on Robert A. Bisom in this case.

Title 7, Section 1102(b) of the Commonwealth Code provides that substituted service may be made pursuant to the provisions of 7 C.M.C. § 1104 "if the person cannot be found in the Commonwealth." Section 1104(b) states in full:

> After service on the Attorney General, if the defendant cannot be personally served by mail the summons and complaint, and if by affidavit or otherwise the court is satisfied that with reasonable diligence the defendant cannot be served, and that a cause of action arises against the party upon whom service is to be made, or he is a necessary and proper party to the action, the court may order that service be made by publication of the summons in at least one newspaper published and having a general circulation in the Commonwealth. Publication shall be made once each week for four successive weeks, and the last publication shall be not less than 21 days prior to the return date stated herein.

Here, plaintiff did not demonstrate his efforts to properly serve Bisom; instead he relied solely on his previously debunked, improper efforts to serve Bisom through defendant Jay Sorensen, and Jay Sorensen's continuing communication with Robert A. Bisom, despite the fact that he knows that Sorensen is not representing Bisom in this matter.

No other efforts whatsoever to serve Robert Bisom are identified in plaintiff's Motion to Serve Robert A. Bisom by Publication and plaintiff's supporting Affidavit. Plaintiff did not allege attempted service in any other place or in any other manner, by personal service, by mail, by waiver, through the Hague Convention or otherwise. Indeed, Plaintiff did not even allege that Robert A. Bisom cannot be found in the Commonwealth. *See* 7 C.M.C. § 1102(b).

Further, there was no demonstration by the plaintiff, and there was no express finding by the Court, that a cause of action has arisen against Robert Bisom and in favor of plaintiff that would satisfy the statutory requirement. Indeed, given the previous dismissal of this case and upcoming consideration of the efficacy of plaintiff's Second Amended Complaint, it is at the very least questionable whether Robert A. Bisom *should* be served by publication at this stage notwithstanding that the plaintiff has failed to meet the statutory requirements that would otherwise allow such substituted service were it not for the Hague Convention.

1     In short, plaintiff has yet to effect proper service on Robert A. Bisom and, accordingly, his motion to have Mr. Bisom's default entered and for an award of monetary damages (wholly unwarranted and unsupported) must be denied.

Respectfully submitted this 4th day of May, 2006.

_____
MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:  (670) 233-8600
Facsimile:   (670) 233-5262

Appearing Specially for Robert A. Bisom

CERTIFICATE OF SERVICE

I, Rowena de Vera, hereby certify that this day a copy of the foregoing was deposited in the United States Post Office, first class mail, postage prepaid, addressed to the following:

Robert D. Bradshaw, Plaintiff *pro se*
P.O. Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808

Kristin D. St. Peter, Assistant Attorney General
Office of the Attorney General
Civil Division—Capitol Hill
Second Floor, Juan A. Sablan Memorial Building
Caller Box 10007
Saipan, MP 96950

Jay H. Sorensen, Esq.
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022

Patrick G. Civille, Esq.
Civille and Tang, PLLC
330 Herman Cortez Ave., Suite 200
Hagatna, Guam 96910

DATED: May 4, 2006

ROWENA DE VERA

MARC A. LYONS, ISB #3145
RUDY J. VERSCHOOR, ISB #5838
RAMSDEN & LYONS
618 North 4th Street
Post Office Box 1336
Coeur d'Alene, Idaho 83816-1336
Telephone:   (208)  664-5818
Facsimile:    (208)  664-5884

Attorneys for Defendant – Robert A. Bisom

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI OFFICE OF THE ATTORNEY GENERAL, in their personal/individual capacity, in 1996-2002; ALEXANDRO C. CASTRO, former Judge Pro Tem of the CNMI SUPERIOR COURT, in his personal/individual capacity; JOHN A. MANGLONA, Associate Justice of the CNMI SUPREME COURT, in his | Case No. 05-84-N-EJL<br><br>DECLARATION OF ROBERT A. BISOM IN SUPPORT OF HIS MOTION TO DISMISS BASED ON LACK OF PERSONAL JURISDICTION (F.R.C.P. 12(B)(2)), IMPROPER VENUE (F.R.C.P. 12(B)(3)), AND INSUFFICIENCY OF SERVICE OR PROCESS (F.R.C.P. 12(B)(5)). |

DECLARATION OF ROBERT BISOM
IN SUPPORT OF MOTION TO DISMISS - 1

personal/individual capacity; TIMOTHY H. BELLAS, former Justice Pro Tem of the CNMI SUPREME COURT, in his personal/individual capacity; ROBERT A. BISON; JAY H. SORENSEN, and the UNITED STATES DEPARTMENT OF INTERIOR,

Defendants.

I, Robert A. Bisom, declare as follows:

1. I have personal knowledge of the information contained in this declaration.

2. I am a teacher living in Japan. I have been living in Japan since 1997.

3. Prior to moving to Japan, I lived in Saipan, CNMI. I lived in Saipan from 1993 to 1997.

4. My domicile or legal residence at this time is Japan.

5. I am slightly familiar with the allegations made in the Amended Complaint by Robert A. Bradshaw against me in Case CV 05-84-N-EJL. The various counts alleged against me, Counts 12, 13, and 15-18 stem from events associated with the lawsuit between myself and Robert Bradshaw. Jay Sorensen represented me in that case which was filed and adjudicated in the Superior Court of the Commonwealth of the Northern Mariana Islands. All actions I took in connection with that case occurred in the CNMI.

6. I did not have any connections with the state of Idaho prior to contacting the firm of Ramsden & Lyons to represent me in this action.

DECLARATION OF ROBERT BISOM
IN SUPPORT OF MOTION TO DISMISS - 2

7. I have never lived in the state of Idaho, nor have I ever been inside the borders of the state of Idaho. Idaho is not my residence or domicile, nor do I have a dwelling house or usual place of abode in Idaho.

8. I have never committed or directed any tort or similar action against the state of Idaho or anyone in the state of Idaho.

9. I have never conducted business in Idaho, availed myself of the benefits of the state of Idaho and have never incurred any obligation to pay taxes in the state of Idaho.

10. I have not been served with the Summons and Amended Complaint in this action. I have not received a copy of the Summons. I have received a copy of the first 2 pages of the Amended Complaint from Mr. Jay Sorensen. I have never authorized Cynthia Sorensen to act as my agent, employee, or to accept service of process on my behalf.

11. The house at which the Summons and Amended Complaint were served is a house that I have been told formerly belonged to the mother of Jay Sorensen before she died last year. I have never lived in that house. That house has never been my residence, domicile, dwelling house, or usual place of abode.

12. I do not consent to the personal jurisdiction of courts of the state of Idaho or federal court located in Idaho.

13. No state or federal court in Idaho has ever found the exercise of personal jurisdiction over me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF ROBERT BISOM
IN SUPPORT OF MOTION TO DISMISS - 3

Executed on May 21, 2005 at JAPAN

*Robert A. Bisom*
Robert A. Bisom

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, I electronically filed the foregoing city the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

**Candy W Dale** (cwd@hallfarley.com krt@hallfarley.com)

**Matthew J Ryden** (mjr@hallfarley.com ccv@hallfarley.com)

And, I hereby certify that I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s):

**Robert D Bradshaw**
P O Box 473
Calder, ID 83808

/s/Marc A. Lyons
Marc A. Lyons