FILED
Clerk
District Court

MAY - 4 2006

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **NOTICE TO COURT TO CORRECT** |
| MARIANA ISLANDS (hereafter referred to ) | **THE RECORD** |
| as the CNMI); ) | |
| et. al. ) | |
| Defendants ) | |

1. Comes plaintiff ROBERT D. BRADSHAW in Civil Case 05-0027 to notice the court that some bad information was filed for Defendant CASTRO by his attorney in the "Ex Parte Motion Extending Time Under Local Rule 7.1.h.3(b) and Federal Rules of civil Procedure 6(b); Application for Increase of Time Under Local Rule 7.l.h.2" which was filed in Court about Apr 17-18, 2006.

2. In this filing, the Court was told (paragraph 2) that the Second Amended Complaint was received on Saipan on April 13, 2006, was sent overnight to the attorney's Guam office where it was received on April 14, 2006 and that the filing deadline was April 15/17, 2006.

1

These statements are contrary to the facts as Plaintiff has them.

3. Per the attached certified mailing record, the complaint was mailed on Mar 30, 2006. Per the delivery confirmation records of the post office, the material was delivered on Saipan on April 6, 2006. Plaintiff also sent the Court and the AG this same 2d Complaint on Mar 30th and they both arrived on April 6, 2006 per postal records. If Mr. Civille had overnight mail service, the material would have been on Guam on April 7, 2006.

4. Per the Federal rule 15a, the amended complaint only had ten days for an answer. Per rule 6e, this ten days would have been increased to 13 days. While deadlines less than 11 days do not include weekend days, rule 6e specifically notes that the three days extra for mailing be added to the number of days in the period and not to the deadline date. Ten days plus three days equal thirteen days which are over the 11 days cited in rule 15a.

5. Plaintiff did not object to this extension and still does not object. Yet, it appears that the request was made after the case was perhaps already in default. Plaintiff understands the mail problem on Saipan. As for as the court filing, it seems clear that the filing is not correct in terms of its particulars.

6. Next, paragraph 11 of the pleading says that the Court has not granted an extension of time previous to Defendant CASTRO. Yet, a Court order filed on Dec 1, 2005 did grant Defendant CASTRO an extension of time to file a pleading or motion to the complaint. This April 2006 motion would have been a second request for a time extension.

7. The plaintiff is not interested in wasting the court's time on the several minor issues noted herein. This notice is being filed for precisely one reason. As noted in paragraph 2 of Plaintiff's Memorandum Opposing Defendants' Motion to Dismiss and Incorporated

2

Memorandum of Points and Authorities [Fed R. Civ. P. 9 (b); 12(b)(1); 12B(6)} filed on or about Feb 6, 2006, Defendant CASTRO's attorney has a distinct problem in getting his facts correct when he makes filings in court. These erroneous, misleading and even deceptive filings create extra work on the court and all parties involved.

DATED THIS 24th day of April 2006 at Calder, Idaho.

*[signature]*
Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of Apr 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

*[signature]*
Robert D. Bradshaw, Plaintiff, Pro Se

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3220 0001 3672 1875

| Article Sent To: |
|---|
| SAIPAN MP 96950 8908 |

| | | |
|---|---|---|
| Postage | $ | 4.05 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | my 0. |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.45 |

Postmark: CALDER, ID MAR 30 2006 USPS

Name (Please Print Clearly) (To be completed by mailer)
G PATRICK CIVILLE
Street, Apt. No.; or PO Box No. PMB 86
P.O. Box 10003
City, State, ZIP+ 4
SAIPAN MP 96950-8908

PS Form 3800, July 1999    See Reverse for Instructions