Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

FILED
Clerk
District Court

MAY - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff | |
| v. | |
| COMMONWEALTH OF THE NORTHERN ) | **NOTICE TO COURT** |
| MARIANA ISLANDS (hereafter referred to ) | **ON APPEARANCE** |
| as the CNMI); et. al. ) | **OF L. DAVID SOSEBEE** |
| Defendants ) | |

The Clerk of Court advised me by phone late on April 24th that L. David Sosebee has made a filing in the Court on the Summons and Complaint served on him. Mr Sosebee has made no communication by phone, letter or otherwise with Plaintiff. If he has filed something needing a response from Plaintiff then his failure to supply a copy to Plaintiff will have repercussions. By copy of this letter to Mr Sosebee this date, he is notified of his immediate need to contact Plaintiff.

/s/ Robert D. Bradshaw
ROBERT D. BRADSHAW, Plaintiff Pro Se

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of April 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950
L. David Sosebee, Box 3185, Bryan, TX 77805

_____
Robert D. Bradshaw, Plaintiff, Pro Se