Case 1:05-cv-00027    Document 114    Filed 05/08/2006    Page 1 of 2

FILED
Clerk
District Court

MAY - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN, <br><br> Defendants. | Case No. 05-0027 <br><br> **DECLARATION OF KRISTIN D. ST. PETER IN SUPPORT OF OPPOSITION** |

I, KRISTIN D. ST. PETER, under penalty of perjury, declare as follow:

1. I am an individual currently residing in on the island of Saipan.

2. I am over eighteen years of age.

3. I work for the Commonwealth of the Northern Mariana Islands as an Assistant Attorney General.

4. I contacted the Saipan Tribune and spoke with Bing Chavez regarding the dates Andrew Clayton was served by publication.

5. Ms. Chavez advised that Mr. Clayton's notice ran on March 8, 2006, March 15, 2006, March 22, 2006 and March 29, 2006, which is after Plaintiff's Amended Complaint was dismissed.

6. I checked the Clerk's file kept at the U.S. District Court for the District of the Northern

10

Mariana Islands and, according to the date stamp, Mr. Bradshaw's Second Amended Complaint was filed with the Court on March 30, 2006.

7. According to the date stamp the Commonwealth mailroom received a certified copy of Plaintiff's Second Amended Complaint on April 6, 2006, and according to the postmark it appears to have been mailed from Calder, Idaho on March 30, 2006.

8. Mr. Clayton advised me that as a result of the Idaho lawsuit, Mr. Bradshaw knew that Mr. Clayton lives in China. I also spoke with Mr. Bradshaw and he stated that he knew Mr. Clayton lives in China.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on Saipan, CNMI this 8 day of May, 2006.

Kristin D. St. Peter