Case 1:05-cv-00027   Document 115   Filed 05/08/2006   Page 1 of 2

FILED
Clerk
District Court

MAY - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

KRISTIN D. ST. PETER
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

Attorney for: **Defendant Clayton**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>**DEFENDANT ANDREW CLAYTON'S NOTICE OF OPPOSITION TO DEFAULT**<br><br>**HEARING:** June 8, 2006<br>**TIME:** 8:30 a.m<br>**JUDGE:** Munson |

**NOTICE**

PLEASE TAKE NOTICE THAT on June 8, 2006, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the above-entitled Court, the Office of the Attorney General of the Commonwealth of the Northern Mariana Islands, on behalf of Defendant Andrew Clayton, will and

hereby does oppose Plaintiff Bradshaw Motion for Default.

Mr. Clayton's opposition is based upon this Notice of Motion, Motion and the accompanying Memorandum of Points and Authorities, all pleadings and papers on file herein, all matters of which judicial notice may be taken, and upon such further argument and evidence as may be considered by the Court at or before the hearing on this matter.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: May 8, 2006.

By_____
Kristin D. St. Peter