F I L E D
Clerk
District Court

MAY - 9 2006

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| COMMONWEALTH OF THE NORTHERN ) | **PLAINTIFF'S MOTION TO** |
| MARIANA ISLANDS (hereafter referred to ) | **WITHDRAW/STRIKE PLAINTIFF'S** |
| as the CNMI); et. al. ) | **DEFAULT MOTIONS ON** |
| Defendants ) | **DEFENDANTS SOSEBEE AND** |
| ) | **SORENSEN--EX PARTE** |

1. On April 24, 2006, plaintiff filed default motions to the Clerk of Court on Defendants L. David Sosebee and Jay H. Sosebee not knowing that Mr Sosebee had made an appearance on the summons served him and Mr Sorensen had filed a response on the Second Amended complaint served him. Accordingly, these two motions are void for all purposes.

2. Plaintiff therefore withdraws them and further requests that both motions be stricken from the record. A proposed order is attached.

1

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Dated this 7th day of May 2006 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of May 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff | |
| v. | |
| COMMONWEALTH OF THE NORTHERN ) | **(PROPOSED) ORDER** |
| MARIANA ISLANDS (hereafter referred to ) | |
| as the CNMI); ) | |
| Defendants ) | |

Plaintiff's Ex Parte Motion is granted to Strike Plaintiff's Motions for Default filed on April 24, 2006 on Defendants Jay H. Sorensen and L. David Sosebee

**IT IS SO ORDERED.**

**DATED** this _____ day of _____ 2006.

                                                                    _____
                                                                    ALEX R. MUNSON
                                                                    Judge

1