F I L E D
Clerk
District Court

MAY 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff | |
| v. | |
| COMMONWEALTH OF THE NORTHERN ) | ARM ~~(PROPOSED)~~ ORDER |
| MARIANA ISLANDS (hereafter referred to ) | |
| as the CNMI); ) | |
| Defendants ) | |

Plaintiff's Ex Parte Motion is granted to Strike Plaintiff's Motions for Default filed on April 24, 2006 on Defendants Jay H. Sorensen and L. David Sosebee

**IT IS SO ORDERED.**

DATED this ___11TH___ day of ___MAY___ 2006.

_____
ALEX R. MUNSON
Judge

1