1  JAY H. SORENSEN
   c/o Shanghai
2  P.O. Box 9022
   Warren, MI 48090-9022
3  Telephone: 86-21-5083-8542
   Facsimile: 86-21-5083-8542

*Attorney Appearing in Pro Se*

FILED
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| ROBERT D. BRADSHAW, | ) | Civil Action No. 05-0027 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **REQUEST TO APPEAR** |
| v. | ) | **VIA TELEPHONE** |
| | ) | |
| | ) | Hearing date: June 8, 2006 |
| | ) | Time:             9:00 a.m. |
| COMMONWEALTH OF THE NORTHERN | ) | |
| MARIANA ISLANDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, moving party in the Motion to Dismiss and responding party in the motion to enter default judgment against defendant Jay H. Sorensen, now set for hearing on June 8, 2006 at 9:00 a.m., requests that defendant be give leave to appear by telephone, pursuant to Local Rule 16.2CJ(e)(1)(a) for all motions to be heard in this matter at that time. Good cause exists, as set forth in the declaration below:

DECLARATION

I, Jay H. Sorensen, do hereby declare as follows:

1. I am a defendant in this action and am appearing in pro se.

2. I presently reside in Shanghai, China. It is not convenient nor practical for me to attend the hearing for the motions now set on June 8, 2006 in person. Appearing by telephone would save me a great deal of time and money.

3. I can be reached at the time of hearing at home. My home telephone number is: County code 86, City code 21, 5083-8542. In the alternative, I can call into the court at the appointed time if instructed to do so.

I declare under penalty of perjury under to the laws of the United States of America that the forgoing is true and correct. Executed this 11th day of May, 2006 at Shanghai, China.

Jay H. Sorensen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _MAY 11, 2006_ a copy of the following:

REQUEST TO APPEAR VIA TELEPHONE

was deposited for delivery to the U.S. Post Office, first class mail, postage prepaid, addressed as set forth below (except as noted):

    Robert D. Bradshaw
    P.O. Box 473
    1530 W. Trout Creek Road
    Calder, Idaho  83808

\* Office of the Attorney General – Civil Division
    Commonwealth of the Northern Mariana Islands
    2nd Floor, Hon. Juan A. Sablan Bldg
    Caller Box 10007
    Saipan, MP  96950

    Civille & Tang
    2nd Floor Cabrera Center
    PMB 86, P.O. Box 10003
    Saipan, MP 96950

\* Mark B. Hanson
    First Floor, Macarans Bldg.
    Beach Road, Garapan
    PMB 738, P.O. Box 10000
    Saipan, MP 96950

_Jay H. Sorensen_

\* Served electronically by agreement of the parties