FILED
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

**JAY H. SORENSEN**
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Facsimile: 86-21-5083-8542

*Attorney Appearing in Pro Se*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>COMMONWEALTH OF THE NORTHERN  )<br>MARIANA ISLANDS, et al.,  )<br>  )<br>  )<br>  )<br>  Defendants.  )<br>  )<br>  ) | Civil Action No. 05-0027<br><br>**ORDER GRANTING REQUEST<br>TO APPEAR VIA TELEPHONE** |

Good cause appearing, the request of defendant, Jay H. Sorensen, to appear via telephone for all motions and matters before the court in this case on June 8, 2006 at 9:00 a.m. is granted.

Dated: __5-23__, 2006

                                    Alex R. Munson
                                    District Court Judge

RECEIVED
MAY 23 2006
Clerk
District Court
The Northern Mariana Islands