```
                                                              F I L E D
                                                                 Clerk
                                                             District Court
       MINUTES OF THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN MARIANA ISLANDS               JUN - 8 2006

                                                        For The Northern Mariana Islands
                                                        By_____
                                                               (Deputy Clerk)
```

CV-05-0027                                              June 8, 2006
                                                        9:15 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Kristin St. Peter, Attorney for Defendant
           Jay Sorensen, Pro Se (via telephone)
           Robert Bradshaw, Pro Se (via telephone)


PROCEEDINGS:   MOTION TO QUASH/MOTION TO ENTER DEFAULT AND
               MOTION TO DISMISS

   Plaintiff Robert Bradshaw appeared by phone, pro se. Defendants were represented by Attorney Kristin St. Peter. Appearing by phone was Attorney Jay Sorensen, Pro Se.

   Attorney Kristin St. Peter argued. Attorney Sorensen argued.

   Court, after hearing all testimony and argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                        Adjourned 9:35 a.m.

                                        _____
                                        K. Lynn Lemieux, Courtroom Deputy