```
                                                            F I L E D
                                                               Clerk
                                                           District Court

 1  KRISTIN D. ST. PETER                                     JUN - 8 2006
    Assistant Attorney General
 2  Commonwealth of the Northern Mariana Islands      For The Northern Mariana Islands
    Office of the Attorney General-Civil Division      By_____
 3  2nd Floor, Hon. Juan A. Sablan Memorial Bldg.              (Deputy Clerk)
    Caller Box 10007
 4  Saipan, MP 96950

 5  Attorney for: Defendants CNMI, Forelli, Bush, Cotton and Brown
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, | Case No. 05-0027 |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO EXCEED PAGE LIMIT LOCAL RULE 7.1(d)** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN, | |
| Defendants. | |

## MOTION

Defendants Commonwealth of the Northern Mariana Islands, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown (hereafter collectively "Defendants") request that this Court allow Defendants to exceed the twenty-five (25) page limit prescribed by L.R. 7.1(d).

Defendants intend to file a motion to dismiss Plaintiff Bradshaw's Amended Complaint under Fed. R. Civ. P. 12 (b) (6). Plaintiff's Second Amended Complaint is seventy-five (75) pages long and contains numerous causes of action under an exhaustive list of federal civil and criminal statutes, including, among others, the Racketeer Influence Corrupt Organizations Act, the Immigration Reform and Control Act and several Federal Civil Rights causes of action. In the interest of judicial economy, Defendants intend to file one consolidated motion to dismiss.

Crafting a motion to dismiss, which addresses Plaintiff Bradshaw's numerous allegations is quite an undertaking requiring Defendants to discuss numerous legal theories, causes of action and factual matters. Defendants believe their motion will be fifty (50) pages or less and intend to file it on or before June 17, 2006.

Plaintiff Bradshaw was contacted telephonically by Assistant Attorney General Kristin St. Peter on June 8, 2006 at 10:15 a.m. (Saipan Local) and has no objection to this Motion.

WHEREFORE, based upon the foregoing, Defendants respectfully request that this Court grant Defendants' Motion to Exceed Page Limit.

Respectfully submitted,

CNMI ATTORNEY GENERAL'S OFFICE
ON BEHALF OF DEFENDANTS CNMI, FORELLI, BUSH, COTTON AND BROWN

By _____
Kristin D. St. Peter

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail or Personal Service, on the _8_ day of June 2006, upon the following:

Robert D. Bradshaw
Plaintiff, Pro Se
P.O. Box 473
1530 W. Trout Creek Road
Calder, ID 83808


Jay Sorensen
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone:    (86) 21 5083-8542
Facsimile:    (86) 21 5083-8542


Civille and Tang, PLLC
330 Herman Cortez Ave, Suite 200
Hagatna, Guam 96910
Telephone: 671-472-8868
Facsimile: 671-477-2511


Mark Hansen
PMB 738, PO Box 10000
Saipan, MP 96950
670-233-8600


_____
Kristin D. St. Peter
Assistant Attorney General