FILED
Clerk
District Court

JUN - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,

Plaintiff,

vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,

Defendants.

Case No. 05-0027

ORDER

Defendants Commonwealth of the Northern Mariana Islands, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown's Motion to Exceed Page Limit is hereby GRANTED. Defendants' Motion to Dismiss shall not exceed fifty (50) pages.

Dated: 6-8-06

Alex R. Munson
District Court Judge

**RECEIVED**

JUN - 8 2006

Clerk
District Court
The Northern Mariana Islands