F I L E D
Clerk
District Court

JUN 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, | Case No. 05-0027 |
| Plaintiff, | |
| vs. | ORDER |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN, | |
| Defendants. | |

Defendants Commonwealth of the Northern Mariana Islands, Nicole Forelli, William C. Bush, D. Douglas Cotton, and Pamela Brown's Ex Parte Motion Extending Time up to and including July 10, 2006 to file a responsive pleading or dispositive motion in the above-entitled action is hereby GRANTED.

Dated: 6-12-06

ALEX R. MUNSON
U.S. District Court Judge

RECEIVED
JUN 12 2006
Clerk
District Court
The Northern Mariana Islands