FILED
Clerk
District Court

JUN 16 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: (670) 235-1725
Facsimile: (670) 235-1726

Attorneys for Defendant Justice Alexandro C. Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI), NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; D. DOUGLAS COTTON; former Assistant Attorney General of the CNMI, in his personal/individual capacity; L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI, in their personal/individual capacity; ALEXANDRO C. CASTRO, former Justice ProTem of the CNMI SUPERIOR COURT, in his personal/individual capacity; PAMELA S. BROWN, former Attorney General of the CNMI; in her personal/individual capacity; ROBERT A. BISOM; and JAY H. SORENSEN.<br><br>Defendants. | CIVIL ACTION NO. 05-0027<br><br>DECLARATION OF ATTORNEY G. PATRICK CIVILLE IN SUPPORT OF DFENDANT ALEXANDRO C. CASTRO'S RESPONSE TO PLAINTIFF'S NOTICE TO COURT TO CORRECT THE RECORD |

ORIGINAL

I, **G. PATRICK CIVILLE**, certify as follows:

1. I make this declaration based upon my personal knowledge of the facts stated herein.

2. I am an attorney licensed to practice law in the Commonwealth of the Northern Marianas Guam and am employed by the law firm of Civille & Tang. I am attorney representing Defendant Alexandro C. Castro in the above-captioned matter.

3. On April 14, 2006, Defendant Castro, through the undersigned counsel, filed by facsimile a motion requesting an extension of time to file an answer to Bradshaw's Second Amended Complaint. I filed an errata to the *Ex Parte* Motion on April 17, 2006.

4. In the Motion to Extend, Defendant Castro, acting through myself as his attorney of record, represented that I received Bradshaw's Amended Complaint in the mail in my law firm's CNMI office address on April 13, 2006, which was sent via overnight mail to my office address on Guam on April 13, 2006, and received by my Guam office on April 14, 2006.

5. My representations of the dates the Complaint was received were not misstatements.

6. On April 12, 2006, my Guam office received the faxed copy of an Order, filed on April 10, 2006 in the CNMI District court, from the Teker, Torres & Teker law firm. *See* Exhibit A, attached hereto. The Order grants an extension of time to file a responsive pleading to several of the defendants in this matter. *See id.* As indicated on the top portion of the Order, it appears that on April 10, 2006, the Court mistakenly faxed a copy of the Order to the Teker law firm, and not the Civille & Tang law firm. *See id.* As also indicated on the top portion of the Order, the Teker law firm faxed the order to my Guam law office on April 12, 2006. *See id.*

7. After reviewing the April 10, 2006 Order, I realized that a complaint must have been filed in this matter. As we had not received a complaint, I instructed my assistant, Ms. Mary Cruz, to contact Mr. Kerishnan Samy Naidu, an employee in my CNMI office, to determine whether a complaint was mailed to our CNMI office address, P.O. Box 10003, PMB 86, Saipan, MP 96950.

8. On April 13, 2006, Mr. Naidu responded to my assistant, stating that he checked

our CNMI post office box on that day, and in fact received a package containing a Second Amended Complaint. My assistant requested that he send the package to my Guam office by overnight mail.

9. On April 14, 2006, I received the package containing Plaintiff Bradshaw's Second Amended Complaint, delivered by DHL to my Guam Office address, 330 Hernan Cortes Ave., Ste. 200, Hagatna, Guam 96910. *See* Exhibit B, attached hereto.

10. The DHL label indicates that it was sent from the CNMI to my Guam office address on April 13, 2006. *See* Exhibit A, attached hereto.

11. A true and correct copy of the Court's faxed copy of an Order, filed April 10, 2006, is attached hereto as Exhibit A.

12. A true and correct copy of a DHL receipt label, dated April 13, 2006, is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 12th day of June, 2006.

/s/ G. PATRICK CIVILLE

# EXHIBIT A

6/14/22601   TEKER TORRES TEKER   TEKER TORRES TEKER P.C.   11:10:53 a.m.   04-26-2006   1/1
Apr-25-2006 14:00   From-US DISTRICT COURT, NMI   +16702362610   T-497   P.001/001   F-136
Case 1:05-cv-00027   Document 136   Filed 06/16/2006   Page 5 of 7

FILED
Clerk
District Court

APR 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,

  Plaintiff,

vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, and JAY H. SORENSEN,

  Defendant.

Case No. CV-05-0027

ORDER SETTING HEARING

A hearing is scheduled for May 25, 2006, at 9:00 a.m. for plaintiff Bradshaw's motions to enter a default judgment against defendants Sosebee, Clayton, Bisom, and Sorensen.

IT IS SO ORDERED.

DATED this 25th day of April, 2006.

              _____
              ALEX R. MUNSON
              Judge

# EXHIBIT B

Case 1:05-cv-00027    Document 136    Filed 06/16/2006    Page 7 of 7

