**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: (670) 235-1725
Facsimile: (670) 235-1726

Attorneys for Defendant Justice Alexandro C. Castro

F I L E D
Clerk
District Court

JUN 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI), NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; D. DOUGLAS COTTON; former Assistant Attorney General of the CNMI, in his personal/individual capacity; L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI, in their personal/individual capacity; ALEXANDRO C. CASTRO, former Justice ProTem of the CNMI SUPERIOR COURT, in his personal/individual capacity; PAMELA S. BROWN, former Attorney General of the CNMI; in her personal/individual capacity; ROBERT A. BISOM; and JAY H. SORENSEN.<br><br>Defendants. | CIVIL ACTION NO. 05-0027<br><br>DECLARATION OF KERISHNAN SAMY NAIDU IN SUPPORT OF DEFENDANT ALEXANDRO C. CASTRO'S RESPONSE TO PLAINTIFF'S NOTICE TO COURT TO CORRECT THE RECORD |

ORIGINAL

I, **KERISHNAN SAMY NAIDU**, certify as follows:

1. I make this declaration based upon my personal knowledge of the facts stated herein.

2. I am an employee for Civille & Tang, and handle administrative matters at the office located in Saipan, CNMI.

3. The mailing address for our CNMI Office is P.O. Box 10003, PMB 86, Saipan, MP 96950.

4. One of my responsibilities is to retrieve the mail which is delivered to the office's CNMI postal address.

5. This CNMI post office box number is a private postal service.

6. I was informed that when mail is delivered to the CNMI, it is received by the United States postal service, which forwards the mail to the private postal service.

7. As shown on the receipt for the package, it appears that the private post office employee signed for the package containing Plaintiff Bradshaw's Second Amended Complaint on April 6, 2006. *See* Exhibit A attached hereto.

8. The postal service did not notify me that they signed for the package containing Plaintiff Bradshaw's Second Amended Complaint and placed the package in our post office box.

9. On April 13, 2006, I opened an email (sent on April 12, 2006) from Mary Cruz, assistant to Attorney Patrick Civille, asking whether I received anything in the mail in the Bradshaw case.

10. On April 13, 2006, I checked the mail and received a package containing Plaintiff Bradshaw's Second Amended Complaint. At that time I did not notice that the Complaint had been received by the private postal service on April 6. I did not discover this until he requested a copy of the private postal service receipt several weeks later. After checking the mail on April 13, 2006, I informed Ms. Cruz that I received the package and she instructed me to send the package to Attorney Civille's Guam office by overnight mail.

11. On that day, April 13, 2006, I sent the package via DHL to Attorney Civille's Guam office address, 330 Hernan Cortez Ave, Ste. 200, Hagatna, Guam 96910.

-1-

-2-

1
2   12.   A true and correct copy of the a Certified Mail Receipt from the CCM Mail
3   Services, dated April 6, 2006, is attached hereto as Exhibit A.
4   I declare under penalty of perjury that the foregoing is true and correct.
5   Respectfully submitted this ____ day of June, 2006.

_____
KERISHNAN SAMY NAIDU

-2-

# EXHIBIT A

| CCC MAIL SERVICE | ARTICLE NO. |
|---|---|
| ADDRESSED TO G. Patrick Civille   BOX NO. 86 | |
| YOUR MAIL IS: ☒ LETTER  ☐ SMALL PACKET  ☐ PARCEL  *envelope* | |
| ☐ EXPRESS   ☐ INSURED | PRINT NAME |
| ☒ CERTIFIED   ☐ REGISTERED  7099 3220 0001 3872 1825 | SIGNATURE |
| REQUIRED PAYMENT: $_____ | DATE |
| ☐ BOX RENTAL DUE _____   ☐ OTHERS | 06 APR 2006 |