F I L E D
Clerk
District Court

JUN 16 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: (670) 235-1725
Facsimile: (670) 235-1726

Attorneys for Defendant Justice Alexandro C. Castro

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI), NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; D. DOUGLAS COTTON; former Assistant Attorney General of the CNMI, in his personal/individual capacity; L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI, in their personal/individual capacity; ALEXANDRO C. CASTRO, former Justice ProTem of the CNMI SUPERIOR COURT, in his personal/individual capacity; PAMELA S. BROWN, former Attorney General of the CNMI; in her personal/individual capacity; ROBERT A. BISOM; and JAY H. SORENSEN.<br><br>    Defendants. | CIVIL ACTION NO. 05-0027<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:    July 27, 2006<br>Time:   9:00 a.m.<br>Judge:  Honorable Alex R. Munson |

ORIGINAL

1  TO:    All Parties of Record

2      PLEASE TAKE NOTICE that on July 27, 2006, at the hour of 9:00 a.m., or as soon

3  thereafter as counsel may be heard, the Court will hear the Motion to Dismiss filed herein by

4  Defendant Justice Alexandro C. Castro.

                                      Respectfully submitted,

                                      **CIVILLE & TANG**

DATED: June 15, 2006                  By: _____
                                        G. PATRICK CIVILLE

-1-