FILED
Clerk
District Court

JUN 26 2006

For The Northern Mariana Islands
By____________________
(Deputy Clerk)

Jay H. Sorensen
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Fax: 86-21-5083-8542

Attorney Appearing in Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.,<br><br>Defendants. | Case No. CV 05-0027<br><br>**ANSWER TO SECOND AMENDED COMPLAINT;**<br><br>**DEMAND FOR JURY** |

Defendant, JAY H. SORENSEN, appearing for himself, responds to and answers the second amended complaint as follows:

1. The allegations of the following paragraphs are admitted: 1, 7, 15, 16, 18, 19, 20, 89, 91-94, 129, 144.

2. The allegations of the following paragraphs are denied: 21-39, 47-53, 63, 65, 74-76, 113, 114, 116, 130, 142, 143, 212-228, 284-300, 319-325, 329-336, 357-361, 376, 377, 380, 381, 384, 385.

3, This defendant has insufficient information as to the allegations of certain paragraphs, and based on the lack of sufficient information, denies them. Those paragraphs are: 3, 8-14, 17, 44, 56-58, 60, 61, 64, 66-73, 77-88, 99, 100, 115, 128, 131-137, 152-174, 175-196, 197-210, 233-260, 265-271, 276-279, 305-315, 340-344, 348, 354, 364-369, 388-396.

4. Certain of the paragraphs do not aver facts, but are legal contentions, rhetorical statements, musings, speculative conclusions or prayers for relief. To the extent that they may be considered allegations of fact, they are denied. Those paragraphs are: 2, 4, 5, 6, 40-46, 54, 55, 59, 62, 95-98, 101-112, 117-127, 139-141, 145-151, 229-231, 261-263, 272-274, 280-282, 301-303, 326, 327, 337, 338, 345, 346, 355, 362, 370, 372-374, 378, 386, 397.

5. In response to paragraph 90, defendant admits those allegations, except that the justification for entry of default was the Superior Court's determination that Bradshaw had been properly served by certified mail, had appeared in the case, and had waived any challenge to insufficient service of process, as articulated in the Order Denying Motion to Remove Case From Trial Docket filed February 22, 2000, and that Bradshaw had failed to file an answer.

5. Certain paragraphs merely incorporate preceding paragraphs by reference. Response to the incorporated paragraphs are as noted above. Those incorporating paragraphs are: 211, 232, 264, 275, 283, 304, 318, 328, 339, 347, 356, 363, 371, 375, 379, 382, 387.

AFFIRMATIVE DEFENSES

6. The second amended complaint fails to state a claim against this answering defendant.

7. The claims brought are barred by the applicable statute of limitations.

8. Plaintiff has waived any rights he may have had that provide the basis for this action.

9. To whatever extent anyone may have misrepresented the receipt by plaintiff of service of process, such misrepresentation was not the cause of the default judgment entered against him, and hence, did not result in any harm to plaintiff.

WHEREFORE, defendant prays that plaintiff take nothing by his second amended complaint, that defendant be awarded judgment against plaintiff, and that defendant recover costs of suit herein incurred, as well as such other relief as the court may deem proper.

Jay H. Sorensen
In Pro Se

DEMAND FOR JURY

Pursuant to Rule 38, Federal Rules of Civil Procedure, this answering defendant hereby requests that all issues brought against him be submitted for jury determination.

Jay H. Sorensen
In Pro Se

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on JUNE 26, 2006

a copy of each of the following: ANSWER TO SECOND AMENDED COMPLAINT; DEMAND FOR JURY

were deposited for delivery to the U.S. Post Office, first class mail, postage prepaid, addressed as set forth below (except as noted below):

Robert D. Bradshaw
P.O. Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808

* Office of the Attorney General – Civil Division
Commonwealth of the Northern Mariana Islands
2nd Floor, Hon. Juan A. Sablan Bldg
Caller Box 10007
Saipan, MP 96950

Civille & Tang
2nd Floor Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950

* Mark B. Hanson
First Floor, Macaranas Bldg.
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950

Jay H. Sorensen

* Served electronically by agreement of the parties