```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    JUN 28 2006

                                                For The Northern Mariana Islands
                                                By_____
                                                        (Deputy Clerk)
```

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D BRADSHAW<br><br>　　Plaintiff<br><br>　　v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br><br>　　Defendants | ) Case No. CV 05-0027<br>)<br>)<br>)<br>)<br>) DECLARATION OF ROBERT D.<br>) BRADSHAW IN SUPPORT OF<br>) PLAINTIFF'S OPPOSITION TO<br>) DEFENDANT'S<br>) MOTION TO DISMISS<br>)<br>) Hearing: Jul 27, 2006<br>) Time: 9:00 AM,<br>) Judge Alex R. Munson |

I, ROBERT D. BRADSHAW, hereby declare:

1. I am the plaintiff in above captioned case. I submit this declaration in support of Plaintiff's Opposition to Defendant Castro's Motion to Dismiss. I have personal knowledge of the set forth herein, and if called upon to testify, I would and could competently testify thereto.

2. Attached hereto are true and accurate copies of the following exhibits in support of

1

the Opposition to the Defendant's motion to dismiss.

       Exhibit A:  Appellant's Opening Brief, Bisom v. CNMI, et. al., Appeal No. 06-0006 GA (NMI, Supreme Court, filed May 24, 2006).

       Exhibit B:  Brief of the Appellee, Bisom v. CNMI, et. al., Appeal No. 06-0006GA (NMI, Supreme Court, reportedly filed on or about Jun 28, 2006).

       Exhibit C:  Termination letter from Robert D. Bradshaw, Temporary Public Auditor to Robert A. Bisom on Dec 28, 1993   This letter was an attachment to both Exhibit B, Brief of the Appellee and Exhibit D, the complaint of Robert A. Bisom.

       Exhibit D:  Original Complaint of Robert A. Bisom in case 96-1320, filed on Dec 5, 1996.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.  Dated this 28th day of June 2006 at Calder, Idaho.

                                                             _/s/ Robert D. Bradshaw_
                                                           Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of June 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

                              _/s/ Robert D. Bradshaw_
                              Robert D. Bradshaw, Plaintiff, Pro Se