```
                                            F I L E D
                                               Clerk
                                           District Court

                                            JUN 2 9 2006

                                     For The Northern Mariana Islands
                                     By_____
Robert D. Bradshaw                          (Deputy Clerk)
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691
```

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| ) | NOTICE OF HEARING ON |
| COMMONWEALTH OF THE NORTHERN ) | PLAINTIFF'S PETITION FOR |
| MARIANA ISLANDS (hereafter referred to ) | DECLARATORY JUDGMENT |
| as the CNMI); et. al. ) | |
| ) | Date: JUL 2 7 2006 |
| Defendants ) | |
| ) | Time: 9:00 AM |
| ) | |

TO: All Parties of Record

PLEASE TAKE NOTICE that on ___JUL 2 7 2006___, at the hour of ___9:00 AM___, or as soon thereafter as plaintiff may be heard, the Court will hear Plaintiff's Petition for a Declaratory Judgment.

Respectfully submitted,

DATED: June 28, 2006

*[signature]*
Robert D. Bradshaw, Plaintiff Pro Se

1