**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP  96950-8908
Telephone: (670) 235-1725
Facsimile: (670) 235-1726

Attorneys for Defendant Justice Alexandro C. Castro

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI), NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/individual capacity; WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/individual capacity; D. DOUGLAS COTTON; former Assistant Attorney General of the CNMI, in his personal/individual capacity; L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; Other UNKNOWN and UNNAMED person or persons in the CNMI, in their personal/individual capacity; ALEXANDRO C. CASTRO, former Justice ProTem of the CNMI SUPERIOR COURT, in his personal/individual capacity; PAMELA S. BROWN, former Attorney General of the CNMI; in her personal/individual capacity; ROBERT A. BISOM; and JAY H. SORENSEN.<br><br>Defendants. | CIVIL ACTION NO. 05-0027<br><br>**CERTIFICATE OF SERVICE**<br><br>**(Electronically Filed)** |

I HEREBY CERTIFY that on the 6th day of July, 2006, I caused to be served a copy of: (1) Defendant Castro's Reply to Plaintiff's Opposition to Motion to Dismiss and Incorporated Memorandum of Points and Authorities [L.R. 7.1(c)(3)]; and (2) Declaration of G. Patrick Civille in Support of Defendant Castro's Reply to Plaintiff's Opposition to Motion to Dismiss, upon the following counsel, who is a Filing User, through the *Notice of Electronic Filing*:

Mark Hansen, Esq.
PMB 732, P.O. Box 10000
Saipan, MP 96950
Telephone: (670)230-8600

and upon the following parties to this action via U.S. Mail:

Robert D. Bradshaw
P.O. Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Telephone: 208-245-1691

Kristin D. St Peter
Assistant Attorney General
CNMI Office of Attorney General
Civil Division-Capitol Hill
2nd Fl., Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 670-664-2341
Facsimile: 670-664-2349

Joy Sorensen (pro se)
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone: (86) 21 5083-8524
Facsimile: (86) 21 5083-8542

_____
G. Patrick Civille