1

**JAY H. SORENSEN**
2    c/o Shanghai
P.O. Box 9022
3    Warren, MI 48090-9022
Telephone:  86-21-5083-8542
4    Facsimile:  86-21-5083-8542

5    *Attorney Appearing in Pro Se*

F I L E D
Clerk
District Court

JUL 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

6              **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN MARIANA ISLANDS**

8

ROBERT D. BRADSHAW,                    )              Civil Action No. 05-0027
9                                       )
          Plaintiff,                    )
10                                      )    **REQUEST TO APPEAR**
     v.                                 )    **VIA TELEPHONE**
11                                      )
                                        )    Hearing date:  July 27, 2006
12                                      )    Time:          9:00 a.m.
COMMONWEALTH OF THE NORTHERN            )
13   MARIANA ISLANDS, et al.,           )
                                        )
14                                      )
                                        )
15                                      )
          Defendants.                   )
16                                      )
                                        )
17  ────────────────────────────────────)

18       Defendant, Jay H. Sorensen, requests that he be given leave to appear by telephone, pursuant

19   to Local Rule 16.2CJ(e)(1)(a) for all motions to be heard in this matter on July 27, 2006.  Good

20   cause exists, as set forth in the declaration below:

21

22                            DECLARATION

23   I, Jay H. Sorensen, do hereby declare as follows:

24       1. I am a defendant in this action and am appearing in pro se.

25

2. I presently reside in Shanghai, China. It is not convenient nor practical for me to attend the hearing for the motions now set on calendar in person. Appearing by telephone would save me a great deal of time and money.

3. I am not directly involved in the motions to be heard on July 27, 2006, and do not expect to participate other than to listen to the proceedings. However, because these motions and their outcome may have some impact on the case as a whole, I feel I need to hear them.

4. I can be reached at the time of hearing at home. My home telephone number is: County code 86, City code 21, 5083-8542. In the alternative, I can call into the court at the appointed time if instructed to do so.

I declare under penalty of perjury under to the laws of the United States of America that the forgoing is true and correct. Executed this 14th day of July, 2006 at Shanghai, China.

Jay H. Sorensen

1

CERTIFICATE OF SERVICE

2

3        The undersigned hereby certifies that on ___July 14, 2006___

4    a copy of the following:

5    REQUEST TO APPEAR VIA TELEPHONE

6    was deposited for delivery to the U.S. Post Office, first class mail, postage prepaid,

7    addressed as set forth below (except as noted):

8
                        Robert D. Bradshaw
9                       P.O. Box 473
                        1530 W. Trout Creek Road
10                      Calder, Idaho 83808

11                  *  Office of the Attorney General – Civil Division
                       Commonwealth of the Northern Mariana Islands
12                     2nd Floor, Hon. Juan A. Sablan Bldg
                       Caller Box 10007
13                     Saipan, MP 96950

14                     Civille & Tang
                       2nd Floor Cabrera Center
15                     PMB 86, P.O. Box 10003
                       Saipan, MP 96950

16
                     * Mark B. Hanson
17                     First Floor, Macarans Bldg.
                       Beach Road, Garapan
18                     PMB 738, P.O. Box 10000
                       Saipan, MP 96950

19

20

21                              Jay H. Sorensen

22

23    * Served electronically by agreement of the parties

24

25