```
                                              F I L E D
                                                 Clerk
                                             District Court

                                              JUL 1 7 2006

                                         For The Northern Mariana Islands
                                         By_____
                                                 (Deputy Clerk)
```

JAY H. SORENSEN
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Facsimile: 86-21-5083-8542

*Attorney Appearing in Pro Se*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,          ) | Civil Action No. 05-0027 |
| )  | |
| Plaintiff,          ) | **ORDER GRANTING REQUEST** |
| )  | **TO APPEAR VIA TELEPHONE** |
| v.          ) | |
| )  | |
| )  | |
| COMMONWEALTH OF THE NORTHERN          ) | |
| MARIANA ISLANDS, et al.,          ) | |
| )  | |
| )  | |
| )  | |
| Defendants.          ) | |
| )  | |

Good cause appearing, the request of defendant, Jay H. Sorensen, to appear via telephone for all motions and matters before the court in this case on July 27, 2006 at 9:00 a.m. is granted.

Dated: July 17, 2006

*Alex R. Munson* (signature)

Alex R. Munson
District Court Judge