```
KRISTIN D. ST. PETER T-00039
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

Attorney for: Defendant Clayton
```

```
F I L E D
     Clerk
District Court

JUL 2 5 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>**DEFENDANT CLAYTON'S NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12 (b) (6)]<br><br>HEARING: AUG 1 0 2006<br>TIME: 9:00 a.m.<br><br>JUDGE: HON. ALEX R. MUNSON |

**NOTICE**

PLEASE TAKE NOTICE THAT on AUG 1 0 2006, 2006, at 9:00 a.m./p.m., or as soon thereafter as the matter may be heard, in the above-entitled Court, the Office of the Attorney

General of the Commonwealth of the Northern Mariana Islands, on behalf of Andrew Clayton, will and hereby does move this Court, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure to dismiss this action for failure to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion, Motion and incorporated Memorandum of Points and Authorities, all pleadings and papers on file herein, all matters of which judicial notice may be taken, and upon such further argument and evidence as may be considered by the Court at or before the hearing on this matter.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: July ___, 2006.    By _____
Kristin D. St. Peter