# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | **CIVIL ACTION NO. 05-0027** |
| ) | |
| Plaintiff, ) | |
| vs. ) | **NOTICE RESCHEDULING HEARING** |
| ) | **ON DEFENDANT CLAYTON'S MOTION** |
| ) | **TO DISMISS SECOND AMENDED** |
| COMMONWEALTH OF THE ) | **COMPLAINT** |
| NORTHERN MARIANA ISLANDS, et al., ) | |
| ) | |
| Defendants. ) | |

PLEASE take notice that the hearing on Defendant Clayton's Motion to Dismiss Second Amended Complaint presently set for August 10, 2006 is now rescheduled to August 24, 2006 at 9:00 a.m.

DATED this 26th day of July, 2006.

GALO L. PEREZ
CLERK OF COURT


By:  /s/ Tina P. Matsunaga
Deputy Clerk

AO 72
(Rev. 08/82)