# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-05-0027                                                                July 27, 2006
                                                                          9:15 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Kristin St. Peter, Attorney for Defendant
           Patrick Civille, Attorney for Defendant
           Jay Sorensen, Pro Se (via telephone)
           Robert Bradshaw, Pro Se (via telephone)


PROCEEDINGS:   MOTION TO DISMISS/MOTION FOR DECLARATORY
               JUDGMENT


Plaintiff Robert Bradshaw appeared by phone, pro se. Defendants were represented by Attorneys Patrick Civille and Kristin St. Peter. Appearing by phone was Attorney Jay Sorensen, Pro Se.

Robert Bradshaw made his arguments to the Court. Attorney Civille rested on the pleadings. Attorney Kristen St. Peter moved to join in Castro's opposition brief. No opposition by Mr. Bradshaw. Court so ordered.

Court, after hearing all testimony and argument, GRANTED the motion to dismiss and DENIED the motion for Declaratory Judgment. Court further stated that a written order would be forthcoming.

Attorney Sorensen moved the Court to have a standing order to appear by phone. Court so ordered.

Robert Bradshaw was also granted a standing order to appear by phone.

                                        Adjourned 9:25 a.m.


                                        /s/ K. Lynn Lemieux, Courtroom Deputy