# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-05-0027                                                                August 10, 2006
                                                                          9:15 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            Ellia Ciammaichella, Law Clerk
            K. Lynn Lemieux, Courtroom Deputy
            Kristin St. Peter, Attorney for Defendant
            Jay Sorensen, Pro Se (via telephone)
            Robert Bradshaw, Pro Se (via telephone)

PROCEEDINGS:    MOTION TO DISMISS 2nd AMENDED COMPLAINT

    Plaintiff Robert Bradshaw appeared by phone, pro se. Defendants were represented by Attorney Kristin St. Peter. Appearing by phone was Attorney Jay Sorensen, Pro Se.

    Attorney Kristin St. Peter argued. Robert Bradshaw argued on his own behalf. Attorney Sorensen argued on his own behalf.

    Court, after hearing all testimony and argument, took the matter under advisement and stated that a written order would be forthcoming.

                                        Adjourned 9:35 a.m.

                                        /s/ K. Lynn Lemieux, Courtroom Deputy