1  MARK B. HANSON, ESQ.
   Second Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:    (670) 233-8600
4  Facsimile:    (670) 233-5262

5  Attorney for *Defendant Robert A. Bisom*

6                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN MARIANA ISLANDS
7

8  ROBERT D. BRADSHAW,                          )    CASE NO. CV 05-00027
                                                )
9                      Plaintiff,               )
              vs.                               )
                                                )
10 COMMONWEALTH OF THE NORTHERN                 )    DECLARATION OF COUNSEL
   MARIANA ISLANDS, NICOLE C. FORELLI,          )
11 WILLIAM C. BUSH, D. DOUGLAS COTTON,          )
   L. DAVID SOSEBEE, ANDREW CLAYTON,            )
12 UNKNOWN AND UNNAMED PERSONS IN               )
   THE CNMI OFFICE OF THE ATTORNEY              )
13 GENERAL, ALEXANDRO C. CASTRO, JOHN           )
   A. MANGLONA, TIMOTHY H. BELLAS,              )
14 PAMELA BROWN, ROBERT BISOM and JAY           )
   H. SORENSEN,                                 )
15                                              )    Date:  Thursday, September 7, 2006
                                                )    Time:  8:30 a.m.
16                     Defendants.              )    Judge:  Hon. Alex R. Munson
                                                )
17
          I, Mark B. Hanson, do hereby declare as follows:
18
          1.  I am competent to testify, and if called to testify, I would do so in accord herewith.
19
          2.  I am the attorney appearing specially for Robert A. Bisom in the above-captioned
20
   case to challenge plaintiff Robert Bradshaw's service of process.
21
          3.  After the Court's ruling on June 8, 2006, I monitored the CNMI daily newspapers
22
   for any notices directed to Robert A. Bisom.
23
          4.  Thereafter, on June 29, 2006, July 6, 2006, July 13, 2006 and July 20, 2006, a "Legal
24
   Notice Summons For Publication" containing the caption of the above-reference case, was
25
   published in the *Saipan Tribune* directed to Robert Bisom.
26
          5.  The last such publication appeared in the July 20, 2006 edition of the *Saipan
27
   Tribune.*
28

6. Though Robert Bradshaw has known for several months that am appearing specially for Robert Bradshaw in these proceedings contesting service of process, Mr. Bradshaw has never contacted me to ascertain the whereabouts and/or physical address and/or mailing address of Mr. Bisom.

7. Jay Sorensen is Mr. Bisom's long-time attorney in related state court proceedings and a defendant in this case.

8. I am informed that Mr. Bradshaw has never requested that Jay Sorensen provide Mr. Bradshaw with information on Mr. Bisom's whereabouts and/or with Mr. Bisom's physical address and/or mailing address in Japan.

9. I am informed that Mr. Bradshaw has never contacted Mr. Bisom in any manner to attempt to ascertain Mr. Bisom's physical address and/or mailing address in Japan.

I swear under the penalty of perjury that the foregoing is true and correct and this declaration was executed this 10th day of August, 2006 in Saipan, Commonwealth of the Northern Mariana Islands.

/s/ Mark B. Hanson

MARK B. HANSON