# TABLE OF CONTENTS

| | Page |
|---|---|
| MOTION | 1 |
| PARTIES | 1 |
| FACTS | 1 |
| PROCEDURAL BACKGROUND | 4 |
| STANDARD OF REVIEW | 4 |
| ARGUMENT | 5 |
| I. As a result of Judge Lizama's December 29, 2005 order vacating the default judgment against Bradshaw, this matter is moot | 5 |
| II. Defendant Sosebee is entitled to immunity | 6 |
|     a. *Absolute Judicial Immunity* | 6 |
|     b. *Qualified Immunity* | 7 |
| III. Plaintiff's tort, RICO and U.S. Constitutional based claims are time-barred | 7 |
| IV. The *Younger* doctrine requires this Court to abstain because the *Bisom* case is still pending before the CNMI Superior Court | 9 |
| V. The Rooker-Feldman doctrine urges the dismissal of this matter | 10 |
| VI. Service upon Mr. Sosebee by publication was improper | 11 |
| VII. Each and every count of Plaintiff's complaint should be dismissed for either failure to state a cognizable legal theory, failure to plead essential facts, or both | 11 |
|     COUNT I | 11 |
|     COUNT II | 12 |
|     COUNT III | 16 |
|     COUNT IV | 16 |

ORIGINAL

    **COUNT V**………………………………………………………… 16

    **COUNT VI** ……………………………………………………….. 16

    **COUNT VII**.……………………………………………………… 16

    **COUNT VIII**.…………………………………………………….. 17

    **COUNT IX**………………………………………………………. 18

    **COUNT X**……………………………………………………….. 19

    **COUNT XI**……………………………………………………….. 20

    **COUNT XII**……………………………………………………… 20

    **COUNT XIII**……………………………………………………… 22

    **COUNT XIV AND XV**…………………………………………… 22

    **COUNT XVI AND XVII**………………………………………….. 23

CONCLUSION…………………………………………………………. 23

# TABLE OF AUTHORITIES

*CASES*                                                                                                           *PAGE*

*Azul-Pacifico, Inc. v. City of Los Angeles*, 973 F.2d 704 (9th Cir. 1992)................... 14,18
*Barron v. The Mayor and City Council of Baltimore*, 8 L.Ed. 672 (1833)................. 13
*Bartel v. F.A.A.*, 617 F.Supp. 190 (D.D.C.1985).............................................. 15
*Bisom v. Commonwealth*, Civil No. 96-1320 (N. M. I. Super. Ct. 2000)................. 2-23
*Bisom v. Commonwealth*, 2002 MP 19 (N. M. I. Sup. Ct. 2002)........................... 2-23
*Bradshaw v. Commonwealth of the Northern Mariana Islands, et al.*,
Case No. CV 05-84-N-EJL (D. Idaho. 2005)................................................. 5
*Brown v. Philip Morris*, 250 F.3d 789 (C.A. Pa. 2001)........................................ 20
*Buchanan v. Buchanan*, 1994 WL 680992 (9th Cir. Wash. 1994)......................... 22
*Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336 (9th Cir.1996)................................... 5
*Canton Beach NAACP v. Runnels*, 617 F.Supp. 607 (S.D.Miss.1985)...................... 15
*Charles v. Brown*, 495 F.Supp. 862 (N.D.Ala.1980)........................................... 15
*Chaset v. Fleer/Skybox Intern.*, LP 300 F.3d 1083 (9th Cir.2002).......................... 17
*Conley v. Gibson*, 355 U.S. 41 (1957)........................................................... 5
*Daniels v. Williams*, 474 U.S. 327, 106 S.Ct. 662,
 88 L.Ed.2d 662 (1986)............................................................................ 14
*Davidson v. O'Lone*, 752 F.2d 817 (3rd Cir. 1984)............................................ 20
*Delaware v. Van Arsdall*, 475 U.S. 673, 705 (1986)......................................... 13
*DeNieva v. Reyes*, 966 F.2d 480 (9th Cir.1992)............................................... 9
*Dillman v. Peterson*, 1993 WL 226104 (N.D. Cal. June 21, 1993)........................ 6
*Dilutaoch v. C& S Concrete Block Products*, 1 N.M.I. 478 (1991)........................ 13
*DC Court of Appeals v. Feldman*, 460 U.S. 462 (1983)..................................... 11
*Federal Express Corp. v. Tennessee Pub. Serv. Comm'n*, 925 F.2d 962
(6th Cir.1991)....................................................................................... 10
*Fleming v. Department of Public Safety*, 837 F.2d 401 (9th Cir.1988).................... 9
*Flood v. Harrington*, 532 F.2d 1248 (9th Cir. 1976)......................................... 6
*Forsyth v. Humana, Inc.*, 114 F.3d 1467 (9th Cir.1997)..................................... 18
*Fry v. Melaragno*, 939 F.2d 832 (9th Cir.1991)............................................... 6
*Goodman v. Lukens Steel Co.*, 482 U.S. 656 (1987)......................................... 8
*Grizzard v. Kiyoshige Terada*, 2003 WL 22997238 (D.N.Mar.I. 2003)................... 7
*Harlow v. Fitzgerald*, 457 U.S. 800, 102 S.Ct. 2727, 73 L.Ed.2d 396 (1982)............ 7
*Hoffman Plastics Compound, Inc v. N.L.R.B.*, 122 S.Ct. 1275,
1277,152 L.Ed.2d 271(2002)..................................................................... 19
*In re DiGiorgio* 134 F.3d 971 (9th Cir. 1998).................................................. 5
*Jones v. R.R. Donnelley & Son Co.*, 541 U.S. 369, 382 (2004)............................. 8,9
*King v. Atiyeh*, 814 F.2d 565 (9th Cir. 1987)................................................... 4
*Kopit v. White*, 131 Fed. Apprx. 107 (D.Nev 2005).......................................... 12,20
*LeClerc v. Webb*, 419 F.3d 405, 426 (5th Cir. 2005)........................................ 21
*Leer v. Murphy*, 844 F.2d 628 (9thCir.1988).................................................. 14,19
*Massachusetts v. Upton*, 466 U.S. 727 (1984)................................................ 15
*McCalden v. California Library Ass'n*, 955 F.2d 1214 (9th Cir.1990)..................... 22

| | |
|---|---|
| *McDonald v. Santa Fe Trail Transport. Co*, 427 U.S. 273 (1976).......................... | 21 |
| *Mustafa v. Clark County School Dist.*,157 F.3d 1169 (9th Cir. 1998)...................... | 22 |
| *Navarro v. Block*, 250 F.3d 729 (9th Cir.2001)................................................ | 5 |
| *Parker v. Commonwealth of Ky., Bd. of Dentistry*, 818 F.2d 504 (6th Cir.1987)...... | 9 |
| *Passautino v. Johnson*, 212 F.3d 493 (9th Cir. 2000).......................................... | 6 |
| *Pennzoil Co. v. Texaco, Inc.*, 481 U.S. 1, 107 S.Ct. 1519, 95 L.Ed.2d 1 (1987)......... | 10 |
| *Roberts v. Corrothers*, 812 F.2d 1173 (9th Cir.1987)......................................... | 5 |
| *Robertson v. Dean Witter Reynolds, Inc.*, 749 F.2d 530 (9th Cir.1984).................. | 6-23 |
| *Roland v. Phillips*, 19 F.3d 552 (11th Cir.1994)............................................... | 6-23 |
| *Sagana v. Tenorio*, 384 F.3d 731 (9th Cir. 2004).............................................. | 21 |
| *Seed v. Hudson*, 1994 WL 229096 (D.N. Mar. I 1994)....................................... | 14, 21 |
| *Senido v. Attorney General*, CV –03-0037 (D. N. Mar. I 2003)............................ | 11 |
| *Siegert v. Gilley*, 500 U.S. 226, 111 S.Ct. 1789, 114 L.Ed.2d 277 (1991)................ | 7 |
| *Sirilan v. Castro*, 1 CR 1082 (D.N.M.I. App. Div. 1984)..................................... | 13 |
| *The Slaughter-House Cases*, 83 U.S. (16 Wall.) 36, 21 L.Ed. 394 (1872)................ | 20 |
| *Strandberg v. City of Helena*, 791 F.2d 774 (D. Mont. 986)................................ | 15 |
| *Taman v. Marianas Public Land Corp.*, 4 N.M.I. 287 (1994)............................... | 8 |
| *Telepo v. Boylan Funeral Home*, 2005 WL 783059 (E.D.Pa.)............................... | 12,19 |
| *Tran v. Com. of Northern Mariana Islands*, 780 F. Supp. 709 (D.N. Mar. I .1991)..... | 19 |
| *Venetian Casino Resort L.L.C. v. Cortez*, 96 F.Supp.2d 1102 (D.Nev.2000)............. | 5 |
| *Warmbrodt v. Blanchard*, 100 Nev. 703, 692 P.2d 1282 (1984).......................... | 12,20 |
| *White v. Pacific Media Group, Inc.* 322 F.Supp 1101 (D.Haw 2004)..................... | 21 |
| *Wilson v. Garcia*, 471 U.S. 261 (1985)......................................................... | 18 |
| *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971)................... | 10 |
| *Zhang Gui Juan v. Commonwealth*, Civ. No. 99-0163 (N.M.I. Super. Ct.1999)......... | 9 |

*UNITED STATES CONSTITUTIONAL PROVISIONS*

| | |
|---|---|
| Fifth Amendment................................................................................. | 5-23 |
| Ninth Amendment................................................................................ | 5-23 |
| Fourteenth Amendment.......................................................................... | 5-23 |

*STATUTES*

| | |
|---|---|
| 18 U.S.C. § 1961-5 (2000)...................................................................... | 17 |
| 42 U.S.C. § 1981 (1991)........................................................................ | 8-23 |
| 42 U.S.C. § 1982 (1991)........................................................................ | 8-23 |
| U.S.C. § 1983 (2000)............................................................................ | 8-23 |
| 42 U.S.C. § 1985 (2000)........................................................................ | 20 |
| 42 U.S.C. § 1986 (2000)........................................................................ | 19,20 |
| 48 U.S.C. § 1801 (1976)........................................................................ | 2-19 |
| 7 C.M.C. § 2204 (b) (2000).................................................................... | 18 |
| 7 C.M.C. § 2301 *et seq.* (2000)............................................................... | 20 |
| 7 C.M.C. §2304 *et seq* (2000)................................................................ | 3-23 |
| 7 CMC § 2503(d) (2000)....................................................................... | 8 |

*RULES*
Federal Rule of Civil Procedure 12 (b) (6)……………………………………………    1

*OTHER*
*Restatement (Second) of Torts § 586 (1977)*…………………………………………    23
*Restatement (Second) of Tort § 895 D (1979)*………………………………………..    17
*Civil Rights Act of 1870*……………………………………………………………    20
*Civil Rights Act of 1871*……………………………………………………………    20
*Immigration Control and Reform Act*……………………………………………..    19