ORIGINAL

F I L E D
Clerk
District Court

AUG 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  KRISTIN D. ST. PETER T-00039
   Assistant Attorney General
2  Commonwealth of the Northern Mariana Islands
   Office of the Attorney General-Civil Division
3  2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
   Caller Box 10007
4  Saipan, MP 96950

5  Attorney for: **Defendant Sosebee**

6              IN THE UNITED STATES DISTRICT COURT
               DISTRICT OF THE NORTHERN MARIANA ISLANDS
7

8  ROBERT D. BRADSHAW,                    Case No. 05-0027

9                 Plaintiff,

10        vs.

11 COMMONWEALTH OF THE NORTHERN            DEFENDANT SOSEBEE'S
   MARIANA ISLANDS, NICOLE C. FORELLI,     NOTICE OF MOTION
12 WILLIAM C. BUSH, D. DOUGLAS COTTON,     TO DISMISS SECOND AMENDED
   L. DAVID SOSEBEE, ANDREW CLAYTON,       COMPLAINT
13 UNKNOWN AND UNNAMED PERSONS IN
   THE CNMI OFFICE OF THE ATTORNEY         [Fed. R. Civ. P. 12 (b) (6)]
14 GENERAL, ALEXANDRO C. CASTRO, JOHN                SEP 2 8 2006
   A. MANGLONA, TIMOTHY H. BELLAS,         HEARING: _____
15 PAMELA BROWN, ROBERT BISOM, AND         TIME:    9:00 a.m.
   JAY H. SORENSEN,
16                                         JUDGE:   HON. ALEX R. MUNSON
                  Defendants.
17

18

19
                              NOTICE
20                          SEP 2 8 2006
        PLEASE TAKE NOTICE THAT on _____, 2006, at ___9__:00 a.m./p.m., or
21
   as soon thereafter as the matter may be heard, in the above-entitled Court, the Office of the Attorney

General of the Commonwealth of the Northern Mariana Islands, on behalf of L. David Sosebee, will and hereby does move this Court, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure to dismiss this action for failure to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion, Motion and incorporated Memorandum of Points and Authorities, all pleadings and papers on file herein, all matters of which judicial notice may be taken, and upon such further argument and evidence as may be considered by the Court at or before the hearing on this matter.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: August 18, 2006.   By _____
Kristin D. St. Peter