AO 440   (Rev. 08/01) Summons in a Civil Action

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court
AUG 1 8 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
           Plaintiff
    V.

Robert A. Bisom
et. al.
(See Attached Listing)
           Defendants

**AMENDED**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 05-0027

**SECOND**
**AMENDED COMPLAINT**

TO: (Name and address of Defendant)

    Robert A. Bisom
    Japan

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

    Robert D. Bradshaw
    Plaintiff, Pro Se
    PO Box 473
    1530 W. Trout Creek Road
    Calder, ID 83808,   Phone 208-245-1691

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 2 0 2006

Galo L. Perez
CLERK
_Signature_
(By) DEPUTY CLERK

DATE

## LISTING OF DEFENDANTS CASE 05-0027

COMMONWEALTH OF THE NORTHERN      )
MARIANA ISLANDS (hereafter referred to   )
as the CNMI); NICOLE C. FORELLI, former   )
Acting Attorney General of the CNMI, in her   )
personal/individual capacity; WILLIAM C.   )
BUSH, former Assistant Attorney General of   )
the CNMI, in his personal/individual capacity;   )
D. DOUGLAS COTTON, former   )
Assistant Attorney General of the CNMI   )
in his personal/individual capacity; L.   )
DAVID SOSEBEE, former Assistant Attorney   )
General of the CNMI, in his personal/individual)
capacity; ANDREW CLAYTON, former   )
Assistant Attorney General of the CNMI, in his )
personal/individual capacity; Other   )
UNKNOWN and UNNAMED person or   )
persons in the CNMI, in their   )
personal/individual capacity;   )
ALEXANDRO C. CASTRO, former   )
Judge ProTem of the CNMI SUPERIOR   )
COURT, in his personal/individual capacity;   )
PAMELA S. BROWN, former   )
Attorney General of the CNMI; in her   )
personal/individual capacity;   )
ROBERT A. BISOM; and JAY H. SORENSEN. )
        Defendants   )

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 20, 2006 |
| NAME OF SERVER (PRINT) Robert P. Bradshaw | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PER COURT ORDER OF JUN 12, 2006 SERVICE WAS MADE BY PUBLICATION ON JUN 29, JUL 6, 13, 20 2006 IN THE SAIPAN TRIBUNE, COPIES ATTACHED EXHIBITS 1 TO 4.

**STATEMENT OF SERVICE FEES**

| TRAVEL None | SERVICES $152.00 | TOTAL $152.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 20, 2006
Date

Signature of Server: Robert Bradshaw

Address of Server: Box 473, Calder, ID 83808

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**1 TOUR COUNSELOR (TH 3242)** Salary:$3.05-$6.00/hour. Preferably knows how to speak & read Japanese Language. Benefits: housing free except for utility; workers compensation; medical bill is company provided.

**1 ACCOUNTANT (TH 3243)** Salary:$3.05-$6.00/hour. Benefits: housing free except for utility; workers compensation; medical bill is company provided. Contact: Big Boy Marine Sports, Inc. dba Big Boy z II Marine Sports @234-3358.

**1 MAINTENANCE BLDG. REP. (TH 3244)** Salary:$3.05/hour. Benefits: medical benefits; workers comp.

**1 AUTO MECHANIC (TH 3245)** Salary:$3.05/hour. Benefits: medical benefits; workers comp.

**4 SECURITY GUARD (TH 3246)** Salary:$3.05/hour. Benefits: medical benefits; workers comp. Contact: Nenita V. Marquez dba NVM @235-7564.

**1 (ASST.) MANAGER (TH 3247)** Salary:$1,800.00/monthly. Benefits: medical benefits; workers comp. Contact: Glennard E. Boyer @322-4592.

**4 MASON (TH 3248)** Salary:$3.05/hour. Benefits: medical benefits; workers comp. Contact: Hongye Trading Company dba Hongye Hardware @235-8748.

**1 PLUMBER (TH 3249)** Salary:$3.05/hour. Benefits: housing self-arranged; food employee provided; medical; workers comp. employer provided. Contact: Glicerio D. Arago dba NCI Contractor @287-0847/233-2652.

**1 NETWORK (CONTROL OPERATOR SUPPORT SPECIALIST) (TH 3250)** Salary:$3.05-$7.40/hour. Benefits: medical as provided by law; workers comp. Contact: L&T International Corp. @322-9006/5451/5453.

**1 ADMIN ASST (EMP RELATIONS) (TH 3251)** Salary:$3.05-$6.00/hour. Benefits: medical as provided by law; workers comp. Contact: Concorde Garment Mfg. Corp. @322-5451.

**3 NURSERY WORKERS (TH 3252)** Salary:$3.05-$3.35/hour. Benefits: housing free; food self-provided; workers comp.; medical. Contact: Tropical Gardens Inc. dba Saipan Zoo @322-5711.

**2 FARMER (TH 3253)** Salary:$300.00/monthly. Benefits: housing free; food free; workers comp.; medical. Contact: M/M Frank LG. & Ursula Lifoifoi Aldan @322-9245.

**1 AUDIT (MANAGER) (TH 3254)** Salary:$3,800.00-$5,000.00/monthly. Benefits: housing self-arranged; food self-provided; health ins.; workers comp; bonus (depends on profitability of the company); transportation self-provided; paid vacation & sick leave. Contact: Ernst & Young (CNMI), Inc. dba Ernst & Young @234-8300.

**1 SALES REPRESENTATIVE (TH 3255)** Salary:$3.05/hour. Benefits: housing self-arranged; food not provided; transportation not provided; workers comp. & medical provided by employer as a law. Contact: Benedict Furagganan dba Smart Move @235-6683.

**1 MASSEUR/MASSEUSE (TH 3256)** Salary:$3.05/hour. Benefits: housing company provided; food self-provided; medical; workers comp. provided. Contact: Three Nine Corporation @233-0530.

**1 ADMINISTRATIVE ASST. (TH 3257)** Salary:$3.05/hour. Benefits: housing self-arranged; food self-provided; medical expenses provided; workers comp. provided. Contact: AA Enterprises, Inc. @322-4447.

**1 COOK (TH 3258)** Salary:$3.05/hour. Benefits: housing free; food self-provided; medical; workers comp. are provided by employer. Contact: Leonardo Reyles dba L & K Enterprises. @288-8889.

---

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
    Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
    Defendants

TO: ANDREW CLAYTON:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands

---

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
    Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ROBERT A. BISOM, et. al.
    Defendants

TO: ROBERT A. BISOM:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands

---



**Triple J Saipan, Inc.** *is looking for new team members!* *We are an equal opportunity employer*

**For U.S. Citizens, Locals and I.R.'s only**

**MERCHANDISER:**
- Must be willing to work flexible hours.
- Must be willing to work weekends and holidays.
- Must have at least 1 year of merchandising experience.
- Must be able to multi-task.
- Must have knowledge and experience in Microsoft Excel and Word.

**Please apply in person** at the Triple J Corporate Office located next to X.O. Market in Chalan Laulau.

Competitive compensation commensurate with experience including salary, 401K, vacation & holiday pay, medical & dental plan. Current driver's license & court or police clearance required upon submitting application. Pre-employment drug test and police clearance required upon selection.

---

**PROCUREMENT AND SUPPLY**
**CNMI GOVERNMENT**

**REQUEST FOR PROPOSALS**

RFP06-OPA-091    SUBMISSION: 07/21/06    TIME: 4:00 P.M.

**"SINGLE AUDIT OF THE ENTIRE CNMI GOVERNMENT FOR FY 2006 AND 2007"**

COPIES OF THE SCOPE OF WORK MAY BE OBTAINED AT THE OFFICE OF THE DIRECTOR OF PROCUREMENT AND SUPPLY, LOWERBASE, SAIPAN, DURING REGULAR WORKING HOURS OR BY FAX REQUEST TO (670) 664-1515.

INQUIRIES MAY BE DIRECTED TO MR. DAVID BLAKE, ANALYST MANAGER AT THE OFFICE OF THE PUBLIC AUDITOR AT (670) 322-6937.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS AND MUST BE SUBMITTED WITH THE PROPOSAL IF PREFERENCE IS CLAIMED.

/s/ MICHAEL S. SABLAN, CPA    /s/ HERMAN S. SABLAN
    PUBLIC AUDITOR            DIRECTOR, P&S

---



**BANK OF SAIPAN**
*Marianas Pride*

**JOB VACANCY ANNOUNCEMENT**

| | | |
|---|---|---|
| JOB TITLE | : | PART TIME TELLER |
| JVA # | : | OPS001-2006 |
| CLOSING DATE | : | July 11, 2006 |

**DESCRIPTIONS**
Performs a variety of duties in handling deposits, pays out money, and keeps records of money and negotiable instruments involved in financial transactions.

**REQUIREMENT**
- 2 years cash handling experience preferred
- Ability to work required schedule, days/hours
- Strong listening and verbal communication skills
- Ability to work well in a team environment to service customers

Pick up and submit application at : Bank of Saipan,
                                      Chalan Kanoa Branch
Attention                              : Gina T. Hazen,
                                      Administrative
                                      Operations Manager

*** No phone calls please ***

*"We are an equal opportunity employer"*

---

**PUBLIC NOTICE**
**Job Opportunities**

Poong In (Saipan) Incorporation is a registered garment license at Saipan, CNMI and we are presently advertising for the following job opportunities as indicated below. If, you are interested in applying for any of the jobs mentioned below, please contact Ms. Song Hua Jin-Office representative at telephone num. 235-3230 or personally visit our business location at POONG IN (SAIPAN) INC. AFETNAS, SAN ANTONIO, across from Neo Fashion main road. Our office operation is from, Monday-Friday, 8:00am-5:00pm.

**Job Classifications**

**100-Sewing Machine Operators**
**17- Pressers**
**12- Cutters**
**1- Trimmers**
**2- Quality Control Checker**

Thank you from the management.

BYUNG BOK LEE
GENERAL MANAGER

---



**COMMONWEALTH DEVELOPMENT AUTHORITY**
P.O. Box 502148, Saipan MP 96950
Tel: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: administration@cda.gov.mp • website: www.cda.gov.mp

**PUBLIC NOTICE**
June 28, 2006

Pursuant to Public Law 8-41, the Board of Directors of the Commonwealth Development Authority (CDA) thru its Chairman, hereby calls a regular meeting on Friday, June 30, 2006 at 9:00 a.m. The meeting will be held at the CDA Conference Room, Second Floor, Wakin's Building, Chalan Pale Arnold Road, Saipan. The agenda for this meeting is as follows:

**AGENDA:**

I.   PRELIMINARY MATTERS
    1. Roll Call
II.  ADOPTION OF AGENDA
III. ADOPTION OF MINUTES
    1. December 16, 2005      5. March 3, 2006
    2. January 17, 2006         6. March 7, 2006
    3. February 17, 2006        7. May 12, 2006
    4. March 1, 2006            8. June 2, 2006
IV. PUBLIC COMMENTS
V.  REPORTS
    1. Financial Report-CDA
    2. Chairman's/Executive Director's Report
    3. Development Corporation Division's Report
        a. Loan Request
    4. Administrative Matters/Personnel & Budget Committee Report
    5. QC Program/Economic Development Activities Committee Report
    6. DBD/Public Finance Committee Report
VI.  NEW BUSINESS
VII. OTHER MATTERS
VIII. ADJOURNMENT

All interested persons are welcome to attend and to submit written or oral testimony on the above agenda items. (Note: Pursuant to Public Law 8-41, Section 13(a)(7) and Section 13(c), the Board may vote to meet in executive session.)

/s/ VINCENT M. CALVO
Chairman, CDA Board of Directors



### Saipan Tribune
announces job vacancy announcement tie-up with KZMI/KCNM

**ADVERTISING RATES**
- **BOX/DISPLAY ADS:**
  1/32 page $10.00/issue • 1/16 page $20.00/issue • 1/8 page $38.00/issue. Other sizes available depending on requirements. Please contact Advertising Sales for details.
- **JOB VACANCY ANNOUNCEMENT:**
  **PRINT (Saipan Tribune)**
  - $8.00 for the first position and $5.00 for the second position and $3.00 for the succeeding positions. These rates apply to all vacancy announcements under the same company name.
  - $10.00 for the first position, $8.00 for the second position and $5.00 for the succeeding positions. These rates apply to all vacancy announcements that include corresponding benefits and which announcements are all under the same company name.
  **RADIO (KCNM/KZMI)**
  - $5.00 for the first position and $1.00 for succeeding positions. These rates apply to all vacancy announcements under the same company name.
  - $10.00 for the first position and $5.00 for the succeeding positions. These rates apply to all vacancy announcements that include corresponding benefits and which announcements are all under the same company name.

**DEADLINES**
- All line ads must be submitted before noon of the day before issue release.
- **JOB VACANCY ANNOUNCEMENT:**
  **FOR MONDAY THROUGH FRIDAY ISSUES:**
  All ads placed before noon will come out the next publication date.
  **SATURDAY AND SUNDAY ISSUES:**
  **SAIPAN TRIBUNE:** All ads placed Friday before noon will come out Saturday issue and anything placed after will be for Sunday or Monday issues.
  **KCNM/KZMI:** All ads placed on Friday (9am to 5pm) will be for Monday's radio announcement.
- **DISPLAY AD:**
  Advertisement to be boxed should be submitted noon two (2) days before issue release.

**CANCELLATIONS**
Cancellations should be made noon of the day before issue release.

**REFUNDS**
Refunds will only be made if cancellations are received noon of the day before issue release. No refund will be made once ad is already printed.

**CHECK YOUR ADS**
Saipan Tribune will not be responsible for errors after the first day of publication. Errors should be called in before noon of the issue date. Saipan Tribune reserves the right to place ads under proper headings and to revise copy when necessary.

**ADVERTISING POLICY**
All advertising in the Saipan Tribune are subject to applicable rate sheet, copies of which are available from the Advertising Sales Department (please call 235-8747, 235-2769 or 235-6397). All ads will be subject to approval prior to publication. We reserve the right to edit, refuse, reject or cancel any ad at any time. Also, Saipan Tribune reserves the right to place ads under proper headings and to revise copy when necessary.

---

## JOB OPPORTUNITIES

**1 WAITRESS/WAITER** (TH 3221)
Salary:$3.05/hour. Benefits: Medical benefits & workers compensation. Contact: Dottino Enterprises Inc. dba Godfather's Bar @235-2333.

**1 MAINTENANCE WORKER** (TH 3222)
Salary:$3.05/hour. Benefits: Medical & worksmen compensation will be provided. Contact: Yong Mei Su dba Wonderful Carwash @235-1516.

**2 WAITRESS/WAITER** (TH 3223)
Salary:$3.05-$3.50/hour. Benefits: Medical & workers compensation.

**1 MAINTENANCE REPAIRER** (TH 3224)
Salary:$3.05/hour. Benefits: Free medical & workmens compensation.

Contact: Pacific Entertainment dba Club Chicago @234-7900.

**1 ACCOUNTANT** (TH 3225)
Salary:$3.05-$5.00/hour. Benefits: Free medical & workmens compensation.

**1 AUTO MECHANIC** (TH 3226)
Salary:$3.50/hour. Benefits: Free medical & workmens compensation. Contact: Motion Automotive Repair Center @235-3481.

**1 COMMERICAL CLEANER** (TH 3227)
Salary:$3.05/hour. Benefits: Medical & worksmens compensation.

**1 FOOD & BEVERAGE MANAGER** (TH 3228)
Salary:$1,200.00/monthly. Benefits: ER provided housing; medical & workmens compensation. Contact: DanDan Food Courts Incorporated dba Java Joes Espresso Bar Memphis Blues Smokehouse BBQ @235-5098.

**1 COMPUTER PROGRAMMER** (TH 3229)
Salary:$7.00/hour. Benefits: Self provider housing; self provider food; workmens compensation. & medical. Contact: 3 s Corporation dba Automobile Parts Dealer, Retail General Automotive Repair Shop @235-4989.

**1 ACCOUNTANT** (TH 3230)
Salary:$3.05/hour. Benefits: Self provided housing; self provided food; medical expense & workers compensation.

**1 REFRIGERATION MECHANIC** (TH 3231)
Salary:$3.05/hour. Benefits: Self provided housing; self provided food; medical expense & workers compensation.

**1 AUTO MECHANIC** (TH 3232)
Salary:$3.05-$4.10/hour. Benefits: Self provided housing; self provided food; medical expense & workers compensation. Contact: Yaong Corporation @235-8727.

---

## PUBLIC NOTICE
### Job Opportunities

Poong In (Saipan) Incorporation is a registered garment license at Saipan, CNMI and we are presently advertising for the following job opportunities as indicated below. If you are interested in applying for any of the jobs mentioned below, please contact Ms. Song Hua Jin-Office representative at telephone num. 235-3230 or personally visit our business location at POONG IN (SAIPAN) INC. AFETNAS, SAN ANTONIO, across from Neo Fashion main road. Our office operation is from, Monday-Friday, 8:00am-5:00pm.

### Job Classifications
- **100-Sewing Machine Operators**
- **17- Pressers**
- **12- Cutters**
- **1- Trimmers**
- **2- Quality Control Checker**

Thank you from the management.

BYUNG BOK LEE
GENERAL MANAGER

---

DANILO T. AGUILAR
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Winchira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Appearing for Petitioner
HUN MYO HA

IN THE SUPERIOR COURT
OF THE
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS

| IN RE THE ESTATE OF | Civil Action |
| --- | --- |
| JUNE HA, | No. 06-0264 |
| Deceased. | AMENDED NOTICE OF HEARING |

TO: INTERESTED CLAIMANTS AND CREDITORS:
Notice is hereby given that HUN MYO HA, of Saipan, Commonwealth of the Northern Mariana Islands, has filed a petition in the Superior Court of the Commonwealth of the Northern Mariana Islands to be appointed as Administrator of the Estate of June Ha, deceased, and to determine the heirs of the decedent. The Attorney of record is Danilo T. Aguilar, Esq., P.O. Box 505301, Saipan, MP 96950. The hearing on the petition is set for July 11, 2006, at the Superior Court in Susupe, Saipan, Commonwealth of the Northern Mariana Islands, at 1:30 p.m.. All interested persons should appear at this hearing.
All persons having any claims against the estate, or against the deceased should file their claims with the Clerk of Court of the Superior Court within sixty (60) days after the first publication of this notice.

Dated this 31st day of May, 2006.

Bernadita A. Sablan
Clerk of Court

By: Deputy Clerk of Court

---

## APARTMENT
### FOR RENT
**Location: Marpi**

- One Bedroom Apartment for rent. Fully furnished with back-up Generator for the entire building.
- 24-hour water with washer/dryer facility in the building.
- Swimming pool for tenants. $400 per month.

Call 322-1840 between 8-10 a.m. for more information.

---

### PROCUREMENT AND SUPPLY
### CNMI GOVERNMENT
## REQUEST FOR PROPOSALS

RFP06-OPA-091   SUBMISSION: 07/21/06   TIME: 4:00 P.M.

**"SINGLE AUDIT OF THE ENTIRE CNMI GOVERNMENT FOR FY 2006 AND 2007"**

COPIES OF THE SCOPE OF WORK MAY BE OBTAINED AT THE OFFICE OF THE DIRECTOR OF PROCUREMENT AND SUPPLY, LOWERBASE, SAIPAN, DURING REGULAR WORKING HOURS OR BY FAX REQUEST TO (670) 664-1515.

INQUIRIES MAY BE DIRECTED TO MR. DAVID BLAKE, ANALYST MANAGER AT THE OFFICE OF THE PUBLIC AUDITOR AT (670) 322-3937.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS AND MUST BE SUBMITTED WITH THE PROPOSAL IF PREFERENCE IS CLAIMED.

/s/ MICHAEL S. SABLAN, CPA   /s/ HERMAN S. SABLAN
PUBLIC AUDITOR                 DIRECTOR, P&S

---

### FOR SALE
### 1994 TOYOTA CAMRY LE
4-cylinder, 4-door, Auto., A/C, AM-FM, power steering, brakes, windows, locks, excellent condition.
**$2,900 or best offer. Call 235-5145**

### BOAT FOR SALE
**35ft. BERTRAM FLYBRIDGE**
Fully equipped with all related gear
COI READY FOR OVER 6 PAX
Call (670) 483-3511 or (670) 322-3504

---

## Job Vacancy
### (Ticketing) Reservation Clerk

**Job Duties:**
Obtains travel and hotel accommodations for guests and employees of industrial concern, issues tickets, types itineraries, and compiles reports of transactions. Obtains confirmation of travel and lodging space and rate information. Issues and validates airline tickets from stock or teletickever. Prepares passenger travel booklet containing tickets, copy of itinerary, written lodging confirmations, pertinent credit cards and travel suggestions. Keeps current directory of hotels, motels, and timetables, and answers inquiries concerning routes, fares, and accommodations. Reviews routine invoices of transportation charges, and types, submits reports to company and to transportation agencies. Prepares and types claim forms for refunds and adjustments and reports of transactions processed.

**QUALIFICATION:**
1. At least two (2) years experience as a ticketing reservation clerk.
2. Computer literate. knowledgeable in Excel, MS Word & PPT.
3. Must be knowledgeable with the Amadeus System.

Interested applicants may submit resume in person to:

**CTSI Logistics**
**Lower Base**
**Deadline: On or before July 21, 2006**




---

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
  Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
  Defendants

TO: ANDREW CLAYTON:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.
The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.
Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.
A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.
WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands

---

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
  Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ROBERT A. BISOM, et. al.
  Defendants

TO: ROBERT A. BISOM:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.
The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.
Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902. Saipan. MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road. Calder, ID 83808, phone 208-245-1691.
A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.
WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands

**26** THURSDAY, JULY 13, 2006 — C L A S S I F I E D   A D S — SAIPAN TRIBUNE



### COMMONWEALTH DEVELOPMENT AUTHORITY
P.O. Box 502149, Saipan MP 96950
Tel: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 tx 235-7147
Email: administration@cda.gov.mp • website: www.cda.gov.mp

## PUBLIC NOTICE
### July 13, 2006

Pursuant to Public Law 8-41, the Board of Directors of the Commonwealth Development Authority (CDA) thru its Chairman, hereby calls a special meeting today, July 13, 2006 at 10:30 a.m. The meeting will be held at the CDA Conference Room, Second Floor, Wakin's Building, Chalan Pale Arnold Road, Saipan. The agenda for this meeting is as follows:

**AGENDA:**
I. PRELIMINARY MATTERS
   1. Roll Call
II. ADOPTION OF AGENDA
III. PUBLIC COMMENTS
IV. REFUNDING OF $25 MILLION (2030) CALLABLE BONDS
V. OTHER MATTERS RELATED THERETO
VI. ADJOURNMENT

All interested persons are welcome to attend and to submit written or oral testimony an the above agenda items. (Note: Pursuant to Public Law 8-41, Section 13(a)(7) and Section 13(c), the Board may vote to meet in executive session.)

/s/ VINCENT M. CALVO
Chairman, CDA Board of Directors

## PUBLIC NOTICE
### Job Opportunities

Poong In (Saipan) Incorporation is a registered garment license at Saipan, CNMI and we are presently advertising for the following job opportunities as indicated below. If you are interested in applying for any of the jobs mentioned below, please contact Ms. Song Hua Jin-Office representative at telephone num. 235-3230 or personally visit our business location at POONG IN (SAIPAN) INC. AFETNAS, SAN ANTONIO, across from Neo Fashion main road. Our office operation is from, Monday-Friday, 8:00am-5:00pm.

### Job Classifications
- 100- Sewing Machine Operators
- 17- Pressers
- 12- Cutters
- 1- Trimmers
- 2- Quality Control Checker

Thank you from the management.

BYUNG BOK LEE
GENERAL MANAGER

---



### PROCUREMENT AND SUPPLY CNMI GOVERNMENT
## REQUEST FOR PROPOSALS

RFP06-OPA-091   SUBMISSION: 07/21/06   TIME: 4:00 P.M.

**"SINGLE AUDIT OF THE ENTIRE CNMI GOVERNMENT FOR FY 2006 AND 2007"**

COPIES OF THE SCOPE OF WORK MAY BE OBTAINED AT THE OFFICE OF THE DIRECTOR OF PROCUREMENT AND SUPPLY, LOWERBASE, SAIPAN, DURING REGULAR WORKING HOURS OR BY FAX REQUEST TO (670) 664-1515.

INQUIRIES MAY BE DIRECTED TO MR. DAVID BLAKE, ANALYST MANAGER AT THE OFFICE OF THE PUBLIC AUDITOR AT (670) 322-3937.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS AND MUST BE SUBMITTED WITH THE PROPOSAL IF PREFERENCE IS CLAIMED.

/s/ MICHAEL S. SABLAN, CPA       /s/ HERMAN S. SABLAN
PUBLIC AUDITOR                    DIRECTOR, P&S

---

### Air-Con Problem? Refrigeration Problem?
**Call: ADVANCE AIRCONDITION & REFRIGERATION**
@ 233-4747 • Fax: 233-2629

**Services offered:**
- Sales and Installation
- Car Aircon Repair
- Service and Repair
- Preventive Maintenance
- Hotel/Restaurant Kitchen Equipment Repair & Preventive Maintenance
- FREE Consultation & Estimation

A division of: advance group, LLC
Locally owned and operated

---

### LEGAL NOTICE
### SUMMONS FOR PUBLICATION

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
Defendants

TO: ANDREW CLAYTON:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg., PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands

---

**1 SALES (MARKETING) MANAGER** (TH 3270)
Salary: $1,000.00-$1,800.00/monthly. Benefits: Free housing; self provided food; $75.00 allowance for power & water per month; medical insurance & workmens compensation provided. Duties & Responsibilities: The position is accountable for field and marketing management process. Focusing on the achievement of corporate goals. Will be responsible for developing marketing plans for all MBI products. Accountable for implementing a standardized, focused, world-class selling process. Develop the sales resources, sales deployment and implementing of tactical processes to achieve business targets and customer satisfaction goals. Other responsibilities will include monthly reporting of business results to all principals represented. Assisting the General manager on the day-to-day operations. Contact: Micronesian Brokers (Saipan), Inc. @322-0318.

**1 DATA (ENCODER) ENTRY CLERK** (TH 3271)
Salary: $3.05/hour. Benefits: Medical as provided by law & workmens compensation.

**1 PATTERN MAKER** (TH 3272)
Salary: $3.05-$3.15/hour. Benefits: Medical as provided by law & workmens compensation. Contact: Concorde Garment MFG. Corp. @322-5451.

**3 AUDITOR (CLERK)** (TH 3273)
Salary: $3.05-$4.50/hour. Benefits: Medical as provided by law & workmens compensation.

**1 ACCOUNTANT (A)** (TH 3274)
Salary: $3.05-$6.50/hour. Benefits: Medical as provided by law & workmens compensation. Contact: L&T International Corp. @322-9006/5451/5452/5453.

**1 COMMERCIAL CLEANER** (TH 3275)
Salary: $3.05/hour. Benefits: Self arranged housing; self provided food; medical & workers compensation. Contact: D&C Corporation @288-2592/287-3622.

**1 ARCADE ATTENDANT** (TH 3276)
Salary: $3.05/hour. Benefits: Workers compensation insurance & medical re-imbursable Contact: Jimin Enterprises, Inc. dba Grand Poker and Royal Casino @288-3378.

**3 COOK** (TH 3277)
Salary: $3.05/hour. Benefits: Medical & worksman compensation will be provided. Contact: MZ Corporation dba Beijing Rest. @233-7260.

**2 (JEWELRY) APPRAISER** (TH 3278)
Salary: $3.05/hour. Benefits: Medical reimbursable & workmens compensation. Contact: G.E.M. Corporation dba Villaroyal Pawnshop @235-8778.

**1 MAINTENANCE BUILDING REPAIRER** (TH 3279)
Salary: $3.05/hour. Benefits: Self provided housing; self provided food; medical reimbursable & workmens compensation. Contact: Arenas Enterprises, Inc. dba Oches Mini Store @233-6850.

**1 BLDG. MAINTENANCE REPAIRER** (TH 3280)
Salary: $3.05/hour. Benefits: Self arranged housing; self arranged food; workmens compensation & medical. Contact: Paradise Island Animal, Inc. @234-9669.

---

### LEGAL NOTICE
### SUMMONS FOR PUBLICATION

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ROBERT A. BISOM, et. al.
Defendants

TO: ROBERT A. BISOM:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg., PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands



Subscribe to CNMI's Daily Newspaper — 235-NEWS



## FOR SALE

1991 Toyota Previa-Van. White, Aircon, Good Condition. 7 passenger seating. $2,200.00 OBO. 233-1298

## JOB OPPORTUNITIES

**1 KITCHEN HELPER** (TH 3259)
Salary:$3.05-$3.15/hour. Benefits: Medical & workmen s compensation. Contact: FE A. Sevillo dba F&A Store @233-2731.

**1 MAINTENANCE BUILDING REPAIRER** (TH 3260)
Salary:$3.05/hour. Benefits: ER provided housing; ER provided food; medical & workers compensation. Contact: EEA Corporation @288-6192.

**20 CUTTER (CMO)** (TH 3261)
Salary:$3.05-$3.15/hour. Benefits: Self arranged housing; self arranged food; (100% medical coverage) & worksman compensation.

### HOUSE FOR SALE
SAN VICENTE
4 BEDROOM - 2 1/2 BATH
CALL 235-5853

**50 PRESSER, HAND** (TH 3262)
Salary:$3.05-$3.15/hour. Benefits: Self arranged housing; self arranged food; (100% medical coverage) & worksman compensation.

**15 QUALITY CONTROL, CHECKER** (TH 3263)
Salary:$3.05-$3.15/hour. Benefits: $93.00/monthly housing allowance; $93.00/monthly food allowance; (100% medical coverage).

**150 SEWING MACHINE OPERATOR** (TH 3264)
Salary:$3.05-$3.15/hour. Benefits: Self arranged housing; self arranged food; (100% medical coverage) & worksman compensation.

**5 PACKER** (TH 3265)
Salary:$3.05-$3.15/hour. Benefits: Self arranged housing; self arranged food; (100% medical coverage) & worksman compensation.

**10 SUPERVISOR, QUALITY CONTROL** (TH 3266)
Salary:$3.05/hour. Benefits: Self arranged housing; self

### WAREHOUSE SPACE FOR RENT/LEASE
3,000 sq. ft. secure space in Lower Base
Call (670) 322-3504/ 483-3511 for terms conditions

arranged food; (100% medical coverage) & worksman compensation.

**2 HOUSEKEEPING CLEANER** (TH 3267)
Salary:$3.05-$3.15/hour. Benefits: Self arranged housing; self arranged food; (100% medical coverage) & worksman compensation.

**5 SUPERVISOR, CUTTER** (TH 3268)
$3.05-$3.15/hour. Benefits: Self arranged housing; self arranged food; (100% medical coverage) & worksman compensation. Contact: Poong In (Saipan), Inc. @235-3230.

**1 ACCOUNTANT** (TH 3269)
Salary:$3.50-$5.50/hour. Benefits: $250.00 housing allowance; self provided food; medical insurance & workmen s compensation.

**1 SALES (MARKETING) MANAGER** (TH 3270)
Salary:$1,000.00-$1,800.00/monthly. Benefits: Free housing; self provided food; $75.00 allowance for power & water per month; medical insurance & workmens compensation provided. Duties & Responsibilities: The position is accountable for field and marketing management process. Focusing on the achievement of corporate goals. Will be responsible for developing marketing plans for all MBI products. Accountable for implementing a standardized, focused, world-class selling process. Develop the sales resources, sales deployment and implementing of tactical processes to achieve business targets and customer satisfaction goals. Other responsibilities will include monthly reporting of business results to all principals represented. Assisting the General manager on the day-to-day operations. Contact: Micronesian Brokers (Saipan), Inc. @322-0318.

**1 DATA (ENCODER) ENTRY CLERK** (TH 3271)
Salary:$3.05/hour. Benefits: Medical as provided by law & workmen s compensation.

**1 PATTERN MAKER** (TH 3272)
Salary:$3.05-$3.15/hour. Benefits: Medical as provided by law & workmen s compensation. Contact: Concorde Garment MFG. Corp. @322-5451.

**3 AUDITOR (CLERK)** (TH 3273)
Salary:$3.05-$4.50/hour. Benefits: Medical as provided by law & workmen s compensation.

**1 ACCOUNTANT (A)** (TH 3274)
Salary:$3.05-$6.50/hour. Benefits: Medical as provided by law & workmens compensation. Contact: L&T International Corp. @322-9006/5451/5452/5453.

**1 COMMERCIAL CLEANER** (TH 3275)
Salary:$3.05/hour. Benefits: Self arranged housing; self provided food; medical & workers compensation. Contact: D&C Corporation @288-2592/287-3622.

**1 ARCADE ATTENDANT** (TH 3276)
Salary:$3.05/hour. Benefits: Worker s compensation insurance & medical re-imbursable Contact: Jimin Enterprises, Inc. dba Grand Poker and Royal Casino @288-3378.

**3 COOK** (TH 3277)
Salary:$3.05/hour. Benefits: Medical & worksman compensation will be provided. Contact: MZ Corporation dba Beijing Rest. @233-7260.

**2 (JEWELRY) APPRAISER** (TH 3278)
Salary:$3.05/hour. Benefits: Medical reimbursable & workmen s compensation. Contact: G.E.M. Corporation dba Villaroyal Pawnshop @235-8778.

**1 MAINTENANCE BUILDING REPAIRER** (TH 3279)
Salary:$3.05/hour. Benefits: Self provided housing; self provided food; medical reimbursable & workmen s compensation. Contact: Arenas Enterprises, Inc. dba Oche s Mini Store @233-6850.

**1 BLDG. MAINTENANCE REPAIRER** (TH 3280)
Salary:$3.05/hour. Benefits: Self arranged housing; self arranged food; workmen s compensation & medical. Contact: Paradise Island Animal, Inc. @234-9669.

**1 HOUSEWORKER (TH 3281)**
Salary:$350.00/monthly. Benefits: Self arranged housing; free food; medical & workman compensation provided. Contact: Joan A. Ware @285-2954.

**1 COOK** (TH 3282)
Salary:$3.05-$4.00/hour. Benefits: Medical & workers compensation provided. Contact: Woosuk Ent., Inc. dba Happy Noni Restaurant @233-6660.

**1 SUPERVISOR** (TH 3283)
Salary:$3.05/hour. Benefits: Medical & workers compensation provided. Contact: China Yanbian Frgn. Eco. & Tech. Coop. Corp. dba Seoul One & Shinsen Restaurant @233-1900.

---

### Tired of: Termites/Bugs/Rodents?
Call: ADVANCE X-TERMINATORS & PEST CONTROL
@ 233-4747 • Fax: 233-2629
PMB 495 Box 10003, Saipan MP 96950-8903

**Services offered:**
- Termite Elimination System
- General Pest Control
- Fumigation/Fogging
- Turf & Ornamental
- Lawn Treatment (Residual Spray)
- Soil Poisoning
- Pre/Post Construction
- Residential/Commercial
- IPM (Integrated Pest Management)

FREE Consultation & Estimation

A division of: advance group, LLC
Locally owned and operated

### YCO Corporation

Is looking for the following position:

- Waiter/Waitress
- Cooks
- Kitchen Helper
- Dining Attendant
- Cashiers
- Commercial Cleaners

Must apply in person at at 3rd Floor Yumul Bldg. Garapan, Saipan. (No phone inquires).

---

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
 Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ROBERT A. BISOM, et. al.
 Defendants

TO: ROBERT A. BISOM:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road. Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands

---

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**

Robert D. Bradshaw
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
PO Box 500687
Saipan, MP 96950

Civil Action No. 05-0027

ROBERT D. BRADSHAW
 Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
 Defendants

TO: ANDREW CLAYTON:

You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Any time after 20 days following the last publication of this summons, the Court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2d Floor, Horiguchi Bldg, PO Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at PO Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

Galo L. Perez
Clerk of the United States
District Court for the Northern Mariana Islands