FILED
Clerk
District Court

AUG 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et. al*,<br><br>Defendant. | Case No. CV-05-0027<br><br><br>**ORDER: Precedential Authority** |

While *pro se* litigants are generally not held to the stringent standards and formal pleadings required by attorneys, *Haines v. Kerner*, 404 U.S. 519, 596 (1972), the attorneys are reminded that a citation to non-precedential authority, *i.e.* non-U.S. Supreme Court or Ninth Circuit authority or if state law applies, non-Supreme Court of the Northern Mariana Islands authority, is counsel's certification as an officer of the court that there is no precedential authority on point. Accordingly, if an attorney has submitted a brief for a motion that has not yet been heard in which non-precedential authority has been cited when there is proper precedential authority on point, the court directs that a supplemental brief be filed by **Monday, August 28, 2006, at 3:30 p.m.** The supplemental brief should list the precedential authority along with the corresponding citation and page number of the original brief. The supplemental brief may not contain argument.

**IT IS SO ORDERED.**

DATED this **21st** day of August, 2006.

_____
ALEX R. MUNSON
Judge