FILED
Clerk
District Court

AUG 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**
Plaintiff, Pro Se


## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW    ) Case No. CV 05-0027

     Plaintiff

     v.

COMMONWEALTH OF THE NORTHERN    ) **PLAINTIFF'S NOTICE TO**
MARIANA ISLANDS (hereafter referred to    ) **COURT ON THE HEARING**
as the CNMI); et. al.    ) **OF AUG 10, 2006**
     Defendants    )
_____)

    1. At the Court's hearing on the CNMI's Motion to Dismiss the Second Amended

Complaint, Ms St Peter mentioned a problem with receiving Plaintiff's Opposition to the

Motion and not having enough time to prepare for the hearing.

    2. Attached hereto at Exhibit A is the certificate of service signed by plaintiff on the

mailing of the opposition by first class mail to Ms St Peter, Mr Civille and Mr Sorensen.

Attached at Exhibit B is a copy of the US Post Office mailing receipt showing that on Jul 25,

2006 at 12:38 PM the letters were mailed in Coeur d'Alene, ID--one certified letter to 96950

1

(which was the mailing to the court); a second to Warren, MI 48090 (which was to Mr

Sorensen) and two more to 96950 (which were for Mr Civille and Ms St Peter).

    3.  While it is possible the post office lost or unnecessarily delayed the letter to Ms St

Peter, it is also plausible that the AG's office somehow messed up in picking up its mail or in

handling it's mail after receiving it at the post office.

    4.  In a second matter, Ms St Peter said that the Clerk of Superior Court recently told

her that the return postal receipts from "Manny" as filed by Mr Sorensen is "now in the file."

Actually, plaintiff has tried three times to get a certified true copy of these receipts over the last

20 months.  The problem is always that the clerk is like other CNMI offices (including the AG),

she almost never puts anything in writing.  She has never written me on the matter but twice

on the phone she denied having the receipts in the file.

    5.  My first two attempts to get the receipts ended with no response (except the

telephone reply that they are not available).  But on May 16, 2006 plaintiff once more tried

(per the letter at exhibit C).  This time, the Superior Court cashed the accompanying check

(#413).  But the clerk did not send the receipts.  Yet she did cash the check which is a step

up.  The canceled check is at Exhibit D as supplied to me by my bank).  Plaintiff also

requested certified true copies of the receipts allegedly filed by the AG.  On these, plaintiff's

check was not cashed.

    6.  If the AG's office can prevail upon the clerk to send plaintiff certified true copies of

the postal receipts, it will change the complexity of this case.  Otherwise, plaintiff has a full

intention of soon fling a subpoena with the clerk to get certified true copies of these receipts

or at least something in writing saying that they are not available.

I declare under the penalty of perjury under the laws of the United States of America

that the foregoing is true and correct to the best of my knowledge and belief. Dated this

_____ 14th _____ day of August 2006 at Calder, Idaho.


_____

Robert D. Bradshaw, Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _____ 14th _____ day of _____ August _____ 2006, I caused to be
served a true copy of the foregoing document by US Mail Postage Paid to each of the
following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950


_____

Robert D. Bradshaw, Plaintiff, Pro Se

76. The defendants have failed to meet their burden to show that plaintiff's second amended complaint fails to state a claim upon which relief may be granted per FRCP 12(b). Because of the reasons cited above, the CNMI and AG defendants' motion to dismiss should be denied. The defendants have submitted no cause for the dismissal of the second amended complaint. A proposed order is attached.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Dated this 24th day of July 2006 at Calder, Idaho.

Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Patrick Civille, Civille & Tang, PLLC, PMB 86, PO Box 10003, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se

EXIT IBIT
"A"

21

```
=====================================
           COEUR D' ALENE
        COEUR D' ALENE, Idaho
             838142713
           5480520814-0097
  07/25/2006 (800)275-8777 01:12:38 PM
=====================================
========= Sales Receipt =========
Product          Sale Unit      Final
Description       Qty Price      Price
=====================================
SAIPAN MP 96950                  $4.05
Priority - Flat Rate
Env
1 lb.  5.10 oz.
 Certified                       $2.40
 Label #:      70053110000152443381
 Customs Form #: LC438824215US
                              ========
  Issue PVI:                     $6.45

SAIPAN MP 96950                  $1.83
First-Class
 6.50 oz.
                              ========
  Issue PVI:                     $1.83

WARREN MI 48090                  $1.83
First-Class
 6.50 oz.
                              ========
  Issue PVI:                     $1.83

SAIPAN MP 96950                  $1.83
First-Class
 6.50 oz.
                              ========
  Issue PVI:                     $1.83


                            ==========
Total:                          $11.94

Paid by:
Visa                            $11.94
  Account #:     XXXXXXXXXXXX4828
  Approval #:    07001A
  Transaction #: 381
  23903550481


Bill#:1000300032413
Clerk:08

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
           Customer Copy
```

*EXHIBIT 11 ⁊⁊ B⁴*



May 16, 2006

Ms Bernie Sablan:
Clerk of the Superior Court
PO Box 500307
Saipan, MP 96950-0307
Phone  670-236-9740
Fax  670-236-9741

Dear Ms Sablan:

Would you please be good enough to send me the following documents and any and all attached exhibits and enclosures as certified true copies in the 96-1320 case file:

Copy of return of service and original return postal receipts filed by Mr Bisom in case 96-1320 showing service by mail on Defendant Bradshaw. Check for $10.60 enclosed.

Copy of original US postal return receipts showing mailings to Defendant Bradshaw by the CNMI AG.  Check enclosed for $10.60.

Please include copies of all exhibits and attachments to the documents.  If I have failed to send the right amounts of money, please bill me and I will send further payment.

Thank you very much for your help.  I appreciate it.

Yours very truly,


Robert D. Bradshaw
PO Box 473,
Calder, ID 83808,
Phone  208-245-1691.

EXHIBIT
"C"



EXHIBIT
"D"