FILED
Clerk
District Court

AUG 23 2006

for The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et. al*,<br><br>Defendant. | Case No. CV-05-0027<br><br>**ORDER REGARDING LEAVE OF COURT** |

On August 22, 2006, the court received Plaintiff's Notice to Court on the Hearing of Aug. 10, 2006, No. 170, which attempts to explain that all defendants were properly served with Plaintiff's Opposition to Defendant CNMI's Motion to Dismiss Second Amended Complaint, No. 154 (July 25, 2006) [hereinafter Plaintiff's Opposition].

During the August 10, 2006, hearing, Ms. Kristin D. St. Peter, attorney for the Commonwealth of the Northern Mariana Islands, Bush, Cotton, and Brown, indicated that she did not receive Plaintiff's Opposition in accordance with the local rules but agreed that she was not prejudiced and was ready to proceed with her motions to dismiss. Accordingly, the issues is moot and the court will not entertain Plaintiff's Notice to Court On the Hearing of Aug. 10, 2006, No. 170 (Aug. 22, 2006).

In the future, a document beyond what is prescribed by the local rules may not be filed without leave of court.

**IT IS SO ORDERED.**

DATED this 25th day of August, 2006.

_____
ALEX R. MUNSON
Judge