```
                                                              F I L E D
                                                                 Clerk
                                                             District Court

                                                              AUG 2 3 2006

                                                         For The Northern Mariana Islands
                                                         By_____
                                                                (Deputy Clerk)
```

1  KRISTIN D. ST. PETER T-0039
   Assistant Attorney General
2  Commonwealth of the Northern Mariana Islands
   Office of the Attorney General-Civil Division
3  2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
   Caller Box 10007
4  Saipan, MP 96950

5  Attorney for: Defendant Clayton

6              IN THE UNITED STATES DISTRICT COURT
             DISTRICT OF THE NORTHERN MARIANA ISLANDS
7
   ROBERT D. BRADSHAW,                    Case No. 05-0027
8
                  Plaintiff,
9
          vs.                             TABLES OF CONTENT AND
                                          AUTHORITIES FOR DEFENDANT
10                                        CLAYTON'S MOTION TO DISMISS
   COMMONWEALTH OF THE NORTHERN           SECOND AMENDED COMPLAINT
11 MARIANA ISLANDS, NICOLE C. FORELLI,
   WILLIAM C. BUSH, D. DOUGLAS COTTON,
12 L. DAVID SOSEBEE, ANDREW CLAYTON,
   UNKNOWN AND UNNAMED PERSONS IN         HEARING: August 24, 2006
13 THE CNMI OFFICE OF THE ATTORNEY        TIME:    9:00 am
   GENERAL, ALEXANDRO C. CASTRO, JOHN
14 A. MANGLONA, TIMOTHY H. BELLAS,        JUDGE:   HON. ALEX R. MUNSON
   PAMELA BROWN, ROBERT BISOM, AND
15 JAY H. SORENSEN,

16                Defendants.

17

Due to a filing error, Defendant Clayton's Tables of Content and Authorities were not included with his Motion to Dismiss Second Amended Complaint. In an effort to correct this error, Mr. Clayton respectfully submits the following:

**TABLE OF CONTENT**

| | Page |
|---|---|
| MOTION.................................................................................................... | 0 |
| PARTIES................................................................................................... | 1 |
| FACTS...................................................................................................... | 1 |
| PROCEDURAL BACKGROUND........................................................ | 3 |
| STANDARD OF REVIEW..................................................................... | 4 |
| ARGUMENT............................................................................................ | 5 |
| I. As a result of Judge Lizama's December 29, 2005 order vacating the default judgment against Bradshaw, this matter is moot.................... | 5 |
| II. Defendant Clayton is entitled to immunity......................................... | 6 |
|     a. *Absolute Judicial Immunity*............................................... | 6 |
|     b. *Qualified Immunity*............................................................ | 7 |
| III. Plaintiff's tort, RICO and U.S. Constitutional based claims are | |

1

| | | |
|---|---|---|
| | time-barred............................................................................ | 8 |
| IV. | The *Younger* doctrine requires this Court to abstain because the *Bisom* case is still pending before the CNMI Superior Court....................... | 10 |
| V. | The Rooker-Feldman doctrine urges the dismissal of this matter............ | 11 |
| VI. | Plaintiff's Service by Publication is inconsistent with Rule 4................. | 11 |
| VII. | Each and every count of Plaintiff's complaint should be dismissed for either failure to state a cognizable legal theory, failure to plead ssential facts, or both.................................................................. | 13 |
| | COUNT I............................................................................ | 13 |
| | COUNT II........................................................................... | 13 |
| | COUNT III.......................................................................... | 17 |
| | COUNT IV.......................................................................... | 17 |
| | COUNT V........................................................................... | 17 |
| | COUNT VI .......................................................................... | 17 |
| | COUNT VII......................................................................... | 17 |
| | COUNT VIII........................................................................ | 18 |
| | COUNT IX.......................................................................... | 18 |
| | COUNT X........................................................................... | 20 |
| | COUNT XI.......................................................................... | 21 |
| | COUNT XII......................................................................... | 21 |
| | COUNT XIII........................................................................ | 23 |
| | COUNT XIV AND XV............................................................ | 23 |
| | COUNT XVI AND XVII.......................................................... | 24 |

CONCLUSION………………………………………………………………… 24

**TABLE OF AUTHORITIES**

| | |
|---|---|
| *Aoude v. Mobil Oil Corp.*, 862 F.2d 890, 895 (1st Cir. 1998)............................... | 12 |
| *Azul-Pacifico, Inc. v. City of Los Angeles*, 973 F.2d 704 (9th Cir. 1992).................. | 15,18 |
| *Ballard v. Tyco Intern., Ltd.*, 2005 WL 1863492, 2 (D.N.H.)............................... | 14 |
| *Barron v. The Mayor and City Council of Baltimore*, 8 L.Ed. 672 (1833)................. | 16 |
| *Bartel v. F.A.A.*, 617 F.Supp. 190 (D.D.C.1985)............................................ | 15 |
| *Bisom v. Commonwealth*, Civil No. 96-1320 (N. M. I. Super. Ct. 2000).................. | 2-23 |
| *Bisom v. Commonwealth*, 2002 MP 19 (N. M. I. Sup. Ct. 2002)........................... | 2-23 |
| *Borschow Hosp. & Medical Supplies, Inc. v. Burdick-Siemens Corp.*, 143 F.R.D. 472, 478 (D.P.R.1992)............................................................. | 12 |
| *Bradshaw v. Commonwealth of the Northern Mariana Islands, et al.*, Case No. CV 05-84-N-EJL (D. Idaho. 2005)....................................................... | 5 |
| *Brown v. Philip Morris*, 250 F.3d 789 (C.A. Pa. 2001)...................................... | 21 |
| *Buchanan v. Buchanan*, 1994 WL 680992 (9th Cir. Wash. 1994)......................... | 23 |
| *Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336 (9th Cir.1996)................................. | 5 |
| *Canton Beach NAACP v. Runnels*, 617 F.Supp. 607 (S.D.Miss.1985).................... | 16 |
| *Charles v. Brown*, 495 F.Supp. 862 (N.D.Ala.1980)........................................ | 16 |
| *Chaset v. Fleer/Skybox Intern.*, LP 300 F.3d 1083 (9th Cir.2002)......................... | 18 |
| *Conley v. Gibson*, 355 U.S. 41 (1957)......................................................... | 4 |
| *Cooper v. Makita, U.S.A., Inc.*, 117 F.R.D. 16, 17 (D.Me.1987)............................ | 12 |
| *Daniels v. Williams*, 474 U.S. 327, 106 S.Ct. 662, 88 L.Ed.2d 662 (1986)............................................................................ | 15 |
| *Davidson v. O'Lone*, 752 F.2d 817 (3rd Cir. 1984)............................................. | 21 |
| *Delaware v. Van Arsdall*, 475 U.S. 673, 705 (1986)......................................... | 14 |
| *DeNieva v. Reyes*, 966 F.2d 480 (9th Cir.1992)............................................... | 9,16 |
| *Dillman v. Peterson*, 1993 WL 226104 (N.D. Cal. June 21, 1993)......................... | 6 |
| *Dilutaoch v. C& S Concrete Block Products*, 1 N.M.I. 478 (1991)........................ | 14 |
| *DC Court of Appeals v. Feldman*, 460 U.S. 462 (1983)..................................... | 11 |
| *Federal Express Corp. v. Tennessee Pub. Serv. Comm'n*, 925 F.2d 962 (6th Cir.1991)....................................................................................... | 10 |
| *Fleming v. Department of Public Safety*, 837 F.2d 401 (9th Cir.1988).................... | 9 |
| *Flood v. Harrington*, 532 F.2d 1248 (9th Cir. 1976).......................................... | 6 |
| *Forsyth v. Humana, Inc.*, 114 F.3d 1467 (9th Cir.1997)..................................... | 18 |
| *Fry v. Melaragno*, 939 F.2d 832 (9th Cir.1991)............................................... | 6,24 |
| *Furukawa Elec. Co. of North America v. Yangtze Optical*, 2005 WL 3071244 (D.Mass.2005).......................................................................................... | 12 |
| *Goodman v. Lukens Steel Co.*, 482 U.S. 656 (1987).......................................... | 9 |
| *Grizzard v. Kiyoshige Terada*, 2003 WL 22997238 (D.N.Mar.I. 2003).................... | 7 |
| *Golub v. Isuzu Motors*, 924 F.Supp. 324, 328 (D.Mass.1996).............................. | 12 |
| *Harlow v. Fitzgerald*, 457 U.S. 800, 102 S.Ct. 2727, 73 L.Ed.2d 396 (1982)............ | 7 |
| *Hoffman Plastics Compound, Inc v. N.L.R.B.*, 122 S.Ct. 1275, 1277,152 L.Ed.2d 271(2002)..................................................................... | 20 |
| *In re DiGiorgio* 134 F.3d 971 (9th Cir. 1998)................................................... | 5 |
| *In re Schwinn Bicycle Company, et al.* 248 B.R. 328, 36 Bankr.Ct.Dec. 25 (2000)...... | 12 |
| *Jones v. R.R. Donnelley & Son Co.*, 541 U.S. 369, 382 (2004)............................. | 8,9 |
| *King v. Atiyeh*, 814 F.2d 565 (9th Cir. 1987).................................................... | 4 |
| *Kopit v. White*, 131 Fed. Apprx. 107 (D.Nev 2005).......................................... | 13,20 |
| *LeClerc v. Webb*, 419 F.3d 405, 426 (5th Cir. 2005).......................................... | 22 |
| *Leer v. Murphy*, 844 F.2d 628 (9th Cir.1988).................................................. | 15,19 |
| *Massachusetts v. Upton*, 466 U.S. 727 (1984)................................................. | 16 |
| *McCalden v. California Library Ass'n*, 955 F.2d 1214 (9th Cir.1990).................... | 23 |

*McDonald v. Santa Fe Trail Transport. Co*, 427 U.S. 273 (1976).......................... 22
*Mustafa v. Clark County School Dist.*,157 F.3d 1169 (9th Cir. 1998)..................... 23
*Navarro v. Block,* 250 F.3d 729 (9th Cir.2001)............................................. 4
*Parker v. Commonwealth of Ky., Bd. of Dentistry,* 818 F.2d 504 (6th Cir.1987)...... 10
*Passautino v. Johnson,* 212 F.3d 493 (9th Cir. 2000)......................................... 6
*Pennzoil Co. v. Texaco, Inc.,* 481 U.S. 1, 107 S.Ct. 1519, 95 L.Ed.2d 1 (1987)......... 10
*Pollard v. City of Hartford,* 539 F.Supp. 1156, 1164-65 (D.Conn.1982)................. 22
*Roberts v. Corrothers,* 812 F.2d 1173 (9th Cir.1987)....................................... 5
*Robertson v. Dean Witter Reynolds, Inc.,* 749 F.2d 530 (9th Cir.1984)................. 5-23
*Roland v. Phillips,* 19 F.3d 552 (11th Cir.1994)............................................. 6-23
*Rooker v. Fidelity Trust Co.,* 263 U.S. 413 (1923)........................................... 11
*Sablan v. Tenorio,* 4 N.M.I 351 (1996)........................................................ 15
*Sagana v. Tenorio,* 384 F.3d 731 (9th Cir. 2004)............................................ 22
*Seed v. Hudson,* 1994 WL 229096 (D.N. Mar. I 1994)...................................... 14, 21
*Senido v. Attorney General,* CV –03-0037 (D. N. Mar. I 2003)........................... 11
*Siegert v. Gilley,* 500 U.S. 226, 111 S.Ct. 1789, 114 L.Ed.2d 277 (1991)................ 7
*Sirilan v. Castro,* 1 CR 1082 (D.N.M.I. App. Div. 1984)................................... 14
*The Slaughter-House Cases,* 83 U.S. (16 Wall.) 36, 21 L.Ed. 394 (1872)................ 21
*Strandberg v. City of Helena,* 791 F.2d 774 (D. Mont. 986).............................. 16
*Taman v. Marianas Public Land Corp.,* 4 N.M.I. 287 (1994)............................. 9
*Telepo v. Boylan Funeral Home*, 2005 WL 783059 (E.D.Pa.)............................ 13,19
*Tran v. Com. of Northern Mariana Islands,* 780 F. Supp. 709 (D.N. Mar. I .1991)..... 19
*Trask v. Service Merchandise Co., Inc.,* 135 F.R.D. 17, 22 (D.Mass.1991)............. 12
*Venetian Casino Resort L.L.C. v. Cortez,* 96 F.Supp.2d 1102 (D.Nev.2000)............ 5
*Warmbrodt v. Blanchard,* 100 Nev. 703, 692 P.2d 1282 (1984).......................... 13,20
*White v. Pacific Media Group, Inc.* 322 F.Supp 1101 (D.Haw 2004).................... 22
*Wilson v. Garcia,* 471 U.S. 261 (1985)........................................................ 8,9
*Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).................. 10
*Zhang Gui Juan v. Commonwealth*, Civ. No. 99-0163
(N.M.I. Super. Ct.1999)......................................................................... 9


*UNITED STATES CONSTITUTIONAL PROVISIONS*
Fifth Amendment................................................................................ 13-23
Ninth Amendment............................................................................... 13-23
Fourteenth Amendment......................................................................... 13-23


*STATUTES*
18 U.S.C. § 1961-5 (2000)...................................................................... 18
42 U.S.C. § 1981 (1991)........................................................................ 8-23
42 U.S.C. § 1982 (1991)........................................................................ 8-23
42 U.S.C. § 1983 (2000)........................................................................ 8-23
42 U.S.C. § 1985 (2000)........................................................................ 8-23
42 U.S.C. § 1986 (2000)........................................................................ 19,20
48 U.S.C. § 1801 (1976)........................................................................ 2-20
7 C.M.C. § 2204 (b) (2000).................................................................... 19
7 C.M.C. §2304 *et seq* (2000)................................................................ 3-24
7 CMC § 2503(d) (2000)....................................................................... 9

*RULES*
Federal Rule of Civil Procedure 12 (b) (6)................................................... 0
Federal Rule of Civil Procedure 4........................................................... 11

*OTHER*
Restatement (Second) of Torts § 586 (1977).................................................. 23
Civil Rights Act of 1870.................................................................... 21
Civil Rights Act of 1871.................................................................... 21
Immigration Control and Reform Act.......................................................... 20

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: August 23, 2006

By _____
Kristin D. St. Peter

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail, on the ᴀ3day of August, 2006, upon the following:

Robert D. Bradshaw
Plaintiff, Pro Se
P.O. Box 473
1530 W. Trout Creek Road
Calder, ID 83808


Jay Sorensen
c/o Shanghai
Post Office Box 9022
Warren, MI  48090-9022
Telephone:	(86) 21 5083-8542
Facsimile:	(86) 21 5083-8542

Civille and Tang, PLLC
330 Herman Cortez Ave, Suite 200
Hagatna, Guam 96910
Telephone:	671-472-8868
Facsimile:	671-477-2511

Mark Hanson
PMB 738
PO Box 10000
Saipan, MP 96950
Telephone 670-233-8600


_/s/ K. D. St. Peter_
Kristin D. St. Peter
Assistant Attorney General

7