ORIGINAL

F I L E D
Clerk
District Court

AUG 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  KRISTIN D. ST. PETER T-0039
   Assistant Attorney General
2  Commonwealth of the Northern Mariana Islands
   Office of the Attorney General-Civil Division
3  2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
   Caller Box 10007
4  Saipan, MP 96950

5  Attorney for: Defendant Clayton

6              IN THE UNITED STATES DISTRICT COURT
             DISTRICT OF THE NORTHERN MARIANA ISLANDS
7

8  ROBERT D. BRADSHAW,                    Case No. 05-0027

9                  Plaintiff,

10         vs.                             DEFENDANT CLAYTON'S
                                          SUPPLEMENTIAL PRECEDENTIAL
11 COMMONWEALTH OF THE NORTHERN           AUTHORITY
   MARIANA ISLANDS, NICOLE C. FORELLI,
12 WILLIAM C. BUSH, D. DOUGLAS COTTON,
   L. DAVID SOSEBEE, ANDREW CLAYTON,
13 UNKNOWN AND UNNAMED PERSONS IN
   THE CNMI OFFICE OF THE ATTORNEY
14 GENERAL, ALEXANDRO C. CASTRO, JOHN
   A. MANGLONA, TIMOTHY H. BELLAS,
15 PAMELA BROWN, ROBERT BISOM, AND
   JAY H. SORENSEN,
16
                   Defendants.
17

18

19

20

21

*Venetian Casino Resort L.L.C. v. Cortez,* 96 F.Supp.2d 1102, 1106 (D.Nev.2000) pg 5 ln 10.

Add:        *Kourtis v. Cameron,* 419 F.3d 989, 994 (9th Cir. 2005).

*Parker v. Commonwealth of Ky., Bd. of Dentistry,* 818 F.2d 504, 508 (6th Cir.1987) pg 10 ln 9.

*Federal Express Corp. v. Tennessee Pub. Serv. Comm'n,* 925 F.2d 962, 969 (6th Cir.1991) pg 10, ln17.

Add:        *Moore v. Sims,* 442 U.S. 415, 425 (1979);

           *Kitchens v. Bowen,* 825 F.2d 1337, 1341 (9th Cir. 1987).

*In re Schwinn Bicycle Company et al,* 248 B.R. 328 (2000) pg 11 ln 22.

Add:        *Volkswagenwerk Aktiengesellschalt v. Schlunk,* 486 U.S. 694, 698-9 (1988).

*Aoude v. Mobil Oil Corp.,* 862 F.2d 890, 895 (1st Cir.1988) pg 12 ln 4.

*Trask v. Service Merchandise Co., Inc.,* 135 F.R.D. 17, 22 (D.Mass.1991) pg12 ln 19.

Add:        *Teknekron Management, Inc. v. Quante Fernmeldetechnik GmbH,* 115 F.R.D. 175, 176

           (D.Nev 1987).

Pg 16 ln 16.

Add:        *Faunce v. Gomez,* 163 F.3d 605 (9th Cir. 1998) *unpublished.*

*Davidson v. O'Lone,* 752 F.2d 817 fn 5(3rd Cir. 1984) pg 21 ln 10.

Add:        *Crawford-El v. Britton,* 523 U.S. 574, 595 fn 16 (1998).

1

*LeClerc v. Webb*, 419 F.3d 405, 426 (5th Cir. 2005) pg 22 ln 11.

Add: *De Malherbe v. International Union of Elevator Constructors*, 438 F. Supp. 1121, 1135 (N.D. Cal 1977); and

*Nyquist v. Mauclet*, 432 U.S. 1 fn 11 (1977).

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: August 25, 2006

By /s/ K. D. St. Peter
Kristin D. St. Peter

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served, via U.S. Mail, on the 23 day of August, 2006, upon the following:

Robert D. Bradshaw
Plaintiff, Pro Se
P.O. Box 473
1530 W. Trout Creek Road
Calder, ID 83808

Jay Sorensen
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone:   (86) 21 5083-8542
Facsimile:   (86) 21 5083-8542

Civille and Tang, PLLC
330 Herman Cortez Ave, Suite 200
Hagatna, Guam 96910
Telephone:   671-472-8868
Facsimile:   671-477-2511

Mark Hanson
PMB 738
PO Box 10000
Saipan, MP 96950
Telephone 670-233-8600

_____
Kristin D. St. Peter
Assistant Attorney General

3