FILED
Clerk
District Court

AUG 2 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, <br><br> Plaintiff, <br><br> vs. <br><br> JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE, <br><br> Defendants. | Civil Action No. 05-0027 <br><br><br> ORDER RESCHEDULING MOTION TIME |

IT IS ORDERED that the Motion To Dismiss Second Amended Complaint in the above case set for Thursday, August 24, 2006, at 9:00 a.m., is rescheduled to 8:00 a.m., on the same date.

IT IS SO ORDERED.

DATED this 23rd day of August, 2006.

_____
Judge Alex R. Munson