# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-05-0027                                                             August 24, 2006
                                                                       8:10 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           Ellia Ciammaichella, Law Clerk
           Michelle C. Macaranas, Courtroom Deputy
           Kristin St. Peter, Attorney for Defendant
           Jay Sorensen, Pro Se (via telephone) 86-21-5083-8542
           Robert Bradshaw, Pro Se (via telephone) (208) 245-1691


PROCEEDINGS:   MOTION TO DISMISS 2nd AMENDED COMPLAINT


   Plaintiff Robert Bradshaw appeared by phone, pro se. Defendants were represented by Attorney Kristin St. Peter. Appearing by phone was Attorney Jay Sorensen, Pro Se.

   Attorney Kristin St. Peter argued. Robert Bradshaw had no arguments. Attorney Sorensen had no arguments.

   Court, after hearing all testimony and argument, took the matter under advisement and stated that a written order would be forthcoming.

                           Adjourned 8:15 a.m.


                                          /s/ Michelle C. Macaranas, Courtroom Deputy