KRISTIN D. ST. PETER T-0039
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Office of the Attorney General-Civil Division
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950

F I L E D
Clerk
District Court

AUG 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for: Defendant Sosebee

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,

     Plaintiff,

  vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,

     Defendants.

Case No. 05-0027

DEFENDANT SOSEBEE'S SUPPLEMENTIAL PRECEDENTIAL AUTHORITY

1 | *Venetian Casino Resort L.L.C. v. Cortez*, 96 F.Supp.2d 1102, 1106 (D.Nev.2000) pg 5 ln 13.

2 | Add:        *Kourtis v. Cameron*, 419 F.3d 989, 994 (9th Cir. 2005).

4 | *Parker v. Commonwealth of Ky., Bd. of Dentistry*, 818 F.2d 504, 508 (6th Cir.1987) pg 9 ln 20.

5 | *Federal Express Corp. v. Tennessee Pub. Serv. Comm'n*, 925 F.2d 962, 969 (6th Cir.1991) pg 10, ln 8.

6 | Add:        *Moore v. Sims*, 442 U.S. 415, 425 (1979);

7 |                    *Kitchens v. Bowen*, 825 F.2d 1337, 1341 (9th Cir. 1987).

9 | Pg 15 ln 15.

10 | Add:        *Faunce v. Gomez*, 163 F.3d 605 (9th Cir. 1998) *unpublished*.

12 | *Davidson v. O'Lone*, 752 F.2d 817 fn 5(3rd Cir. 1984) pg 20 ln 11.

13 | Add:        *Crawford-El v. Britton*, 523 U.S. 574, 595 fn 16 (1998).

15 | *LeClerc v. Webb*, 419 F.3d 405, 426 (5th Cir. 2005) pg 21 ln 12.

16 | Add:        *De Malherbe v. International Union of Elevator Constructors*, 438 F. Supp. 1121, 1135

17 |                    (N.D. Cal 1977); and

18 |                    *Nyquist v. Mauclet*, 432 U.S. 1 fn 11 (1977).

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

Dated: August 24, 2006

By ___/s/ K. N. St. Peter___
Kristin D. St. Peter

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served, via U.S. Mail, on the 23 day of August, 2006, upon the following:

Robert D. Bradshaw
Plaintiff, Pro Se
P.O. Box 473
1530 W. Trout Creek Road
Calder, ID 83808

Jay Sorensen
c/o Shanghai
Post Office Box 9022
Warren, MI 48090-9022
Telephone:    (86) 21 5083-8542
Facsimile:    (86) 21 5083-8542

Civille and Tang, PLLC
330 Herman Cortez Ave, Suite 200
Hagatna, Guam 96910
Telephone:    671-472-8868
Facsimile:    671-477-2511

Mark Hanson
PMB 738
PO Box 10000
Saipan, MP 96950
Telephone 670-233-8600

Kristin D. St. Peter
Assistant Attorney General

2