

1  MARK B. HANSON, ESQ.
   Second Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:    (670) 233-8600
4  Facsimile:    (670) 233-5262

5  Attorney for *Defendant Robert A. Bisom*

6           IN THE UNITED STATES DISTRICT COURT
7            FOR THE NORTHERN MARIANA ISLANDS

8  ROBERT D. BRADSHAW,                    )   CASE NO. CV 05-00027
                                          )
9                    Plaintiff,           )
                                          )
          vs.                             )
10                                        )                ERRATA TO
   COMMONWEALTH OF THE NORTHERN           )   REPLY OF ROBERT A. BISOM TO
11 MARIANA ISLANDS, NICOLE C. FORELLI,    )   PLAINTIFF'S OPPOSITION TO
   WILLIAM C. BUSH, D. DOUGLAS COTTON,    )   MOTION TO QUASH SERVICE
12 L. DAVID SOSEBEE, ANDREW CLAYTON,      )
   UNKNOWN AND UNNAMED PERSONS IN         )
13 THE CNMI OFFICE OF THE ATTORNEY        )
   GENERAL, ALEXANDRO C. CASTRO, JOHN     )
14 A. MANGLONA, TIMOTHY H. BELLAS,        )
   PAMELA BROWN, ROBERT BISOM and JAY     )
15 H. SORENSEN,                           )   Date:  Thursday, September 7, 2006
                                          )   Time:  8:30 a.m.
16                    Defendants.         )   Judge:  Hon. Alex R. Munson
                                          )
17 _____

18
19          COMES NOW Defendant Robert A. Bisom with the following Errata to his Reply to
20 Plaintiff's Opposition to Robert A. Bisom's Motion to Quash Service in the above-referenced
21 matter.  The Errata is to correct two errors in the Reply as follows:

22
23 (1) At page 1, line 21, the text should read:  ". . . and require Plaintiff to comply, specifically,
24 with the Fed. R. Civ. P. 4(f)(1).";
25 and
26 (2) At page 4, line 4, the text should read: ". . . and Plaintiff's misguided efforts to serve Mr.
27 Bisom through Mr. Sorensen."

28

1  Respectfully submitted this 31st day of August, 2006.

2

3                                                      /s/ Mark B. Hanson

4                                                      MARK B. HANSON

5                                                      Second Floor, Macaranas Building
                                                       Beach Road, Garapan
6                                                      PMB 738, P.O. Box 10,000
                                                       Saipan, MP 96950
7                                                      Telephone:   (670) 233-8600
                                                       Facsimile:   (670) 233-5262

8                                                      Appearing Specially for Robert A. Bisom

9                              CERTIFICATE OF SERVICE

10        I, Rowena de Vera, hereby certify that this day a copy of the foregoing was deposited

11   in the United States Post Office, first class mail, postage prepaid, addressed to the following:

12

13                        Robert D. Bradshaw, Plaintiff *pro se*
                          P.O. Box 473
14                        1530 W. Trout Creek Road
15                        Calder, Idaho  83808

16                        Kristin D. St. Peter, Assistant Attorney General
17                        Office of the Attorney General
                          Civil Division—Capitol Hill
18                        Second Floor,  Juan A. Sablan Memorial Building
19                        Caller Box 10007
                          Saipan, MP 96950
20

21                        Jay H. Sorensen, Esq.
22                        c/o Shanghai
                          Post Office Box 9022
23                        Warren, MI 48090-9022

24

25            August 31, 2006                    /s/ Rowena de Vera
     DATED: _____         _____
26
                                                 ROWENA DE VERA
27

28