# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CV-05-0027                                                                          September 7, 2006
                                                                                              8:30 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            Ellia Ciammaichella, Law Clerk
            Michelle C. Macaranas, Courtroom Deputy
            Mark B. Hanson, Attorney for Defendant Robert Bisom
            Jay Sorensen, Pro Se (via telephone) 86-21-5083-8542
            Robert Bradshaw, Pro Se (via telephone) (208) 245-1691


PROCEEDINGS:    MOTION TO QUASH SERVICE

Plaintiff Robert Bradshaw appeared by phone, pro se. Also appearing by phone was Attorney Jay Sorensen, Pro Se. Attorney Mark B. Hanson appeared on behalf of Robert Bisom.

Attorney Hanson argued his motion. Robert Bradshaw had no arguments.

Court, after hearing all arguments, took the matter under advisement and stated that a written order would be forthcoming.

Mr. Bradshaw waived oral argument on the motion to dismiss 2nd amended complaint and that he will just submit pleadings to the Court.

Adjourned 8:40 a.m.


/s/ Michelle C. Macaranas, Courtroom Deputy