AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court

**District of the Northern Mariana Islands**

FILED
Clerk
District Court

SEP 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
        Plaintiff
V.

L. DAVID SOSEBEE, et. al.,
See Attached Listing.
        Defendants.

AMENDED

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 05-0027

SECOND
AMENDED COMPLAINT

TO: (Name and address of Defendant)

L. David Sosebee
PO Box 3185
Bryan, Texas 77805-3185

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Robert D. Bradshaw
Plaintiff, Pro Se
PO Box 473
1530 W. Trout Creek Road
Calder, ID 83808,     Phone 208-245-1691

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

_/s/ signature_
(By) DEPUTY CLERK

JUN 2 0 2006
DATE

## LISTING OF DEFENDANTS CASE 05-0027

COMMONWEALTH OF THE NORTHERN )
MARIANA ISLANDS (hereafter referred to )
as the CNMI); NICOLE C. FORELLI, former )
Acting Attorney General of the CNMI, in her )
personal/individual capacity; WILLIAM C. )
BUSH, former Assistant Attorney General of )
the CNMI, in his personal/individual capacity; )
D. DOUGLAS COTTON, former )
Assistant Attorney General of the CNMI )
in his personal/individual capacity; L. )
DAVID SOSEBEE, former Assistant Attorney )
General of the CNMI, in his personal/individual )
capacity; ANDREW CLAYTON, former )
Assistant Attorney General of the CNMI, in his )
personal/individual capacity; Other )
UNKNOWN and UNNAMED person or )
persons in the CNMI, in their )
personal/individual capacity; )
ALEXANDRO C. CASTRO, former )
Judge ProTem of the CNMI SUPERIOR )
COURT, in his personal/individual capacity; )
PAMELA S. BROWN, former )
Attorney General of the CNMI; in her )
personal/individual capacity; )
ROBERT A. BISOM; and JAY H. SORENSEN. )
         Defendants                  )

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: August 16, 2006

NAME OF SERVER (PRINT): ROBERT D. BRADSHAW

TITLE: PLAINTIFF

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PER COURT ORDER OF JUN 12, 2006, SERVICE WAS MADE BY PUBLICATION ON JUL 26, AUG 2, 9, 16, 2006 IN THE MARIANAS VARIETY. COPIES ATTACHED EXHIBITS 1 TO 6.

### STATEMENT OF SERVICE FEES

TRAVEL: NONE   SERVICES: $214.30   TOTAL: $214.30

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 16, 2006
Date

Signature of Server: Robert D. Bradshaw

Address of Server: Box 473, Calder, ID 83808

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.