Continued from page 22

04 VIDEO CAMERA OPERATOR- Salary: $3.05-$10.00 per hour, Housing: Self; Health; Insurance, Worker's Compensation Insurance, Commission Paid Based On Number Of Videos Sold Per Shooting.
Contact: SAIPAN TV PRODUCTIONS, INC. Tel. 234-0386(8/9)W52758

02 CARPENTER- Salary: $3.05 per hour, Worker's compensation and medical reimbursement.
02 CRAFT DEMONSTRATOR- Salary: $3.05 per hour, Worker's compensation and medical reimbursement.
Contact: MICRONESIA WOODCRAFT ENT., INC. dba Construction. Tel. 235-7631(8/9)W52750

01 FARMER WORKER- Salary: $300.00 per month, Housing: ER provided; Food: Self-provided; Worker's compensation and medical insurance.
Contact: ZHONG GUANG CORPORATION dba Retail Farm Produce Tel. 235-0643(8/9)W1201087

01 AUTO PAINTER- Salary: $3.05 per hour, Housing: Self-provided; Food: Self-provided; Medical and worker's compensation company provided.
Contact: JIJOMAR R. ESPINOSA dba JRC Automotive & Boat Repair Shop Tel. 288-0263(8/9)W52761

01 TRIMMER- Salary: $3.05 per hour, Housing: Self-provide; Food: Self-provide; Free medical and worker's compensation.
01 COMMERCIAL CLEANER- Salary: $3.05 per hour, Housing: Self-provide; Food: Self-provide; Free medical and worker's compensation.
Contact: JIN YANG CORP. dba Xin Yuen Tumming Services. Tel. 233-6581/235-0642(8/9)W1201885

**COMPUTER REPAIR** Only $25 On Minor Repair
WE ALSO DO DATA RECOVERY EVEN HARD DRIVE CRASH
WE BUY & SELL USED MONITORS
CALVATRON
Open 7 days a week 9AM to 9PM Call 233-5641 • 233-6172

A#1 RIDEZ AUTO SHOP

**IMMEDIATE HIRING**
(2) AUTO BODY REPAIRER
Tel # 233-9653 or 233-0327
ask for Gary/Anthony
A#1 RIDEZ AUTO SHOP
Asuzana St. Garapan

---

**We Buy Used Car**
If you want to sell for used quality Pick-Up or Sedan please visit us Buy & Sell (next building to Moonlite Club on Beach Road in CK) or call 483-5833.
We pay good cash.

**HOUSE FOR LEASE**
2 BEDROOM/1 BATHROOM
LOCATED IN DANDAN
54 YRS. LEASE
$60,000.00 (NEGOTIABLE)
CALL: 234-7626/888-8074
LOOK FOR JIM

**Hinemlu Massage**
If you have severe back pain and leg pain visit us at Hinemlu Massage for $40.00 only.
Pls. contact Kevin @ 287-9969
1:00 p.m. - 12 p.m.
Monday thru Saturday

**HOUSE FOR LEASE/RENT**
4 Bedroom, 2 Bathroom
Located in Kagman2
If interested call 256-0039 or 287-9440

**HOUSE FOR LEASE**
A FOUR (4) BEDROOMS, THREE (3) BATHROOMS, TWO (2) PATIOS AND CONCRETE CAR GARAGE WITH 2,000 GALLON WATER TANK W/ PRESSURED WATER PUMP EXECUTIVE HOUSE LOCATED IN SAN VICENTE WILL BE AVAILABLE FOR LEASE. PLEASE CONTACT TEL. NO. 287-5877 TO SEE THE HOUSE. SERIOUS CALLER PLEASE



**Procurement And Supply CNMI Government**
**INVITATION TO BID**
ITB NO.: ITB06-RDPS-106
OPENING DATE: 08/07/06 TIME: 10:00 A.M.
REPLACEMENT OF RADIO EQUIPMENT & SUPPLIES FOR THE DEPARTMENT OF PUBLIC SAFETY, ROTA BRANCH
COPIES OF THE SCOPE OF WORK MAY BE PICKED-UP AT THE OFFICE OF THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY, LOWER BASE DR., SAIPAN, DURING REGULAR WORKING HOURS.
PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS.
/s/ JOSEPH S. INOS  /s/ VIRGINIA C. VILLAGOMEZ  /s/ HERMAN S. SABLAN
MAYOR OF ROTA    GOVERNOR'S AUTHORIZED REP.    DIRECTOR, P&S

**Procurement And Supply CNMI Government**
**INVITATION TO BID**
ITB NO.: ITB06-COURT-105
OPENING DATE: 08/03/06 TIME: 10:30 A.M.
PURCHASE OF ONE (1) SCANNER, ONE (1) COMPUTER, ONE (1) COMPUTER SERVER, ONE (1) TAPE BACK-UP HARDWARE, ONE (1) LCD MONITOR AND ONE (1) SCSI ADAPTOR CARD FOR THE CNMI SUPERIOR COURT
COPIES OF THE SPECIFICATIONS MAY BE PICKED-UP AT THE OFFICE OF THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY, LOWER BASE DR., SAIPAN, DURING REGULAR WORKING HOURS. SUBMISSION OF BID VIA E-MAIL TO cnmigovernment@pticom.com IS HEREBY AUTHORIZED ON THIS ITB.
PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS AND MUST BE SUBMITTED WITH THE BID IF PREFERENCE IS CLAIMED.
/s/ ROBERT C. NARAJA  /s/ HERMAN S. SABLAN
PRESIDING JUDGE    DIRECTOR, P & S



Now Hiring Part-Time:
**Transportation Security Officers**
**West Tinian Airport**
(Officers provide security and protection for air travelers, airports and aircraft.)
Part-Time: Starting at $14.14 per hour Plus Benefits
(includes 25% COLA)
Minimum Requirements: U.S. Citizenship or U.S. National • High school diploma, GED or equivalent, or one year of security or aviation screening experience • English proficiency • Pre-employment medical evaluation • Pass a background/credit check
Please apply online at:
http://tsacareers.recruitsoft.com
1-800-887-1895
TTY: 1-800-887-5506
Transportation Security Administration
TSA is an Equal Opportunity Employer.

---

**WAREHOUSE FOR RENT**
Located in Lower Base
40¢ per sq. ft.
Contact John at 233-0691/285-5646.

**SMALL ENGINE REPAIR**
• BUSHCUTTER • GENERATOR
• LAWN MOWER • MOTOR BIKE
• LAUNDRY MACHINE • BOAT ENGINE
**CALVATRON**
Call 233-5641 • 233-6172
Open 7 days a week 9AM-9PM

**CAR FOR SALE**
2005 COROLLA
$12,800 OBO
Auto Trans/AC
22,850 mileage
Please call 287-2049

**APARTMENT FOR RENT**
2 BEDROOM, 1 BATH
Fully furnished
Located in Dandan
Deposit required
Utilities not included. $400/month
Call 483-2254/233-1190

**NEW TIMES MARKET**
Chinese Products 40% Off
Come & Check Out Our New Items!
High Quality Hair Accessories
Underwear • Belts
Flowers / Flower Vase
Curtains and more...
Electric Bicycle - $1320.00
Aircon 22,000 BTU - $400.00

235-0325

---

IN THE SUPERIOR COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

IN THE MATTER OF THE ADOPTION OF
JACE PIA LEPIYLIGH TAITANO CELES
A Minor Child.
CECILIA TAITANO CELES and ALFRED ANTHONY CELES
Petitioners.

PCD-AD CIVIL ACTION NO. 06-0278
AMENDED
NOTICE OF HEARING
Date: August 4, 2006
Time: 10:00 a.m.
Judge: Hon. K. Govendo

TO ALL INTERESTED PERSONS:
Notice is hereby given that Cecilia Taitano Celes and Alfred Anthony Celes II have filed a petition for termination of parent-child relationship and adoption of a minor child in the Commonwealth Superior Court. The original petition is available for review at the Office of the Clerk of Court at Susupe, Saipan, Commonwealth of the Northern Mariana Islands, and at the Law Office of Perry B. Inos, Suite 4-C, Sablan Building, Beach Road, Chalan Kanoa, P.O. Box 502017, Saipan, Commonwealth of the Northern Mariana Islands. A hearing on the above-entitled matter will be held on August 4, 2006, at 10:00 a.m. at the Superior Court, in Rota, Commonwealth of the Northern Mariana Islands.

Dated this ___ day of ___, 2006
/s/ Clerk of Court
/s/ By: Deputy Clerk of Court

---

LEGAL NOTICE
SUMMONS FOR PUBLICATION

Robert D. Bradshaw
P.O. Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS
P.O. Box 500687
Saipan, MP 96950

Civil Action No. 05-0027
ROBERT D. BRADSHAW
Plaintiff,
vs.
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (CNMI); L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal and official capacities...

TO: L. DAVID SOSEBEE
You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Anytime after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd floor, Horiguchi Bldg., P.O. Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at P.O. Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.
/s/ Galo L. Perez
Clerk of the United States District Court for the Northern Mariana Islands

---

**LOST PASSPORT**
NAME: WU HUIFEN
BIRTHDATE: DEC. 19, 1970
PASSPORT T#: P CHN 144335571
If found pls. call 286-5192

**How to Slow Down Your Electric Meter!!!**
Perfectly legal. CUC Utility can't stop you.
Full instructions on our website
Send $12.00 Cash and your return address to:
Slow The Meter
P.O. Box 10003, PMB 312 Saipan, MP 96950

---

# Lerner group closes purchase of Nationals

WASHINGTON (AP) — A group led by local real estate developer Ted Lerner and Stan Kasten officially took control of the Washington Nationals on Monday, finalizing the $450 million purchase of the club from Major League Baseball.

Lerner is the managing principal owner, and his son Mark and sons-in-law Edward Cohen and Robert Tanenbaum are principal owners. Kasten, a former executive with the Atlanta Braves and the NHL's Thrashers and NBA's Hawks, is the team president.

"It has long been my dream to bring the national pastime back to my hometown, the nation's capital," Ted Lerner said. "Now that it's been realized, I plan on doing everything I can to make sure that this franchise becomes an international jewel for MLB, D.C. and the nation."

Less than half an hour after announcing that the team's sale was finalized, the Nationals said they hired the Arizona Diamondbacks' vice president of scouting operations, Mike Rizzo, as an assistant general manager and vice president of baseball operations.

"Under new ownership and the leadership of Stan Kasten, I have been given the approval and the resources to hire the best and brightest the baseball industry has to offer, and today's hiring of Mike Rizzo exemplifies this," Washington GM Jim Bowden said.

Rizzo, who worked seven seasons with Arizona, is one of three assistant general managers and will be in charge of the scouting operation. Dana Brown remains director of amateur scouting, and Bowden said the club will hire a director of professional scouting and a director of international scouting. Brown and the other two will report to Rizzo.

One of Rizzo's areas of focus will be boosting the Nationals' reach abroad, scouting prospects in Latin America and Asia.

The Lerner group was chosen in May by commissioner Bud Selig from among eight bidders to buy the Nationals. Baseball's other 29 teams purchased the poor-drawing Montreal Expos for $120 million in 2002, and moved the club to Washington for the 2005 season.

After going 81-81 and averaging 33,728 fans at home in 2005, the Nationals are 43-56, last in the NL East, and drawing 27,033 per game.

"I am extremely pleased to welcome the Lerner family and their partners into Major League Baseball," Selig said. "As I've come to know Ted and his family better over the past several weeks, I'm more certain than ever that they will provide the kind of committed and stable ownership that will help this franchise flourish in the D.C. area for years and years to come."

**WANTED IMMEDIATELY!!!**
AIRCON TECHNICIAN
W/EPA LICENSE. GW, TRANSFER,
DOUBLE JOB, OR TWA
APPLY IN PERSON AT: JWS AC & REF.
INC. OFFICE & LOOK FOR BENNY
FURAGGANAN OR JOJO
TEL 235-5572/2557

**LEAVING THE ISLAND FINAL DAY SALE!!** (as is where is)
Koblerville 288-3866 or 287-8369

**BIG SALE**
USED & NEW ITEMS
BEDS ALL SIZE
RM SIZE ICE BOX, CURTAINS,
PILLOWS, BEDSHEETS, BED COVERS
& BLANKETS   483-1269

**Hong's Barber Shop**
IN KAGMAN
BACK TO SCHOOL SPECIAL
$4.00 HAIRCUT
10 YR. OLD & YOUNGER
JULY 31-AUGUST 6
CALL: 256-0222

**54 YR. LEASE DANDAN**
866 Sq. Mt. Lot
432 Sq. Ft., 2 Bedroom, 1 Bath,
Concrete home, 250 Gal. H20 Tnk
w/ Stove, Fridge, 2 A/C $70,000.00
Negotiable/Poc. Owner Finance.
Call JIM @ 888-8074 or 234-7626

**FOR RENT**
ONE BEDROOM/STUDIO TYPE
Fully furnished • 24 hours water
• Yard maintenance and
trash collection included
• Safe & secure area
For inquiries call 256-3864/287-7769

**House For Rent**
Semi-concrete,
4 bedroom, 2 bath
in Kagman II
For inquiries,
pls. call 322-6183

**SMALL ENGINE REPAIR**
•BUSHCUTTER
•LAWN MOWER
•LAUNDRY MACHINE
•REWINDING
•GENERATOR
•MOTOR BIKE
•BOAT ENGINE
Call 233-5841 • 233-6172
CALVATRON

**FOR SALE**
NEW TIMES STORE
Located at Chalan Kanoa
For more information
please call 235-0328

**Procurement And Supply
CNMI Government
INVITATION TO BID**
ITB NO.: ITB06-DOF-109
OPENING DATE: 08/11/06 TIME: 9:00 A.M.
LOCATION: DIVISION OF PROCUREMENT & SUPPLY, CONFERENCE ROOM
"SALE OF GOVERNMENT PERSONAL MOTOR VEHICLE"
INTERESTED INDIVIDUAL OR FIRMS MAY PICK UP THE SPECIFICATIONS AT THE OFFICE OF THE
DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY, LOWER BASE DRIVE, SAIPAN, DURING
REGULAR WORKING HOURS. BIDDERS ARE CAUTIONED TO INSPECT THE VEHICLE(S).
INSPECTION DATES ARE SCHEDULED MONDAY TO FRIDAY FROM 08:00 AM TO 14:00 PM. ACCEPT ON HOLIDAYS.
/s/ ELOY S. INOS                         /s/ HERMAN S. SABLAN
SECRETARY OF FINANCE                     DIRECTOR, P & S

**LOST PASSPORT**
NAME: CUIHONG, GU
DATE OF BIRTH: JULY 27, 1976
PASSPORT NO.: P3245804
DATE OF ISSUE: JAN. 12, 1999
PLACE OF ISSUE: NANJING
IF FOUND PLS. CALL 287-8722

**How to Slow Down Your Electric Meter!!!**
Perfectly legal. CUC Utility can't stop you.
Slow The Meter
P.O. Box 10063, PMB 813 Saipan, MP 96950

**COMPUTER REPAIR**
Only $25
CALVATRON
Call 233-5841 • 233-6172

**LEGAL NOTICE
SUMMONS FOR PUBLICATION**
Robert D. Bradshaw
P.O. Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
MARIANA ISLANDS
P.O. Box 500687
Saipan, MP 96950

Civil Action No. 05-0027
ROBERT D. BRADSHAW
Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (for OMNIBUS: DAVID
SOSEBEE, et al.)
Defendants

YOU DAVID SOSEBEE:
You have been sued by Robert D.
Bradshaw, the Plaintiff, in the United States
District Court for the Northern Mariana
Islands. The claims are as summarized:
The nature of the claims against you
are set forth in the complaint and suit is in
interest pursuant hereby upon you.
Anytime after 20 days following the
last publication of this summons, the court
may enter a judgment against you without
further notice, unless prior to that time you
have filed a written response in the proper
form, including the Case Number, and paid
any required filing fee to the Clerk of the
Court at 2nd floor, Horiguchi Bldg. P.O. Box
500687, in area 670-236-2900, Saipan, MP
96950 and served a copy of your response
on plaintiff at P.O. Box 473, 1530 W. Trout
Creek Road, Calder, ID 83808, phone 208-
245-1691.
A copy of the Summons, Complaint,
Amended Complaint and Second Amended
Complaint can be obtained by contacting
either the Clerk of the Court or the plaintiff.
If you wish legal assistance, you should
immediately retain an attorney to advise
you in the matter.

WITNESS MY HAND and seal of said
District Court on this 12th day of June 2006.

/s/ Galo L. Perez
Clerk of the United States
District Court for the
Northern Mariana Islands



*First placed Germans Daniela Goetz, Petra Dallmann, Annika Liebs and Britta Steffen, from left, pose with their medals after the medal ceremony for the Women's 4 x 100 meter Freestyle final race at the European Swimming Championships in Budapest, Hungary, Monday. The team won the race with a new world record of 3 minutes, 35.22 seconds.* AP

# German world record caps European day

BUDAPEST (Reuters) — Germany set a world relay record to give the European swimming championships a rousing finish to the opening day of the main pool action on Monday.

The day began with Laure Manaudou fading way off the pace in the heats of the women's 400 meters individual medley, an event the 19-year-old Frenchwoman had been strong favorite to win in the absence of title-holder Yana Klochkova, Ukraine's Olympic champion.

It ended with a German quartet breaking the women's 4x100 meters freestyle world record set by Australia at the Athens Olympics and with Italy bagging their second title of the evening in the concluding men's 4x100 freestyle relay.

Petra Dallmann, Daniela Goetz, Britta Steffen and Annika Liebs clocked three minutes 35.22 seconds to beat the women's relay mark of 3:35.94 set by Australians Alice Mills, Libby Lenton, Petria Thomas and Jodie Henry on August 14, 2004.

Alessia Filippi profited from Manaudou's failure to win the 400 individual medley and claim the first of Italy's two titles, while Russia's Yuri Prilukov produced a powerful late surge to win the men's 400 meters freestyle and take the first pool gold.

The German women stormed to the win with the world record with Britta Steffen powering home during the closing split of 53.60.

"It can't have been me — I still can't grasp and believe that clocking," she said.

"I didn't feel well before the race but after the heats this morning we set our eyes on the world record."

The Netherlands took silver in 3:37.04 and France bronze in 3:38.83.

Italian Massimiliano Rosolino set a fierce pace in the men's 400 and led by nearly three seconds at the halfway mark but world short-course champion Prilukov reeled him in, charging past on the final length in the 50-meter Alfred Hajos outdoor pool to claim the title in a championship record 3:45.73.

Rosolino, 28 Olympic silver medallist in 2000, hung on to take his third European 400 freestyle silver medal in 3:46.87 and fast-finishing Nicolas Rostoucher of France came through for the bronze in 3:47.04.

"It was a good race," Prilukov, silver medallist in the event at the 2004 European championships, said. "I was prepared for Rosolino setting the pace but he could not threaten me. It was clear that I would catch him on the last lap."

Rosolino's Italian compatriot Emiliano Brembilla, winner of the event at four of the last five European championships, failed to qualify for the final after finishing 13th overall in the heats.

Filippi, silver medallist at the world short-course championships in Shanghai in April, took the lead in the 400 individual medley on the second leg, the backstroke, after Russia's Yana Martynova had led through the opening butterfly.

The 19-year-old Italian stretched away to win in 4:35.80, with Germany's Nicole Hetzer taking the silver in 4:37.97 and Katarzyna Baranowska of Poland the bronze in 4:40.02.

"I want to improve my time at the world championships in Melbourne (next year). My dream is the gold medal at the 2008 Olympics in Beijing," Filippi said.

Italy retained their men's 4 x 100 freestyle relay title thanks to a blistering split of 47.62 on the anchor leg by Filippo Magnini, who overhauled Frenchman Amaury Leveaux and brought his team home in a championship record 3:15.23. Russia were second (3:16.47) and France third (3:16.53) in a repeat of the 2004 order.

Magnini, world 100 freestyle champion, said: "I knew I was capable of overtaking Leveaux and I knew I have a very fast finish. We wanted that gold medal badly and we won it."



*Members of Germany's 4 X 100 Meter swimming team, Annika Liebs, Petra Dallmann, Daniela Goetz and Britta Steffen celebrate their victory after winning the Women's 4 X 100 Meter Freestyle final race at the European Swimming Championships in Budapest, Hungary, Monday. The team won the race with a new world record of 3 minutes, 35.22 seconds.* AP

**USED CARS FOR SALE**
287-9601
234-4499
1999 Mit. Mirage
4Dr. Auto, A/C
78,000 Miles
Asking $3,995.00

1992 Toyota
4Runner 4x4, 4 Cyl.
Engine, Std. Trans.
CD/Stereo, A/C
Newly paint
Asking $4,800.00

1994 Nissan Pathfinder
4x4, Runs good
Auto, A/C
Asking $3,995.00

1997 Ford Ranger
Regular P/U, A/C
Std. Trans $4,800.00



**Happy 17th BIRTHDAY**
Daisy Ann M. Rojo
We Love You
From, The Family