**SMALL ENGINE REPAIR**
- BUSHCUTTER
- LAWN MOWER
- LAUNDRY MACHINE
- REWINDING
- GENERATOR
- MOTOR BIKE
- BOAT ENGINE
Tel. 233-5641/233-6172
CALVATRON

**House For Rent**
Three (3) Bedrooms
Full Concrete, One patio
Two car garage,
Located in As Matuis
Pls. contact Tel. 322-8955/989-4009

**Apartment For Rent**
2 bedroom, 1 bath. Fully furnished.
Newly renovated. Chalan Kanoa.
Quiet neighborhood. $400/month.
1 month deposit required.
Utilities not included.
Call 483-2254/233-1190

**BIG SALE**
USED & NEW ITEMS
BEDS ALL SIZE, RM SIZE, ICE BOX,
CURTAINS, PILLOWS, BEDSHEETS, BED
COVERS & BLANKETS. 35%-50% OFF
483-1269

**$150 REWARD**
For MISSING DOG
for details
http://anna.elbie.net
236-2900/256-0099

**COMPUTER for SALE**
Pentium 3 1Ghz - 17" Monitor - 640MB
Memory - 80GB Hard Drive - DVD Drive
- Windows XP - Office 2003
- Hp Laser Printer - Color Scanner
Price: $300.00
Please Call: 235-8055

**LEGAL NOTICE**
SUMMONS FOR PUBLICATION
Robert D. Bradshaw
P.O. Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691
Plaintiff, Pro Se
IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
MARIANA ISLANDS,
P.O. Box 500687
Saipan, MP 96950
Civil Action No. 05-0027
ROBERT D. BRADSHAW
Plaintiff
vs
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI); L. DAVID
SOSEBEE, former Assistant Attorney
General of the CNMI, in his
personal/individual capacity, et al.
Defendants

TO: L. DAVID SOSEBEE:
You have been sued by Robert D.
Bradshaw, the Plaintiff, in the United States
District Court for the Northern Mariana
Islands, Civil Action No. 05-0027.

The nature of the claims against you
are set forth in the complaint and seek to
impose personal liability upon you.

Anytime after 20 days following the
last publication of this summons, the court
may enter a judgment against you without
further notice, unless prior to that time you
have filed a written response in the proper
form, including the Case Number and paid
any required filing fee to the Clerk of the
Court at 2nd floor, Horiguchi Bldg. P.O. Box
500687, phone 670-236-2902, Saipan, MP
96950 and served a copy of your response
on plaintiff at P.O. Box 473, 1530 W. Trout
Creek Road, Calder, ID 83808, phone 208-
245-1691.

A copy of the Summons, Complaint,
Amended Complaint and Second Amended
Complaint can be obtained by contacting
either the Clerk of the Court or the plaintiff.
If you wish legal assistance, you should
immediately retain an attorney to advise
you in this matter.

WITNESS MY HAND and seal of said
District Court on this 12th day of June 2006.

/s/ Galo L. Perez
Clerk of the United States
District Court for the
Northern Mariana Islands

# Sanguinetti upsets Nalbandian in first round

TORONTO (Reuters) — Third seed Argentine David Nalbandian went out of the Toronto Masters in the first round on Monday when he was beaten 6-1 6-2 by gray-haired Italian Davide Sanguinetti.

The burly Nalbandian, a semi-finalist at the Australian Open and Miami Masters earlier this season, was completely outclassed by the 33-year-old Italian qualifier, who needed just 58 minutes to collect his first win in three attempts on Canadian hard courts.

Sanguinetti had just three career wins over top 10 opponents and the 24-year-old Nalbandian — currently a career-high number three in the world rankings — represents the biggest scalp claimed by a man who spent last week playing at Challenger event in Recanati, Italy.

Sanguinetti has two career titles on his resume and both came over two of the tennis's biggest names as he beat Roger Federer in the final in Milan in 2002 and Andy Roddick a month later at Delray Beach - but before both players had yet to crack the top 10.

"I was relaxed," the 68th ranked Sanguinetti told reporters. "If I lose, it's not a shame to lose to number three in the world. I was surprised by the score but I think I made him play my game.

"I love it. I love to see the old man can still win against the young guys."

Although Nalbandian reached the final of the Canadian Masters in 2002 losing to Roddick, he has had mixed fortunes in Canada, dropping out in the first round in 2004 and the second round last year.

The Argentine attributed his latest early exit to a fever that he said left him short of energy.



Third-seeded David Nalbandian from Argentina, returns a shot during his loss to Davide Sanguinetti, from Italy, at the Roger Cup tennis tournament in Toronto, Monday.

"I had a fever but I wanted to try and play," said the South American. "I said to myself that I would give it a go.

"I had nothing to lose, and I couldn't make it any worse. I tried to compete but I didn't have the energy today."

Sanguinetti, who turns 34 later this month, says he has no intention of retiring, instead setting his sights on the 2008 Beijing Olympics, drawing inspiration from 36-year-old Andre Agassi who will retire after the U.S. Open.

"To me Agassi is the hero because to be 36, to be in the top 10, is unbelievable," said Sanguinetti. "My goal is to try and do like Agassi did in his career.

"I would wish to win all the tournaments he has won but my goal with my age is to keep playing.

"I set my goal to go to the Olym-



Italy's Davide Sanguinetti reacts after defeating third-seed David Nalbandian of Argentina in straight sets at the Rogers Cup tennis tournament in Toronto, Canada.

pics in 2008. I have to keep working for that date."

In another first round action, fourth seed Ivan Ljubicic of Croatia eased passed Spain's Nicolas Almagro 7-6 6-3.

"It was the third and it is six-up courage (in Croatia) for Ljubicic, who is playing his first hard court event since reaching the final of the Miami Masters in April where he lost to Federer."

Britain's Tim Henman received easy passage into the second round breezing past Sweden's Jonas Bjorkman 6-4 6-3.

Henman's former Davis Cup teammate Greg Rusedski, however, lost 6-4 6-2 to Russia's Mikhail Youzhny.

Battling a painful hip injury that had sidelined him since first round loss at Wimbledon, the Canadian-born Rusedski conceded after the match that it was probably his last appearance in Toronto.

# Gatlin's legal team ready to state case to panel

RALEIGH, North Carolina (Reuters) — Justin Gatlin's legal team is ready to state its case to a U.S. Anti-Doping Agency (USADA) panel that will review the Olympic champion's positive drug test, his attorney said on Monday.

"We will be filing our submission today," Cameron Myler told Reuters by e-mail.

**WANTED**
HEAVY EQUIPMENT/
DIESEL MECHANIC
Contact: FAS MOVING and Storage
322-6587/322-6587/88

**FOR SALE**
NEW TIMES STORE
Located at Chalan Kanoa
For more information
please call 235-0328

**COMPUTER REPAIR**
Only $25
On Minor Repair
WE BUY & SELL
USED MONITORS
CALVATRON
Call 233-5641/233-6172

**House For Rent**
Semi-concrete,
4 bedroom, 2 bath
in Kagman II
For inquiries,
pls. call 322-6183

She said the documents would not be available publicly, and in a telephone conversation last week said she would not discuss the contents of the filings.

"The panel will review Gatlin's positive A pri test for the male sex hormone testosterone or its precursors and will make a recommendation to USADA on whether there is a case against the sprinter, who would second holder.

"I'm not sure when the review board will make its decision," Myler said in the e-mail.

A USADA official said the anti-doping agency would not comment.

If charged Gatlin would face a life ban because it would be his second doping offence.

The review panel is expected to look at documents from Gatlin's positive A and B samples, any filings USADA might make and the sprinter's attorneys' documents.

The panel will then confer, often by telephone, and make a recommendation to USADA, according to the anti-doping agency's rules.

USADA, based on that recommendation, will decide whether Gatlin should be charged with a doping offence.

If charged, he would have opportunity to contest the USADA decision and the recommended sanction first before U.S. a panel of judges and then panel of international judges from the Court of Arbitration for Sport (CAS).

The 24-year-old announced on July 29 that he had tested positive at the Kansas Relays on April 22.

He said he had never knowingly taken banned substances and did not know how he had tested positive.

Since Gatlin's announcement his coach, Trevor Graham, has been banned by the U.S. Olympic Committee (USOC) from using its facilities.

USOC chairman Peter Ueberroth said the decision was "based on the unusual number of athletes he has coached who have been convicted of doping offences."

More than half a dozen athletes coached or previously coached by Graham, including disgraced former 100 meters world record holder Tim Montgomery, have been suspended for doping.



Happy 3rd Birthday E.J. From: Family & Friends

**APARTMENT FOR RENT**
2 BEDROOM
Semi- Furnished
24-hours water
Located in Beachroad C.K.
Deposit req. Utilities not inlcuded.
Tel. 234-2346

**APARTMENT FOR RENT**
1 BEDROOM $200/month
24-hours water
Located in Susupe
Utilities not inlcuded
Must see to appreciate
Call 234-6477

**WAREHOUSE SALE**
USED & NEW ITEMS
BEDS ALL SIZE, RM SIZE ICE BOX,
CURTAINS, PILLOWS, BEDSHEETS, BED
COVERS & BLANKETS. 15%-50% OFF
483-1269

IN THE SUPERIOR COURT OF THE
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS

In re the Matter of the Appointment of
a General Guardian for
TYREL JAY KODEP, a minor child.

JULIAN and MARGARET KODEP,
Petitioners.

CIV. ACT. NO. 06-0337

NOTICE TO SET HEARING DATE

The natural father of the above child has already gone to Palau and the Mother will be following him soon. The Father will return for the hearing if given 2 weeks notice. This is to request a hearing date as early as the Court's calendar will permit.

Respectfully submitted on this 6th day of July, 2006.

/s/ Loren A. Sutton (F0179)
Counsel for Petitioners

ORDER
FOR GOOD CAUSE SHOWN, this matter is set for hearing on the 28th day of August, 2006, at 1:30 p.m.

/s/Kenneth L. Govendo
Judge of the Superior Court

LEGAL NOTICE
SUMMONS FOR PUBLICATION
Robert D. Bradshaw
P.O. Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
MARIANA ISLANDS
P.O. Box 500687
Saipan, MP 96950

Civil Action No. 05-0027
ROBERT D. BRADSHAW
Plaintiff
vs.
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS (the CNMI); L. DAVID
SOSEBEE, former Assistant Attorney
General of the CNMI, in his
personal/individual capacity; et. al.
Defendants

TO: L. DAVID SOSEBEE:
You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.

The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.

Anytime after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd floor, Horiguchi Bldg, P.O. Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at P.O. Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.

A copy of the Summons, Complaint, Amended Complaint and Second Amended Complaint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.

/s/ Galo L. Perez
Clerk of the United States
District Court for the
Northern Mariana Islands



*Nikolay Davydenko of Russia hits a return to Juan Ignacio Chela of Argentine Monday, in the Western & Southern Financial Group Masters tennis tournament in Mason, Ohio.*

*Juan Ignacio Chela of Argentina eyes a return to Nikolay Davydenko of Russia Monday, in the Western & Southern Financial Group Masters tennis tournament in Mason, Ohio.*

# Davydenko succumbs to Chela

**CINCINNATI (Reuters)** — Fifth seed Nikolay Davydenko became the first major casualty at the Cincinnati Masters when he lost 6-4, 2-6, 6-2 to Argentine Juan Ignacio Chela in the opening round on Monday.

But number six James Blake led an American hat-trick of opening victories, scoring a 6-4, 6-4 win over Fabrice Santoro on a bad day for France.

Robby Ginepri and former finalist Mardy Fish followed suit for the U.S., with the 15th-seeded Ginepri eliminating another French opponent in Paul-Henri Mathieu, 1-6, 6-3, 6-4.

Wildcard Fish, losing finalist in 2003 to Andy Roddick, outclassed 6-1 6-3 Nicolas Mahut of France.

Argentine Chela handed Russia's Davydenko a second consecutive first-round hardcourt defeat in the wake of a clay title won last month at Sopot, Poland.

The marathon man has played in 24 of a possible 25 tournaments this season, registering a 44-22 record.

Chela, who broke his opponent four times, now meets Vince Spadea of the U.S. or Italian Andreas Seppi.

Third seed David Nalbandian swept past South African qualifier Rik De Voest 6-0, 6-4, despite rain interruptions totaling more than two hours.

The Argentine, who has been troubled recently by abdominal injuries, said his game was on the mend.

"I'm playing better, the first round is always tough," Nalbandian told reporters. "I'm feeling much better than last week."

Seven days ago, he lost 6-1, 6-2 to Italian Davide Sanguinetti in the opening round of the Toronto Masters.

Eighth seed Marcos Baghdatis, runner-up at the Australian Open and the newest member of the world's top 10, knocked out Thomas Johansson of Sweden, 7-6, 7-6.

"It's been an amazing year for me. The only thing I need is to win a tournament," said the Cypriot.

Roger Federer and Rafael Nadal are the top seeds this week.

## American Wilson up to 72nd in world rankings

**LONDON (Reuters)** — American Dean Wilson climbed 78 places to 72nd in the world rankings issued on Monday after claiming his maiden victory on the PGA Tour at the International.

Wilson, who has won six times on the Japanese tour, birdied the second playoff hole at Castle Rock, Colorado on Sunday to defeat U.S. Ryder Cup captain Tom Lehman.

Briton Simon Dyson rose 33 positions to 77th after seizing his second European Tour title of the season.

Dyson beat Australian Richard Green at the first playoff hole in the Dutch Open at the Kennemer Golf & Country Club in Zandvoort.



*Dean Wilson*

## Redskins hoping Portis ready for season opener

**WASHINGTON (Reuters)** — Washington Redskins coach Joe Gibbs said Monday he was hopeful injured running back Clinton Portis would be ready for the season opener next month.

Portis suffered a partial dislocation of his left shoulder in the first quarter of Sunday night's preseason game against the Cincinnati Bengals.

"It will be something that will be sore," Gibbs told reporters. "As soon as we get the soreness out of there, we feel he can start rehabbing. We would hope he will be ready for the opener."

The loss of Portis for any length of time would be a devastating blow for the Redskins, a team much-improved over last year's 10-6 squad that advanced to the second round of the playoffs.

Portis injured the shoulder while tackling Keiwan Ratliff, a Bengals cornerback who had intercepted a pass by Redskins starter Mark Brunell and raced 52 yards down the sideline.

The fifth-year running back, a 2003 Pro Bowl performer who has rushed for at least 1,300 yards in each of his NFL seasons, landed on his left shoulder while slamming Ratliff to the ground.

Gibbs defended his decision to use Portis in the team's first exhibition game, a 19-3 victory by the host Bengals.