F I L E D
Clerk
District Court

SEP 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone  208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br><br>　　　　Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) **SUPPLEMENT TO**<br>) **MEMORANDUM OF POINTS**<br>) **AND AUTHORITIES IN SUPPORT**<br>) **OF MOTION FOR PARTIAL**<br>) **SUMMARY JUDGMENT**<br>)<br>) Date: OCT 1 2 2006<br>)<br>) Time: 9:00 A.M. |

　　1. This supplement is submitted with Plaintiff's Memorandum of Points and Authorities in support of Motion for Partial Summary Judgment.

　　2. While plaintiff does not have access to case law reference material as commonly available to practicing attorneys, plaintiff did make a Internet effort to locate precedential material from the Supreme Court or the 9th circuit on the following items now a part of the Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment.

1

Plaintiff could find no references to precedential material on these three points.

Page 9, Clean Hands/Dirty Hands Doctrine Franklin v. Franklin, 365 Mo. 442, 283 S.W. 2d 483, 486.

Page 20, Attorney malpractice citations can be filed with Civil Rights complaint-- Mary Patricia Roth v. Frances O'Brien, et. al. Civil Action -4-2787. US Distract Court Eastern Dist of PA, Nov 2004.

Page 22, Jun 27, 2000, US Cir Ct for the DC Circuit found that "'immigration and naturalization laws of the United States' generally do not apply in the CNMI" (Pacific Micronesia Corp, Petitioner, v. National Labor Relations Board, Respondent, case No 99-1078). The word general in terms of the US immigration laws in the CNMI is the point of this reference

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Dated this ____4th____ day of __September__ 2006 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___4th___ day of __Sep__ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950.

_____,
Robert D. Bradshaw, Plaintiff, Pro Se