```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   SEP 1 4 2006
```

Robert D. Bradshaw
PO Box 473                                  For The Northern Mariana Islands
1530 W. Trout Creek Road                    By_____
Calder, Idaho 83808                                (Deputy Clerk)
Phone  208-245-1691

Plaintiff, Pro Se

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Civil Action No. 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) **NOTICE OF HEARING ON** <br>) **PLAINTIFF'S MOTION FOR** <br>) **PARTIAL SUMMARY** <br>) **JUDGMENT** |
| Defendants | ) Date: OCT 1 2 2006 <br>) <br>) Time: 9:00 Am <br>) |

TO:  All Parties of Record

    PLEASE TAKE NOTICE that on ___OCT 1 2 2006___, at the hour of ___9:00 Am___, or as soon thereafter as plaintiff may be heard, the Court will hear Plaintiff's Motion for a Partial Summary Judgment.

                                        Respectfully submitted,

DATED: ___SEP 1 4 2006___, 2006

                                        /s/ Robert D. Bradshaw
                                        Robert D. Bradshaw, Plaintiff Pro Se

1