F I L E D
Clerk
District Court

SEP 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN<br>MARIANA ISLANDS (hereafter referred to<br>as the CNMI); et. al.<br>    Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) **MOTION FOR DEFENDANT**<br>) **L. DAVID SOSEBEE TO SHOW**<br>) **CAUSE ON WHY HE SHOULD NOT**<br>) **BE ASSIGNED COSTS OF SERVICE** |

   1. COMES now plaintiff in the above titled case for the court to order Defendant L. David Sosebee to show cause why he should not be assigned costs for service in case 05-0027 as he did not respond to and sign the waiver of service sent him by plaintiff per the accompanying affidavit.

   2. Plaintiff further requests the court to assign costs of $214.30 to Defendant L. David Sosebee per the attached affidavit under the provisions of Federal Rules of Civil Procedure

1

4(d) which allows plaintiff to recover the costs of service on Mr Sosebee when he failed to sign and return the waiver of service sent him.

DATED this 28th day of August 2006 at Calder, Idaho.

*[signature]*
ROBERT D. BRADSHAW, Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of August 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

*[signature]*
Robert D. Bradshaw, Plaintiff, Pro Se