F I L E D
 Clerk
District Court

SEP 1 4 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **AFFIDAVIT OF MAILING OF** |
| MARIANA ISLANDS (hereafter referred to ) | **WAIVER TO DEFENDANT** |
| as the CNMI); et. al. ) | **SOSEBEE** |
| Defendants ) | |

1

STATE OF _IDAHO_                )
                                ) ss:
County of _KOOTENAI_             )


I, ROBERT D. BRADSHAW, hereby affirm as follows:

I am the plaintiff in this case. Under the provisions of Federal Rules of Civil Procedure 4(d) and the court order of Jun 12, 2006 (page 6), I mailed a copy of the complaint, amended complaint and second amended complaint, two copies of the enclosed notice of lawsuit (copy at Exhibit A hereto) and a stamped return envelope to Defendant L. David Sosebee on Jun 21, 2006, by priority mail with a delivery confirmation.

Attached at Exhibit B is a copy of the confirmation and postage paid receipt showing that the mailing to Mr Sosebee was made on Jun 21, 2006. The postal confirmation shows that the letter to Mr Sosebee was delivered by the Post Office on Jun 27, 2006.

The waiver to Mr Sosebee was not signed and returned to Plaintiff within the stipulated 30 days or to date. Plaintiff incurred costs of $214.30 in mailing the waiver and making service to Mr Sosebee as follows:

    Postage--$8.40

    Copies of the three documents, 379 pages at 10 cents--$37.90

    Costs of Service by publication in the Marianas Variety (copy of invoice attached Exhibit C)--$168.00

DATED this _25th_ day of _August_ 2006 at _Coeur d'Alene, Idaho_

                                        _/s/ Robert D. Bradshaw_
                                        ROBERT D. BRADSHAW

I, \* \* \* \* \* \*Peggy Hord\* \* \* \* \* \* \* \* \* \* \*, Notary in and for the State of Idaho, residing at \* \* \* \* \*Coeur d'Alene, Idaho \* \* \* \* \* \* \* \* \* \* \* \* \*\* do hereby certify that on this ____25th____ day of ____August____ 2006, personally appeared before me Robert D. Bradshaw, to me known to be the individual described in and who executed the within instrument for the uses and purposes herein mentioned.

Given Under My hand and Official Seal; this __25th__ day of ____August____,2006.

[Notary Seal: PEGGY HORD, NOTARY PUBLIC, STATE OF IDAHO]

NOTARY PUBLIC IN AND FOR THE STATE OF IDAHO

MY APPOINTMENT EXPIRES

____12-08-09____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __4th__ day of __Sep__ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Kristin St Peter, Asst Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se

3



Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone  208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Case No. CV 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); L. DAVID SOSEBEE, et. al. | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** ) **(Fed. R. Civ. R. 4(d))** |
| Defendants | ) |

TO: L. David Sosebee
   PO Box 3185
   Bryan, Texas 77805-3185

A lawsuit has been commenced against you.  A copy of the complaint, amended complaint, and second amended complaint in that lawsuit is attached to this notice.  The complaint was filed in the United States District Court for the Northern Mariana Islands, and has been assigned Docket No. 05-0027.

Your Options

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint.  The cost of service will be avoided if

Ex A

I receive a signed copy of the waiver within 30 days after the date shown at the bottom of this form as sent to you. I enclose a stamped and addressed envelope for your use. An extra copy of this Notice and Request, as well as the attached Waiver are also attached for your records.

### What Happens If You Comply

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served with a summons on the date that the waiver is filed with the court, except that you will not be obligated to answer the complaint before 60 days form the date shown below as the date on which this Notice and Request was sent to you.

### What May Happen if You do Not Comply

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service of summons in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full costs of that service. In that connection, please read the statement concerning the duty of parties to waive service of the summons, which is set forth at the foot of the waiver form.

### Date on Which Request Sent

I affirm that this Request is being sent to you on behalf of the plaintiff in this lawsuit on June 21, 2006.

_____
Robert D. Bradshaw
Plaintiff, Pro Se

## WAIVER OF SERVICE OF SUMMONS
(Fed. R. Civ. P. 4(d))

I acknowledge receipt of your request that I waive service of a summons in the action entitled Robert D. Bradshaw v. Commonwealth of the Northern Mariana Islands, et. al., which is case number 05-0027 in the United States District Court for the Northern Mariana Islands. I have also received a copy of the complaint, amended complaint, and second amended complaint in the action, this instrument, and an additional copy of the Notice and Request and an additional copy of this instrument, together with a stamped, addressed envelope by which I can return a copy of the signed waiver to you with no cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by rule 4 of the Federal Rules of Civil Procedure.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court, except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 or other rules of the Federal Rules of Civil Procedure is not served on you within 60 days after June 21, 2006.

Dated: _____

_____
L. David Sosebee

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the unrepresented plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



```
DATE        23-900963206-01        TIME
06/21/06                           12:50

    U S POSTAL SERVICE #5480520808
         100 RAILROAD AVE
          CALDER, ID 83808


TRAN #         CLERK ID            AUTH
 166              2                07589A

               VISA SALE

ACCT. NUMBER                        EXP
XXXXXXXXXXXX4828                   XXXX

                    TOTAL  $8.60


  ALL SALES FINAL ON STAMPS AND POSTAGE
  REFUNDS FOR GUARANTEED SERVICES ONLY

           WE DELIVER FOR YOU

             CUSTOMER COPY
```

Ex B

# Younis Art Studio, Inc.

P.O. BOX 231, SAIPAN MP 96950 TEL.(670) 234-6341/7578/9797 FAX:(670) 234-9273
E-mail address: younis@pticom.com; mvariety@pticom.com; mvsaipan_arts@yahoo.com

August 1, 2006

MR. ROBERT D. BRADSHAW
PO Box 473, 1530 W. Trout Creek Road
Calder, ID 83808

Dear Mr. Bradshaw:

Thank you for adversiting in the Marianas Variety News & Views.

I'm sending you per your request, the official receipt on payment and a copy of the first ad that was placed.

I hope everything is in order. Please don't hesitate to call us if you need anything on advertisement.

Again, thank you and best regards.

Sincerely,

NOEMI D. BORROMEO
Advertising Department



PUBLISHER OF *Marianas Variety* News & Views

MICRONESIA'S LEADING NEWSPAPER SINCE 1972

**Continued from page 22**

04 VIDEO CAMERA OPERATOR- Salary: $3.05-$10.00 per hour. Housing: Self; Health Insurance, Worker's Compensation Insurance, Commission Paid Based On Number Of Videos Sold Per Shooting.
Contact: SAIPAN TV PRODUCTIONS, INC. Tel. 234-0386(8/9)W52758

02 CARPENTER- Salary: $3.05 per hour. Worker's compensation and medical reimbursement.
02 CRAFT DEMONSTRATOR- Salary: $3.05 per hour. Worker's compensation and medical reimbursement.
Contact: MICRONESIA WOODCRAFT ENT., INC. dba Construction Tel. 235-7631(8/9)W52750

01 FARMER WORKER- Salary: $300.00 per month. Housing: ER provided; Food: Self-provided; Worker's compensation and medical insurance.
Contact: ZHONG GUANG CORPORATION dba Retail Farm Produce Tel. 235-0643(8/9)W1201087

01 AUTO PAINTER- Salary: $3.05 per hour. Housing: Self-provided; Food: Self-provided; Medical and worker's compensation company provided.
Contact: JIJOMAR R. ESPINOSA dba JRC Automotive & Boat Repair Shop Tel. 288-0263(8/9)W52761

01 TRIMMER- Salary: $3.05 per hour. Housing: Self-provide; Food: Self-provide; Free medical and worker's compensation.
01 COMMERCIAL CLEANER- Salary: $3.05 per hour. Housing: Self-provide; Food: Self-provide; Free medical and worker's compensation.
Contact: JIN YANG CORP. dba Xin Yuen Trimming Services Tel. 233-6581/235-0642(8/9)W1201085

**COMPUTER REPAIR** Only $25


**IMMEDIATE HIRING**
(2) AUTO BODY REPAIRER
Tel.# 233-9663 or 233-0327
ask for Gary/Anthony
A#1 RIDEZ AUTO SHOP
Asuzena St. Garapan

**We Buy Used Car**
If you want to sell for used quality Pick-Up or Sedan please visit us Buy & Sell (next building to Moonlite Club on Beach Road in CK) or call 483-5833. We pay good cash.

**HOUSE FOR LEASE**
2 BEDROOM/1 BATHROOM LOCATED IN DANDAN
54 YRS. LEASE
$60,000.00 (NEGOTIABLE
CALL: 234-7626/888-8074
LOOK FOR JIM

**Hinemlu Massage**
If you have severe back pain and leg pain visit us at Hinemlu Massage for $40.00 only.
Pls. contact Kevin @ 287-9969
1:00 p.m. - 12 p.m.
Monday thru Saturday

**HOUSE FOR LEASE/RENT**
4 Bedroom, 2 Bathroom
Located in Kagman2
If interested call 256-0039
or 287-9440

**HOUSE FOR LEASE**
A FOUR (4) BEDROOMS, THREE (3) BATHROOMS, TWO (2) PATIOS AND CONCRETE CAR GARAGE WITH 2,000 GALLON WATER TANK W/ PRESSURED WATER PUMP EXECUTIVE HOUSE LOCATED IN SAN VICENTE WILL BE AVAILABLE FOR LEASE. PLEASE CONTACT TEL. NO. 287-5877 TO SEE THE HOUSE. SERIOUS CALLER PLEASE.

**Procurement And Supply CNMI Government**
**INVITATION TO BID**
ITB NO.: ITB06-RDPS-106
OPENING DATE: 08/07/06 TIME: 10:00 A.M.
"REPLACEMENT OF RADIO EQUIPMENT & SUPPLIES FOR THE DEPARTMENT OF PUBLIC SAFETY, ROTA BRANCH"
COPIES OF THE SCOPE OF WORK MAY BE PICKED-UP AT THE OFFICE OF THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY, LOWER BASE DR., SAIPAN, DURING REGULAR WORKING HOURS.
PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS.
/s/ JOSEPH S. INOS   /s/ VIRGINIA C. VILLAGOMEZ   /s/ HERMAN S. SABLAN
MAYOR OF ROTA    GOVERNOR'S AUTHORIZED REP.    DIRECTOR, P&S

**Procurement And Supply CNMI Government**
**INVITATION TO BID**
ITB NO.: ITB06-COURT-105
OPENING DATE: 08/03/06 TIME: 10:30 A.M.
"PURCHASE OF ONE (1) SCANNER, ONE (1) COMPUTER, ONE (1) COMPUTER SERVER, ONE (1) TAPE BACK-UP HARDWARE, ONE (1) LCD MONITOR AND ONE (1) SCSI ADAPTOR CARD FOR THE CNMI SUPERIOR COURT"
COPIES OF THE SPECIFICATIONS MAY BE PICKED-UP AT THE OFFICE OF THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY, LOWER BASE DR., SAIPAN, DURING REGULAR WORKING HOURS. SUBMISSION OF BID VIA E-MAIL TO procurement@pticom.com IS HEREBY AUTHORIZED ON THIS ITB.
PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI PROCUREMENT REGULATIONS AND MUST BE SUBMITTED WITH THE BID IF PREFERENCE IS CLAIMED.
/s/ ROBERT C. NARAJA    /s/ HERMAN S. SABLAN
PRESIDING JUDGE                DIRECTOR, P & S



**Now Hiring Part-Time: Transportation Security Officers West Tinian Airport**
*(Officers provide security and protection for air travelers, airports and aircraft.)*
**Part-Time: Starting at $14.14 per hour Plus Benefits**
*(Includes 25% COLA)*
Minimum Requirements: U.S. Citizenship or U.S. National • High school diploma, GED or equivalent, or one year of security or aviation screening experience • English proficiency • Pre-employment medical evaluation • Pass a background/credit check
Please apply online at:
http://tsacareers.recruitsoft.com
1-800-887-1895
TTY: 1-800-887-5506
Transportation Security Administration
TSA is an Equal Opportunity Employer.

**WAREHOUSE FOR RENT**
Located in Lower Base
40¢ per sq. ft.
Contact John at 233-0691/285-5646

**SMALL ENGINE REPAIR**
• BUSHCUTTER  • GENERATOR
• LAWN MOWER  • MOTOR BIKE
• LAUNDRY MACHINE  • BOAT ENGINE
**CALVATRON**
Call 233-5641•233-6172
Open 7 days a week 8AM-5PM

**CAR FOR SALE**
2005 COROLLA
$12,800 OBO
Auto Trans/AC
22,850 mileage
Please call 287-2049

**APARTMENT FOR RENT**
2 BEDROOM, 1 BATH
Fully furnished
Located in Dandan.
Deposit required.
Utilities not inlcuded. $400/month
Call 483-2254/233-1190

**NEW TIMES MARKET**
Chinese Products 40% Off
Come & Check Our New Items!!
High Quality Hair Accessories
Underwear • Belts
Flowers / Flower Vase
Curtains and more.............
Electric Bicycle - $320.00
Aircon 22,000 BTU - $400.00
We also do repairs
Slide Curtain Rod, Shoes, Bags etc.
Located at Chalan Kanoa
across Pink House Pawnshop
235-0328

**LOST PASSPORT**
NAME: WU HUIFEN
BIRTHDATE: DEC. 19, 1970
PASSPOR T#: P CHN 144335571
If found pls. call 286-5192

**How to Slow Down Your Electric Meter!!!**
Perfectly legal. CUC Utility can't stop you.
Full instructions given.
Send $3.00 Cash and your return address to:
Slow The Meter
P.O. Box 10003, PMB 813 Saipan, MP 96950



IN THE SUPERIOR COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
IN THE MATTER OF THE ADOPTION OF
JACE PIA LEPIYILIGH TAITANO CELES,
A Minor Child,
By
CECILIA TAITANO CELES and
ALFRED ANTHONY CELES II,
Petitioners.
FCD-AD CIVIL ACTION NO. 06-0278
AMENDED
NOTICE OF HEARING
Date: August 4, 2006
Time: 10:00 a.m.
Judge: Hon K. Govendo
TO: ALL INTERESTED PERSONS
Notice is hereby given that Cecilia Taitano Celes and Alfred Anthony Celes II have filed a petition for termination of parent-child relationship and adoption of a minor child in the Commonwealth Superior Court. The original petition is available for review at the Office of the Clerk of Court at Susupe, Saipan, Commonwealth of the Northern Mariana Islands, and the Law Office of Perry B. Inos, Suite 2-C, Sablan-Building, Beach Road, Chalan Kanoa, P.O. Box 502017, Saipan, Commonwealth of the Northern Mariana Islands. A hearing on the above-entitled matter will be held on August 4, 2006, at 10:00 a.m. at the Superior Court, in Rota, Commonwealth of the Northern Mariana Islands.
Dated this 24th day of July.
Clerk of Court
/s/ By: Depty Clerk of Court

**LEGAL NOTICE**
**SUMMONS FOR PUBLICATION**
Robert D. Bradshaw
P.O. Box 473, 1530 W. Trout Creek Road
Calder, ID 83808
Phone: 208-245-1691
Plaintiff, Pro Se
IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS
P.O. Box 500687
Saipan, MP 96950
Civil Action No. 05-0027
ROBERT D. BRADSHAW
Plaintiff
vs
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (the CNMI); L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/individual capacity; et. al.
Defendants
TO: L. DAVID SOSEBEE:
You have been sued by Robert D. Bradshaw, the Plaintiff, in the United States District Court for the Northern Mariana Islands, Civil Action No. 05-0027.
The nature of the claims against you are set forth in the complaint and seek to impose personal liability upon you.
Anytime after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case Number, and paid any required filing fee to the Clerk of the Court at 2nd floor, Horiguchi Bldg. P.O. Box 500687, phone 670-236-2902, Saipan, MP 96950 and served a copy of your response on plaintiff at P.O. Box 473, 1530 W. Trout Creek Road, Calder, ID 83808, phone 208-245-1691.
A copy of the Summons, Complaint, Amended Complaint and Second Amended Compalint can be obtained by contacting either the Clerk of the Court or the plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.
WITNESS MY HAND and seal of said District Court on this 12th day of June 2006.
/s/ Galo L. Perez
Clerk of the United States District Court for the Northern Mariana Islands

# Lerner group closes purchase of Nationals

WASHINGTON (AP) — A group led by local real estate developer Ted Lerner and Stan Kasten officially took control of the Washington Nationals on Monday, finalizing the $450 million purchase of the club from Major League Baseball.

Lerner is the managing principal owner, and his son Mark and sons-in-law Edward Cohen and Robert Tanenbaum are principal owners. Kasten, a former executive with the Atlanta Braves and the NHL's Thrashers and NBA's Hawks, is the team president.

"It has long been my dream to bring the national pastime back to my hometown, the nation's capital," Ted Lerner said. "Now that it's been realized, I plan on doing everything I can to make sure that this franchise becomes an international jewel for MLB, D.C. and the nation."

Less than half an hour after announcing that the team's sale was finalized, the Nationals said they hired the Arizona Diamondbacks vice president of scouting operations, Mike Rizzo, as an assistant general manager and vice president of baseball operations.

"Under new ownership and the leadership of Stan Kasten, I have been given the approval and resources to hire the best and brightest the baseball industry has to offer, and today's hiring of Mike Rizzo exemplifies this," Washington GM Jim Bowden said.

Rizzo, who worked seven seasons with Arizona, is one of three assistant general managers and will be in charge of the scouting operation. Dana Brown remains director of amateur scouting, and Bowden said the club will hire a director of professional scouting and a director of international scouting — Brown and the other two will report to Rizzo.

One of Rizzo's areas of focus will be boosting the Nationals' reach abroad, scouting prospects in Latin America and Asia.

The Lerner group was chosen in May by commissioner Bud Selig from among eight bidders to buy the Nationals. Baseball's other 29 teams purchased the poor-drawing Montreal Expos for $120 million in 2002, and moved the club to Washington for the 2005 season.

After going 81-81 and averaging 33,728 fans at home in 2005, the Nationals are 43-56, last in the NL East, and drawing 27,033 per game.

"I am extremely pleased to welcome the Lerner family and their partners into Major League Baseball," Selig said. "As I've come to know Ted and his family better over the past several weeks, I'm more certain than ever that they will provide the kind of committed and stable ownership that will help this franchise flourish in the D.C. area for years and years to come."



**MARIANAS VARIETY NEWS & VIEWS**
P.O. Box 500231 Saipan, MP 96950 Tel. 234-6341/7578/9797 • Fax: 234-9271

## CASH ADVERTISEMENT ORDER

No. 52748
Date: July 25, 2006

**Name/Company:** Robert D. Bradshaw
**Mailing Address:** P.C. Box 473, 1530 W.
**E-mail Address:** Trout Creek Road
Calder, Idaho 83808
**Contact Person:** Robert D. Bradshaw
**Tel. No.** 208-245-1691   **Fax:**

Customer understands that interest of 1.5% per month will be charged on accounts over 30 days plus attorney's fees and other collection cost in case of default in payment..

**ADVERTISER:**

_____
(Print Name)

_____
(Signature)

**AD placed thru:**
☐ Fax
☐ Telephone
☐ Letter
☐ E-mail

**AD Description:** Civil Action No. 05-0027

**AD Type:** ☐ Display   ☐ Classified   ☐ Classified Display

**Size:** 1x7   **Colors:**   **Rate:**

| Run Date(s): | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|
| | July 26 | 8/2 | 8/9 | 8/16 | |

**Additional Run Dates:**

**Other Instruction:**

---

**COLUMN INCH SIZE** 1x7

| | Display | Classified Display |
|---|---|---|
| Rate/Unit Price | $ | $ 42.00 |
| Multiply No. of Issues | | 4 |
| Total | $ | $ |

Additional charge for:
  Color(s)        $ _____
  Color Separation _____
  Layout/Design   _____
Total Price............ $ _____  $ _____
Less: Discount/Commission

**Pls. Pay this Amount** $ _____  $ 168.00

| | Classified JVA |
|---|---|
| No. of Positions | |
| Rate/Unit Price | |
| 1st Position | $ |
| Additional Position(s): | |
| $ 5.00 x ____ | $ |
| **Pls. Pay this Amount** | $ |

| AD received by: | Prepared by: | Checked by: | Typeset/Layout by: | Payment Reference: OR# ___ CK# ___ By: Amount $ ___ |
|---|---|---|---|---|
| Noemi | | | | |

**OFFICIAL RECEIPT**

No. 177502

**Younis Art Studio, Inc.**
dba Marianas Variety News & Views
P.O. Box 500231 Saipan, MP 96950
Tel. 234-6341 * Fax 234-9271

Date: July 25, 20 06

Received the amount of $ 168.00

One hundred sixty eight dollars

☐ Cash  ☑ Check 438 (US Bank)  ☐ Visa/MC  ☐ Others

From: Robert D. Bradshaw

Customer Name & Address

| INVOICE(S) PAID | AMOUNT |
|---|---|
| AC 52748 | $168.00 |

By: _Mark Parin_