```
                                         F I L E D
                                            Clerk
                                        District Court

                                        SEP 1 4 2006

Robert D. Bradshaw              For The Northern Mariana Islands
PO Box 473                      By_____
1530 W. Trout Creek Road              (Deputy Clerk)
Calder, Idaho 83808
Phone 208-245-1691
```

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff | |
| v. | |
| COMMONWEALTH OF THE NORTHERN ) | **NOTICE OF HEARING ON** |
| MARIANA ISLANDS (hereafter referred to ) | **PLAINTIFF'S MOTION FOR** |
| as the CNMI); et. al. ) | **DEFENDANT L. DAVID SOSEBEE** |
| ) | **TO SHOW CAUSE** |
| Defendants ) | Date: OCT 1 2 2006 |
| ) | Time: 9:00 AM |

TO: All Parties of Record

PLEASE TAKE NOTICE that on __OCT 1 2 2006__, at the hour of __9:00 AM__, or as soon thereafter as plaintiff may be heard, the Court will hear Plaintiff's Motion for Defendant L. David Sosebee to Show Cause Why He Should Not Be Assigned Costs of Service.

Respectfully submitted,

DATED: __SEP 1 4 2006__, 2006

_____
Robert D. Bradshaw, Plaintiff Pro Se

1