MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone:   (670) 664-2341
Fax:         (670) 664-2349
E-mail:      gbaka79@yahoo.com

Attorneys for Defendants Commonwealth of the Northern Mariana Islands,
Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee,
Andrew Clayton, and Pamela S. Brown

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA S. BROWN, ROBERT A. BISOM, AND JAY H. SORENSEN, <br><br> Defendants. | CIVIL ACTION NO. 05-0027 <br><br> **ENTRY OF APPEARANCE; CERTIFICATE OF SERVICE** |

1  **COMES NOW** the Office of the Attorney General and enters the appearance of
2  the undersigned counsel as the attorney who will participate on behalf of defendants
3  Commonwealth of the Northern Mariana Islands, Nicole C. Forelli, William C. Bush,
4  D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S. Brown in this
5  case, vice Assistant Attorney General Kristin D. St. Peter.

7  Respectfully submitted,

8  OFFICE OF THE ATTORNEY GENERAL

9  MATTHEW T. GREGORY # F0205
   Attorney General

11 Dated: Monday, 18 September 2006.   */s/ Gregory Baka*
12                                      GREGORY BAKA # F0199
                                        Deputy Attorney General

13 Attorneys for Defendants

25 n:\ . . . \gbaka\civil\personnel law\Bradshaw v. CNMI\entry.or.appearance.pld.wpd

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following document(s) to the last known address(es) listed below on the date(s) indicated.

## ENTRY OF APPEARANCE; CERTIFICATE OF SERVICE

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Robert D. Bradshaw<br>P. O. Box 473<br>1530 W. Trout Creek Road<br>Calder, ID  83803 | Plaintiff, pro se<br>Tel:  (208) 245-1691<br>Fax:<br>**Via U.S. Mail** |
| Mark B. Hanson, Esq.  # F0261<br>Macaranas Building, 1st Floor<br>Beach Road, Garapan<br>PMB  738, P. O. Box 10,000<br>Saipan, MP  96950-8900 | Attorney for Defendant Bisom<br>Tel:  (670) 233-8600<br>Fax:  (670) 233-5262<br>**Via Electronic Service** |
| Jay H. Sorensen, Esq.  # F0127<br>c/o Shanghai, China<br>P. O. Box 9022<br>Warren, MI  48090-9022 | Defendant, pro se<br>Tel:  (86) 21-5083-8542<br>Fax:  same<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Monday, 18 September 2006.

_Gregory Baka_
Deputy Attorney General
Attorney for Defendants