F I L E D
Clerk
District Court

SEP 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br>**NOTICE OF ORDER GRANTING DEFENDANT SORENSEN'S REQUEST TO APPEAR BY PHONE** |

**THIS MATTER** came before the court on July 27, 2006, on defendant Sorensen's oral request to have standing leave to appear by telephone. For good cause appearing, the court **GRANTED** defendant Sorensen's request to appear telephonically for all pretrial conferences and hearings except any settlement conferences. Plaintiff shall notify the Clerk of Court the day before any conference or hearing for which he will appear telephonically of the telephone number where he may be reached. Plaintiff may not appear telephonically for trial.

**IT WAS SO ORDERED.**

**DATED** this 19th day of September, 2006.

_____
ALEX R. MUNSON
Judge