FILED
Clerk
District Court

SEP 19 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br>**ORDER TAKING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OFF CALENDAR** |

**THIS MATTER** came before the court on September 14, 2006, on plaintiff's motion for partial summary judgment. *See* Motion For Partial Summary Judgment, No. 186 (Sept. 14, 2006). Because, at this time, a complaint does not exist, the motion is premature. Accordingly, the Clerk of Court shall take plaintiff's motion for partial summary judgment off calendar.

**IT IS SO ORDERED.**

**DATED** this 19th day of September, 2006.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge