F I L E D
Clerk
District Court

SEP 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>   Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN<br>MARIANA ISLANDS (hereafter referred to<br>as the CNMI); et. al.<br>   Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) **ERRATA TO MOTION FOR PARTIAL**<br>) **SUMMARY JUDGMENT AND**<br>) **SUPPORTING MEMORANDUM**<br>) Date: Oct 12, 2006<br>) Time:  0900 AM<br>) Judge Alex R. Munson |

1. COMES now Plaintiff with the following errata to his Motion for Partial Summary Judgment, Memorandum of Points and Authorities in Support thereof, Supplement to the Memorandum, Affidavit in support thereof, and Proposed Findings of Uncontroverted Fact in Support thereof, as necessitated by the court's order of Sep 8, 2006 just received by the plaintiff:

(1) All references in all documents to plaintiff's Second (2d) Amended Complaint (2AC) should be changed to read Second (2d)/Third (3d) Amended Complaint (2/3AC).

1

(2) Reference in paragraph 47, page 19 of the Memorandum of Points and Authorities in Support of the Motion for Partial Summary Judgment should delete the words "obstruction of justice."

(3) Item XII in the Memorandum of Points and Authorities in support of Motion for partial Summary Judgment (on pages 22 and 25); Supplement to the Memorandum of Points and Authorities in support of Partial summary Judgment (on page 2 in reference to immigration and naturalization laws) and in the Proposed Findings of Uncontroverted Fact (paragraph 13 on pages 13 and 14 ) should be deleted entirely along with any and all references in the documents to item XII. .

2. Within days, plaintiff will file a Third Amended Complaint in accordance with the court order of Sep 8, 2006.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Dated this _10th_ day of _September_ 2006 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _10th_ day of _Sep_ 2006, I caused to be served a true copy of the foregoing document by fax and US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Gregory Baka, Dep Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950.

_____
Robert D. Bradshaw, Plaintiff, Pro Se