Received Sep-22-2006 08:05    From-    To-US DISTRICT COURT, N    Page 002



**verizon**
*Make progress every day*

Billing Date: 09/01/04   Page 4 of 6
Telephone Number: 208-245-1691 011113
Account Number: 03 0134 1099768705 05
How to Reach Us   See page 2

### CHANGE IN CHARGES

local telephone rates affordable for all customers and for discounts to schools, libraries, rural health care providers, and low-income families. As a result of the LNP surcharge, the FUSF surcharge will increase. The LNP and FUSF surcharges are not applied to customers subscribed to Verizon's Lifeline service, except for the FUSF surcharge on incidentals.

## Verizon Long Distance

The following long distance charges appear on your Verizon bill as a service to Verizon Long Distance.

### LONG DISTANCE HELPFUL NUMBERS

| | |
|---|---|
| Questions about your long distance bill | 1 877 483-5305 |
| Trouble with your long distance service | 1 800 483-8494 |
| Changes to your long distance service | 1 888 483-7547 |
| Other long distance questions | 1 888 483-7547 |
| Visit our Website at | verizonLD.com |

### SUMMARY OF CHARGES FOR VERIZON LONG DISTANCE

| Domestic | Amount |
|---|---|
| Direct Dialed | 3.37 |
| Total usage | $ 3.37 |
| Total Long Distance calls | $ 3.37 |
| Taxes and Surcharges | .26 |
| Total Verizon Long Distance Charges | $ 3.63 |

Your calling plan(s):   Timeless TTY

**Timeless TTY**

**Direct Dialed Calls**

| | Day | Date | Time | Place called | | Number called | Min. | |
|---|---|---|---|---|---|---|---|---|
| 1 | Mon | Aug 2 | 11:53 am | HaydenLake | ID | 208 762-2310 | 2 | .34 |
| 2 | Mon | Aug 2 | 11:55 am | Coerdalene | ID | 208 667-3100 | 1 | .17 |
| 3 | Thu | Aug 12 | 1:10 pm | Spokane | WA | 509 448-1000 | 2 | .20 |
| 4 | Fri | Aug 13 | 11:23 am | Spokane | WA | 509 448-1000 | 1 | .10 |
| 5 | Fri | Aug 20 | 9:08 am | Coerdalene | ID | 208 667-9559 | 8 | 1.36 |
| 6 | Mon | Aug 23 | 5:03 pm | Susupe | NN | 670 664-2367 | 2 | .20 |
| 7 | Tue | Aug 24 | 4:10 pm | Susupe | NN | 670 234-6243 | 3 | .30 |
| 8 | Tue | Aug 24 | 4:14 pm | Capitolhl | NN | 670 323-6633 | 1 | .10 |
| 9 | Thu | Aug 26 | 4:08 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 10 | Thu | Aug 26 | 4:09 pm | Susupe | NN | 670 234 6243 | 1 | .10 |
| 11 | Thu | Aug 26 | 4:09 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 12 | Thu | Aug 26 | 5:06 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 13 | Thu | Aug 26 | 5:06 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 14 | Thu | Aug 26 | 5:07 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| | | | | | | Subtotal | | $ 3.37 |

**Summary of Timeless TTY**

| | |
|---|---|
| 15 Plan calls | 3.37 |
| Total | $ 3.37 |

Timeless TTY start date: 02/17/04

Total Long Distance calls   $ 3.37

Thank you for using Verizon Long Distance.

03 0134 2082461691 011113 05 D0 ID210*HBRDA1   00000320 350000040842

Exhibit H

Received    Sep-22-2006 08:05         From-                    To-US DISTRICT COURT, N    Page 003



Billing Date: 10/01/04    Page 4 of 6
Telephone Number : 208 245-1691  01111
Account Number: 03 0134 1099768705 05
How to Reach Us : See page 2

Make progress every day

# Verizon Long Distance

The following long distance charges appear on your Verizon bill as a service to Verizon Long Distance.

## LONG DISTANCE HELPFUL NUMBERS

| | |
|---|---|
| Questions about your long distance bill | 1 877 483-5305 |
| Trouble with your long distance service | 1 800 483-8494 |
| Changes to your long distance service | 1 888 483-7547 |
| Other long distance questions | 1 888 483-7547 |
| Visit our Website at | verizonLD.com |

### SUMMARY OF CHARGES FOR VERIZON LONG DISTANCE

| Domestic | Amount |
|---|---|
| Direct Dialed | 13.90 |
| Total usage | $ 13.90 |
| Total Long Distance calls | $ 13.90 |
| Taxes and Surcharges | 1.58 |
| Total Verizon Long Distance Charges | $ 15.48 |

Your calling plan(s):    Timeless TTY

**Timeless TTY**

**Direct Dialed Calls**

| | Day | Date | Time | Place called | | Number called | Min. | |
|---|---|---|---|---|---|---|---|---|
| 1 | Tue | Aug 31 | 3:45 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 2 | Tue | Aug 31 | 6:14 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 3 | Tue | Aug 31 | 6:15 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 4 | Wed | Sep 1 | 11:08 am | Spokane | WA | 509 998-4575 | 1 | .10 |
| 5 | Mon | Sep 6 | 4:21 pm | Susupe | NN | 670 664-2366 | 6 | .60 |
| 6 | Mon | Sep 6 | 8:25 pm | Susupe | NN | 670 234-6215 | 1 | .10 |
| 7 | Mon | Sep 6 | 9:43 pm | Susupe | NN | 670 234-7729 | 12 | 1.20 |
| 8 | Thu | Sep 9 | 5:29 pm | Susupe | NN | 670 234-7729 | 42 | 4.20 |
| 9 | Thu | Sep 9 | 6:11 pm | Susupe | NN | 670 234-7253 | 1 | .10 |
| 10 | Sun | Sep 12 | 2:41 pm | Susupe | NN | 670 664-2367 | 3 | .30 |
| 11 | Sun | Sep 12 | 2:54 pm | Susupe | NN | 670 664-2366 | 41 | 4.10 |
| 12 | Sun | Sep 19 | 3:07 pm | Susupe | NN | 670 664-2341 | 18 | 1.80 |
| 13 | Sun | Sep 19 | 4:26 pm | Susupe | NN | 670 664-2341 | 3 | .30 |
| 14 | Tue | Sep 21 | 1:31 pm | Susupe | NN | 670 664-2342 | 1 | .10 |
| 15 | Tue | Sep 21 | 2:50 pm | Susupe | NN | 670 664-2342 | 2 | .20 |
| 16 | Fri | Sep 24 | 7:43 pm | Susupe | NN | 670 664-2342 | 1 | .10 |
| 17 | Mon | Sep 27 | 2:54 pm | Susupe | NN | 670 664-2341 | 1 | .10 |
| 18 | Mon | Sep 27 | 3:35 pm | Susupe | NN | 670 664-2341 | 1 | .10 |
| 19 | Mon | Sep 27 | 4:31 pm | Susupe | NN | 670 664-2341 | 2 | .20 |
| | | | | | | Subtotal | | $ 13.90 |

**Summary of Timeless TTY**

| | |
|---|---|
| 20 Plan calls | 13.90 |
| Total | $ 13.90 |

Timeless TTY start date: 02/17/04

Total Long Distance calls    $ 13.90

Thank you for using Verizon Long Distance.

03 0134 2082451691 011113-96 03 ID210*H8RDA1    00008276 350000044436



Make progress every day

Billing Date: 11/01/04   Page 4 of 6
Telephone Number : 208 245-1691 011113
Account Number: 03 0134 1099708705 05
How to Reach Us : See page 2

# Verizon Long Distance

The following long distance charges appear on your Verizon bill as a service to Verizon Long Distance.

## LONG DISTANCE HELPFUL NUMBERS

| | |
|---|---|
| Questions about your long distance bill | 1 877 483-5305 |
| Trouble with your long distance service | 1 800 483-8494 |
| Changes to your long distance service | 1 888 483-7547 |
| Other long distance questions | 1 888 483-7547 |
| Visit our Website at | verizonLD.com |

## SUMMARY OF CHARGES FOR VERIZON LONG DISTANCE

| Domestic | Amount | |
|---|---|---|
| Direct Dialed | .70 | |
| Total usage | $ .70 | |
| Total Long Distance calls | | $ .70 |
| Taxes and Surcharges | | .08 |
| Total Verizon Long Distance Charges | | $ .78 |

Your calling plan(s):   Timeless TTY

**Timeless TTY**

**Direct Dialed Calls**

| | Day | Date | Time | Place called | | Number called | Min. | |
|---|---|---|---|---|---|---|---|---|
| 1 | Sat | Oct 9 | 10:08 am | Soap Lake | WA | 509 246-1559 | 1 | .10 |
| 2 | Sun | Oct 17 | 3:21 pm | Susupe | NN | 670 664-2312 | 1 | .10 |
| 3 | Tue | Oct 19 | 2:56 pm | Susupe | NN | 670 664-2312 | 1 | .10 |
| 4 | Tue | Oct 19 | 4:59 pm | Susupe | NN | 670 664-2312 | 1 | .10 |
| 5 | Wed | Oct 20 | 3:05 pm | Susupe | NN | 670 664-2312 | 2 | .20 |
| 6 | Tue | Oct 26 | 10:11 am | Summervl | SC | 843 871-5651 | 1 | .10 |
| | | | | | | Subtotal | | $ .70 |

**Summary of Timeless TTY**

| 7 | Plan calls | .70 |
|---|---|---|
| | Total | $ .70 |

Timeless TTY start date: 02/17/04

Total Long Distance calls                                    $ .70

Thank you for using Verizon Long Distance.

**TAXES AND FEES ON SERVICES**

| 8 | Federal excise tax at 3.00% | .02 |
|---|---|---|
| 9 | Federal Universal Service Fee   Verizon LD | .06 |
| | Total | $ .08 |

*Verizon Long Distance charges*                              $ .78

*Total Verizon Long Distance Charges*                        $ .78

Nonpayment of provider charges will not result in the disconnection of your local telephone service; however, collection of unpaid charges may be pursued by the service provider.

03 0134 2082451691 011113 05 01 1D212"HBRDA1    00016916 550000082240



Billing Date: 02/01/05    Page 4 of 4
Telephone Number: 208 245-1691  011113
Account Number: 03 0134 1099768705 05
How to Reach Us: See page 2

We never stop working for you.

# Verizon Long Distance

SUMMARY OF CHARGES FOR VERIZON LONG DISTANCE (continued)

Total Verizon Long Distance Charges          $ 6.64

Your calling plan(s):   Timeless TTY

**Timeless TTY**

**Direct Dialed Calls**

| Day | Date | Time | Place called | | Number called | Min. | |
|---|---|---|---|---|---|---|---|
| 1 Sun | Jan 23 | 2:52 pm | Susupe | NN | 670 664-2341 | 1 | .10 |
| 2 Sun | Jan 23 | 2:56 pm | Susupe | NN | 670 664-2312 | 1 | .10 |
| 3 Sun | Jan 23 | 2:57 pm | Susupe | NN | 670 664-2312 | 2 | .20 |
| 4 Sun | Jan 23 | 3:35 pm | Susupe | NN | 670 664-2312 | 1 | .10 |
| 5 Sun | Jan 23 | 3:35 pm | Susupe | NN | 670 664-2312 | 7 | .70 |
| 6 Sun | Jan 23 | 3:43 pm | Susupe | NN | 670 664-2341 | 17 | 1.70 |
| 7 Mon | Jan 24 | 10:50 am | Pyatt | AR | 870 427-2819 | 30 | 3.00 |
| | | | | | Subtotal | | $ 5.90 |

**Summary of Timeless TTY**
8  Plan calls                                  5.90
   Total                                      $ 5.90

Timeless TTY start date: 02/17/04

Total Long Distance calls                    $ 5.90

Thank you for using Verizon Long Distance.

**TAXES AND FEES ON SERVICES**
9  Federal excise tax at 3.00%                   .19
10 Federal Universal Service Fee - Verizon LD   .55
   Total                                       $ .74

*Verizon Long Distance charges*               $ 6.64

## Total Verizon Long Distance Charges         $ 6.64

Nonpayment of provider charges will not result in the disconnection of your local telephone service; however, collection of unpaid charges may be pursued by the service provider.

The rates for these services are not regulated by the Idaho Public Utilities Commission.

03 0134 2082451691 011113 05 05 ID210*HBRDA1    00008382 360000043968

Received    Sep-22-2006 08:05    From-    To-US DISTRICT COURT, N    Page 006



Billing Date: 03/01/05  Page  
Telephone Number : 208 245-1  
Account Number: 03 0134 109976  
How to Reach Us : See page 2

We never stop working for you.

# Verizon Long Distance

SUMMARY OF CHARGES FOR VERIZON LONG DISTANCE (continued)

Total Verizon Long Distance Charges                                      $ 13.12

Your calling plan(s):    Timeless TTY

**Timeless TTY**

**Direct Dialed Calls**

|   | Day | Date | Time | Place called | | Number called | Min. | |
|---|---|---|---|---|---|---|---|---|
| 1 | Thu | Feb 3 | 2:57 pm | Susupe | NN | 670 664-2341 | 10 | 1.00 |
| 2 | Sun | Feb 6 | 1:57 pm | Susupe | NN | 670 664-2314 | 12 | 1.20 |
| 3 | Mon | Feb 7 | 2:57 pm | Susupe | NN | 670 234-8662 | 1 | .10 |
| 4 | Mon | Feb 7 | 2:58 pm | Susupe | NN | 670 235-8662 | 1 | .10 |
| 5 | Mon | Feb 7 | 3:03 pm | Susupe | NN | 670 235-8662 | 1 | .10 |
| 6 | Mon | Feb 7 | 3:08 pm | Susupe | NN | 670 235-8662 | 1 | .10 |
| 7 | Mon | Feb 7 | 3:12 pm | Susupe | NN | 670 235-8662 | 1 | .10 |
| 8 | Mon | Feb 14 | 2:00 pm | Susupe | NN | 670 234-7729 | 1 | .10 |
| 9 | Sat | Feb 19 | 8:10 pm | Moses Lake | WA | 509 750-9793 | 8 | .80 |
| 10 | Sun | Feb 20 | 7:04 pm | Sandpoint | ID | 208 263-8037 | 1 | .17 |
| 11 | Mon | Feb 21 | 2:13 pm | Capitolhl | NN | 670 322-6481 | 1 | .10 |
| 12 | Mon | Feb 21 | 2:14 pm | Susupe | NN | 670 234-7729 | 1 | 10 |
| 13 | Mon | Feb 21 | 2:15 pm | Susupe | NN | 670 234-6243 | 1 | .10 |
| 14 | Mon | Feb 21 | 2:16 pm | Susupe | NN | 670 234-7729 | 1 | .10 |
| 15 | Mon | Feb 21 | 2:16 pm | Susupe | NN | 670 235-9006 | 1 | .10 |
| 16 | Mon | Feb 21 | 2:18 pm | Susupe | NN | 670 234 7729 | 2 | .20 |
| 17 | Mon | Feb 21 | 2:25 pm | Susupe | NN | 670 234-7729 | 1 | .10 |
| 18 | Mon | Feb 21 | 2:27 pm | Susupe | NN | 670 235-4528 | 1 | .10 |
| 19 | Mon | Feb 21 | 2:33 pm | Susupe | NN | 670 234-7739 | 1 | .10 |
| 20 | Mon | Feb 21 | 2:34 pm | Susupe | NN | 670 234-7729 | 1 | .10 |
| 21 | Mon | Feb 21 | 2:36 pm | Susupe | NN | 670 235-9006 | 1 | .10 |
| 22 | Mon | Feb 21 | 2:41 pm | Susupe | NN | 670 235-4528 | 1 | .10 |
| 23 | Mon | Feb 21 | 2:52 pm | Susupe | NN | 670 234-7729 | 1 | .10 |
| 24 | Mon | Feb 21 | 2:53 pm | Susupe | NN | 670 235-9006 | 3 | .30 |
| 25 | Mon | Feb 21 | 3:31 pm | Susupe | NN | 670 235-9006 | 1 | .10 |
| 26 | Mon | Feb 21 | 3:31 pm | Susupe | NN | 670 235-9006 | 2 | .20 |
| 27 | Mon | Feb 21 | 4:40 pm | Susupe | NN | 670 235-9006 | 1 | .10 |
| 28 | Mon | Feb 21 | 7:45 pm | Susupe | NN | 670 235-9006 | 4 | .40 |
| 29 | Wed | Feb 23 | 3:20 pm | Susupe | NN | 670 234-7729 | 5 | .50 |
| 30 | Wed | Feb 23 | 3:42 pm | Capitolhl | NN | 670 323-6633 | 1 | .10 |
| 31 | Wed | Feb 23 | 3:43 pm | Susupe | NN | 670 235-9315 | 1 | .10 |
| 32 | Wed | Feb 23 | 3:46 pm | Susupe | NN | 670 235-4528 | 1 | .10 |
| 33 | Wed | Feb 23 | 3:47 pm | Agana | GU | 671 477-8064 | 4 | .40 |
| 34 | Wed | Feb 23 | 3:53 pm | Susupe | NN | 670 234-7378 | 1 | .10 |
| 35 | Wed | Feb 23 | 3:54 pm | Susupe | NN | 670 234-9797 | 4 | .40 |
| 36 | Wed | Feb 23 | 8:11 pm | Susupe | NN | 670 234-6341 | 2 | .20 |
| 37 | Thu | Feb 24 | 2:03 pm | Agana | GU | 671 477-8064 | 1 | .10 |
| 38 | Thu | Feb 24 | 2:27 pm | Agana | GU | 671 477-8065 | 2 | .20 |
| 39 | Thu | Feb 24 | 5:59 pm | Capitolhl | NN | 670 322-1823 | 1 | .10 |
| 40 | Thu | Feb 24 | 5:59 pm | Capitolhl | NN | 670 322-1823 | 8 | .80 |
| 41 | Sun | Feb 27 | 4:32 pm | Susupe | NN | 670 234-6925 | 2 | .20 |
| 42 | Sun | Feb 27 | 6:45 pm | Capitolhl | NN | 670 322-1823 | 1 | .10 |
| 43 | Sun | Feb 27 | 6:46 pm | Capitolhl | NN | 670 322-1823 | 7 | .70 |
| 44 | Mon | Feb 28 | 5:49 pm | Susupe | NN | 670 236-9820 | 6 | .60 |
| 45 | Mon | Feb 28 | 5:56 pm | Susupe | NN | 670 236-9820 | 1 | .10 |
| 46 | Mon | Feb 28 | 5:58 pm | Susupe | NN | 670 236-9766 | 1 | .10 |
| 47 | Mon | Feb 28 | 7:16 pm | Susupe | NN | 670 236-9767 | 1 | .10 |
| 48 | Mon | Feb 28 | 7:17 pm | Susupe | NN | 670 236-9766 | 4 | .40 |

Subtotal                                        $ 11.67

03  0134  2082451691  011113  05_09  10210*HBRDA1    00008169  350000042490



Billing Date: 04/01/05   Page 4 of 8
Telephone Number: 208 245-1891  011113
Account Number: 03 0134 1099768/05 05
How to Reach Us: See page 2

*We never stop working for you.*

# Verizon Long Distance

The following long distance charges appear on your Verizon bill as a service to Verizon Long Distance.

## LONG DISTANCE HELPFUL NUMBERS

| | |
|---|---|
| Questions about your long distance bill | 1 877 483-5305 |
| Trouble with your long distance service | 1 800 483-8494 |
| Changes to your long distance service | 1 888 483-7547 |
| Other long distance questions | 1 888 483 7547 |
| Visit our Website at | verizonLD.com |

## SUMMARY OF CHARGES FOR VERIZON LONG DISTANCE

| | Amount | |
|---|---|---|
| Domestic: | | |
|    Direct Dialed | 3.40 | |
| Total usage | $ 3.40 | |
| Total Long Distance calls | | $ 3.40 |
| Taxes and Surcharges | | .44 |
| Total Verizon Long Distance Charges | | $ 3.84 |

Your calling plan(s):  Timeless TTY

**Timeless TTY**

**Direct Dialed Calls**

| | Day | Date | Time | Place called | | Number called | Min. | |
|---|---|---|---|---|---|---|---|---|
| 1 | Wed | Mar 2 | 3:00 pm | Susupe | NN | 670 236-9767 | 1 | .10 |
| 2 | Wed | Mar 2 | 3:26 pm | Susupe | NN | 670 236-9766 | 1 | .10 |
| 3 | Wed | Mar 2 | 3:44 pm | Susupe | NN | 670 235-9315 | 1 | .10 |
| 4 | Wed | Mar 2 | 7:40 pm | Susupe | NN | 670 236-9766 | 1 | .10 |
| 5 | Sun | Mar 6 | 3:18 pm | Susupe | NN | 670 236-9767 | 1 | .10 |
| 6 | Sun | Mar 6 | 3:54 pm | Gualo Rai | NN | 670 233-6952 | 2 | .20 |
| 7 | Sun | Mar 6 | 3:59 pm | Susupe | NN | 670 235-9315 | 1 | .10 |
| 8 | Sun | Mar 6 | 4:00 pm | Susupe | NN | 670 235-4529 | 2 | .20 |
| 9 | Sun | Mar 6 | 5:03 pm | Susupe | NN | 670 235-9315 | 2 | .20 |
| 10 | Sun | Mar 6 | 5:05 pm | Susupe | NN | 670 235-7190 | 3 | .30 |
| 11 | Sun | Mar 6 | 5:08 pm | Susupe | NN | 670 234-8946 | 2 | .20 |
| 12 | Sun | Mar 6 | 5:10 pm | Gualo Rai | NN | 670 233-7850 | 2 | .20 |
| 13 | Sun | Mar 6 | 5:12 pm | Susupe | NN | 670 235-4529 | 1 | .10 |
| 14 | Sun | Mar 6 | 5:29 pm | Susupe | NN | 670 235-4529 | 6 | .60 |
| 15 | Sun | Mar 13 | 2:00 pm | Susupe | NN | 670 236 2950 | 8 | .80 |
| | | | | | | Subtotal | | $ 3.40 |

**Summary of Timeless TTY**

| | |
|---|---|
| 10 Plan calls | 3.40 |
| Total | $ 3.40 |

Timeless TTY start date: 02/17/04

Total Long Distance calls                                           $ 3.40

Thank you for using Verizon Long Distance.



03 0134 2082451891 011113 05 04 ID210'H8RDA1   00008088 350000043278

The following is transmitted by both FAX and US mail:

Jan 25, 2005

AG, Commonwealth of the Northern Mariana Islands
Caller Box 10007, Capitol Hill
Saipan, MP 96950

Gentlemen:

Reference is made to CNMI Superior Court Case No 96-1320 (in which the case file shows post office receipts allegedly from me showing that I received service on the complaint and its amendments by certified mail), my written and telephone communications on this matter to your office from Sep 12, 2004 on to this date, my attached memo for record (enclosures C and D), and my request from me to file a criminal complaint against the person or persons whom had prepared the receipts, all of which I deem to be forgeries and involving fraud to prompt a $139,000 default judgment against me in the Superior Court case.

It is my understanding that your office has undertaken an investigation commenced on or about Sep 12, 2004 on my request to file criminal charges against the party or parties producing the alleged mail receipts. In my conversation with Mr Buckingham of your office, I noted the possibility that the alleged mail receipts involved could become lost or damaged in the course of your investigation. I strongly recommended that your office make xerox copies of the original receipts and have a notary certify them as certified true copies of an original. These copies can be used in your investigation while the actual receipts can be safeguarded and secured to prevent loss or damage. I hope that this security process was implemented.

I also suggested to Mr Buckingham that Postal inspectors are available in the US to precisely investigate matters such as my complaint. This process could be done fairly quickly and involve little expense to the CNMI (although each passing day since Sep 12, 2004 goes to make it more possible that the Postal records or people will be unable to determine what happened). Finally, I suggested that this whole thing can be referred to the FBI as it involves interstate fraud and possible conspiracy to defraud both me and the CNMI (I note that the CNMI has already paid out over $100,000 in this matter plus the judgment of $139,000 against me).

In the Supreme court decision on this case, it appears that plaintiff argued that under the CNMI indemnification act, the CNMI should pay the $139,000. The court said that since I allegedly had not asked for any indemnification, none is due (apparently, the court said that if I had asked for indemnification, the plaintiff would have been paid the $139,000 judgment). Of course, it is totally wrong (and I would suggest that it is absurd and virtually impossible to believe) that "I had not asked for indemnification." The truth is that my attorney, the AG, had not informed me on what had happened or was happening on this case, despite my many contacts and persistence with the AG on this matter.

In any case, in accordance with the Supreme Court decision, I sent your office the attached letter (enclosure A) on Sep 12, 2004 by both fax and mail requesting indemnification. Mr Buckingham confirmed by telephone conversation that he had seen my fax. As I desired something in writing on this matter, I wrote the attached letter (enclosure B) on Nov 26, 2004 asking for a formal confirmation. I never received a reply.

Again, I ask for a formal confirmation on this request from me for indemnification of $139,130 and what your response is to my request. I will only note here that if this request is not honored promptly, I am continuing to incur expenses for phone calls, postage, etc, plus much pain and suffering. I hope that your office with address these needs promptly. Thanking you, I am,

Your very truly,

Robert D. Bradshaw
PO Box 473, Calder, ID 83808, Phone 208 245-1691

Exhibit B