MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:	(670) 664-2341
Fax:	(670) 664-2349
E-mail:	gbaka79@yahoo.com

Attorneys for Defendants Commonwealth of the Northern Mariana Islands,
Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee,
Andrew Clayton, and Pamela S. Brown ("CNMI Defendants")

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA S. BROWN, ROBERT A. BISOM, AND JAY H. SORENSEN,<br><br>        Defendants. | CIVIL ACTION NO. 05-0027<br><br>**OPPOSITION TO PLAINTIFF'S "MOTION FOR DEFENDANT L. DAVID SOSEBEE TO SHOW CAUSE ON WHY HE SHOULD NOT BE ASSIGNED COSTS OF SERVICE"; CERTIFICATE OF SERVICE**<br><br>Hearing:  Thur., 12 October 2006<br>Time:     9:00 a.m.<br>Judge:    Hon. Alex R. Munson |

Defendant L. David Sosebee respectfully opposes as follows plaintiff's "Motion . . . To Show Cause On Why [sic] He Should Not Be Assigned Costs of Service." The opposition is two-fold.

First, as may be seen from the attached "Declaration of David Sosebee in Opposition to Plaintiff's Motion . . . ," defendant Sosebee has never received a request to waive service, having previously moved from the address plaintiff states he mailed the request to. Despite leaving a forwarding address with the Post Office, defendant Sosebee has never received any request for waiver of service from the plaintiff.

Plaintiff's motion, affidavit and attached exhibits offer no proof that defendant Sosebee ever received a request to waive service. While plaintiff's affidavit states that Exhibit B to his affidavit is "postal confirmation [which] shows [plaintiff's] letter to Mr. Sosebee [requesting waiver of service that] was delivered by the Post Office on June 27, 2006," this is not proof that Mr. Sosebee actually received any such request. Exhibit B purports to show that the plaintiff paid for postal service, and that it was sent on 21 June 2006 from Calder, Idaho to an address not in use by defendant Sosebee at the time. See attached "Declaration of David Sosebee." But contrary to Mr. Sosebee's affidavit, Exhibit B does not show that it was received anywhere by anyone.

Second, the motion for assessment of costs for service of process is premature. Rule 54(d)(1), Federal Rule of Civil Procedure Rule 54(d)(1) provides:

> Except when express provision therefor is made either in a statute of the United States or in these rules, costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court.

Fed. R. Civ. P. (d)(1). The rule is clear enough that costs are generally awarded only to the *prevailing* party in the action, which means at the conclusion of the case, unless

1 the court otherwise directs.  Given the fact that there is no proof that the plaintiff actually
2 delivered a request to waive service to defendant Sosebee, which was actually received,
3 there is no basis upon which to tax costs prior to final judgment and a determination of
4 who is the prevailing party in this case.

6   Respectfully submitted,

7                                                        OFFICE OF THE ATTORNEY GENERAL

8                                                        MATTHEW T. GREGORY  # F0205
                                                         Attorney General

10 Dated:  Friday, 29 September 2006.      *Gregory Baka*
                                                         GREGORY BAKA  # F0199
11                                                       Deputy Attorney General

12                                                       Attorneys for Defendants Commonwealth of
                                                         the Northern Mariana Islands, Nicole C.
13                                                       Forelli, William C. Bush, D. Douglas Cotton,
                                                         L. David Sosebee, Andrew Clayton, and
14                                                       Pamela S. Brown ("CNMI Defendants")

25 n:\ . . . \gbaka\civil\personnel law\Bradshaw v. CNMI\opp.Sosebee.svc.costs.pld.wpd

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last known address(es) listed below on the date(s) indicated.

**OPPOSITION TO PLAINTIFF'S "MOTION FOR DEFENDANT L. DAVID SOSEBEE TO SHOW CAUSE ON WHY HE SHOULD NOT BE ASSIGNED COSTS OF SERVICE"; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Robert D. Bradshaw<br>P. O. Box 473<br>1530 W. Trout Creek Road<br>Calder, ID  83808-0473 | Plaintiff, pro se<br>Tel:  (208) 245-1691<br>Fax:  N/A<br>**Via U.S. Mail** |
| Mark B. Hanson, Esq.  # F0261<br>Macaranas Building, 1st Floor<br>Beach Road, Garapan<br>PMB  738, P. O. Box 10,000<br>Saipan, MP  96950-8900 | Attorney for Defendant Bisom<br>Tel:  (670) 233-8600<br>Fax:  (670) 233-5262<br>E-mail:  mark@saipanlaw.com<br>**Via Electronic Service** |
| Jay H. Sorensen, Esq.  # F0127<br>c/o Shanghai, China<br>P. O. Box 9022<br>Warren, MI  48090-9022 | Defendant, pro se<br>Tel:  (86) 21-5083-8542   Fax:  same<br>E-mail:  subpar@fastmail.cn<br>**Via E-Mail** |
| G. Patrick Civille, Esq.  # F0139<br>Civille & Tang, PLLC<br>330 Hernan Cortez Ave., Ste. 200<br>Hagåtña, GU  96910 | Attorney for dismissed judicial Defendants<br>Tel:  (671) 477-9891/2<br>Fax:  (671) 472-2601<br>E-mail:  pciville@guamattorneys.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Friday, 29 September 2006.

*Gregory Baka*
_____
Deputy Attorney General
Attorney for CNMI Defendants