IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM, AND JAY H. SORENSEN,<br><br>Defendants. | Case No. 05-0027<br><br>**DECLARATION OF DAVID SOSEBEE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFENDANT L. DAVID SOSEBEE TO SHOW CAUSE ON WHY HE SHOULD NOT BE ASSIGNED COSTS OF SERVICE** |

I, DAVID SOSEBEE, under penalty of perjury, declare as follow:

1. I am an individual currently residing in the State of Texas.

2. On June 5, 2006, I moved from Bryan, Texas to Austin, Texas.

3. My mailing address in Bryan, Texas was P.O. Box 3185, Bryan, TX 77805-3185. I have not checked the contents of that P.O. Box since leaving Bryan, Texas on June 5, 2006.

4. I filed a change of address with the U. S. Postal Service to have my mail from the Bryan P.O. Box forwarded to my new address in Austin, Texas and have subsequently received mail forwarded to me that was initially addressed to P.O. Box 3185, Bryan, Texas 77805-3185. None of the forwarded mail was from Robert D. Bradshaw.

5. The most recent documents I received from Robert D. Bradshaw came to me on or about

April 4, 2006 by regular mail while I was living in Bryan, Texas. I have received nothing from Mr. Bradshaw since that date.

6.  I have not received any request to waive service from the plaintiff, Robert D. Bradshaw. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed in Austin, Texas on September 25, 2006.

David Sosebee