Sep-28-06 04:40pm  From-LAW OFFICES                    6702395262        T-185  P.02/02  F-049

FILED
Clerk
District Court

OCT - 2 2006

For The Northern Mariana Islands
By_____
                    (Deputy Clerk)

1  MARK B. HANSON, ESQ.
   Second Floor, Macaranas Building
2  Beach Road, Carapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:   (670) 233-8600
4  Facsimile:   (670) 233-5262

5  Attorney for *Defendant Robert A. Bisom*

6              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN MARIANA ISLANDS
7

8  ROBERT D. BRADSHAW,                    )    CASE NO. CV 05-00027
                                          )
9              Plaintiff,                  )
                                          )    STIPULATION TO EXTEND
10        vs.                             )    TIME TO FILE RESPONSIVE
                                          )    PLEADING TO THIRD
11 COMMONWEALTH OF THE NORTHERN           )    AMENDED COMPLAINT
   MARIANA ISLANDS, *et al.*,             )
12                                        )
              Defendants.                 )
13                                        )

14        COMES NOW Defendant Robert A. Bisom, through his attorney of record, and

15 Plaintiff Robert D. Bradshaw, *pro se*, who HEREBY STIPULATE to an extension of time for

16 Defendant Bisom to file a pleading responsive to Plaintiff's Third Amended Complaint, and

17 respectfully request that the Court extend such time for Defendant Bisom's response to

18 Friday, October 20, 2006. A proposed order is submitted herewith.

19

20        SO STIPULATED:

21

22 _____         _____
   ROBERT D. BRADSHAW                       MARK B. HANSON

23

24 DATE: 9/29/2006                          DATE: 9/29/2006

25

26 *Pro se*                                 Attorney for Defendant Robert A. Bisom

27

28