F I L E D
Clerk
District Court

OCT - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,

        Plaintiff,

vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et al.*,

        Defendants.

CASE NO. CV 05-00027

ORDER EXTENDING TIME FOR ROBERT A. BISOM TO FILE PLEADING RESPONSIVE TO THIRD AMENDED COMPLAINT

FOR GOOD CAUSE SHOWN, and pursuant to the stipulation between Plaintiff and Robert A. Bisom, the Court HEREBY EXTENDS the time for Defendant Bisom to file a pleading responsive to Plaintiff's Third Amended Complaint to up to and including Friday, October 20, 2006.

SO ORDERED.

DATE: 10-3-06

_____
ALEX R. MUNSON
Chief Judge

RECEIVED

OCT - 2 2006

Clerk
District Court
The Northern Mariana Islands