FILED
Clerk
District Court

OCT - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 05-0027<br><br>**ORDER ENLARGING TIME FOR CNMI DEFENDANTS TO FILE PLEADING RESPONSIVE TO THIRD AMENDED COMPLAINT** |

FOR GOOD CAUSE SHOWN, the motion of Defendants Commonwealth of the Northern Mariana Islands, Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton and Pamela S. Brown pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule 7.1.h.2. to enlarge time up to and including Friday, October 20, 2006 to file a pleading responsive to Plaintiff's Third Amended Complaint is hereby GRANTED.

IT IS SO ORDERED.

_____
ALEX R. MUNSON
Judge