FILED
Clerk
District Court

OCT -6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW </br> Plaintiff </br> v. </br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. </br> Defendants | ) Civil Action No. 05-0027 </br> ) </br> ) </br> ) REPLY TO OPPOSITION TO </br> ) PLAINTIFF'S MOTION TO SHOW </br> ) CAUSE </br> ) Hearing Oct 12, 2006 </br> ) Time: 9:00 AM </br> ) Judge Alex R. Munson |

1. COMES now plaintiff to reply to defendant Sosebee's opposition to motion to show cause.

2. The waiver request was properly mailed per Federal Rules Civil Procedure 4(d).

3. Rule 4(d) is a type of sanctions which the court has discretion to impose at this time. It has nothing to do, per se, with the assignment of costs to a prevailing party at the conclusion of a trial per rule 54. The court has discretionary power to address this issue now.

DATED this  6th  day of  October  2006 at Calder, Idaho.

_____
ROBERT D. BRADSHAW, Plaintiff Pro Se

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___6th___ day of ___Oct___ 2006, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Gregory Baka, Dep Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se

2