# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-05-0027                                                      October 12, 2006
                                                                9:20 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           Ellia Ciammaichella, Law Clerk
           K. Lynn Lemieux, Courtroom Deputy
           Gregory Baka, Attorney for Defendant CNMI
           Robert Bradshaw, Pro Se (via telephone)


PROCEEDINGS:   MOTION FOR DEFENDANT TO SHOW CAUSE

   Plaintiff Robert Bradshaw appeared by phone, pro se. Defendants were represented by Attorney Gregory Baka.

   Robert Bradshaw argued on his own behalf.

   Court, after hearing all testimony and argument, denied the motion and stated that a written order would be forthcoming.

                                Adjourned 9:25 a.m.


                                /s/ K. Lynn Lemieux, Courtroom Deputy