Oct-19-06  12:45pm  From-LAW OFFICES                    6702335262           T-186  P.02/04  F-118

MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:  (670) 233-8600
Facsimile:  (670) 233-5262

Attorney for *Defendant Robert A. Bisom*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et al.*, <br><br> Defendants. | CASE NO. CV 05-00027 <br><br> SECOND STIPULATION TO REQUEST ADDITIONAL TIME TO FILE RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT |

COMES NOW Defendant Robert A. Bisom, through his attorney of record, and Plaintiff Robert D. Bradshaw, *pro se*, who HEREBY STIPULATE, pursuant to Fed. R. Civ. P. 6(b) and L.R. 7.1.h.1, to an additional two-week extension of time for Defendant Bisom to file a pleading responsive to Plaintiff's Third Amended Complaint, and respectfully request that the Court extend such time for Defendant Bisom's response to Friday, November 3, 2006. A proposed order is submitted herewith. If the Court grants this Stipulated Request, the total time extension beyond the ten day response time provided by Fed. R. Civ. P. 15(a) would be four weeks.

This is the second stipulation for an extension of time for Mr. Bisom to file a responsive pleading. On October 3, 2006, based on a stipulation by the parties, the Court extended by two weeks the time for Mr. Bisom's response, originally due within ten days of the filing of the Third Amended Complaint. The first extension was through October 20, 2006. Additional extensions are provided for in Fed. R. Civ. P. 6(b) where the request for additional time is submitted prior to the expiration of the first extension and for cause shown.

Further, the undersigned counsel for Mr. Bisom declares that the following reasons necessitate this second extension of time:

Given the length and breadth of Plaintiff's Third Amended Complaint, the numerous prior rulings by the Court with regard to Plaintiff's pleadings, the extent of the related, ongoing action(s) in the Commonwealth courts, the lengthy period of time to which Plaintiff's allegations relate, the need to address several of Plaintiff's claims at this stage of the litigation, and the undersigned's admitted underestimation of the time it will take to prepare a filing in response to the Third Amended Complaint, an additional, two-week extension of time is fair and reasonable. Despite all due diligence, the undersigned is unable to file a complete responsive pleading on or before the date first extended. The extension of this time to respond to the Third Amended Complaint will have no effect on any scheduled deadlines because, withe the exception of the other defendants' deadline to file responsive pleadings, there are no other scheduled deadlines.

Plaintiff Bradshaw concurs in the additional extension as indicated by his participation in this Stipulation.

SO STIPULATED:

_____  
ROBERT D. BRADSHAW  
DATE: 10/19/06  

Pro se

_____  
MARK B. HANSON  
DATE: 10/19/2006  

Attorney for Defendant Robert A. Bisom