IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>                Plaintiff,<br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et al.*,<br><br>                Defendants. | CASE NO. CV 05-00027<br><br>SECOND ORDER EXTENDING TIME FOR ROBERT A. BISOM TO FILE PLEADING RESPONSIVE TO THIRD AMENDED COMPLAINT |

      FOR GOOD CAUSE SHOWN, and pursuant to the stipulation between Plaintiff and Robert A. Bisom, the Court HEREBY EXTENDS, for an additional two weeks, the time for Defendant Bisom to file a pleading responsive to Plaintiff's Third Amended Complaint to up to and including Friday, November 3, 2006.

      SO ORDERED.

DATE: _____

                                                          ALEX R. MUNSON
                                                           Chief Judge