F I L E D
Clerk
District Court

OCT 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,

    Plaintiff,

vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et al.*,

    Defendants.

CASE NO. CV 05-00027

SECOND ORDER EXTENDING TIME FOR ROBERT A. BISOM TO FILE PLEADING RESPONSIVE TO THIRD AMENDED COMPLAINT

FOR GOOD CAUSE SHOWN, and pursuant to the stipulation between Plaintiff and Robert A. Bisom, the Court HEREBY EXTENDS, for an additional two weeks, the time for Defendant Bisom to file a pleading responsive to Plaintiff's Third Amended Complaint to up to and including Friday, November 3, 2006.

SO ORDERED.

DATE: 10-20-06

ALEX R. MUNSON
Chief Judge