MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for *Defendant Robert A. Bisom*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, | CASE NO. CV 05-00027 |
| Plaintiff, | |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA BROWN, ROBERT BISOM and JAY H. SORENSEN, | PROOF OF SERVICE |
| Defendants. | |

I hereby declare under the penalty of perjury that I am over eighteen years of age, that I am not a party to this matter, and that on the 20th day of October, 2006, a true and correct copy of Second Order Extending Time for Robert A. Bisom to file pleading responsive to Third Amended Complaint on the above-captioned matter was sent to the following:

**Mailed electronically (ECF) to the following:**

1.  Gregory Baka
    at  gbaka79@yahoo.com
        gregory.baka@gmail.com

2.  G. Patrick Civille
    at  pciville@guamattorneys.com

**Via Facsimile Message to:**

    1.    Robert D. Bradshaw
           P.O. Box 473
           1530 W. Trout Creek Rd.
           Calder, ID 83808
           Fax No. **1-208-245-4991**

**Via E-mail to:**

    1.    Jay H. Sorensen
           c/o Shangai
           P. O. Box 9022
           Warren, MI 48090-9022
           subpar@fastmail.cn

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 20th day of October, 2006.

                                                              /s/ Rowena J. De Vera
                                                              Rowena J. De Vera