# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-05-0027                                                                November 30, 2006
                                                                          8:30 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Faye Crozat, Court Reporter
           Ellia Ciammaichella, Law Clerk
           K. Lynn Lemieux, Courtroom Deputy
           Mark Hanson, Attorney
           Jay Sorensen, Attorney ProSe


PROCEEDINGS:    MOTION TO STRIKE PORTIONS OF 3RD AMENDED
                COMPLAINT

     Attorney Jay Sorensen appeared by phone.  Attorney Mark Hanson appeared on behalf of Defendant Bisom.

     Neither counsel had anything to add to the record.

     Attorney Hansen moved that Defendant Bisom's answer be filed at the same time as the Attorney General's Office filed their answer.  Court granted the motion.

     Court took the matter under advisement and stated that a written order would be forthcoming.

     Adjourned 8:35 a.m.


     /s/ K. Lynn Lemieux, Courtroom Deputy