F I L E D
Clerk
District Court

NOV 3 0 2006

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE,<br><br>Defendants. | Civil Action No. 05-0027<br><br><u>ORDER RESCHEDULING MOTIONS TIME</u> |

IT IS ORDERED that the Motions in the above case set for Thursday, December 7, 2006, at 9:00 a.m., are rescheduled to 8:30 a.m., on the same date.

DATED this 29th day of November, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)