F I L E D
Clerk
District Court

DEC - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br>ORDER REGARDING ANSWERS AND AMENDED COMPLAINT |

**THIS MATTER** came before the court on November 30, 2006, on defendant Bisom's oral motion to delay the deadline of any responsive pleading, if any. In light of the pending motion to dismiss made by co-defendants and for the convenience of the party, **THE COURT GRANTED** defendant Bisom's motion.

All answers, responsive pleadings, and amended complaint, if any, shall be due according to the Federal Rules of Civil Procedure and any local rules after the court issues an order with respect to the pending motion to dismiss.

**IT IS SO ORDERED.**

**DATED** this ___4th___ day of December, 2006.

_____
ALEX R. MUNSON
Judge