# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-05-0027                                              December 7, 2006
                                                        8:50 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            Ellia Ciammaichella, Law Clerk
            K. Lynn Lemieux, Courtroom Deputy
            Greg Baka, Attorney for CNMI
            Robert Bradshaw, Plaintiff, ProSe (via telephone)


PROCEEDINGS:    MOTION TO DISMISS 3RD AMENDED COMPLAINT

   Robert Bradshaw appeared by phone.  Deputy Attorney General Baka appeared on behalf of CNMI.

   Deputy Attorney General Baka submitted on his pleadings.  Mr. Bradshaw had no further comments.

   Court took the matter under advisement and stated that a written order would be forthcoming.

                                        Adjourned 8:55 a.m.


                                        /s/ K. Lynn Lemieux, Courtroom Deputy