MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:   (670) 664-2341
Fax:             (670) 664-2349
E-mail:         gbaka79@yahoo.com

Attorneys for Defendants Commonwealth of the Northern Mariana Islands, Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S. Brown

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, ALEXANDRO C. CASTRO, JOHN A. MANGLONA, TIMOTHY H. BELLAS, PAMELA S. BROWN, ROBERT A. BISOM, AND JAY H. SORENSEN, <br><br> Defendants. | CIVIL ACTION NO. 05-0027 <br><br> **SUPPLEMENT TO CNMI DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT (FURTHER CITATIONS TO COMPLAINT); CERTIFICATE OF SERVICE** <br><br><br> Hearing:  Thursday, December 7, 2006 <br> Time:     9:00 a.m. <br> Judge:    Hon. Alex R. Munson |

1  **COMES NOW** the Office of the Attorney General and provides this supplement
2  to its motion on behalf of the CNMI Defendants to dismiss all claims involving federal
3  question and diversity jurisdiction contained in the Third Amended Complaint with
4  prejudice, and to dismiss all remaining claims without prejudice pursuant to 28 U.S.C.
5  § 1367(c).
6  When the CNMI Defendants waived oral argument and submitted their motion on
7  the briefs, the Court had a query about which portions of the Motion to Dismiss applied to
8  which parts of the Third Amended Complaint. As stated on the record, counsel did not
9  have a copy of the Third Amended Complaint present at the hearing, but the Motion to
10 Dismiss tracks the complaint.
11 The Third Amended Complaint contains the following causes of action.

13 First Claim [Bisom & Sorensen] -- Civil Rights Violations (42 U.S.C. § 1983),
14     ¶¶ 211-31, pp. 42-45.
15 Second Claim [Forelli, Cotton, Bush, Clayton & Sosebee] -- Civil Rights Violations
16     (42 U.S.C. § 1983), ¶¶ 232-63, pp. 45-50.
17 Third Claim [Brown] -- Civil Rights Violations (42 U.S.C. § 1983), ¶¶ 264-74,
18     pp. 50-52.
19 Fourth Claim [Unknown person or persons] -- Civil Rights Violations (42 U.S.C. §
20     1983), ¶¶ 275-82, pp. 52-53.
21 Fifth Claim -- Intentionally Omitted, ¶¶ 283-303 deleted, p. 53.
22 Sixth Claim -- Intentionally Omitted, ¶¶ 304-17 deleted, p. 53.
23 Seventh Claim [CNMI, Clayton, Brown, Sosebee, Forelli, Bisom & Sorensen] --
24     Civil Rights Violations (42 U.S.C. § 1985), ¶¶ 318-27, pp. 53-58.

Eighth Claim [CNMI, Forelli, Brown, Clayton, Sosebee, Bisom & Sorensen] -- RICO Violations (42 U.S.C. §§ 1961-64), ¶¶ 328-38, pp. 58-61.

Ninth Claim [CNMI, through Forelli, Bush, Cotton, Clayton, Sosebee & Brown] -- Employment Contract Breached, Supplemental Claim, ¶¶ 339-46, pp. 62-63.

Tenth Claim -- Intentionally Omitted, ¶¶ 347-55 deleted, p. 63.

Eleventh Claim [CNMI, through Brown, Clayton, Sosebee & Forelli; Bisom & Sorensen] -- Violation Civil Rights Act of 1870 and 42 U.S.C. § 1981, ¶¶ 356-62, pp. 63-66.

Twelfth Claim -- Intentionally Omitted, ¶¶ 363-70 deleted, p. 66.

Thirteenth Claim -- Intentionally Omitted, ¶¶ 371-74 deleted, p. 66.

Fourteenth Claim [CNMI, Forelli, Bush, Clayton, Sosebee, Brown, Cotton, Bisom & Sorensen] -- Intentional, Malicious, and/or Irresponsible Actions Causing Damage to Plaintiff BRADSHAW's Reputation as an Employer, Supervisor, and as a Person, ¶¶ 375-78, pp. 66-67.

Fifteenth Claim [CNMI, Bisom & Sorensen] -- Intentional, Malicious, and/or Irresponsible Actions Causing Emotional and Mental Distress on BRADSHAW, ¶¶ 379-82, pp. 67-68.

Sixteenth Claim -- Intentionally Omitted, ¶¶ 383-86 deleted, p. 68.

Seventeenth Claim -- Intentionally Omitted, ¶¶ 387-97 deleted, p. 68.

Accordingly, the following are the subparts of the "Discussion" portion of the CNMI Defendants' argument in the Motion to Dismiss, as set forth in the table of contents. Added are the claim numbers, in brackets, to which the arguments apply. Those marked with a question mark are situations where it is unclear whether Plaintiff is including those arguments in support of the claim.

A. The CNMI is Not a "Person" for Purposes of 42 U.S.C. § 1983
  [Claims # 1-4] .................................................. 4

B. Alleged Violations of Criminal Statutes Provide No Basis for Civil Liability, and
  Therefore Provide No Basis for the Exercise of Federal Jurisdiction
  [Any claim, if any, based on Complaint ¶ 6] ........................ 5

C. Plaintiff Has Failed to State a Claim Upon Which Relief Can Be Granted for
  Violation of his Right to Procedural Due Process [Claim # 1, ¶ 212;
  Claim # 2, ¶¶ 233, 263; Claim # 3, ¶¶ 265 (?), 274; Claim # 4, ¶¶ 276, 282;
  Claim # 7, ¶ 319; Claim # 11, ¶¶ 357] ............................. 5

D. Plaintiff Has Failed to State a Claim Upon Which Relief Can Be Granted for
  Violation of his Right to Equal Protection [Claim # 1, ¶ 212; Claim # 2,
  ¶¶ 233, 263; Claim # 3, ¶¶ 265 (?), 274; Claim # 4, ¶¶ 276, 282; Claim # 7,
  ¶ 319 (?); Claim # 11, ¶¶ 357] ................................... 7

E. Allegations of Conspiracy and Violations of 42 U.S.C. § 1985 Must Be Plead
  With Particularity [Claim # 7] ................................... 9

F. Plaintiff's RICO Allegations Based Upon Damages Allegedly Suffered as a
  Result of the *Bisom* Litigation in Local Court Fail to State a Claim
  [Claim # 8] ..................................................... 10

G. The Court is Without Equity Jurisdiction to Order Defendants to Investigate
  or Prosecute Allegations of Criminal Wrong-doing, or to Order the
  Appointment of a Special Prosecutor [Claim # 2, ¶ 248; Prayer for Relief,
  ¶¶ 2-3] ........................................................ 13

H. The Attorneys General and Assistant Attorneys General Are Entitled To
  Absolute Prosecutorial Immunity with Respect to Certain of Plaintiff's Claims

for Damages Relief [Claim # 2, ¶ 248; Claim # 3, ¶ 267 (second sentence); and any other claim based on failure to investigate or prosecute] . . . . . . 14

I. The Attorneys General and Assistant Attorneys General Are Entitled To Qualified Immunity with Respect Plaintiff's Claims for Relief Based Upon Alleged Breach of Attorney-Client Relationship and Malpractice [Claims # 2-3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

J. The CNMI is Not a "Citizen" for Purposes of Diversity Jurisdiction, and Diversity Jurisdiction is Therefore Destroyed [Claims # 9, 14-15] . . . . . . 15

K. Plaintiff Cannot Meet the Amount in Controversy Required to Establish Subject Matter Diversity Jurisdiction [Claims # 9, 14-15] . . . . . . . . . . . . . . . . . . 16

L. Following Dismissal of Plaintiff's Federal Claims, his Remaining Claims Asserting Violations of Local Law are Due to Be Dismissed Pursuant to 28 U.S.C. § 1367(c) [Claims # 9, 14-15] . . . . . . . . . . . . . . . . . . . . . . . . . 20

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

MATTHEW T. GREGORY # F0205
Attorney General

Dated: Monday, 11 December 2006.

*Gregory Baka*
GREGORY BAKA # F0199
Deputy Attorney General

Attorneys for Defendants

n:\ . . . \gbaka\civil\personnel law\Bradshaw v. CNMI\supplement.to.MTD.3AC.pld.wpd

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last known address(es) listed below on the date(s) indicated.

**SUPPLEMENT TO CNMI DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT (FURTHER CITATIONS TO COMPLAINT) ; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished by personal delivery; U.S. Mail; deposit with Clerk of Court (in attorney box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Robert D. Bradshaw<br>P. O. Box 473<br>1530 W. Trout Creek Road<br>Calder, ID 83808-0473 | Plaintiff, pro se<br>Tel: (208) 245-1691<br>Fax: N/A<br>**Via Clerk of Court [Electronic Filing]** |
| Mark B. Hanson, Esq. # F0261<br>Macaranas Building, 1st Floor<br>Beach Road, Garapan<br>PMB 738, P. O. Box 10,000<br>Saipan, MP 96950-8900 | Attorney for Defendant Bisom<br>Tel: (670) 233-8600<br>Fax: (670) 233-5262<br>E-mail: mark@saipanlaw.com<br>**Via Electronic Service** |
| Jay H. Sorensen, Esq. # F0127<br>c/o Shanghai, China<br>P. O. Box 9022<br>Warren, MI 48090-9022 | Defendant, pro se<br>Tel: (86) 21-5083-8542   Fax: same<br>E-mail: subpar@fastmail.cn<br>**Via E-Mail** |
| G. Patrick Civille, Esq. # F0139<br>Civille & Tang, PLLC<br>330 Hernan Cortez Ave., Ste. 200<br>Hagåtña, GU 96910 | Attorney for dismissed judicial Defendants<br>Tel: (671) 477-9891/2<br>Fax: (671) 472-2601<br>E-mail: pciville@guamattorneys.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Monday, 11 December 2006.

_/s/ Gregory Baka_
Deputy Attorney General
Attorney for Defendants Commonwealth of the
  Northern Mariana Islands, Nicole C. Forelli,
  William C. Bush, D. Douglas Cotton,
  L. David Sosebee, Andrew Clayton,
  and Pamela S. Brown