FILED
Clerk
District Court

JAN - 3 2007

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>　　　Plaintiff<br><br>　　　v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et al<br><br>　　　Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) CORRECTED/AMENDED<br>) ERRATA TO MOTION FOR PARTIAL<br>) SUMMARY JUDGMENT AND<br>) SUPPORTING MEMORANDUM<br>)<br>) Date:  March 15, 2007<br>)<br>) Time:  9:30 AM |

　　　1  COMES now Plaintiff with the following corrected/amended errata to his Motion for Partial Summary Judgment, Memorandum of Points and Authorities in Support thereof, Supplement to the Memorandum, Affidavit in support thereof, and Proposed Findings of Uncontroverted Fact in Support thereof, as necessitated by the court's order of Sep 8, 2006 and Dec 14, 2006, the filing of the third and fourth amended compliants and revelation of a new court document.

　　　a. All references in all documents to plaintiff's Second (2d) Amended Complaint (2AC)

1

should be changed to read Second (2d)/Third (3d)/Fourth (4) Amended Complaints (2/3/4AC).

 b. Reference in paragraph 36, 4th line, page 15 of the Memorandum of Points and Authorities in Support of the Motion for Partial Summary Judgment, after the words "the AG did (p. 2, Ex. X BA)" add the following "despite the fact that on pages 1-2 of his Decision and Order of Feb 1, 2000, Justice Castro defined the defendants represented by Asst AG Sosebee as not including Robert D. Bradshaw. This definition was never changed by subsequent court order. The confusion and contradiction between Castro's orders of Feb 1 and 22 of 2000 raise questions of what the judge actually ordered on Feb 22, 2000."

 c. Reference in paragraph 47, page 19 of the Memorandum of Points and Authorities in Support of the Motion for Partial Summary Judgment should delete the words "obstruction of justice."

 d. Item XII in the Memorandum of Points and Authorities in support of Motion for partial Summary Judgment (on pages 22 and 25); Supplement to the Memorandum of Points and Authorities in support of Partial summary Judgment (on page 2 in reference to immigration and naturalization laws) and in the Proposed Findings of Uncontroverted Fact (paragraph 13 on pages 13 and 14 ) should be deleted entirely along with any and all references in the documents to item XII.

 2. As discussed above, the Decision and Order of Feb 1, 2000 from case 96-1320 has been supplied the Court in the Declaration of Robert D. Bradshaw in Support of Plaintiff's Opposition to CNMI Defendants' Motion to Dismiss the third Amended Complaint" as filed with the Court on Nov 2, 2006.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Dated this 2d day of _January_ 2007 at Calder, Idaho.

*Robert D. Bradshaw*, Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2d day of _Jan_ 2007, I caused to be served a true copy of the foregoing document by fax and US Mail Postage Paid to each of the following:

Jay H. Sorenson, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Gregory Baka, Dep Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950.

*Robert D. Bradshaw*, Plaintiff, Pro Se