Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

FILED
Clerk
District Court

JAN - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br><br>Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) NOTICE OF HEARING ON<br>) PLAINTIFF'S MOTION FOR<br>) PARTIAL SUMMARY<br>) JUDGMENT<br>) Date: March 15, 2007<br>)<br>) Time: 9:30 AM<br>) |

TO: All Parties of Record

PLEASE TAKE NOTICE that on March 15, 2007, at the hour of 9:30 AM, or as soon thereafter as plaintiff may be heard, the Court will hear Plaintiff's Motion for a Partial Summary Judgment, as filed on Sep 14, 2006, No. 186.

Respectfully submitted,

DATED: Jan 3, 2007

*Robert D. Bradshaw*
Robert D. Bradshaw, Plaintiff Pro Se

1