F I L E D
Clerk
District Court

JAN 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Jay H. Sorensen
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Fax: 86-21-5083-8542

Attorney Appearing in Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 05-0027 |
| v. ) | |
| ) | **CASE MANAGEMENT** |
| COMMONWEALTH OF THE ) | **CONFERENCE STATEMENT** |
| NORTHERN MARIANA ISLANDS, et al.,) | |
| ) | Date: January 22, 2007 |
| Defendants. ) | Time: 8:30 a.m. |
| ) | |

In accordance with Local Rule 16.2CJ.c, plaintiff submits the following:

    a. <u>Service on parties not yet served</u>. Not applicable

    b. <u>Jurisdiction and venue</u>. At this point in time, jurisdiction and venue are not contested by this defendant.

    c. <u>Track assignment</u>. Standard track is suggested

    d. <u>Anticipated motions</u>. Many motions to dismiss have been heard and determined. Plaintiff's motion for partial summary judgment is set for hearing on March 15, 2007. Defendant has not yet determined if a counter motion is appropriate at this time.

-1-

1  However, at some time, perhaps after discovery is complete, this defendant expects to

2  make a pretrial dispositive motion.

3   e. <u>Discovery</u>. It is anticipated that interrogatories to the plaintiff will be served.

4

5  Requests for admissions may also be employed.

6   f. <u>Further proceedings</u>. Recommended settings are as follows: Trial in October,

7

8  2007; discovery cut-off 60 days preceding the trial date, dispositive motions cut-off about

9  45 days before the trial date, settlement conference approximately 30 days preceding the

10  trial date.

11   g. <u>Special procedures</u>. This defendant requests that the standing order that he may

12

13  appear for all hearings by telephonic conference pursuant to Local Rule 16.2CJ.e.1(a), be

14  kept in place until the time of trial.

15   h. <u>Modifications to standard pretrial procedures</u>. See paragraph (j) below.

16   i. <u>Settlement prospects</u>. Although this defendant will keep an open mind on the

17

18  subject, it is difficult to see how this case can be disposed of by agreement if it were to call

19  for any payment plaintiff.

20   j. <u>Other matters for efficient and economical determination</u>. Plaintiff has this

21

22  request: that in lieu of e-filing via Pacer, that all documents to be filed by this defendant

23  may be filed by email attachment, and that service on counsel for defendants may be

24  similarly accomplished. I currently reside in Shanghai, China, and anticipate that this will

25  remain true all the while this case is pending. From where I live, I have been unable to

26

27  access the Pacer website. I have tried many, many times, but it just will not come in. This

28  is also true of all of the judicial websites, including that of this court and the Ninth Circuit.

29

-2-

1  Additionally, I have experienced great difficulty in trying to utilize the procedures outlined
2  in Local Rule 5.5, filing by facsimile. I usually have trouble in making fax connection, and
3  even when I do, it normally fails during the transmission. Another problem I have in
4  complying with the rules is that I have not been able to obtain 8 ½ by 11 inch paper in
5  Shanghai. A4 sized paper is the norm here, as it is throughout the world outside the U.S.
6  Accordingly, email attachment offers the fastest, most reliable, most readable, easiest, and
7  most cost effective means of getting documents to the court and counsel. Service on
8  plaintiff, who has not identified an email address, will continue to be by mail.

*(signature)*
Jay H. Sorensen
In Pro Se

-3-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on ___JAN. 16, 2007___ a copy of each of the following: CASE MANAGEMENT CONFERENCE STATEMENT were deposited for delivery to the U.S. Post Office, first class mail, postage prepaid, addressed as set forth below (except as noted below):

    Robert D. Bradshaw
    P.O. Box 473
    1530 W. Trout Creek Road
    Calder, Idaho 83808

* Office of the Attorney General – Civil Division
  Commonwealth of the Northern Mariana Islands
  2nd Floor, Hon. Juan A. Sablan Bldg
  Caller Box 10007
  Saipan, MP 96950

* Mark B. Hanson
  First Floor, Macaranas Bldg.
  Beach Road, Garapan
  PMB 738, P.O. Box 10,000
  Saipan, MP 96950

                                                                Jay H. Sorensen

* Served electronically by agreement of the parties

-4-