16/01 2007 09:24 FAX                                                              @002
Case 1:05-cv-00027    Document 233    Filed 01/16/2007    Page 1 of 6

```
JAY H. SORENSEN
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86 21-5083-8542
Facsimile: 86 21-5083-8542
```

*Attorney Appearing in Pro Se*

FILED
Clerk
District Court

JAN 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.,<br><br>Defendants. | Civil Action No. 05-0027<br><br>**EX PARTE APPLICATION UNDER LOCAL RULE 7.1 TO INCREASE TIME FOR BRIEFING RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE MADE PURSUANT TO RULE 7.1.h.3(b); DECLARATION IN SUPPORT** |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)

I, JAY H. SORENSEN, certify as follows:

A. The address and phone number of the plaintiff, who is without counsel, is: P.O. Box 473, 1530 Trout Creek Road, Calder, Idaho 83808. Phone: 208-245-1691, no fax.

The address of the Mark B. Hanson, attorney for Robert A. Bisom, is: 2nd Floor, Macaranas Bldg., Beach Road, Garapan, PMB 738, Box 10.000, Saipan, MP 96950. Phone: 670-233-8600; Fax: 670-233-5262.

- 1 -

1   The address of the Attorney General, who represents all the other defendants who have not
2   been dismissed is: Office of the Attorney General—Civil Division, 2nd Floor, Hon. Juan A. Sablan
3   Memorial Bldg., Caller Box 10007, Saipan, MP 96950. Phone: 670-664 2341;
4      My address and phone are set forth above the caption.
5      B. The reason this application is ex parte is due to the fact that there is insufficient time to do
6   a noticed motion or a written stipulation because written communication with the plaintiff and other
7   parties would take weeks and my response to plaintiff's amended complaint is due on January 18,
8   2007. Further, good cause exists to grant the motion, as set forth in the application below.
9      C. Pursuant to L.R. 7.1.h.B(1) I called plaintiff to notify him of my intention to file this
10  application on January 14, 2007, which was the evening of January 13, 2005 in Idaho, where he
11  lives. I explained what this application was asking the court to do. He told me that he had no
12  objection. I have also advised counsel for the other defendants by email. I will similarly advise
13  the clerk's office of this court and notify them of what I am doing.
14     D. There has been no previous request for extensions or increases of time as to these
15  motions.
16     E. Because the hearing has been set for March 15, 2007, this additional time will have no
17  delaying effect on hearing or determination of the motion.
18     Certified this ___ day of January, 2007.

Jay H. Sorensen
In Pro Se

-2-

## APPLICATION

Defendant, JAY H. SORENSEN, moves the court pursuant to Local Rule 7.1.h to extend the time for filing his opposition to plaintiff's motion for partial summary judgment by three weeks, from January 18 to February 8, 2007. Good cause exists to grant the motion, as set forth in the declaration below.

## DECLARATION OF JAY H. SORENSEN

I, JAY H. SORENSEN, do hereby declare:

1. I am a defendant in the above entitled case and submit this declaration in support of this motion to increase the time for filing and service of the opposition to the partial summary judgment motion set be heard on March 15, 2007. The facts stated herein are of my own knowledge.

2. The motion appears to be long and complicated. It includes 25 pages of argument and some 36 exhibits. It will require more than the normal amount of time to respond to. Because the hearing is not scheduled until March 15, 2007, there is are an additional eight weeks beyond the four weeks that are prescribed in LR 7.1.c.

3. I have been unable to find any English language law library in Shanghai. Any legal research I do must be by utilizing on-line resources. However, since an earthquake that occurred on December 26, 2006, off the coast of Taiwan, internet connections between China and US based websites have been severely interrupted, to the point that many sites are simply not accessible at all, and others take very long periods of time to access. Doing legal research on line from China was challenging before, due to the slow download times, but now it is often impossible, depending on the time of day and competition for the available bandwidth. As the attached article from the on-line version of the January 9 edition of the Shanghai Daily (a China based website that has not been affected), this problem appears to be one that will not be remedied until the end of January at best.

- 3

4. Accordingly, the undersigned defendant and moving party here requests that the time allowed by Local Rule 7.1 for filing and serving the opposition to plaintiff's motion for partial summary judgment scheduled to be heard on March 15, 2007 be increased by three weeks, making the opposition papers due on February 8, 2005, which is still five full weeks before the hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _16th_ day of January, 2007 at Shanghai, P.R. China.

_Jay H. Sorensen_
Jay H. Sorensen

- 4 -

## Undersea cable mess won't end too soon
By Zhu Shenshen 2007-1-9

Change font size: S M L

SHANGHAI'S Internet users will suffer slow connections until at least the end of the month, telecommunications officials said yesterday.



Crews sent to repair undersea communications cables cut by the December 26 earthquake off Taiwan found the damage to be greater than expected, and bad weather also extended the work schedule.

China Telecom said yesterday the repair will take "a longer period" than anticipated but that 70 percent of its Internet services had been restored through alternate routes.

"Repairs to a single spot will take two to three weeks, but the bad weather will add to the schedule," said an official with an undersea cable management subsidiary of China Telecom.

The source said the repairs are being handled by firms from Japan and Singapore.

The job will be finished by January 30, Taiwan-based Chunghwa Telecom said.

Overseas Internet access, especially between China and the United States, is now being shunted through other pathways such as satellite links, which are slow, expensive and unstable compared with cable-based connections.

The carriers are investing in backup systems to prevent similar telecommunications breakdowns in the future.

Six carriers, including China Telecom, China Netcom and Chunghwa Telecom, will start to build a new undersea cable linking China and the United States at a cost of US$500 million. The 18,000 kilometer-cable is expected to be completed in the third quarter next year.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _Jan. 16, 2007_ a copy of each of the following:

EX PARTE APPLICATION UNDER LOCAL RULE 7.1 TO INCREASE TIME FOR BRIEFING RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE MADE PURSUANT TO RULE 7.1.h.3(b); DECLARATION IN SUPPORT

were deposited for delivery to the U.S. Post Office, first class mail, postage prepaid, addressed as set forth below (except as noted below):

Robert D. Bradshaw
P.O. Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808

* Office of the Attorney General – Civil Division
Commonwealth of the Northern Mariana Islands
2nd Floor, Hon. Juan A. Sablan Bldg.
Caller Box 10007
Saipan, MP 96950

* Mark B. Hanson
First Floor, Macaranas Bldg.
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950

_____
Jay H. Sorensen

* Served electronically by agreement of the parties

-5-