MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail Address:      mark@saipanlaw.com

Attorney for *Defendant Robert A. Bisom*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>              Plaintiff,<br><br>       vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, PAMELA BROWN, ROBERT BISOM and JAY H. SORENSEN,<br><br>              Defendants. | CASE NO. CV 05-00027<br><br>*EX PARTE* APPLICATION UNDER LOCAL RULE 7.1 TO INCREASE TIME FOR BRIEFING RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE MADE PURSUANT TO RULE 7.1.h.3(b); DECLARATION IN SUPPORT<br><br>Date:  Thursday, March 17, 2007<br>Time:  9:30 a.m.<br>Judge:  Hon. Alex R. Munson |

CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)

I, MARK B. HANSON, certify as follows:

A.  The address and phone number of the plaintiff, who is without counsel, is:  P.O. Box 473, 1530 Trout Creek Road, Calder, Idaho  83808.  Phone: 208-245-1691, no fax.

The address of the Jay H. Sorensen, c/o Shanghai, P.O. Box 9022, Warren, MI 48090-9022. Telephone:  86-21-5083-8542; Facsimile:   86-21-5083-8542.

The address of the Attorney General , who represents all the other defendants who have not been dismissed is:  Office of the Attorney General—Civil Division, Second Floor, Hon. Juan A. Sablan Memorial Bldg., Caller Box 10007, Saipan, MP 96950. Phone: 670-664-2341;

I am the attorney for Robert Bisom.  My address and phone are set forth above the

1  caption.

2  B.  The reason this application is *ex parte* is due to the fact that there is insufficient
3  time to do a noticed motion or a written stipulation because written communication with the
4  plaintiff and other parties would take weeks and my response to plaintiff's amended complaint
5  is due on January 18, 2007.  Further, good cause exists to grant the motion, as set forth in the
6  application below.

7  C.  Pursuant to L.R. 7.1.h.B(1) I called plaintiff to notify him of my intention to file
8  this application on January 16, 2007, which was the evening of January 15, 2007 in Idaho,
9  where he lives.  I informed Mr. Bradshaw that I would file that same motion as Mr. Sorensen
10 and request that Mr. Bisom's opposition to his Motion for Partial Summary Judgment be due
11 on the same day — February 8, 2007.  He told me that he had no objection.  Counsel for other
12 defendants will get notice of the filing of this Motion via the Court's electronic case filing
13 system with the exception of Mr. Sorensen whom I will inform via direct e-mail.

14 D.  There has been no previous request for extensions or increases of time as to these
15 motions.

16 E. Because the hearing has been set for March 15, 2007, this additional time will have
17 no delaying effect on hearing or determination of the motion.

18 

19 DATED this 16th day of January, 2007.

                                                /s/ Mark B. Hanson
                                        _____
                                                MARK B. HANSON

                                        Second Floor, Macaranas Building
                                        Beach Road, Garapan
                                        PMB 738, P.O. Box 10,000
                                        Saipan, MP 96950
                                        Telephone:   (670) 233-8600
                                        Facsimile:   (670) 233-5262
                                        E-mail Address:   mark@saipanlaw.com

                                        Attorney for *Defendant Robert A. Bisom*

APPLICATION

Defendant Robert A. Bisom, by and through his counsel of record, moves the court pursuant to Local Rule 7.1.h to extend the time for filing his opposition to plaintiff's motion for partial summary judgment by three weeks, from January 18, 2007 to February 8, 2007. Good cause exists to grant the motion, as set forth in the declaration below. A proposed order has been submitted herewith for the Court's convenience.

DATED this 16th day of January, 2007.

/s/ Mark B. Hanson
_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail Address:   mark@saipanlaw.com

Attorney for *Defendant Robert A. Bisom*

DECLARATION OF MARK B. HANSON

I, MARK B. HANSON, do hereby declare:

1. I am competent to testify, and if called to do so, I would testify in accord herewith.

2. I am the attorney for Robert A. Bisom in the above-captioned proceedings. I submit this declaration in support of this motion to increase the time for filing and service of the opposition to the partial summary judgment motion set be heard on March 15, 2007. The facts stated herein are of my own knowledge.

3. The motion appears to be long and complicated. It includes 25 pages of argument and some 36 exhibits. It will require more than the normal amount of time to respond to. Because the hearing is not scheduled until March 15, 2007, there is are an additional eight weeks beyond the four weeks that are prescribed in LR 7.1.c.

4. In order to reduce costs and expedite a response, the defendants may coordinate efforts to respond to plaintiffs' Motion for Partial Summary Judgment will would necessitate coordinated communication and the same filing date for the defendants' oppositions.

5. Accordingly, Robert A. Bisom requests that the time allowed by Local Rule 7.1 for filing and serving the opposition to plaintiff's motion for partial summary judgment scheduled to be heard on March 15, 2007 be increased by three weeks, making the opposition papers due on February 8, 2005, which is still five full weeks before the hearing.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 16th day of January, 2007 in Saipan, Commonwealth of the Northern Mariana Islands.

/s/ Mark B. Hanson

_____
MARK B. HANSON
Attorney for Robert A. Bisom