IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI YING HUA, LI ZHENG ZHE and XU JING JI,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNG JIN CORPORATION, a CNMI corporation,<br>ASIA ENTERPRISES, INC., a CNMI corporation,<br>PARK HWA SUN and KIM HANG KWON,<br><br>Defendants. | CASE NO. CV 05-0019<br><br>ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |

Good cause appearing, the application of defendant, ROBERT A. BISOM, to increase the time for filing and serving opposition to plaintiff's motion for partial summary judgment is granted; such opposition shall be due to be filed and served on or before February 8, 2007.

SO ORDERED.

DATED: _____          _____

ALEX R. MUNSON, Chief Judge