```
                                                        F I L E D
                                                           Clerk
                                                       District Court
1   JAY H. SORENSEN
    c/o Shanghai                                       JAN 17 2007
2   P.O. Box 9022
    Warren, MI 48090-9022                          For The Northern Mariana Islands
3   Telephone: 86-21-5083-8542                     By_____
    Facsimile: 86 21-5083-8542                              (Deputy Clerk)
4
    Attorney Appearing in Pro Se
5
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW, | ) | Civil Action No. 05 0027 |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING APPLICATION TO INCREASE TIME FOR FILING AND SERVING OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al., | ) | |
| Defendants. | ) | |

Good cause appearing, the application of defendant, JAY H. SORENSEN, to increase the time for filing and serving opposition to plaintiff's motion for partial summary judgment is granted; such opposition shall be due to be filed and served on or before February 8, 2007.

Dated: January 17, 2007

                                                             ALEX R. MUNSON
                                                            District Court Judge