FILED
Clerk
District Court

JAN 1 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,

    Plaintiff,

vs.

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS, NICOLE C. FORELLI,
WILLIAM C. BUSH, D. DOUGLAS COTTON,
L. DAVID SOSEBEE, ANDREW CLAYTON,
UNKNOWN AND UNNAMED PERSONS IN
THE CNMI OFFICE OF THE ATTORNEY
GENERAL, PAMELA BROWN, ROBERT
BISOM and JAY H. SORENSEN,

    Defendants.

CASE NO. CV 05-00027

ORDER GRANTING *EX PARTE*
MOTION FOR EXTENSION OF
TIME TO FILE OPPOSITION

    Good cause appearing, the application of defendant, ROBERT A. BISOM, to increase the time for filing and serving opposition to plaintiff's motion for partial summary judgment is granted; such opposition shall be due to be filed and served on or before February 8, 2007.

SO ORDERED.

DATED: 1-17-07

_____
ALEX R. MUNSON, Chief Judge