F I L E D
Clerk
District Court

JAN 2 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br>**ORDER REGARDING DEFENDANT SORENSEN'S CASE MANAGEMENT CONFERENCE STATEMENT** |

 **THIS MATTER** came before the court on January 16, 2007, in defendant Sorensen's Case Management Conference Statement, No. 232 (Jan. 16, 2007). In it, defendant Sorensen requested that he be granted leave to attend all hearings by telephonic conference. On September 19, 2006, the court granted defendant Sorensen's request to appear telephonically for all pretrial conferences and hearings except any settlement conferences. *See* Notice of Order Granting Defendant Sorensen's Request to Appear by Phone, No. 197 (Sept. 19, 2006). Plaintiff shall notify the Clerk of Court the day before any conference or hearing for which he will appear telephonically of the telephone number where he may be reached. Plaintiff may not appear telephonically for trial.

 In addition, defendant Sorensen requested leave to file all documents by email attachment. The court grants plaintiff's request to file documents by email. All filings except emergency matters, petitions for removal, sealed documents, and documents or administrative matters which require a fee payment may be filed by email to amanda_hayes@nmid.uscourts.gov. The Clerk of Court shall file stamp the document according to the time and date stamp of receipt of the email in accordance with Local Rule 5.2.h. Plaintiff is advised to call the clerk's office to confirm that his email was received and that his document was docketed.

Defendant Sorensen also requested leave to serve co-defendants by email. The request is granted. Service of documents shall be made to an email address that the receiving party authorizes.

Lastly, defendant Sorensen requested leave to file documents using A4 sized paper because he has limited access to 8.5 inch by 11 inch paper ("standard paper size"). Since defendant Sorensen has been granted leave to file by email, all filings must conform to the standard paper size. Copies served on parties, however, may be printed on A4 paper.

**IT IS SO ORDERED.**

**DATED** this 22nd day of January, 2007.

                                                    /s/ Alex R. Munson
                                                    ALEX R. MUNSON
                                                         Judge