F I L E D
Clerk
District Court

FEB - 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>　　　Plaintiff<br><br>　　v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br>　　　Defendants | ) Case No. CV 05-0027<br>)<br>)<br>)<br>) **CASE MANAGEMENT**<br>) **CONFERENCE STATEMENT**<br>)<br>)<br>) Hearing: March 22. 2007<br>) Time: 08:30 AM<br>) Judge Alex R. Munson |

In accordance with local rule 16.2CJ, plaintiff submits the following in the context that the court's scheduling of the case management conference never reached the plaintiff and this statement is made after the conference took place. .

　　a. Service on parties not yet served: Not applicable.

　　b. Jurisdiction and venue: At this point in time, there appears to be no issue of jurisdiction or venue before the court except that the CNMI defendants have questioned jurisdiction in their answer.

　　c. Track assignment: The court assignment made is acceptable to plaintiff.

　　d. Anticipated motions: Plaintiff's motion for summary judgment is set for Mar 15, 2007. it is unclear if further motions will be made by parties.

1

e. Discovery: With the filing of disclosure statements, it is anticipated that parties will proceed with discovery. Plaintiff has this date submitted his initial disclosure statement to the other parties as required by the Federal rules.

f. Further proceedings: The court ordered settings are acceptable to plaintiff.

g. Special procedure: The plaintiff requests that the standing order for telephonic responses to the court by the plaintiff remain in existence.

h. Modification to standard pretrial procedure: See paragraph (j) below.

i. Settlement prospects: Plaintiff has walked the extra mile to settle this thing without unnecessary litigation. So far, none of the defendants have shown any interest in settlement.

j. Other matters for efficient and economical determination. Plaintiff does not have access to PACER or any other electronic method of filings. Simply stated, Plaintiff lacks the technical computer system to obtain PACER. The present mail system has been satisfactory though mail service to and from Saipan can take from one to two weeks. The scheduling of this conference still has not been received from the court. It is unclear what might have happened on this notice. However, plaintiff was and is usually home and responded to the court's call. There was no problem with what happened from plaintiff's view point although this filing is being made after the conference and not before as is the court rules. The plaintiff is satisfied with the court's scheduling of events.

Dated this _29th_ day of _January_ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of Jan 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
Gregory Baka, Dep Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se