MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262
E-mail Address: mark@saipanlaw.com

Attorney for *Defendant Robert A. Bisom*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, PAMELA BROWN, ROBERT BISOM and JAY H. SORENSEN,<br><br>  Defendants. | CASE NO. CV 05-00027<br><br>SECOND *EX PARTE* APPLICATION UNDER LOCAL RULE 7.1 TO INCREASE TIME FOR BRIEFING RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE MADE PURSUANT TO RULE 7.1.h.3(b); DECLARATION IN SUPPORT<br><br>Date: Thursday, March 15, 2007<br>Time: 9:30 a.m.<br>Judge: Hon. Alex R. Munson |

CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)

I, MARK B. HANSON, certify as follows:

A. The address and phone number of the plaintiff, who is without counsel, is: P.O. Box 473, 1530 Trout Creek Road, Calder, Idaho 83808. Phone: 208-245-1691, no fax.

The address of the Jay H. Sorensen, c/o Shanghai, P.O. Box 9022, Warren, MI 48090-9022. Telephone: 86-21-5083-8542; Facsimile: 86-21-5083-8542.

The address of the Attorney General, who represents all the other defendants who have not been dismissed is: Office of the Attorney General—Civil Division, Second Floor, Hon. Juan A. Sablan Memorial Bldg., Caller Box 10007, Saipan, MP 96950. Phone: 670-664-2341;

I am the attorney for Robert Bisom. My address and phone are set forth above the

caption.

B. This is the second application by Mr. Bisom for an extension of time in which to file a response to Plaintiff's Motion for Partial Summary Judgment. The reason this application is *ex parte* is due to the fact that there is insufficient time to do a noticed motion or a written stipulation because written communication with the plaintiff and other parties would take several days and Mr. Bisom's response to Plaintiff's Motion for Partial Summary Judgment is due today, February 8, 2007, by prior order of this Court extending the time for Mr. Bisom and other defendants to respond. Further, good cause exists to grant the motion, as set forth in the application below.

C. Pursuant to L.R. 7.1.h.B(1), I called plaintiff on February 7, 2007 (Saipan time) to notify him of my intention to file this application. I informed Mr. Bradshaw that Mr. Bisom would request that his opposition to the Motion for Partial Summary Judgment be due on February 19, 2007 — another eleven days from today's date. He told me that he had no objection. Counsel for other defendants will get notice of the filing of this Motion via the Court's electronic case filing system with the exception of Mr. Sorensen whom I will inform via direct e-mail.

D. There has been one previous request for an extension of time as to the pending motion. The extension request was in conjunction with a request by Mr. Sorensen for an additional three weeks to respond. That extension was granted to both Mr. Sorensen and to Mr. Bisom. This request is for an additional eleven days beyond the prior three week extension for Mr. Bisom. It is my understanding that Mr. Sorensen will file his opposition today.

E. Because the hearing has been set for March 15, 2007, this additional time will have no delaying effect on hearing or determination of the motion. I spoke at length with Mr. Bradshaw about the delays in receiving mail which may affect his receipt of the opposition of Mr. Bisom and he informed me that he believes he will have sufficient time to file a reply if this extension is granted.

| | |
|---|---|
| 1 | |
| 2 | DATED this 8th day of February, 2007. |

/s/ Mark B. Hanson
_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-mail Address:   mark@saipanlaw.com

Attorney for *Defendant Robert A. Bisom*

## APPLICATION

Defendant Robert A. Bisom, by and through his counsel of record, moves the court pursuant to Local Rule 7.1.h to extend the time for filing his opposition to plaintiff's motion for partial summary judgment by an additional eleven (11) days, from February 8, 2007 to February 19, 2007. Good cause exists to grant the motion, as set forth in the declaration below. A proposed order has been submitted herewith for the Court's convenience.

DATED this 8th day of February, 2007.

/s/ Mark B. Hanson
_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-mail Address:   mark@saipanlaw.com

Attorney for *Defendant Robert A. Bisom*

DECLARATION OF MARK B. HANSON

I, MARK B. HANSON, do hereby declare:

1. I am competent to testify, and if called to do so, I would testify in accord herewith.

2. I am the attorney for Robert A. Bisom in the above-captioned proceedings. I submit this declaration in support of this motion to increase the time for filing and service of the opposition to the partial summary judgment motion set be heard on March 15, 2007. The facts stated herein are of my own knowledge.

3. Plaintiff's motion is long and complicated. It includes 25 pages of argument and some 36 exhibits. It has required more than the normal amount of time for a response. Because the hearing is not scheduled until March 15, 2007, there is still substantial time for Plaintiff to file any reply to the opposition of Mr. Bisom filed hereafter.

4. In order to reduce costs and expedite a response, the defendants have attempted to coordinate efforts to respond to plaintiffs' Motion for Partial Summary Judgment. The efforts, which would have required coordinated communication and the same filing date for the defendants' oppositions, were less than successful. No cooperation whatsoever was forthcoming from the Government. Further, my own case schedule and unanticipated emergencies have had substantial impact on my available time in the past three weeks.

5. Accordingly, Robert A. Bisom requests that the time allowed by Local Rule 7.1 for filing and serving the opposition to plaintiff's motion for partial summary judgment scheduled to be heard on March 15, 2007 be increased by eleven (11) days, making the opposition papers due on February 19, 2007, which is still three and one half weeks before the hearing.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 8th day of February, 2007 in Saipan, Commonwealth of the Northern Mariana Islands.

/s/ Mark B. Hanson

MARK B. HANSON
Attorney for Robert A. Bisom