F I L E D
Clerk
District Court

FEB - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,           )   CASE NO. CV 05-00027
                              )
                Plaintiff,    )
                              )
        vs.                   )
                              )
COMMONWEALTH OF THE NORTHERN  )
MARIANA ISLANDS, NICOLE C. FORELLI, )
WILLIAM C. BUSH, D. DOUGLAS COTTON, )   SECOND ORDER GRANTING
L. DAVID SOSEBEE, ANDREW CLAYTON, )   *EX PARTE* MOTION FOR
UNKNOWN AND UNNAMED PERSONS IN )   EXTENSION OF TIME TO FILE
THE CNMI OFFICE OF THE ATTORNEY )   OPPOSITION
GENERAL, PAMELA BROWN, ROBERT )
BISOM and JAY H. SORENSEN,    )
                              )
                Defendants.   )
                              )
_____)

        Good cause appearing, the application of defendant, ROBERT A. BISOM, to increase

the time for filing and serving an opposition to plaintiff's motion for partial summary

judgment is GRANTED; such opposition shall be due to be filed and served on or before

February 19, 2007.


        SO ORDERED.


        DATED:  02|08|07                    *Alex R. Munson*

                                    ALEX R. MUNSON, Chief Judge