FILED
Clerk
District Court

FEB 1 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, PAMELA BROWN, ROBERT BISOM and JAY H. SORENSEN,<br><br>    Defendants. | CASE NO. CV 05-00027<br><br>ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |

Good cause appearing, the application of defendants Commonwealth of the Northern Mariana Islands, Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S. Brown, to increase the time for filing and serving opposition to plaintiff's motion for partial summary judgment is granted; such opposition shall be due to be filed and served on or before February 19, 2007.

SO ORDERED.

DATED: FEB 1 2 2007

*/s/ Alex R. Munson*

ALEX R. MUNSON, Chief Judge