```
                                              F I L E D
                                                 Clerk
                                             District Court

Robert D. Bradshaw                           FEB 2 0 2007
PO Box 473
1530 W. Trout Creek Road                     For The Northern Mariana Islands
Calder, Idaho 83808                          By_____
Phone 208-245-1691                                   (Deputy Clerk)
```

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Case No. CV 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) **NOTICE TO COURT OF** ) **DISCOVERY ON** ) **ROBERT A BISOM** |
| Defendants | ) |

COMES now plaintiff to report to the Court and all parties that Interrogatories--Set One, Robert A. Bisom and Request for Production of Documents- Set One Robert A. Bisom have been served this date on Mr Bisom's attorney.

DATED THIS 9th Day of February 2007 at Calder, Idaho.

/s/ Robert D. Bradshaw
Robert D. Bradshaw, Plaintiff, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of Feb 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

/s/ Robert D. Bradshaw
Robert D. Bradshaw, Plaintiff, Pro Se

1