F I L E D
Clerk
District Court

FEB 2 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone  208-245-1691

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Case No. CV 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **NOTICE TO COURT OF** |
| MARIANA ISLANDS (hereafter referred to ) | **DISCOVERY ON** |
| as the CNMI); et. al. ) | **NICOLE C. FORELLI** |
| Defendants ) | |

COMES now plaintiff to report to the Court and all parties that Interrogatories--Set One, Nicole C. Forelli has been served this date on Ms Forelli's attorney.

DATED THIS 9th Day of February 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of Feb 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

1