Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

FILED
Clerk
District Court

FEB 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br>Defendants | ) Case No. CV 05-0027<br>)<br>)<br>)<br>)<br>) **NOTICE TO COURT OF**<br>) **DISCOVERY ON**<br>) **JAY H. SORENSEN**<br>)<br>) |

COMES now plaintiff to report to the Court and all parties that Interrogatories-- Set One, Jay H. Sorensen and Request for Production of Documents- Set One Jay H. Sorensen have been served this date on Mr Sorensen.

DATED THIS 9th Day of February 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of Feb 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

1