Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

F I L E D
Clerk
District Court

FEB 23 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Case No. CV 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) **NOTICE TO COURT OF** ) **PLAINTIFF'S FILING OF** ) **DISCOVERY DISCLOSURES** |
| Defendants | ) |

COMES now plaintiff to report to the Court and all parties that the following documents were filed as follows:

1. On Jan 31, 2007, plaintiff served his initial disclosure on the parties.

2. On Feb 8, 2007, plaintiff served on all parties his memorandum on FRCP rule 26 in support of his proposed discovery plan.

3. On Feb 8, 2007, plaintiff served on the parties his proposed discovery plan in accordance with FRCP 26(f).

DATED this ____18th____ day of ___Feb___, 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___18th___ day of ___Feb___ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se