MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:    (670) 664-2341
Fax:              (670) 664-2349
E-mail:          gbaka79@yahoo.com

Attorneys for Defendants Commonwealth of the Northern Mariana Islands, Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S. Brown ("CNMI Defendants")

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COMMONWEALTH OF THE NORTHERN ) <br> MARIANA ISLANDS, NICOLE C. ) <br> FORELLI, former Acting Attorney General of ) <br> the CNMI, in her personal/ individual capacity, ) <br> WILLIAM C. BUSH, former Assistant ) <br> Attorney General of the CNMI, in his personal/ ) <br> individual capacity, D. DOUGLAS COTTON,) <br> former Assistant Attorney General of the CNMI,) <br> in his personal/ individual capacity, L. DAVID ) <br> SOSEBEE, former Assistant Attorney General ) <br> of the CNMI, in his personal/ individual ) <br> capacity, ANDREW CLAYTON, former ) <br> Assistant Attorney General of the CNMI, in his ) <br> personal/ individual capacity, UNKNOWN ) <br> AND UNNAMED PERSONS IN THE ) <br> CNMI, in their personal/ individual capacities, ) <br> PAMELA S. BROWN, former Attorney ) <br> General of the CNMI, in her personal/ ) <br> individual capacity, ROBERT A. BISOM, ) <br> AND JAY H. SORENSEN, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 05-0027 <br><br> **CNMI DEFENDANTS' ANSWER TO CROSS CLAIM FILED BY DEFENDANT ROBERT A. BISOM** |

Defendants Commonwealth of the Northern Mariana Islands, Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S. Brown ("CNMI Defendants") answer the correspondingly numbered paragraphs of defendant Robert A. Bisom's "ANSWER TO FOURTH AMENDED COMPLAINT; AFFIRMATIVE DEFENSES; CROSSCLAIM [and] DEMAND FOR JURY TRIAL" as follows:

1. Denied.

2. Denied.

3. Denied.

## AFFIRMATIVE DEFENSES

1. Defendant Bisom's Cross Claim fails to state a claim against these defendants upon which relief can be granted.

2. The Court is without subject matter or supplemental jurisdiction over Bisom's local law cross claim against the CNMI Defendants.

3. Defendants are immune.

4. Bisom's claim against the CNMI Defendants is barred by the doctrines of issue and claim preclusion, res judicata and collateral estoppel.

5. Plaintiff Bradshaw's claims against defendant Bisom are wholly separate and distinct from his claims against the CNMI Defendants.

DATED this 3rd day of March, 2007.

OFFICE OF THE ATTORNEY GENERAL

MATTHEW T. GREGORY  # F0205
Attorney General

*Gregory Baka*
_____
GREGORY BAKA  # F0199
Deputy Attorney General

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last known address(es) listed below on the date(s) indicated.

2. As set forth below, this service was accomplished by personal delivery; U.S. Mail; deposit with Clerk of Court (in attorney box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Robert D. Bradshaw<br>P. O. Box 473<br>1530 W. Trout Creek Road<br>Calder, ID  83808-0473 | Plaintiff, pro se<br>Tel:  (208) 245-1691<br>Fax:  N/A<br>**Via U.S. Mail** |
| Mark B. Hanson, Esq.  # F0261<br>Macaranas Building, 1st Floor<br>Beach Road, Garapan<br>PMB  738, P. O. Box 10,000<br>Saipan, MP  96950-8900 | Attorney for Defendant Bisom<br>Tel:  (670) 233-8600<br>Fax:  (670) 233-5262<br>E-mail:  mark@saipanlaw.com<br>**Via Electronic Service** |
| Jay H. Sorensen, Esq.  # F0127<br>c/o Shanghai, China<br>P. O. Box 9022<br>Warren, MI  48090-9022 | Defendant, pro se<br>Tel:  (86) 21-5083-8542<br>Fax:  same<br>E-mail:  subpar@fastmail.cn   **Via E-Mail** |
| G. Patrick Civille, Esq.  # F0139<br>Civille & Tang, PLLC<br>330 Hernan Cortez Ave., Ste. 200<br>Hagåtña, GU  96910 | Attorney for dismissed judicial Defendants<br>Tel:  (671) 477-9891/2<br>Fax:  (671) 472-2601<br>E-mail:  pciville@guamattorneys.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Saturday, 3 March 2007.

*Gregory Baka*
_____
Deputy Attorney General

Attorney for Defendants Commonwealth of the
Northern Mariana Islands, Nicole C. Forelli,
William C. Bush, D. Douglas Cotton,
L. David Sosebee, Andrew Clayton,
and Pamela S. Brown ("CNMI Defendants")