FILED
Clerk
District Court

MAR - 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Jay H. Sorensen
c/o Shanghai
P.O. Box 9022
Warren, MI 48090-9022
Telephone: 86-21-5083-8542
Fax: 86-21-5083-8542

Attorney Appearing in Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,           )
                              )
        Plaintiff,            ) Case No. CV 05-0027
   v.                         )
                              ) **PREDISCOVERY DISCLOSURE**
COMMONWEALTH OF THE           ) **STATEMENT**
NORTHERN MARIANA ISLANDS, et al.,)
                              )
        Defendants.           )
_____)

In accordance with Local Rule 16.2CJ.d and with Fed.R.Civ.P. 26, plaintiff submits the following.

1. <u>Persons with discoverable information</u>:  The parties to the case, plaintiff and defendants, are persons who have relevant and discoverable information. Besides the parties, possibly also the following:

   Annabelle G. Marruzzo, 13610 Apple Moss Court, Carona, CA 92880, phone (951) 479-5077, regarding the mailing and receipt of documents, papers, correspondence, etc. from the office of Jay H. Sorensen.

-1-

Elmer Barrogo, c/o Smith & Williams, P.O. Box 5133, Saipan, MP 96950, Phone: (670) 233-3334 regarding the service of papers in Saipan and the delivery of mail to and from the office of Jay H. Sorensen.

2. <u>Documents, data compilations and tangible things</u>.

The Domestic Return Receipts, PS Form 3811, For Article Numbers Z 142 485 879 and Z 142 485 883.

The Receipt for Certified Mail, PS Form 3800, for article Numbers Z 142 485 879 and Z 142 485 883.

Various documents and papers filed in the case of Bisom v. C.N.M.I., et al., Superior Court Civil Action No. 96-1320.

3. <u>Damages computation</u>.  Not applicable.

4. <u>Insurance agreements</u>.  Not applicable.

                                                                                _____
                                                                                Jay H. Sorensen
                                                                                In Pro Se

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 9, 2007____

a copy of each of the following:  PREDISCOVERY DISCLOSURE STATEMENT

were deposited for delivery to the U.S. Post Office, first class mail, postage prepaid,

addressed as set forth below (except as noted below):

      Robert D. Bradshaw
      P.O. Box 473
      1530 W. Trout Creek Road
      Calder, Idaho  83808

* Office of the Attorney General – Civil Division
  Commonwealth of the Northern Mariana Islands
  2nd Floor, Hon. Juan A. Sablan Bldg
  Caller Box 10007
  Saipan, MP  96950

* Mark B. Hanson
  First Floor, Macaranas Bldg.
  Beach Road, Garapan
  PMB 738,  P.O. Box 10,000
  Saipan, MP 96950

                                                Jay H. Sorensen

* Served electronically by agreement of the parties

-3-