MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY  BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:      (670) 664-2341
Fax:            (670) 664-2349
E-mail:         gbaka79@yahoo.com

Attorneys for Defendants Commonwealth of the Northern Mariana Islands, Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S. Brown

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, former Acting Attorney General of the CNMI, in her personal/ individual capacity, WILLIAM C. BUSH, former Assistant Attorney General of the CNMI, in his personal/ individual capacity, D. DOUGLAS COTTON, former Assistant Attorney General of the CNMI, in his personal/ individual capacity, L. DAVID SOSEBEE, former Assistant Attorney General of the CNMI, in his personal/ individual capacity, ANDREW CLAYTON, former Assistant Attorney General of the CNMI, in his personal/ individual capacity, UNKNOWN AND UNNAMED PERSONS IN THE CNMI, in their personal/ individual capacities, PAMELA S. BROWN, former Attorney General of the CNMI, in her personal/ individual capacity, ROBERT A. BISOM, AND JAY H. SORENSEN,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-0027<br><br>**CNMI DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26** |

1  Defendants Commonwealth of the Northern Mariana Islands, Nicole C. Forelli,
2 William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S.
3 Brown ("CNMI Defendants") herewith make their initial disclosures as required by
4 Fed. R. Civ. P. 26 and Local Rule 16.2CJ.d as follows:

5  1. <u>Persons with discoverable information.</u>

6  At this time, other than the parties to the case, the CNMI defendants know of no
7 other persons who have relevant and discoverable information.

8  2. <u>Documents, data compilations and tangible things</u>.

9  (a) Various documents and papers filed in the case of *Bisom v. CNMI*,
10 Superior Court Civil Action No. 96-1320, and appeals therefrom to the CNMI Supreme
11 Court, all of which are a matter of public record; and

12  (b) correspondence between plaintiff and various members of the Office of the
13 Attorney General for the CNMI pertaining to *Bisom v. CNMI*, Superior Court Civil Action
14 No. 96-1320, all of which should already be in the custody of the plaintiff.

15  3. <u>Damages computation</u>.  Not applicable.

16  4. <u>Insurance agreements</u>.  Not applicable.

18  DATED this 9th day of March, 2007.

19  OFFICE OF THE ATTORNEY GENERAL

20  MATTHEW T. GREGORY # F0205
Attorney General

22  *Gregory Baka*
_____
23  GREGORY BAKA # F0199
Deputy Attorney General

2

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last known address(es) listed below on the date(s) indicated.

2. As set forth below, this service was accomplished by personal delivery; U.S. Mail; deposit with Clerk of Court (in attorney box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Robert D. Bradshaw<br>P. O. Box 473<br>1530 W. Trout Creek Road<br>Calder, ID  83808-0473 | Plaintiff, pro se<br>Tel: (208) 245-1691<br>Fax: N/A<br>**Via U.S. Mail** |
| Mark B. Hanson, Esq.  # F0261<br>Macaranas Building, 1st Floor<br>Beach Road, Garapan<br>PMB  738, P. O. Box 10,000<br>Saipan, MP  96950-8900 | Attorney for Defendant Bisom<br>Tel: (670) 233-8600<br>Fax: (670) 233-5262<br>E-mail: mark@saipanlaw.com<br>**Via Electronic Service** |
| Jay H. Sorensen, Esq.  # F0127<br>c/o Shanghai, China<br>P. O. Box 9022<br>Warren, MI  48090-9022 | Defendant, pro se<br>Tel: (86) 21-5083-8542    Fax: same<br>E-mail: subpar@fastmail.cn<br>**Via E-Mail** |
| G. Patrick Civille, Esq.  # F0139<br>Civille & Tang, PLLC<br>330 Hernan Cortez Ave., Ste. 200<br>Hagåtña, GU  96910 | Attorney for dismissed judicial Defendants<br>Tel: (671) 477-9891/2<br>Fax: (671) 472-2601<br>E-mail: pciville@guamattorneys.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Friday, 9 March, 2007.

*Gregory Baka*
Deputy Attorney General

Attorney for Defendants Commonwealth of the
Northern Mariana Islands, Nicole C. Forelli,
William C. Bush, D. Douglas Cotton,
L. David Sosebee, Andrew Clayton,
and Pamela S. Brown ("CNMI Defendants")