MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CV-05-0027                                                                      March 15, 2007
                                                                                9:35 a.m.

### ROBERT D. BRADSHAW -vs- CNMI, et al

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           Ellia Ciammaichella, Law Clerk
           K. Lynn Lemieux, Courtroom Deputy
           Robert Bradshaw, Pro Se (via telephone)
           Linda Waugh, CNMI AAG for Defendant
           Greg Baka, CNMI, Deputy AG for Defendant
           Jay Sorensen, via telephone
           Mark Hanson, counsel for Robert Bisom

PROCEEDINGS:   MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Robert Bradshaw, appeared via telephone. Also appearing by phone was Attorney Jay Sorensen. Attorney Mark Hanson appeared on behalf of Robert Bisom. Greg Baka, Deputy Attorney General appeared for defendant, CNMI. Assistant Attorney General, Linda Waugh appeared on behalf of defendant, CNMI.

Robert Bradshaw did not have anything further to add to the pleadings. Attorney Hanson argued on behalf of Robert Bisom. Deputy Attorney General Baka stated that they would rest on their pleadings.

Court took the matter under advisement and stated that a written order would be forthcoming.

                                                    Adjourned 9:50 a.m.


                                                    /s/ K. Lynn Lemieux, Courtroom Deputy