**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**

Plaintiff, Pro Se

**FILED**
**Clerk**
**District Court**

**MAR 16 2007**

**For The Northern Mariana Islands**
**By__________________**
**(Deputy Clerk)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

ROBERT D. BRADSHAW ) Case No. CV 05-0027

Plaintiff

v.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.
Defendants

) **NOTICE TO COURT OF**
) **DISCOVERY ON**
) **L. DAVID SOSEBEE**

COMES now plaintiff to report to the Court and all parties that Requests for Admissions, Set One; Request for Production of Documents, Set One; and Interrogatories, Set One for Defendant Sosebee have been served this date on the CNMI's attorney.

DATED THIS 26th Day of February 2007 at Calder, Idaho.

Robert D. Bradshaw, Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26 day of Feb 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se