F I L E D
Clerk
District Court

MAR 2 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br><br>**ORDER**<br>**RE: COPIES PROVIDED TO COURT** |

 **THE COURT HEREBY** amends Local Rule 5.2.e for this case and **ORDERS** that

when a party files an original as a replacement for a facsimile, the normal two copy requirement shall

be suspended.

 **IT IS SO ORDERED.**

 **DATED** this 20th day of March, 2007.



ALEX R. MUNSON
U.S. District Court Chief Judge