MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-mail Address:   mark@saipanlaw.com

Attorney for *Defendant Robert A. Bisom*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, | CASE NO. CV 05-00027 |
| Plaintiff, | |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, PAMELA BROWN, ROBERT BISOM and JAY H. SORENSEN, | ROBERT A. BISOM'S INITIAL DISCLOSURES |
| Defendants. | |

COMES NOW, Defendant ROBERT A. BISOM, by and through his attorney, pursuant to Fed. R. Civ. P. 26(a)(1) and LR 16.2CJ(d), with the following disclosures:[1]

**A.   PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following individuals and entities are likely to have discoverable information that Defendant Bisom may use to support his claims in this case:

1.   Plaintiff;

2.   Defendant Jay Sorensen and the witnesses identified by Mr. Sorensen in his initial disclosures;

---

[1] A copy of Defendant Bisom's Initial Disclosures has been filed with the Court. *See* L.R. 16.2CJ.d.

3.    Some or all of the AG defendants.

Defendant Bisom reserves the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed. R. Civ. P. 26(e).

**B.    LISTING, DESCRIPTION AND LOCATION OF DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS**

1.    Pleadings and records on file in *Bisom v. CNMI, et al.*, Civil Action No. 96-1320 (CNMI Super. Ct.) and *Bradshaw v. CNMI, et al.*, Civil Action No. 05-0084 (D. Idaho);

2.    Documents identified by Defendant Sorensen in his initial disclosures.

Defendant Bisom reserves the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed. R. Civ. P. 26(e).

**C.    COMPUTATION OF DAMAGES**

Not applicable.

**D.    LIABILITY INSURANCE AGREEMENT**

None.

**E.    CERTIFICATION**

Pursuant to Fed. R. Civ. P. 26(g)(1), I hereby certify that to the best of my knowledge, information, and belief, formed after reasonable inquiry, that the above disclosure is complete and correct as of the date set forth below.

Respectfully submitted this 26th day of March, 2007.


/s/ Mark B. Hanson

MARK B. HANSON

Attorney for Defendant Bisom

1

CERTIFICATE OF SERVICE

2     I hereby certify that a copy of the foregoing was deposited in the United States Post

3 Office, first class mail, postage prepaid, addressed to the following:

4

5                              Robert D. Bradshaw, Plaintiff *pro se*
                               P.O. Box 473
6                              1530 W. Trout Creek Road
                               Calder, Idaho  83808

7                              Jay H. Sorensen, Esq.
8                              c/o Shanghai
                               Post Office Box 9022
9                              Warren, MI 48090-9022

10    I further certify that the following were served with a copy of the foregoing via the

11 Court's electronic case filing system:

12

13                              Gregory Baka, Assistant Attorney General
                               Office of the Attorney General
14                             Civil Division—Capitol Hill
                               Second Floor,  Juan A. Sablan Memorial Building
15                             Caller Box 10007
                               Saipan, MP 96950

16

17                March 26, 2007                    /s/ Mark B. Hanson
       DATED: _____        _____
18                                                 MARK B. HANSON

19

20

21

22

23

24

25

26

27

28