Received    Apr-06-2007 03:54        From-        To-US DISTRICT COURT, N    Page 002

```
                                                              F I L E D
                                                                 Clerk
                                                              District Court

                                                              APR - 5 2007

Robert D. Bradshaw                                       For The Northern Mariana Islands
PO Box 473                                               By_____
1530 W. Trout Creek Road                                        (Deputy Clerk)
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW | ) | Civil Action No. 05-0027 |
| Plaintiff | ) | |
| v. | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) ) ) ) ) ) | **PETITION FOR THE COURT TO ASSESS COSTS AND SANCTIONS ON DEFENDANT L. DAVID SOSEBEE OVER ALLEGED FRAUD PERPETUATED ON THE COURT** |
| Defendants | ) ) ) | Date: MAY 1 0 2007 |
| | ) | Time: 9:00 AM |

1. COMES now plaintiff to request that the Court under Federal rules of civil procedure rule 11 and 28 USC 994c, 1254, 1320a, 1821, 1927, 2461 and all other applicable laws and rules assigning costs of service on Defendant L David Sosebee after his refusal to accept waiver and sanctions up to twice the amount involved.

2 In plaintiff's Sep 14, 2006 Motion for Defendant L. David Sosebee to Show Cause on Why He Should Not be Assigned Costs of Service, plaintiff detailed costs of $214.30 on service of Mr Sosebee. To this $214.30, plaintiff must now add another $280.70 in his

1

present rule 60b motion, accompanying declaration and petition ($45.00 to Matrix investigation services in Bryan, TX; $50.00 for legal consultation; $152.40 for meal and travel expenses of 320 miles to legal consultant; and $33.30 in production of 24 pages, copying, postage, telephone, fax, etc expenses)--making a total of $495.00 now due plaintiff Bradshaw. Sanctions of double this amount can also be assessed to Mr Sosebee.

3. Plaintiff requests that the Court assign costs of $495.00 to Mr Sosebee plus Sanctions up to $990.00 for his acts of alleged fraud upon the Court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this ___6th___ day of ___April___ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __6th__ day of __Apr__ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

2