```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    APR - 5 2007

                                          For The Northern Mariana Islands
Robert D. Bradshaw                        By_____
PO Box 473                                        (Deputy Clerk)
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691
```

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **NOTICE OF HEARING ON** |
| MARIANA ISLANDS (hereafter referred to ) | **PLAINTIFF'S PETITION UNDER** |
| as the CNMI); et. al. ) | **RULE 11 TO ASSESS COSTS AND** |
| ) | **SANCTIONS** |
| Defendants ) | Date: MAY 1 0 2007 |
| ) | Time: 9:00 A.M. |

TO: All Parties of Record

PLEASE TAKE NOTICE that on MAY 1 0 2007, at the hour of 9:00 A.M., or as soon thereafter as plaintiff may be heard, the Court will hear Plaintiff's Rule 11 Petition to Assess Costs and Sanctions on Defendant Sosebee for Alleged Fraud perpetuated on the Court.

Respectfully submitted,

DATED: APR 6, 2007

Robert D. Bradshaw, Plaintiff Pro Se

1