Received  Apr-05-2007 03:44        From-        To-US DISTRICT COURT, N    Page 008

```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   APR - 5 2007

Robert D. Bradshaw                             For The Northern Mariana Islands
PO Box 473                                     By_____
1530 W. Trout Creek Road                              (Deputy Clerk)
Calder, Idaho 83808
Phone  208-245-1691

Plaintiff, Pro Se
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **MOTION UNDER RULE 60b TO** |
| MARIANA ISLANDS (hereafter referred to ) | **VOID/VACATE THE COURT ORDER** |
| as the CNMI); et. al. ) | **OF OCT 13, 2006 WHICH DENIED** |
|  ) | **BRADSHAW COSTS OF SERVING** |
|  ) | **DEFENDANT SOSEBEE** |
| Defendants ) | Date: MAY 1 0 2007 |
|  ) | Time: 9:00 A.M. |

1. COMES now plaintiff to request that the Court under Federal rules of civil procedure rule 60b address its ruling on Oct 13, 2006 on "Notice of Order Denying Plaintiff's Motion for Costs of Service upon Defendant Sosebee."

2. This ruling was predicated on the declaration of David Sosebee as attached to "Opposition to Plaintiff's Motion for Defendant L. David Sosebee to Show Cause on Why He should not be Assigned Costs of service" as filed with the Court on or about Sep 25, 2006.

3. This fraud on the Court is proven by official US postal records and the declaration

1

of Charles Stipe as furnished to the court in Plaintiff's accompanying Declaration of Robert D. Bradshaw supporting this Motion.

4. For good cause showed in the accompanying declaration, Plaintiff requests that the Court void/vacate its decision and order of Oct 13, 2007 denying plaintiff' motion for Costs of service upon Defendant Sosebee.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this __6th__ day of __APRIL__ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __6th__ day of __APR__ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se