Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

FILED
Clerk
District Court

APR - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br><br>Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) NOTICE OF HEARING ON<br>) PLAINTIFF'S MOTION UNDER<br>) RULE 60b<br>)<br>) Date: MAY 1 0 2007<br>)<br>) Time: 9:00 AM<br>) |

TO: All Parties of Record

PLEASE TAKE NOTICE that on ___MAY 1 0 2007___, at the hour of ___9:00 AM___, or as soon thereafter as plaintiff may be heard, the Court will hear Plaintiff's Motion to Vacate its Order of Oct 13, 2006 which disallowed Plaintiff to Recover the costs of service on defendant L. David Sosebee.

Respectfully submitted,

DATED: APR 6, 2007

_____
Robert D. Bradshaw, Plaintiff Pro Se

1