Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

FILED
Clerk
District Court

APR 12 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Case No. CV 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | **NOTICE TO COURT OF** |
| MARIANA ISLANDS (hereafter referred to ) | **DISCOVERY ON** |
| as the CNMI); et. al. ) | **D. DOUGLAS COTTON** |
| Defendants ) | |

COMES now plaintiff to report to the Court and all parties that Requests for Admissions, Set One, for Defendant D. Douglas Cotton have been served this date on his attorney.

DATED THIS _6th_ Day of _APRIL_ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _6th_ day of _APR_ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

1