FILED
Clerk
District Court

APR 1 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW               ) Case No. CV 05-0027
          Plaintiff              )
                                 )
     v.                          )
                                 )
COMMONWEALTH OF THE NORTHERN     ) **NOTICE TO COURT OF**
MARIANA ISLANDS (hereafter referred to ) **DISCOVERY ON**
as the CNMI); et. al.            ) **PAMELA S. BROWN**
          Defendants             )
_____)

COMES now plaintiff to report to the Court and all parties that Requests for Admissions, Set One, for Defendant Pamela S. Brown have been served this date on his attorney.

DATED THIS _____ Day of ___APRIL___ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ____ day of __APR__ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

1