Received   Apr-16-2007 04:42         From-                    To-US DISTRICT COURT, N    Page 010

```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                    APR 1 3 2007

Robert D. Bradshaw                              For The Northern Mariana Islands
PO Box 473                                      By_____
1530 W. Trout Creek Road                              (Deputy Clerk)
Calder, Idaho 83808
Phone  208-245-1691

Plaintiff, Pro Se
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | NOTICE OF HEARING ON |
| MARIANA ISLANDS (hereafter referred to ) | PLAINTIFF'S MOTION FOR |
| as the CNMI); et. al. ) | CHANGE OF VENUE |
| ) | |
| Defendants ) | Date: MAY 1 7 2007 |
| ) | |
| ) | Time: 9:00 AM |
| ) | |

TO: All Parties of Record

PLEASE TAKE NOTICE that on  MAY 1 7 2007 , at the hour of  9:00 AM , or as soon thereafter as plaintiff may be heard, the Court will hear Plaintiff's Petition for Change of Venue.

Respectfully submitted,

DATED: APRIL 14 , 2007       _____
                              Robert D. Bradshaw, Plaintiff Pro Se

1