Received Apr-17-2007 00:12    From-    To-US DISTRICT COURT, N    Page 002

```
                                                F I L E D
                                                   Clerk
                                               District Court

                                               APR 1 6 2007

                                        For The Northern Mariana Islands
Robert D. Bradshaw                      By_____
PO Box 473                                        (Deputy Clerk)
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691
```

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH OF THE NORTHERN ) | PETITION TO APPEAR |
| MARIANA ISLANDS (hereafter referred to ) | TELEPHONICALLY FOR |
| as the CNMI); et. al. ) | CONFERENCE OF |
| Defendants ) | MAY 9, 2007--EX PARTE |
| _____ ) | |

    1. COMES now plaintiff in this case to petition the Court to allow plaintiff to appear telephonically for the status/settlement conference now scheduled by the Court for May 9, 2007. The reason for this request is the poor state of health of plaintiff.

    2. Plaintiff is 73 years old and has expanding health problems as follows:

        a. Exhibit A is statement of Doctor Wade R. Lachman.

        b. Exhibit B is a Mar 28, 2007 news report that a Continental airline pilot ordered a coughing person off the plane.

        c. Exhibit C is a Apr 13, 2007 news report from the Marianas Variety where a Continental pilot refused to fly a sick child.

1

Received   Apr-17-2007 08:12       From-              To-US DISTRICT COURT, N           Page 003

3. Plaintiff is in poor health with a stress induced adrenal glands' problem which has seriously impaired plaintiff's whole immune system. Symptoms have included a general fatigue reaction, diarrhea, coughing spasms and easy chilling. Plaintiff's condition is such that extended airplane travel with the total drain on the human body from the earth change, as required for a trip to and from Saipan, will put an enormous burden on plaintiff which could be catastrophic for health.

4. Plaintiff's health problems are currently under the care and guidance of Dr Wade R. Lachman, 1624 E. Seltice, Post Falls, Idaho, phone 208-773 0108. Dr Lachman advises against the bodily exhaustion as occurring in extended trips across the ocean. His statement is at Exhibit A. Too, plaintiff is on a strict diet, coupled with a need for rest and mild exercise, which may present some problems both in travel and with a stay on Saipan.

5. Increasingly, the airlines are taking a dim view of people flying with health problems. Two news reports are included herewith at Exhibits' B and C. B is from the Internet Drudge report of Mar 28, 2007 and C is from the Marianas Variety of Apr 13, 2007. In both instances, people with health problems were evicted from Continental airplanes

6. Per the Court's order of Sep 1, 2005, plaintiff understands that this request does not include or address the mandatory settlement conference of Nov 30, 2007 as scheduled by the Court in the order of Jan 22, 2007. This request specifically addresses the status/settlement conference of May 9, 2007.

7. If the Court approves this request, plaintiff can be reached by phone at 208-245-1691 for the hearing of May 9, 2007.

2

8. Plaintiff waives any necessity for a oral hearing on this request.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this ___16 Th___ day of ___APRIL___ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___16Th___ day of ___APR___ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

Received Apr-17-2007 06:12  From-  To-US DISTRICT COURT, N  Page 005

***Wade R Lachman, ND, MH, CNHP***
***Doctor of Naturopathic Medicine***
1624 E Seltice Way, Post Falls ID 83854
208 773-9108

April 14, 2007
RE: Robert Bradshaw

To Whom It May Concern:

Robert is a patient of mine who will be under going various procedures to balance his health. One of these uses energetic remedies to produce deep shifts within his energetic body field. Because various conditions affect our energetic body fields, it would be best that he does not travel across time zones at this time. This type of travel has major effect on the body field which we are working to balance.

In addition we are working to re-establish homeostasis within his digestion. He shows indications of a dysbiotic condition and a systemic fungal condition. Changes in environment greatly affect the treatment plans which we will establish for these conditions.

Thank you,

*[signature]*

Wade R. Lachman, ND, MH, CNHP
Doctor of Naturopathic Medicine
Certified Nutri-Energetic Practitioner

Exhibit A

Received Apr-17-2007 06:12   From-   To-US DISTRICT COURT, N   Page 006

Related To Story

* Video: Coughing Girl Ordered Off Plane

Coughing Girl Ordered Off Flight

Kalani High School Group On Spring Break Trip

POSTED: 9:44 am EDT March 28, 2007
UPDATED: 9:56 am EDT March 28, 2007

E-mail this story | Print this story
Sign Up for Breaking News Alerts

Subscribe
A 16-year-old girl from Hawaii was ordered off a Continental Airlines flight after she began uncontrollably coughing in her seat, according to her family and classmates.

---

IMAGES: More strange stories, images

---

Kalani High School student Rachel Collier was returning to Honolulu from a spring break trip to New York and Washington when she began to cough in her airplane seat.

"I was behind her she started coughing like I heard she couldn't breathe and it felt like something was in the back of her throat," classmate Avya Tawfir said.

The girl's family said the pilot ordered the girl off the flight because she was ill.

"Upon boarding the plane (she) was asked to leave by the pilot because she had a little bit of a coughing spell," mother Stephanie Collier told KITV-TV in Hawaii. "I'm frustrated. I'm really, really frustrated. Why they would do that, especially with two teachers escorting 40 children across the United States, and for the pilot to make that kind of decision."

Collier's father, Randy, was angered over the fact that his daughter was left behind.

"When you get a call at 8:30 in the morning saying from a crying daughter you kind of get a little freaked out what's going on," he said.

Collier's classmates said several of the students on the trip had been sick and a few had gone to the hospital.

Earlier, 373 passengers were ill and there were concerns about the bird flu, but health officials said the victims on the plane were suffering from a seasonal flu.

Rachel Collier and her teacher are scheduled to return to Hawaii Wednesday night.

Watch Local 6 News for more on this story.

Exhibit B

Received Apr-17-2007 06:12    From-    To-US DISTRICT COURT, N    Page 007

# Marianas Variety

**Micronesia's Leading Newspaper Since 1972**

Vol. 35 No.21  
©2007 Marianas Variety

Friday, April 13, 2007

www.mvariety.com  
Serving the CNMI for 35 years

## Continental refuses to board ailing boy on RP flight

*By Emmanuel T. Erediano*  
*Variety News Staff*



A seriously ill two-year-old boy suffering from kidney failure and pneumonia had to wait for another day and several hours at the Commonwealth Health Center after Continental Airlines refused to allow him to board a flight on Wednesday to Manila, the Philippines.

The boy needs special equipment for his dialysis and was on medical referral to a Manila hospital.

He was scheduled to leave on a Continental flight at 6 p.m., Wednesday, but the airline did not allow the patient to board the plane.

The boy's father, Jeffrey Tenorio, 30, told Variety in an interview yesterday that the airline wanted more exact information about his son's medical condition.

Tenorio, who works at Saipan Stevedore in safety maintenance, said he was told that his son failed to meet the airline's requirements.

This reporter was unable to get a comment from Continental as of press time yesterday.

The boy has been confined at CHC since being diagnosed with kidney failure and pneumonia. His mother brought him to the hospital for the third time last weekend due to fever.

Tenorio said that after the attending physicians determined his son's condition, a medical referral to St. Luke's Medical Center in Manila was immediately worked out.

The father said he was told that CHC's dialysis equipment was suited only for adult patients.

Due to the possibility that Continental Airlines might again refuse to board the boy, an insurance company managed to work out a referral to a hospital in Honolulu, Hawaii.

The CHC medical referral office also managed to find a military aircraft that is coming all the way from Africa to fly the boy to Hawaii.

As of press time, the boy was still in CHC's intensive care unit where the doctors had no choice but to give the boy dialysis treatment using of the equipment for adults.

Rep. Ray N. Yumul, Ind.-Saipan, expressed disappointment at the kind of "business decision" Continental made.

"It is very disturbing," he said, adding that Continental appears to lack compassion for a critically ill child.

Yumul, who is a cousin of the boy's father, said it is fortunate that somebody at CHC was able "to arrange the boy's medical referral and an alternative means to bring him to a hospital with a suitable facility that will save the boy's life."

The military plane was expected to arrive yesterday, and the boy was scheduled to leave Saipan for Hawaii at 1 a.m. this morning.

Yumul said he will look into the possibility of legislation requiring airlines to allow passengers with medical emergencies to board their flights.

*Exhibit C*