F I L E D
Clerk
District Court

APR 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br>**ORDER FOR PROOF OF CREDENTIALS** |

**THIS MATTER** came before the court on April 16, 2007, on the plaintiff's Petition to Appear Telephonically For Conference of May 9, 2007, No. 284 (Apr. 16, 2007).

**THE COURT**, having considered the plaintiff's written arguments, **HEREBY ORDERS** the plaintiff to provide the court with a copy of Doctor Wade R. Lachman's diplomas, certifications, and state licenses no later than **May 2, 2007, at 3:30 p.m.**

**IT IS SO ORDERED.**

**DATED** this 17th day of April, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge