F I L E D
Clerk
District Court

APR 2 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW                    ) Civil Action No. 05-0027

    Plaintiff

    v.

COMMONWEALTH OF THE NORTHERN      ) **RESPONSE TO THE**
MARIANA ISLANDS (hereafter referred to  ) **COURT'S ORDER OF**
as the CNMI); et. al.                        ) **APR 17, 2007**
    Defendants                           )
                                             )

COMES now plaintiff in this case to respond to the Court's order of Apr 17, 2007 on

credentials of Dr Lachman. The credentials are at the accompanying declaration of plaintiff.

Dated this ____29 th____ day of ____APRIL____ 2007 at Calder, Idaho.

Robert D. Bradshaw, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29 day of ____Apr____ 2007, I caused to be served a true
copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se

1