Received Apr-30-2007 01:52 From- To-US DISTRICT COURT, N Page 002

FILED
Clerk
District Court

APR 27 2007

For The Northern Mariana Islands
By________________
(Deputy Clerk)

**Robert D. Bradshaw**
**PO Box 473**
**1530 W. Trout Creek Road**
**Calder, Idaho 83808**
**Phone 208-245-1691**

Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br>Defendants | ) Civil Action No. 05-0027<br><br><br><br><br><br>) **DECLARATION OF ROBERT D.**<br>) **BRADSHAW IN SUPPORT OF**<br>) **RESPONSE TO COURT ORDER** |

I, ROBERT D. BRADSHAW, hereby declare:

1. I am the plaintiff in the above captioned case. I submit this declaration in support of Plaintiff's Response to Court Order of Apr 17, 2007. I have personal knowledge of the information set forth herein, and if called upon to testify, I would and could competently testify thereto.

2. Attached hereto are true and accurate copies of the following exhibits in support of the Response:

a. Exhibit A: Dr Lachman's Doctor of Naturopathy Diploma from Trinity College of Natural Health.

b. Exhibit B: Dr Lachman's Diploma as a Master Herbalist from Trinity College.

c. Exhibit C: Dr Lachman's Certified Natural health Professional certification from The National Association of Certified Natural Health Professionals.

d. Exhibit D: Dr Lachman's, certification as a Certified NES Practitioner from the Bioenergetic Research Institute.

e. Exhibit E: Statement of Dr Lachman on legal authority to practice in Idaho.

3. I furthermore make the following declaration:

a. Sometime ago, I was diagnosed with hypoglycemia and a stress induced adrenal grand problem by Dr Thomas Conklin Sr, DO (Doctor of Osteopathy), 109 W. Main, Stigler, Oklahoma phone 918-967-2130 with a recommended sugarless diet and avoidance of stress.

b. During the last year or so while undergoing the extensive stress of the issues in my complaint and the resulting litigation now before the Court, I have experienced general fatigue reaction, diarrhea, coughing spasms, dizziness, and easy chilling. Dr Lachman diagnosed the reoccurrence of the adrenal gland fatigue/syndrome and now a liver problem and is treating me for it by a strict diet, rest, mild exercise, herbs, vitamins, homeopathic remedies, avoid stress, etc.

c. I furthermore am undergoing some tests for adrenal gland fatigue by the Genova Diagnostics Laboratories, 63 Zillicoa St, Asheville, NC 28801, phone 828-285-2223.

d. To further address the diarrhea and coughing problems (although they can be and probably are due to a reoccurrence of the adrenal gland problem and stress), I am havingis some tests for a diagnosis for possible allergy by Dr Timothy R. Bonine, MD, an

allergy specialist, 1309 Ponderosa Dr, Suite 103, Standpoint, ID 83864, phone 208-265-9545.

e. In the coming days, I expect to also have a further diagnosis by a Endocrinologist specialist.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 29th day of APRIL 2007 at Calder, Idaho.

Robert D. Bradshaw, Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29 day of APR 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

Robert D. Bradshaw, Plaintiff, Pro Se

Received Apr-30-2007 01:52 From- To-US DISTRICT COURT, N Page 005

# Trinity College of Natural Health

## Warsaw, Indiana

Know All Men by these presents that

## Wade Randall Lachman

has completed and competently fulfilled the requirements
of this school and is hereby awarded this

# Diploma

which awards the designation of

## Doctor of Naturopathy

In testimony whereof the seal of this school together with the signatures
of the officers have been duly affixed.

February 23, [illegible]

Exh. A (4)

Received Apr-30-2007 01:52 From- To-US DISTRICT COURT, N Page 006

# Trinity College of Natural Health

Warsaw, Indiana

Know all men by these presents that

## Wade Randall Lachman

has completed and competently fulfilled the requirements of this School and is hereby awarded this

# Diploma

which awards the designation of

## Master Herbalist

In testimony whereof the seal of the school together with the signatures of the officers have been duly affixed

TRINITY COLLEGE OF NATURAL HEALTH
MCMXC

June 29, 2006

Carol Robinson, CNHP

Director

Exhibit



Received Apr-30-2007 01:52 From- To-US DISTRICT COURT, N Page 007

# The National Association of Certified Natural Health Professionals

The Board of Trustees

of

The National Association of Certified

Natural Health Professionals

hereby recognizes the full requirements

having been fulfilled

grants

## Wade R. Lachman

the designation

## Certified Natural Health Professional

with all honors, rights and privileges

thereto pertaining.

In witness whereof, the Seal of the National

Association and the signatures of the duly

authorized Officers hereunto affixed.

[illegible]

[illegible]



Received Apr-30-2007 01:52 From- To-US DISTRICT COURT, N Page 008

Certified NES Practitioner

It is hereby certified that

Wade R. Lachman, ND

having passed the designated course of study with the Bioenergetic Research Institute has attained the Certified Practitioner level for competence in the theory and practical use of the NES-Professional biophysics screening device and NES Infoceutical preparations.

BRI
Bioenergetic Research Institute
www.bristudies.com

Granted November 19, 2005
Certificate Number NES-CP-A-0006

Director of International Training
Bioenergetic Research Institute

Executive Director
Nutri-Energetics Systems US, LLC

Exhibit D (7)

***Wade R Lachman, ND, MH, CNHP***
1624 E Seltice Way, Post Falls ID 83854
208 773-9108

April 18, 2007
RE: Robert Bradshaw

To Whom It May Concern:

Dr Lachman received his Doctor of Naturopathy diploma from Trinity College of Natural Health. He practices in the State of Idaho under Idaho Law Title 54-5103 TITLE 54 PROFESSIONS, VOCATIONS, AND BUSINESSES CHAPTER 51, NATUROPATHIC PHYSICIANS LICENSING ACT subsection 3:

(3) The titles and terms in subsection (2) of this section identify naturopathic physicians and are restricted to describing and identifying licensed practitioners. **Nothing herein contained shall prohibit or restrict the right to use or employ the titles "doctor of naturopathy," "naturopathic doctor," or the designation "N.D."** by a person who has:

(a) **Received a doctor of naturopathy degree from a school**, college or institution that is licensed, or **exempt from licensure as a religious school**, college or institution, by the appropriate state educational licensing agency in which its principal operations or offices are located;

(b) **Completed a doctoral level course** of study that includes coursework and practical experience, which may include apprenticeship, of at least eight hundred (800) hours, upon completion of which a doctor of naturopathy degree is conferred;

Thank you,

[signature]

Wade R. Lachman, ND, MH, CNHP

Exhibit E

(8)