F I L E D
Clerk
District Court

MAY - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br>**ORDER:**<br>1) DENYING MOTION TO APPEAR TELEPHONICALLY; AND<br>2) COMPELLING ATTENDANCE AT SETTLEMENT CONFERENCE |

**THIS MATTER** came before the court on April 16, 2007, on the plaintiff's Petition to Appear Telephonically For Conference of May 9, 2007, No. 284 (Apr. 16, 2007). On April 17, 2007, the plaintiff was ordered to provide copies of Doctor Wade R. Lachman's diplomas, certifications, and state licenses no later than May 2, 2007, at 3:30 p.m. *See* Order For Proof of Credentials, No. 285 (Apr. 17, 2007). The court, however, has not received a copy of Dr. Lachman's state license to practice as a doctor of naturopathic medicine. Accordingly, because the plaintiff has not complied with the court's order and because the court does not have sufficient information to determine Dr. Lachman's qualifications, **THE COURT DENIES** the plaintiff's motion to appear telephonically at the settlement conference.

Furthermore, pursuant to Federal Rule of Civil Procedure 16(a) and Local Rule 16.2CJ.e.5(b), all parties and their representative with full authority to participate in settlement

//

//

//

negotiations and to effect a complete compromise of the case are hereby compelled to personally attend the settlement conference on **May 9, 2007, at 8:00 a.m.** Telephonic attendance will not be allowed.

**IT IS SO ORDERED.**

**DATED** this 2nd day of May, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge