MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:     (670) 233-8600
Facsimile:     (670) 233-5262
E-mail Address:     mark@saipanlaw.com

Attorney for *Defendant Robert A. Bisom*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>       Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, NICOLE C. FORELLI, WILLIAM C. BUSH, D. DOUGLAS COTTON, L. DAVID SOSEBEE, ANDREW CLAYTON, UNKNOWN AND UNNAMED PERSONS IN THE CNMI OFFICE OF THE ATTORNEY GENERAL, PAMELA BROWN, ROBERT BISOM and JAY H. SORENSEN,<br><br>       Defendants. | CASE NO. CV 05-00027<br><br>OPPOSITION OF ROBERT A. BISOM TO PLAINTIFF'S MOTION TO CHANGE VENUE<br><br><br>Date:  May 17, 2007<br>Time:  9:00 a.m.<br>Judge:  Hon. Alex R. Munson |

   Defendant Robert A. Bisom, by and through the undersigned counsel of record, hereby opposes the motion of Plaintiff Robert D. Bradshaw to change the venue of this matter. For the reasons stated in both the Opposition to Motion to Change Venue filed by Defendant Jay Sorensen and the CNMI Defendant's Opposition to Plaintiff's venue motion, Plaintiff's motion has no merit.

   Further, Defendant Robert A. Bisom has no minimum contacts with the Eastern District of Washington and, accordingly, the District Court there would have no personal jurisdiction over Defendant Bisom. Plaintiff's motion should be denied.

1  DATED this 3rd day of May, 2007.

2

3

4                                                                /s/ Mark B. Hanson
                                                             _____
5                                                                MARK B. HANSON

6                                                            Second Floor, Macaranas Building
                                                             Beach Road, Garapan
7                                                            PMB 738, P.O. Box 10,000
                                                             Saipan, MP 96950
8                                                            Telephone:    (670) 233-8600
                                                             Facsimile:    (670) 233-5262
9                                                            E-mail Address:    mark@saipanlaw.com

10                                                           Attorney for *Defendant Robert A. Bisom*

1 | CERTIFICATE OF SERVICE

2   I hereby certify that a copy of the foregoing was deposited in the United States Post

3  Office, first class mail, postage prepaid, addressed to the following:

4
5      Robert D. Bradshaw, Plaintiff *pro se*
    P.O. Box 473
    1530 W. Trout Creek Road
6      Calder, Idaho  83808

7   I further certify that the following were served with a copy of the foregoing via the

8  Court's electronic case filing system:

9
10     Gregory Baka, Assistant Attorney General
    Office of the Attorney General
11     Civil Division—Capitol Hill
    Second Floor, Juan A. Sablan Memorial Building
12     Caller Box 10007
    Saipan, MP 96950
13

14   I further certify that the following were served with a copy of the foregoing via e-

15 mail pursuant to prior agreement:

16     Jay H. Sorensen, Esq.
    c/o Shanghai
17     Post Office Box 9022
    Warren, MI 48090-9022
18

19

20     May 3, 2007        /s/ Mark B. Hanson
    DATED: _____    _____
21                                                        MARK B. HANSON

22

23

24

25

26

27

28