F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>Defendants. | Case No. CV-05-0027<br><br>**ORDER AND NOTICE**<br>**RE: SETTLEMENT CONFERENCE** |

    **THE COURT** has received defendants Nicole C. Forelli, William C. Bush, D. Douglas Cotton, L. David Sosebee, Andrew Clayton, and Pamela S. Brown's notification that they will not personally attend the status / settlement conference that is currently scheduled for May 9, 2007, at 8:00 a.m. The court notes that this status / settlement conference has been scheduled since January 22, 2007. *See* Case Management Scheduling Order, No. 238 (Jan. 22, 2007).

    On May 2, 2007, the court issued an order compelling all parties and their representative with full authority to participate in settlement negotiations and to effect a complete compromise of the case to personally attend the settlement conference of May 9, 2007, at 8:00 a.m, and that telephonic attendance will not be allowed. *See* Order Denying Motion to Appear Telephonically and Compelling Attendance At Settlement Conference, No. 290 (May 3, 2007).

//
//
//
//

The parties are reminded that failing to appear at the settlement conference may result in sanctions, including the dismissal of the complaint and / or the striking of the answer.

**IT IS SO ORDERED.**

**DATED** this 4th day of May, 2007.

                                              ALEX R. MUNSON
                                        U.S. District Court Chief Judge