```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   MAY - 4 2007

                                            For The Northern Mariana Islands
                                            By_____
                                                      (Deputy Clerk)
```

Robert D. Bradshaw
PO Box 473
1530 W. Trout Creek Road
Calder, Idaho 83808
Phone 208-245-1691

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW | ) Civil Action No. 05-0027 |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al. | ) PLAINTIFF'S REPLY TO CNMI'S ) RESPONSE TO PLAINTIFF'S ) MOTION UNDER RULE 60B ) |
| Defendants | ) Hearing Date: MAY 10, 2007 ) Time: 0900 AM ) Judge: Alex Munson |

1. COMES now plaintiff to reply to the CNMI's response to plaintiff's motion under rule 60b.

2. Per the accompanying declaration, Mr Sosebee's has a #2 sized post office box in Bryan, Texas. It is 5" x 5.5". The mailing on Jun 21, 2006 was in a large flat rate box, size 11" x 8.5" x 5.5", necessitated because of the several large letter sized documents enclosed (complaint, amended complaint and 2d amended complaint, each 120 pages long; plus several other letter-sized documents as required for the mailing of the waiver). A large flat rate box, costing $8.40 to mail, was too large to fit into Mr Sosebee's small #2 box. In fact, any and all priority mail packages (letter sized 8.5" x 11") would not fit into Mr Sosebee's

1

postal box. Therefore, any such packages would have been delivered to Mr Sosebee in person or involve the Post office leaving a notice left in his box to alert him to pick up the packet. The delivery on Jun 27, 2006 did not involve a notice left and could not have fit into Mr Sosebee's box. Accordingly, the post office record of delivery on Jun 27, 2006 had to have been a personal delivery to Mr Sosebee. Per the official US postal records, the Post office clearly delivered the mailing to Mr Sosebee on Jun 27, 2006.

3. Categorically, Mr Sosebee has committed perjury and a fraud upon this Court. The waiver mailed by plaintiff on Jun 21, 2006 was delivered in person to Mr Sosebee on Jun 27, 2006 per US postal records. By Sep 21, 2006, Mr Sosebee placed this package with the delivery confirmation order attached back into the mail circulation channels in Bryan, Texas. If he had earlier opened or tampered with this package, in any aspect, he would merely have had to reseal it with the correct addresses and the delivery confirmation. This requires no particular trick for a person skilled in fraud upon a court as is obviously true with Mr Sosebee. Any one could do it.

4. The later attempt at delivery on Sep 21, 2006 involved the post office merely placing a notice in Mr Sosebee's box as the large flat rate box would not fit into Mr Sosebee's post office box. The post office had to use a notice left on Sep 21, 2006 because the package would not fit into Mr Sosebee's box and for whatever reason he did not pick it up; or he refused to pick it up; or he was not available that day to pick it up from the Post office on Sep 21, 2006. Obviously, after Sep 21, 2006, Mr Sosebee refused to pick the packet up until after the Oct 2006 order of the Court.

5. In his earlier declaration to the Court, Mr Sosebee relied upon his alleged "good" word. But he lied and his word is not good. Now in the latest AG response, there are further allegations of what Mr Sosebee said which are totally unsupported by any evidence. Apart from a declaration under perjury, Mr Sosebee's allegations through his attorney mean nothing. In fact, his declarations under perjury also mean nothing.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Signed this ____4th____ day of __May__ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __4__ day of __May__ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se