```
                                                              F I L E D
                                                                 Clerk
                                                             District Court

Robert D. Bradshaw                                           MAY - 4 2007
PO Box 473
1530 W. Trout Creek Road                            For The Northern Mariana Islands
Calder, Idaho 83808                                 By_____
Phone 208-245-1691                                          (Deputy Clerk)
```

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW<br><br>    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (hereafter referred to as the CNMI); et. al.<br><br>    Defendants | ) Civil Action No. 05-0027<br>)<br>)<br>)<br>)<br>) DECLARATION OF ROBERT D.<br>) BRADSHAW IN SUPPORT OF<br>) REPLY TO RESPONSE TO<br>) PLAINTIFF'S MOTION UNDER<br>) RULE 60B<br>)<br>) Date: MAY 10, 2007<br>)<br>) Time: 0900 AM<br>) Judge: Alex Munson |

I, Robert D. Bradshaw, plaintiff in this case, under penalty of perjury, declare as follows:

1. On or about Jun 21, 2006, I mailed the complaint, amended complaint and second amended complaint, notice of copy of lawsuit and stamped return envelope to L. David Sosebee at PO Box 3185, Bryan, TX 77805 by priority mail, delivery confirmation attached. The material was too large to fit into a regular flat rate mailing envelope. Accordingly, a large flat rate box had to be used at a cost of $8.40. .

1

2. On or about April 16, 2007, I checked with Post Master Margaret Greiser at the Calder, Idaho Post Office, phone 208-245-4883. She advised me the large flat rate box as used by me was 11" x 8.5" x 5.5".

3. On Apr 20, 2007, I telephoned the Bryan, Texas Main Post Office, phone number 979-774-2300. Postal Clerk Cecille told me that the zip 77805 Bryan Texas post office Box 3185 is a number 2 size box--5" wide and 5.5" in height.

4. The large flat rate priority mail box could not possibly have fit into Box 3185 in Bryan, TX.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Signed this ___4th___ day of ___May___ 2007 at Calder, Idaho.

_____
Robert D. Bradshaw, Plaintiff, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___4___ day of ___May___ 2007, I caused to be served a true copy of the foregoing document by US Mail Postage Paid to each of the following:

Jay H. Sorensen, c/o Shanghai, PO Box 9022, Warren, MI 48090-9022
CNMI Attorney General, Caller Box 10007, Capitol Hill, Saipan, MP 96950
Mark B. Hanson, PMB 738, PO Box 10,000, Saipan, MP 96950

_____
Robert D. Bradshaw, Plaintiff, Pro Se

2