```
                                    F I L E D
                                       Clerk
                                   District Court

                                   MAY - 9 2007

                              For The Northern Mariana Islands
                              By_____
                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW, | ) | Civil Action No. 05-0027 |
| Plaintiff | ) | |
| v. | ) | STIPULATED DISMISSAL WITH PREJUDICE |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *et al.*, | ) | |
| Defendants | ) | |

STIPULATION

In accord with an agreement between the parties, and pursuant to Fed. R. Civ. P. 41(a), Plaintiff, *pro se*, Defendant Sorensen, *pro se*, and the remaining parties by and through their attorneys of record, hereby stipulate to the dismissal of the above-captioned case with prejudice.

AO 72
(Rev. 08/82)

DATE: 5/9/07

ROBERT D. BRADSHAW
Plaintiff *pro se*

DATE: 5/9/07

JAY H. SORENSEN
Defendant *pro se*

DATE: 5/9/07

MARK B. HANSON
Attorney for Defendant Robert A. Bisom

DATE: 9 May 2007

GREGORY BAKA
Deputy Attorney General
Attorney for CNMI Defendants