F I L E D
Clerk
District Court

MAY - 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

ROBERT D. BRADSHAW,                    )        Civil Action No. 05-0027
                                       )
                Plaintiff              )
                                       )
        v.                             )        ORDER OF DISMISSAL
                                       )        WITH PREJUDICE
COMMONWEALTH OF THE                    )
NORTHERN MARIANA ISLANDS,              )
et al.,                                )
                                       )
                Defendants             )
_____)

PURSUANT TO the agreement by and between the parties, and their

stipulation that this matter shall be dismissed with prejudice, and good cause

appearing therefrom,

IT IS ORDERED that this matter be and hereby is dismissed with prejudice.

DATED this 9th day of May, 2007.


                                    _____
                                    ALEX R. MUNSON
                                    Judge