F I L E D
Clerk
District Court

MAY 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROBERT D. BRADSHAW, ) | Civil Action No. 05-0027 |
| Plaintiff ) | |
| v. ) | ORDER CLOSING FILE |
| COMMONWEALTH OF THE ) NORTHERN MARIANA ISLANDS, ) *et al.*, ) | |
| Defendants ) | |

There remaining nothing before the court requiring its decision,

IT IS ORDERED that this file be and hereby is closed.

DATED this 10th day of May, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)