```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              MAY 1 0 2007

                                        For The Northern Mariana Islands
                                        By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROBERT D. BRADSHAW, | ) | Civil Action No. 05-0027 |
| | ) | |
| Plaintiff | ) | |
| | ) | AMENDED ORDER |
| v. | ) | CLOSING FILE |
| | ) | |
| COMMONWEALTH OF THE | ) | |
| NORTHERN MARIANA ISLANDS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

There remaining nothing before the court requiring its decision,

IT IS ORDERED that this file be and hereby is closed. Any and all pending motions are dismissed as moot.

DATED this 10th day of May, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)